**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASSATA ACEY | : | |
| | : | Civil Action |
| Plaintiff, | : | CASE NO.: 23-cv-1438 |
| | : | |
| | : | JUDGE GENE E. K. PRATTER |
| v. | : | |
| | : | **Removed from the Court of** |
| | : | **Common Pleas of Chester County,** |
| INDUCTEV Inc. | : | **Pennsylvania** |
| | : | **(Case No. 2023-01782-CT)** |
| | : | |
| Defendant. | : | |

**Motion Presented**

Due to Defendant's failure to plead, I, Assata Acey am asking for an order granting Summary Judgement according to the undisputed facts of my complaint, where I have alleged that my rights pursuant to Title VII of the Civil Rights Act of 1964; 42 U.S.C. § 2000e, Section 1981 of the Civil Rights Act of 1990; 42 U.S.C. § 1981, The Americans with Disabilities Act of 1990; 42 U.S.C. § 12101 et. seq., Pennsylvania Human Relations Act; 43 P.S. § 951 - 963, and Pennsylvania tort law regarding IIED, have been violated (Exhibit A-Complaint, Notice of Removal).  I aver as follows:

**Relevant facts for this Motion**

1. On June 22, 2022, PHRC made service to the Defendant of my original and amended complaints (Exhibit 1).

2. Around or before 08/03/2022, the EEOC sent Defendant a request to produce certain documents within 20 days (Exhibit 2).

3. On 08/03/2022, the EEOC sent Defendant a request to produce a position statement within 30 days (Exhibit 3).

4. At this time, the Defendant had possessed notice of my charges and their being held by the EEOC for 42 days (Exhibit 2).

5. On or around 08/16/2022, my case's investigation was placed on hold for mediation (Exhibit 4) and both parties attended a private but unsuccessful mediation on 09/16/2022 (Exhibit A-Complaint, Notice of Removal)

6. As of 09/30/2022 Defendant's position statement was regarded as past due yet granted an extended deadline of 10/27/2022 (Exhibit 5).

7. On 10/21/2022 Defendant requested an additional extension to 11/24/2022, citing the failed mediation of 09/16/2022 and an upcoming work trip (Exhibit 5).

8. On October 25, 2022, Defendant received electronic service of my second amended complaint through the EEOC portal system, which was modified to include additional charges from disability discrimination and retaliation (Exhibit 6).

9. Two days later, Defendant received a temporary stay on requested documents or position statements (Exhibit 7).

10. On Dec 13, 2022, when the EEOC case was closed, on my written request, the Defendant still had not submitted any form of answer or requested documentation (Exhibits 17; Exhibit A-Complaint, Notice of Removal).

11. On March 10, 2023, I emailed my complaint draft to the Defendant and attempted to confirm service details and make them aware of the nature and events described in my updated complaint as well as the intent to file on 03/13/2022 (Exhibit 8).

12. On Mar 27, 2023, Defendant received sheriff service of my complaint filed 03/14/2023 (Exhibit 9).

13. On April 14, 2023, 18 days into Pennsylvania's 20-day deadline to answer a complaint, Defendant filed removal to federal court and issued their first notice of appearance (Exhibit 10).

14. On April 18, 2023, Defendant entered a second notice of appearance (Exhibit 10).

15. As of April 23, 2023, neither Answer, nor request for extension of time to file an Answer, nor order granting such extension is visible from the virtual case docket (Exhibit 10).

16. As of April 22, 2023, I have not agreed to nor received inquiry to my agreement or opposition to any motion for extension, nor have I received a copy of any court correspondence requesting same (Exhibits 11-12).

17. As of today, April 23, 2023, Defendant has been aware of the essential charges of my original PHRC complaint (PHRC 202102397; racial and sexual discrimination, retaliation) for 305 days (Exhibits 1, 13-14).

18. As of today, April 23, 2023, Defendant has been aware of the essential charges and events governing my second amended Charge of Discrimination (EEOC 17F-2022-61016; racial and sexual and disability discrimination, and retaliation) for 180 days (Exhibits 6, 15-16).

19. As of today, April 23, 2023, Defendant has been aware of the essential charges and events of my formal complaint, which is now held in this court, for 44 days (Exhibit 8).

**Legal Argument**

20. Federal rule of Civil Procedure 6 allows for computation of time as follows:

    a)  starting the day after the triggering event

    b)  including all Saturdays, Sundays, and holidays EXCEPT for when the period would end on such a day, in which case the period is set to end on the next business day.

21. Federal rule of civil procedure 81 states the Defendant shall have the longer of:

    a)  21 days after service

    b)  21 days "after being served with the summons for an initial pleading on file at the time of service."

    c)  7 days after the notice of removal is filed.

22. The Pennsylvania "notice to defend" (Exhibit A-Complaint, Notice of Removal) is included in my filed complaint, and is a "summons" as it informs the Defendant that there are charges against them, and that they must respond within 20 days, in addition to the other requirements set forth in Fed. R. Civ. P. rule 4.

23. Because service of complaint and summons were made on 03/27/2023 (Exhibit 9), 21 days after same is computed as Tuesday, 04/18/2023.

24. Because the notice of removal was filed on 4/14/2023, 7 days after is computed as Friday, 4/21/2023.

25. Bringing all points forward, the latest of the three dates, and therefore the effective deadline for Defendant to provide an Answer.

26. As expressed in Fed. R. Civ. P. rule 55, because Defendant did not file a timely Answer to my complaint, they are in default, and I am allowed to apply to the court for default judgement.

27. Further Fed. R. Civ. P. 56(e):

    a) dictates procedure of motion for summary judgement when there is no genuine dispute of material fact.

    b) states that courts may enter summary judgement where a party has failed to address facts of the other party.

### Prayer for Relief

According to my court docket record, the Defendant did not file a timely answer addressing my asserted facts, nor did they or request for extension by 04/21/20223. Defendant also has a history of not responding to my complaints despite having had ample time to recognize and investigate the essence of my complaints. I am therefore asking this court to:

    a) render summary judgement according to the undisputed facts asserted in my complaint filed be the Defendant to this court, OR;

    b) if summary judgement is denied, enter a default judgement in my favor for Defendant's failure to plead.

Sincerely,

/s/ Assata Acey

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA 19139

aceyassata@gmail.com

770-231-1017

Date: 04/23/2023