**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ASSATA ACEY | : | |
| | : | Civil Action |
| Plaintiff, | : | CASE NO.: 23-cv-1438 |
| | : | |
| | : | JUDGE GENE E. K. PRATTER |
| v. | : | |
| | : | **Removed from the Court of** |
| | : | **Common Pleas of Chester County,** |
| INDUCTEV Inc. | : | **Pennsylvania** |
| | : | **(Case No. 2023-01782-CT)** |
| Defendant. | : | |
| | : | |

**Motion to Vacate Extension**

 Due to material inconsistencies, and Pursuant to Fed R. Civ. P 27(b), I, Assata Acey am asking for an order vacating the previous disposition that has granted the defendant an extension to Answer my complaint on or before 04/27/2023. I aver as follows:

**Relevant facts for this Motion**

1. In Defendant's filing of Notice of Removal, they stated that they had received service on 03/29/2023 (paragraph 1 of exhibit 1 in ECF No. 1)

2. On 04/24/2023, in the Defendant's correspondence with me AND in their motion for extension, Defendant consistently claimed to have used 04/06/2023 in its deadline calculations (ECF No. 6-1, third paragraph).

3. Because the case was filed in Chester County and the Defendant is located in Montgomery County, service of the originating complaint had to be deputized from the Chester County Sheriff's office to Montgomery County Sheriff's office; sheriff's affidavit of completed service (or "proof of service") must be mailed back to the deputizing sheriff and signed to be added to the case docket (see bottom of page 2 on ECF No. 05-9).

4. For the previous reason, the completion of service and the addition of same to the case docket is predictably delayed.

5. Prior to removal, I also issued requests to Defendant to produce documents.

6. These requests indicated the documents requested, by which format, and why (referencing the state assigned case number, named defendants, plaintiff etc.) (Exhibit 1 and ECF No. 1-3, pages 7-8).

7. These requests were presented to defendants in physical form by sheriff service on 03/27/2023 and through certified mail on 03/31/2023 (Exhibits 2 and 3).

8. It is of note that while the first set of requests is not available in the Notice of Removal's documents, it is a part of the original filing, sealed by the prothonotary as a separate document, which was served on the defendants on 03/27/2023 (Exhibit 1).

9. Despite timely knowledge of my requested documents, this afternoon, Defendants have denied these requests as moot since they were originally recorded on the state's case docket (Exhibit 2).

10. It is yet unclear from Defendant's response whether requests will still be denied (in whole or in part) if they are refiled in this case with federal court headers as opposed to those of the county court, however, to move forward in the discovery process, I would need to refile these requests to get an answer within 30 days of that service OR motion to compel discovery.

## Legal Argument

11. Defendant presents their eligibility for extension by claiming reasonable neglect.

12. The reasonable neglect is defined as reading the docket or filing date **for** the affidavit of service as opposed to the date **on** the affidavit of service, (which defendant's signed and counsel obtained access to when they accessed the case documents and docket) (ECF No. 1-2, and 1-3).

13. Defendant's assertion of using this date (04/06/2023) as the assumed date of service is a direct contradiction to the statement made on record that service had been completed on 03/29/2023.

14. The material assertion of Defendants motion is ineffective because it contradicts their statements and filings on record.

15. Granting this extension in the face of material inconsistencies will adversely affect me by encouraging Defendant's election to delay this case as they have done with prior counsel and as they are doing now.

16. Fed. R. Civ. P 27(b) allows for a submission of motion to vacate, reconsider, or modify an action that:

   a) Grants a motion for a procedural order AND

   b) adversely affects the nonmoving/opposing party.

## Prayer for Relief

Due to the recorded material inconsistencies, of the Defendant's primary reasoning, I am asking this court to:

   a) Vacate its previous decision that had granted Defendant leave to submit their answer by 04/27/2023.

Sincerely,

 /s/ Assata Acey
_____

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA 19139

aceyassata@gmail.com

770-231-1017

Date: 04/26/2023