

Assata Acey <aceyassata@gmail.com>

## Acey v. InductEV; USDCEDPa No. 2:23 cv 1438

**Schauer, Randall C.** <RSchauer@foxrothschild.com>                    26 April 2023 at 12:52
To: Assata Acey <aceyassata@gmail.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>

Ms. Acey: Thank you for your message. We have not had a case with each other in the past (for obvious reasons). Going forward, if I ask your position on a Motion that may be being filed, you are invited to respond up until and Order is entered, or your response is filed.

As for the discovery, my understanding is that when a case is removed to federal court, proceedings that may have occurred in the state court case, such as your discovery requests, are moot. I am not your lawyer, and cannot, and would not, give you legal advice, but that is our understanding. You should check on that yourself.

It is not my style to be difficult with opposing counsel, or unrepresented parties, on procedural matters in litigation – while doing all I can to represent my client vigorously and fully. To that end, in case you have not seen them, attached are Judge Pratter's Trial and Pretrial Rules generally, and then the Rules she uses for Employment cases. My understanding is these will govern preliminary production and disclosures, as well as discovery, in conjunction with any other applicable Federal or Local Rules. Again, you should satisfy yourself that, or something else, is the case. Thank you for your attention.

[Quoted text hidden]
[Quoted text hidden]

**2 attachments**

📄 **Pilot Project Initial Discovery Protocols for Employment Cases Alleging Adverse Action-C.pdf**
111K

📄 **Judge Pratter's Rules-C.pdf**
385K