# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70220410000076099759

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item has been delivered to an agent for final delivery in KING OF PRUSSIA, PA 19406 on March 31, 2023 at 1:05 pm.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

● **Delivered to Agent**
**Delivered to Agent for Final Delivery**

KING OF PRUSSIA, PA 19406
March 31, 2023, 1:05 pm

● **Departed USPS Regional Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
March 30, 2023, 3:46 pm

● **Arrived at USPS Regional Facility**

PHILADELPHIA PA DISTRIBUTION CENTER
March 30, 2023, 2:04 pm

● **In Transit to Next Facility**

March 29, 2023

● **Departed Post Office**

WEST CHESTER, PA 19380
March 28, 2023, 5:25 pm

● **USPS in possession of item**

WEST CHESTER, PA 19380
March 28, 2023, 4:09 pm

● **Hide Tracking History**

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌃

**Postal Product:** First-Class Mail®

**Features:** Certified Mail™

**See tracking for related item: 9590940281022349225671 (/go/TrackConfirmAction_input?tLabels=9590940281022349225671)**

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs