# Table of Contents
# for Response to Defendant's Motion to Dismiss

Motion Presented…………………...……………………………………………………..1

Relevant Background for this Response……………………………….……………………1

Legal argument……………………………….……………………………………………...4

    I.      Preliminary waiver of Rights by Defendant………...………………………...4

    II.     Motion to Dismiss Allegations: Defendant's Knowledge and Use of Case Records………………………………………………………………....…6

    III.   Preexisting Contract: Mediation and Contract Enforceability through Contract Law………………………………………………………………………...11

    IV.   Preexisting Contract: Effect of Misunderstanding…………………………..18

    V.     Exhaustion of Administrative Remedy: Applicability……………….……19

    VI.   Exhaustion of Administrative Remedy: Claims raised in Administrative Process…………………………………………………………………20

Prayer for Relief……………….....……………………………………………….…..23

# Table of Authorities

# for Response to Defendant's Motion to Dismiss

Court Opinions

    A.  US Federal Bankruptcy Court-Eastern District of PA

        *Larson v. Bayer (In re Bayer)*, 527 B.R. 202……………..………………………..….6

B.  US Supreme Court

*Pioneer Inv. Servs. Co. v. Brunswick Associates Ltd. P'ship (Id. at 395, 113 S.Ct. 1489)* ….…………………………………………………………..…..6

C.  US Third Circuit Court of Appeals

*McKenna v. City of Philadelphia* (649 F.3d 171, 177-78 (3d Cir. 2011))…………...14

D.  US Third Circuit Court of Appeals

*Abramson v. William Paterson Coll. of N.J* (260 F.3d 265, 286 (3d Cir. 2001)……...14

E.  US Supreme Court

*Staub v. Proctor Hosp* (562 U.S. 411 (2011) Id. at 1193)………..………….….……14

F.  US Third Circuit Court of Appeals

*Aman v. Court Furniture Rental Corp* (95 F.3d at 1082 (3d Cir. 1996))…………….16

G.  US Third Circuit Court of Appeals

*White v. Samsung Electronics America Inc.,* No. 22-1162, p. 13 (3d Cir. Mar. 7, 2023)……………………………………………………………………………20

