Case 2:23-cv-01438-PD    Document 15-5    Filed 05/16/23    Page 1 of 1

 Gmail    **Assata Acey <aceyassata@gmail.com>**

---

# Employment Complaint, Submission of Evidence, HIPPA release

---

**Assata Acey** <aceyassata@gmail.com>                    9 May 2022 at 08:06
To: phrc@pa.gov

Please accept the attached complaint and submission of evidence.
Please let me know of any additional information needed to file these documents.

Additional Information
Complainant
Assata Acey
5121 brown st, philadelphia PA 19139
770-231-1017

Respondent
Momentum Dynamics
3 Pennsylvania Ave
Malvern, PA

Summary:
Assata Acey v. Momentum Dynamics Corporation.
Ongoing discrimination due to race, gender, and in retaliation to opposing acts believed to violate PHRA.
Chiefly through
      a) Hiring discrimination, classification and terms of employment, failure to promote.
      b) Harassment

---

**3 attachments**

 **Submitted Evidence.pdf**
21083K

 **Filled Employment Complaint Form-12-2020.pdf**
1199K

**HIPPA Release Form.pdf**
404K