Gmail

Assata Acey <aceyassata@gmail.com>

## Ravitch - Employment - Acey

**Assata Acey** <aceyassata@gmail.com>                                                 3 June 2022 at 16:24
To: "Lopez, Samantha" <samalopez@pa.gov>
Cc: "Ravitch, Saul" <sravitch@pa.gov>, "Schwartz, Todd" <toschwartz@pa.gov>


On Friday, 3 June 2022, Assata Acey <aceyassata@gmail.com> wrote:
Please accept and reference this updated complaint  for the meeting in June.

Please let me know if this claim as drafted is perceived as non-jurisdictional to PHRC or otherwise unfit to be investigated so that I can prepare additional information to submit for to the meeting.

I am currently undergoing testing and treatment for a pituitary macroadenoma and am unsure if or when symptoms or treatment will further affect my capacity to collaborate.

Please keep me informed regarding the processing of this claim so I can prioritize my work towards this claim with the best faculty I have.

Thank you,


On Thursday, 2 June 2022, Lopez, Samantha <samalopez@pa.gov> wrote:

Hello Assata Acey,


The intake interview is to clarify some of the allegations you detailed in your complaint as some allegations may not be jurisdictional for the PHRC. Therefore, the complaint has not been served yet and it has not yet been dual-filed with the EEOC.


Regards,


**Samantha Lopez** | Human Relations Representative III

(she/her/hers)

PA Human Relations Commission

Philadelphia Regional Office

110 North 8th Street, Suite 501

Philadelphia, PA 19107

Phone: 215.965.7730 | Fax: 215.560.3682

samalopez@pa.gov



*Discrimination is illegal in PA. Get the facts about equal opportunity at www.phrc.pa.gov.*

*Call our toll-free PA Fair Housing Hotline, 855-866-5718, for help filing a housing discrimination complaint.*

---

**From:** Assata Acey <aceyassata@gmail.com>
**Sent:** Thursday, June 2, 2022 10:40 AM
**To:** Lopez, Samantha <samalopez@pa.gov>
**Cc:** Ravitch, Saul <sravitch@pa.gov>; Schwartz, Todd <toschwartz@pa.gov>
**Subject:** [External] Re: Ravitch - Employment - Acey

*ATTENTION: This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.*

Hi, Goodmorning Todd and everyone.

I truly wanted to follow up on my claim (claim form, documentation, intake form, and hipa release).
I had been of the impression that my claim would be evaluated for filing; and that I would be notified if it were insufficient.
Is there anything in the claim as submitted that would disqualify it from being filed, served or investigated?
Has this claim been dual filed with EEOC?

Thank you so much in the time and patience you've taken to communicate with me,
Assata

On Tue, 31 May 2022 at 08:43, Lopez, Samantha <samalopez@pa.gov> wrote:

## 11:15am to 1:15pm

## Please call: Assata Acey (770) 231-1017

## RFI:  I22115365 / PHRC Case No. 202102397

Please e-mail your COMPLETED questionnaire AND additional documentation (e.g. lease, contract, rent/sale posting, paystub, job posting) directly to Todd Schwartz at **toschwartz@pa.gov** <u>prior</u> to your scheduled appointment.

FAILURE TO SUBMIT THE ATTACHED INTAKE QUESTIONNAIRE **PRIOR** TO YOUR APPOINTMENT **WILL** RESULT IN YOUR APPOINTMENT BEING CANCELLED.

If you have trouble completing and/or submitting the questionnaire, please inform the PHRC <u>prior</u> to your appointment by calling **215-560-2496.**

Failure to file a complaint with the PHRC within 180 days may result in your claim being denied because it is not jurisdictional.

---

📄 **Filled Employment Complaint Form-12-2020 (1).pdf**
1440K