

# CONSENT TO MEDIATE

### Mediation Process and Role of the Mediator
I understand that the mediator(s) will explain the mediation process at the beginning of the mediation session, and that I will have an opportunity to ask questions at that time. I understand that CORA Good Shepherd Mediation and its mediators are not providing me with legal advice, legal representation, counseling or therapy. I understand that the mediation process may involve the mediator(s) speaking privately to each participant. I understand that the mediator(s), acting in a neutral capacity, will not take sides or make a legal ruling. The mediator's role is to facilitate the mediation process and help the parties understand each other's point of view. I understand that if the disputants reach a mediated settlement, the mediator(s) will write it out on an agreement form. I have been informed that prior to signing the mediated settlement, I may have it independently reviewed by my own legal counsel. A copy of the agreement (if a settlement is reached), along with this Consent to Mediate form, will be retained by CORA Good Shepherd Mediation. The terms of settlement may be legally binding in that the parties may seek its enforcement in the courts, unless the agreement, by its terms, sets forth the parties' intent that it is not legally binding or enforceable in a court of law.

### Costs of Mediation
The mediation will be conducted by volunteer or staff mediators affiliated with CORA Good Shepherd Mediation. Some mediations take more than one session, depending on the complexity of the matters involved. We understand that the per-session fee is due prior to the start of each mediation session.

### Voluntary Nature of Mediation
I am voluntarily participating in the mediation process to attempt to resolve a specific conflict. I am willing to abide by the mediation ground rules as described in the mediator(s)'s opening statement. I understand that if either disputant fails to follow the ground rules, the mediator(s) may terminate the mediation session at the mediator(s) discretion. I also understand that any disputant may decide to withdraw from the mediation at any time during the process.

### Confidentiality of Mediation
Furthermore, I understand that all mediation communications and documents are privileged and that disclosure of mediation communications and mediation documents may not be required or compelled through discovery or any other process. I understand that mediation communications and mediation documents, except the mediated settlement agreement, shall not be admissible as evidence in any action or proceeding,



including, but not limited to, a judicial, administrative or arbitration action or proceeding. [Section 1, Title 42 § 5949 (a)] I understand that all of the mediator (s) notes and the notes taken by the disputants will be destroyed at the end of the final mediation session. I, therefore, agree not to call the mediator(s) or CORA Good Shepherd Mediation staff as a witness(es) in any future proceedings pertaining to this case.

## Exceptions to Confidentiality

I understand that some communications and conduct are excluded from protection under the Confidential Mediation Communications and Documents law in Pennsylvania [Section 1, Title
42 § 5949 (b)]. If subsequent legal proceedings are held in this matter, the mediator may be required to testify in regard to:

- A fraudulent communication during mediation that is relevant evidence in an action to enforce or set aside a mediated agreement reached as a result of that fraudulent communication;
- A communication or threat that bodily injury may be inflicted upon a person;
- A communication of a threat that damage may be inflicted on real or personal property under circumstances constituting a felony;
- Conduct during a mediation session causing direct bodily injury to a person.

In mediations involving youth, mediators are required by the Pennsylvania Child Protection Services Act to report any suspicion of child abuse to the Child Abuse Hotline.

## Modifications for "Virtual" Mediations

I understand that I may be asked to sign this document and the agreement electronically. If that is not possible, I agree to sign and return this document as soon as possible. In addition, I understand that the agreement might be signed by the parties after the mediation session has ended, if technology access does not allow for both parties to sign the agreement during the mediation session. I agree to sign and return the agreement as soon as possible (given my technology access), and I understand that my verbal consent during the mediation session serves as my signature until I can sign and return the written agreement.

## Release from Liability

I hereby release CORA Good Shepherd Mediation and its employees and its volunteers from any liability in regard to this mediation.

Assata S. Acey
_____
Signature

09/06/2022
_____
Date

CORA Services, Inc.  ● 8540 Verree Road ● Philadelphia, PA 19111-1399 ● 215-342-7660

**Signature:** _Assata A. Acey_
Assata Acey (Sep 6, 2022 02:06 EDT)

**Email:** aceyassata@gmail.com

# general consent form- virtual mediation

Final Audit Report                                                    2022-09-06

| | |
|---|---|
| Created: | 2022-08-25 |
| By: | Alexandra Harris (aharris@coraservices.org) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAzERBcrClpsbjkgmMWHKnQgC2c_qY_wPe |

## "general consent form- virtual mediation" History

📄 Document created by Alexandra Harris (aharris@coraservices.org)
2022-08-25 - 2:31:38 PM GMT

📧 Document emailed to Assata Acey (aceyassata@gmail.com) for signature
2022-08-25 - 2:32:11 PM GMT

📄 Email viewed by Assata Acey (aceyassata@gmail.com)
2022-08-25 - 2:32:29 PM GMT

📧 New document URL requested by Assata Acey (aceyassata@gmail.com)
2022-09-06 - 5:52:36 AM GMT

📄 Email viewed by Assata Acey (aceyassata@gmail.com)
2022-09-06 - 5:52:49 AM GMT

✍️ Document e-signed by Assata Acey (aceyassata@gmail.com)
Signature Date: 2022-09-06 - 6:06:27 AM GMT - Time Source: server

✅ Agreement completed.
2022-09-06 - 6:06:27 AM GMT

**Adobe Acrobat Sign**