# Table of Contents
# for Response to Defendant's Motion to Dismiss

Motion Presented……………………...………………………………………………..1

Relevant Background for this Response………………….………………………….1

Legal argument…………………………………………………………………………...4

    I.      Preliminary waiver of Rights by Defendant………..…………………………....4

    II.     Motion to Dismiss Allegations: Defendant's Knowledge and Use of Case Records……………………………………….……………………….…...6

    III.    Preexisting Contract: Mediation and Contract Enforceability through Contract Law……………………………………………………………………………...11

    IV.    Preexisting Contract: Effect of Misunderstanding…………………….……..18

    V.     Exhaustion of Administrative Remedy: Applicability………………..……19

    VI.    Exhaustion of Administrative Remedy: Claims raised in Administrative Process……………………………………………………………………….20

Prayer for Relief……………….…...……………………………………………….….23

# Table of Authorities

# for Response to Defendant's Motion to Dismiss

Court Opinions

    A.  US Federal Bankruptcy Court-Eastern District of PA

        *Larson v. Bayer (In re Bayer)*, 527 B.R. 202…………..…………………..….6

B. US Supreme Court

*Pioneer Inv. Servs. Co. v. Brunswick Associates Ltd. P'ship (Id. at 395, 113 S.Ct. 1489)* ….…………………………………………………………………..…..6

C. US Third Circuit Court of Appeals

*McKenna v. City of Philadelphia* (649 F.3d 171, 177-78 (3d Cir. 2011))…………...14

D. US Third Circuit Court of Appeals

*Abramson v. William Paterson Coll. of N.J* (260 F.3d 265, 286 (3d Cir. 2001)……..14

E. US Supreme Court

*Staub v. Proctor Hosp* (562 U.S. 411 (2011) Id. at 1193)……….……………….….…14

F. US Third Circuit Court of Appeals

*Aman v. Court Furniture Rental Corp* (95 F.3d at 1082 (3d Cir. 1996))…………….16

G. US Third Circuit Court of Appeals

*White v. Samsung Electronics America Inc.,* No. 22-1162, p. 13 (3d Cir. Mar. 7, 2023)…………………………………………………………………………20

