UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY | : | |
| | : | Civil Action |
| Plaintiff, | : | CASE NO.: 23-cv-1438 |
| | : | |
| | : | JUDGE GENE E. K. PRATTER |
| v. | : | |
| | : | **Removed from the Court of** |
| | : | **Common Pleas of Chester County,** |
| INDUCTEV Inc. | : | **Pennsylvania** |
| | : | **(Case No. 2023-01782-CT)** |
| | : | |
| | : | |
| Defendant. | : | |

**Response to Defense's Reply (Doc 17) Re: Motion to Dismiss**

I, Assata Acey, am writing this response for scheduling clarity. There is very little I have to say that is not expressed in my complaint or my response to the defense's motion to dismiss. I aver as follows:

**Supporting Brief**

1. In response to the Defense's claims for timing, I stand on the decisions and conferring of rights initiated by the PHRC on 11/09/2022 and EEOC on 12/162022; I leave further determinations up to this court.

2. In case it were of consequence, an extension from the email thread shown in ECF No 15-32 is attached to support that the EEOC had completed its review of claims raised in my Second Amended Complaint (Exhibit 1, p1).

3. In response to Defense's restatement of their allegation of acknowledged settlement, I stand on the evidence and arguments presented in my Response (Doc15); I leave further determinations up to this court.

4. If it were of further consequence, I present the defense's statement during recent settlement communications to further evidence their knowledge of there having been "no fully executed agreement" **written or otherwise** (Exhibit 2, ¶ 2).

5. Exhibit 2 is provided on the basis of the Defense's claims and the disclosure they made while initiating settlement deadline; their latest offer of settlement (or proof of such offer) is not relevant to this response.

6. The content of my second amended complaint as well as clarifications regarding this and prior complaints (original complaint and first amended complaint) can also be viewed in my previous Response (Doc 15).

7. I urge this court to consider my and the defense's arguments, attachments and proposed orders and will await a determination.

                                                          Sincerely,

                                                          /s/ Assata Acey

                                                          Assata Acey (Pro Se)

                                                          5121 Brown St,

                                                          Philadelphia, PA 19139

                                                          aceyassata@gmail.com

                                                          770-231-1017

Date: 05/24/2023

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : | |
| | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| | : | |
| **INDUCTEV,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |
| | : | No. 2:23-1438 |

<u>**Verification of Service**</u>

Letter is to confirm that:

1. On 05/16/2023,

    - **Two single sided copies** (as required by ECF 14 and GEKP General Pretrial Procedures) of my filed Response (ECF 15) and **one copy** of the updated table of contents was mailed to Judge Gene E. K. Pratter's chambers.

    - **One copy** (as required by ECF 14) of my filed Response (ECF 15) and one copy of the updated table of contents was mailed to Defendant's Senior Counsel, Randall C. Schauer, Esq.

2. I submitted my second Response (ECF No. 18) through the Pro Se EDS (Electronic Documents Submission) on 05/24/2023. This was subsequently filed by court staff via entry onto the ECF (Electronic Case Filing) system, at which time service of Defendant was made complete through ECF's Notice of Electronic Filing.

Sincerely,

/s/ Assata Acey

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA 19139

aceyassata@gmail.com

770-231-1017

Date: 05/24/2023