

Assata Acey <aceyassata@gmail.com>

## Acey v. InductEV - FOR PURPOSES OF SETTLEMENT ONLY

**Schauer, Randall C.** <RSchauer@foxrothschild.com>   11 May 2023 at 16:55
To: Assata Acey <aceyassata@gmail.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>

Ms. Acey:   Greetings. InductEV has authorized me to offer you $50,000 in exchange for a full and complete release of all claims you may have against InductEV F/K/A Momentum Dynamics, including but not limited to those set forth in the lawsuit pending in the United States District Court for the Eastern District of Pennsylvania.  Attached is a settlement agreement for your review and signature. It will look familiar in many aspects as it is very similar to the one offered to you last year after mediation. I am willing to discuss modification of language to the extent we can come to an agreement on same, but this is the basic form of agreement that will need to be signed.

***This offer is open to the close of business on Thursday May 18, 2023***.  If there is no fully executed agreement in place by 5:00 EDST on the 18th, the offer of settlement is withdrawn and null and void.

If you researched other cases I have handled, which given your abilities I suspect you have, you will see I generally do not file Motions to Dismiss, but when filed they generally succeed. I feel that way about the one filed in this case, or I would not take the time of the Court or you with it. Not only does the Motion to Dismiss need to be answered by the end of the month, but there are also quickly approaching, significant discovery obligations required of both parties.

This email is being provided for settlement purposes only and does not constitute an admission. This email shall not be admissible for any purpose and shall be entitled to all the protections afforded by the applicable rules of evidence and procedure.

Thank you for your attention. Have a good evening.

**Randall Schauer** | Partner

**Fox Rothschild LLP** | www.foxrothschild.com
747 Constitution Drive-Suite 100, Exton, PA 19341

(d) 610.458.4967 | (c) 610.368.5080 | rschauer@foxrothschild.com



This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

**InductEV - Acey - Settlement Agreement-C.pdf**
161K