H.  US Supreme Court

*Morgan v. Sundance*, 142 S. Ct. at 1713…………….……………..……………………20

Procedural Rules

A.  Fed. R. App. P. 27(b)………………….… ………………………………………………3

B.  Fed. R. Civ. P. 12( )………… ……………………………………………...…4

C.  Fed. R. Civ. P. 55(a)…………….… …………………………………………....5

D.  Fed. R. Civ. P. 6(b)(1)(B)…………………….... ………………………………...……6

E.  Fed. R. Civ. P. 12(d)……………………………… ……………..………………..22

Statutes

A. United States Code

42 U.S.C. 2000e-5(b)…………………………………….. ………………...…9

B. Pennsylvania Statutes

43 P.S. 959(b)(1)………………………… ………………………………...…9

C. Pennsylvania Statutes

65 P.S. 67.301………………………………………………………………9

D. Pennsylvania Statutes

65 P.S. 67.305………………………………………………………………9

E. Pennsylvania Statutes

43 P.S. 692(c)(1)………………………… ……………………………………..10

F. United States Code

42 U.S.C 2000-e-5(f)(1)………………………………. ……………………..10

G. United States Code

9 U.S.C.  402 (H.R. 4445, S.2342)………………………… …………….…20

H. Pennsylvania Statutes

I. 43 P.S. 951-963 (Pennsylvania Human Relations Act)….………………… ………..21

J. United States Code

42 U.S.C 2000-e-5(e)(1)………………………… ……………………………..22

Common Law

A. Restatement of Contracts(Second) 194……………………..…………………12

B. Restatement of Contracts(Second) 195……………………………..…………13

C. Restatement of Contracts(Second) 20……………………………………18

Case File

A.  ECF No. 5-13……………………………...…………………………………...1

B.  ECF No. 5……………………………………...…………………………..2,8,9

C.  ECF No. 8-1……………….…………………….……………2,8,10, 11,14,15,16, 18, 19, 23

D.  ECF No. 6……………………………………………………………………...3,5

E.  ECF No. 7…………………………………...………………………….....3

F.  ECF No. 8 (ll 1-2, 12-14)……………………………………… ……………4,5

G.  ECF No. 10………………………………………….……………….4,7,8, 11,13, 19, 20

H.  ECF No. 13………………………………………………………….…………4

I.  ECF No. 9 ………………………………………………………....5, 21, 22

J.  ECF No. 1……………………………………………………………..5,6

K.  ECF No. 6-1 (p. 2, ll 1)………………………………….. …………….……..5

L.  ECF No. 1-3 (Entry Date)…………………………………… …………………6

M.  ECF No 10-5 (p.2)…………………………………... ……………………………7

N.  ECF No. 5-6………………………………………………...………8,9, 21

O.  ECF No. 10-7 …....…………………………………………………19

P.  ECF No. 5-14………..…………………………………………...………..21

## **Exhibit Titles**

1.   Exhibit 1 05-09-2022 PHRC Employment Complaint Submission I

2.  Exhibit 2 06-03-2022 PHRC Second Submission and Initial Refusal to File

3.  Exhibit 3 06-21-2022 PHRC Investigator Drafted Complaint

4.  Exhibit 4 05-11-2022 PHRC First Requirement for Meeting

5.  Exhibit 5 06-16-2022 Communications of Discrimination sent to PHRC Investigator

6.  Exhibit 6 06-21-2022 First Amended Complaint

7.  Exhibit 7 09-06-2022 Consent to Mediate with CORA

8.  Exhibit 8 10-07-2022 Submission of Second Amended Complaint Draft

9.  Exhibit 9 10-24-2022 Second Amended Complaint

10. Exhibit 10 10-25-2022 Confirmation of Amended Charge of Discrimination

11. Exhibit 11 11-09-2022 PHRC Right to Sue

12. Exhibit 12 12-16-2022 EEOC Notice of Rights to Sue

13. Exhibit 13 03-14-2023 Order Confirmation of PHRC Mailing

14. Exhibit 14 03-15-2023 Invoice of Complaint Mailed to PHRC

15. Exhibit 15 03-15-2023 Notice of Electronic Filing

16. Exhibit 16 03-15-2023 Order Confirmation of EEOC Mailing

17. Exhibit 17 03-16-2023 Invoice of Complaint Mailed to EEOC

18. Exhibit 18 04-24-2023 ER Admission Note_Redacted

19. Exhibit 19 04-24-2023 Counsel Correspondence

20. Exhibit 20 04-25-2023 Hospital Discharge Note_Redacted

21. Exhibit 21 04-25-2023 Hospital Discharge Summary_Redacted

22. Exhibit 22 04-26-2023 Counsel Correspondence

23. Exhibit 23 03-20-2023 Rule to Show Cause- Per Curiam Order

24. Exhibit 24 10-24-2022 Submission of Second Amended Complaint

25. Exhibit 25 10-27-2022 Submission of Amended Exhibits

26. Exhibit 26 EEOC FOIA Policy

27. Exhibit 27 PHRC Right to Know Law Policy

28. Exhibit 28 11-15-2022 PHRC Dismissal of Claims Confirmation

29. Exhibit 29 09-16-2022 Mediators as Independent Contractors

30. Exhibit 30 12-13-2022 Disparaging Cartoon- 12-13-2022

31. Exhibit 31 12-13-2021 Disparaging Cartoon Report

32. Exhibit 32 07-07-2021 Coworker Comments I

33. Exhibit 33 07-07-2021 Coworker Comments II

34. Exhibit 34 07-14-2021 Excused and Rescheduled Training

35. Exhibit 35 07-19-2021 Technology Issue and 07-21-2021 Missing Invite

36. Exhibit 36 07-27-2021 Blamed for Unsent Invitation

37. Exhibit 37 07-27-2021 Submitted Proof of Missing Invitation

38. Exhibit 38 07-28-2021 HR Complaint about Attendance

39. Exhibit 39 08-10-2021 Coworker Criticism

40. Exhibit 40 08-10-2021 Coworker Criticism II

41. Exhibit 41 09-01-2021 HR RSVP Apology

42. Exhibit 42 02-10-2022 HR Call Log

43. Exhibit 43 02-10-2022 Manager Primer

44. Exhibit 44  02-11-2022 HR Followup Request

45. Exhibit 45 02-16-2022 HR meeting Confirmed

46. Exhibit 46 02-14-2022 HR Denial of Direct Complaints

47. Exhibit 47 10-08-2021 Coworker Behavior

48. Exhibit 48 02-23-2022 Coworker Behavior II

49. Exhibit 49 02-23-2022 Coworker Behavior III

50. Exhibit 50 02-11-2022 HR Comments

51. Exhibit 51 06-07-2022 HR Request to Sign

52. Exhibit 52 06-13-2022 HR Response

53. Exhibit 53 06-07-2022 Initial Form

54. Exhibit 54 06-13-2022 Renamed Form

55. Exhibit 55 05-12-2023 Omar Jackson Qualifications

56. Exhibit 56 05-12-2023 Seth Qualifications

57. Exhibit 57 Product Introduction Senior Technician Description

58. Exhibit 58 Product Introduction Technician Description as of 04-18-2022

59. Exhibit 59 01-10-2022 Laser Classification Job Duty

60. Exhibit 60 02-23-2022 Harry Nask Pre-Promotion

61. Exhibit 61 03-04-2022 Harry Nask Post Promotion

62. Exhibit 62 11-08-2021 Taylor Johnson Pre-Promotion

63. Exhibit 63 03-04-2022 Taylor Johnson Post Promotion

64. Exhibit 64 12-06-2021 Diana Wilmes Pre Reclassification

65. Exhibit 65 12-20-2021 Diana Wilmes Post Promotion

66. Exhibit 66 03-07-2022 Andrea Neff Pre Pomotion

67. Exhibit 67 03-20-2022 Andrea Neff Listed as PM

68. Exhibit 68 05-12-2023 Daniel Winters Promotion History

69. Exhibit 68 05-12-2023 Daniel Winters Promotion History

70. Exhibit 70 10-28-2022 EEOC Discussion of Disability Claims

71. Exhibit 71 09-23-2022 Coercion to Resign

72. Exhibit 72 09-27-2022 Report To work

73. Exhibit 73 09-27-2022 Response to Termination