H. US Supreme Court

*Morgan v. Sundance*, 142 S. Ct. at 1713……………………..……………………20

Procedural Rules

A. Fed. R. App. P. 27(b)…………………. ……………………………………………3

B. Fed. R. Civ. P. 12( )………. ………………………………………………...….4

C. Fed. R. Civ. P. 55(a)……………. ……………………………………………….....5

D. Fed. R. Civ. P. 6(b)(1)(B)……………………... ……………………………..…….6

E. Fed. R. Civ. P. 12(d)…………………………… ………………..………………..22

Statutes

A. United States Code

   42 U.S.C. 2000e-5(b)……………………………………….. ………………..….9

B. Pennsylvania Statutes

   43 P.S. 959(b)(1).………………………… ………………………………...…..9

C. Pennsylvania Statutes

   65 P.S. 67.301…………………….…………………………………………………9

D. Pennsylvania Statutes

   65 P.S. 67.305…………………………………………………………………………9

E. Pennsylvania Statutes

   43 P.S. 692(c)(1).………………………… …………………………………..10

F. United States Code

   42 U.S.C 2000-e-5(f)(1)……………………………………. ……………………..10

G. United States Code

   9 U.S.C.  402 (H.R. 4445, S.2342).……………………… ………………..…20

H. Pennsylvania Statutes

I. 43 P.S. 951-963 (Pennsylvania Human Relations Act)….………………… ………..21

J. United States Code

   42 U.S.C 2000-e-5(e)(1)………………………… …………………………………..22

Common Law

   A. Restatement of Contracts(Second) 194…………………….…………………12

   B. Restatement of Contracts(Second) 195…………………………..………………13

   C. Restatement of Contracts(Second) 20…………………………………………18

Case File

A. ECF No. 5-13……………………………………..…………………………………..…1

B. ECF No. 5…………………………………………..……………………………..2,8,9

C. ECF No. 8-1……………………………….……….2,8,10, 11,14,15,16, 18, 19, 23

D. ECF No. 6.…………………………………………………………………………...3,5

E. ECF No. 7……………………………………………..……………………………..…3

F. ECF No. 8 (ll 1-2, 12-14)…………………………………. ………….…4,5

G. ECF No. 10.…………………………………………………..4,7,8, 11,13, 19, 20

H. ECF No. 13……………………………………………………………………….4

I. ECF No. 9 …………………………….…………………………....5, 21, 22

J. ECF No. 1…………………………………………………………….…..5,6

K. ECF No. 6-1 (p. 2, ll 1)…………………………………………..………..5

L. ECF No. 1-3 (Entry Date)………………………………… ………………….6

M. ECF No 10-5 (p.2)………………………………….. ………………………….7

N. ECF No. 5-6……………………………..……………………………...………8,9, 21

O. ECF No. 10-7 …......………………………..…………………………………19

P. ECF No. 5-14……..…………………….…………………………………..……..21

## **Exhibits: Titles and Attachment Numbers**

Exhibit Original Title and Number                                         Attachment Number

1. Exhibit 1 05-09-2022 PHRC Employment Complaint Submission I…………....…….ECF 15-5

2. Exhibit 2 06-03-2022 PHRC Second Submission and Initial Refusal to File…..……..ECF 15-6

3. Exhibit 3 06-21-2022 PHRC Investigator Drafted Complaint………………...….......ECF 15-7

4. Exhibit 4 05-11-2022 PHRC First Requirement for Meeting………………....…….ECF 15-8

5. Exhibit 5 06-16-2022 Communications of Discrimination sent to PHRC Investigator……………………………………………………………………….....ECF 15-9

6. Exhibit 6 06-21-2022 First Amended Complaint…………………………...……ECF 15-10

7. Exhibit 7 09-06-2022 Consent to Mediate with CORA…………………………….ECF 15-11

8. Exhibit 8 10-07-2022 Submission of Second Amended Complaint Draft………..…ECF 15-12

9. Exhibit 9 10-24-2022 Second Amended Complaint……………………………….. ECF 15-13

10. Exhibit 10 10-25-2022 Confirmation of Amended Charge of Discrimination……...ECF 15-14

11. Exhibit 11 11-09-2022 PHRC Right to Sue…………..…………………………….. ECF 15-15

12. Exhibit 12 12-16-2022 EEOC Notice of Rights to Sue……………………………..ECF 15-16

13. Exhibit 13 03-14-2023 Order Confirmation of PHRC Mailing……………....…… ECF 15-17

14. Exhibit 14 03-15-2023 Invoice of Complaint Mailed to PHRC…………………… ECF 15-18

15. Exhibit 15 03-15-2023 Notice of Electronic Filing……………………………………ECF 15-19

16. Exhibit 16 03-15-2023 Order Confirmation of EEOC Mailing……………………ECF 15-20

17. Exhibit 17 03-16-2023 Invoice of Complaint Mailed to EEOC…………………….ECF 15-21

18. Exhibit 18 04-24-2023 ER Admission Note_Redacted……………………………..ECF 15-22

19. Exhibit 19 04-24-2023 Counsel Correspondence…………………………………...ECF 15-23

20. Exhibit 20 04-25-2023 Hospital Discharge Note_Redacted………………………..ECF 15-24

21. Exhibit 21 04-25-2023 Hospital Discharge Summary_Redacted…………………...ECF 15-25

22. Exhibit 22 04-26-2023 Counsel Correspondence…………………………………..ECF 15-26

23. Exhibit 23 03-20-2023 Rule to Show Cause- Per Curiam Order…………………...ECF 15-27

24. Exhibit 24 10-24-2022 Submission of Second Amended Complaint…………..……ECF 15-28

25. Exhibit 25 10-27-2022 Submission of Amended Exhibits…………………………ECF 15-29

26. Exhibit 26 EEOC FOIA Policy……………………………………………………..ECF 15-30

27. Exhibit 27 PHRC Right to Know Law Policy…………………………………….ECF 15-31

28. Exhibit 28 11-15-2022 PHRC Dismissal of Claims Confirmation………..………. ECF 15-32

29. Exhibit 29 09-16-2022 Mediators as Independent Contractors……………….…. ECF 15-33

30. Exhibit 30 12-13-2022 Disparaging Cartoon- 12-13-2022………………….…... ECF 15-34

31. Exhibit 31 12-13-2021 Disparaging Cartoon Report……………………………… ECF 15-35

32. Exhibit 32 07-07-2021 Coworker Comments I……………………………………..ECF 15-36

33. Exhibit 33 07-07-2021 Coworker Comments II…………………………………… ECF 15-37

34. Exhibit 34 07-14-2021 Excused and Rescheduled Training………..…………….. ECF 15-38

35. Exhibit 35 07-19-2021 Technology Issue and 07-21-2021 Missing Invite……….. ECF 15-39

36. Exhibit 36 07-27-2021 Blamed for Unsent Invitation……………………………... ECF 15-40

37. Exhibit 37 07-27-2021 Submitted Proof of Missing Invitation……………………. ECF 15-41

38. Exhibit 38 07-28-2021 HR Complaint about Attendance……………...………….. ECF 15-42

39. Exhibit 39 08-10-2021 Coworker Criticism……………….……………………….ECF 15-43

40. Exhibit 40 08-10-2021 Coworker Criticism II…………………………….………..ECF 15-44

41. Exhibit 41 09-01-2021 HR RSVP Apology……………………….……………...ECF 15-45

42. Exhibit 42 02-10-2022 HR Call Log………………………………………………..ECF 15-46

43. Exhibit 43 02-10-2022 Manager Primer……………………………………...…..ECF 15-47

44. Exhibit 44  02-11-2022 HR Followup Request…………………………………...ECF 15-48

45. Exhibit 45 02-16-2022 HR meeting Confirmed……………………...……………ECF 15-49

46. Exhibit 46 02-14-2022 HR Denial of Direct Complaints….……………………...ECF 15-50

47. Exhibit 47 10-08-2021 Coworker Behavior……………………………………..ECF 15-51

48. Exhibit 48 02-23-2022 Coworker Behavior II……………………….…………..ECF 15-52

49. Exhibit 49 02-23-2022 Coworker Behavior III…………………………………….ECF 15-53

50. Exhibit 50 02-11-2022 HR Comments………………………………………….ECF 15-54

51. Exhibit 51 06-07-2022 HR Request to Sign……………………………………..ECF 15-55

52. Exhibit 52 06-13-2022 HR Response………………………………………….ECF 15-56

53. Exhibit 53 06-07-2022 Initial Form…………………………………………..ECF 15-57

54. Exhibit 54 06-13-2022 Renamed Form…………………………………..……..ECF 15-58

55. Exhibit 55 05-12-2023 Omar Jackson Qualifications………………..………..ECF 15-59

56. Exhibit 56 05-12-2023 Seth Qualifications……………………….…..……..ECF 15-60

57. Exhibit 57 Product Introduction Senior Technician Description……………………ECF 15-61

58. Exhibit 58 Product Introduction Technician Description as of 04-18-2022….……..ECF 15-62

59. Exhibit 59 01-10-2022 Laser Classification Job Duty……………….…..……..ECF 15-63

60. Exhibit 60 02-23-2022 Harry Nask Pre-Promotion……………………….…..ECF 15-64

61. Exhibit 61 03-04-2022 Harry Nask Post Promotion……………………….…ECF 15-65

62. Exhibit 62 11-08-2021 Taylor Johnson Pre-Promotion…………………………..ECF 15-66

63. Exhibit 63 03-04-2022 Taylor Johnson Post Promotion…..………………………..ECF 15-67

64. Exhibit 64 12-06-2021 Diana Wilmes Pre Reclassification………………………...ECF 15-68

65. Exhibit 65 12-20-2021 Diana Wilmes Post Promotion……………………………..ECF 15-69

66. Exhibit 66 03-07-2022 Andrea Neff Pre Pomotion…………………………………ECF 15-70

67. Exhibit 67 03-20-2022 Andrea Neff Listed as PM……………………………….ECF 15-71

68. Exhibit 68 05-12-2023 Daniel Winters Promotion History…………………………ECF 15-72

69. Exhibit 68 05-12-2023 Daniel Winters Promotion History…………………………ECF 15-73

70. Exhibit 70 10-28-2022 EEOC Discussion of Disability Claims……………..…...ECF 15-74

71. Exhibit 71 09-23-2022 Coercion to Resign……………………………………ECF 15-75

72. Exhibit 72 09-27-2022 Report To work…………….….……………………..ECF 15-76

73. Exhibit 73 09-27-2022 Response to Termination………………..………………ECF 15-77

<div style="text-align: right">

Respectfully submitted,

/s/Assata Acey
_____

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA 19139

aceyassata@gmail.com

770-231-1017

</div>

Date: 05/16/2023