# Exhibit Names

Exhibit 1- 07-16-2021 Proca Complaints PM 2-58-17 INDUCTEV INITDISCL000934.pdf

Exhibit 2- 07-16-2021 Proca Complaints PM 3-00-31 INDUCTEV INITDISCL011544.pdf

Exhibit 3- 07-16-2021 Proca Complaints PM 3-05-47 INDUCTEV INITDISCL002184.pdf

Exhibit 4- 07-16-2021 Proca Complaints PM 3-13-07 INDUCTEV INITDISCL000893.pdf

Exhibit 5- 07-16-2021 Proca Complaints PM 3-14-06 INDUCTEV INITDISCL011021.pdf

Exhibit 6- 07-16-2021 Proca Complaints PM 3-14-10 INDUCTEV INITDISCL007039.pdf

Exhibit 7- 07-16-2021 Proca Complaints PM 3-15-48 INDUCTEV INITDISCL003297.pdf

Exhibit 8- 07-16-2021 Proca Complaints PM 3-16-27 INDUCTEV INITDISCL011086.pdf

Exhibit 9- 07-16-2021 Proca Complaints PM 3-17-59 INDUCTEV INITDISCL011904.pdf

Exhibit 10- 07-16-2021 Proca Complaints PM 4-27-15 INDUCTEV INITDISCL001362.pdf

Exhibit 11- 07-19-2021 Proca Complaints AM 9-06-05 INDUCTEV INITDISCL009277.pdf

Exhibit 12- 07-19-2021 Proca Complaints PM 1-22-39 INDUCTEV INITDISCL005677.pdf

Exhibit 13- 07-19-2021 Proca Complaints PM 1-37-54 INDUCTEV INITDISCL006180.pdf

Exhibit 14- 07-28-2021 Proca Complaints PM 5-57-02 INDUCTEV INITDISCL002984.pdf

Exhibit 15- 07-28-2021 Proca Complaints PM 5-59-45 INDUCTEV INITDISCL003647.pdf

Exhibit 16- 07-28-2021 Proca Complaints PM 6-02-27 INDUCTEV INITDISCL009332.pdf

Exhibit 17- 07-28-2021 Proca Complaints PM 6-02-32 INDUCTEV INITDISCL010900.pdf

Exhibit 18- 09-09-2021 Ron Concerns PM 5-22-35 INDUCTEV INITDISCL010532.pdf

Exhibit 19- 10-08-21 Tenant PM 3-39-14 INDUCTEV INITDISCL012107.pdf

Exhibit 20- 10-08-21 Tenant PM 3-39-29 INDUCTEV INITDISCL000789.pdf

Exhibit 21- 10-08-21 Tenant PM 3-40-05 INDUCTEV INITDISCL008897.pdf

Exhibit 22- 10-08-21 Tenant PM 3-40-37 INDUCTEV INITDISCL002488.pdf

Exhibit 23- 10-08-21 Tenant PM 3-40-41 INDUCTEV INITDISCL003843.pdf

Exhibit 24- 10-08-21 Tenant PM 3-50-32 INDUCTEV INITDISCL011111.pdf

Exhibit 25- 10-08-21 Tenant PM 3-50-35 INDUCTEV INITDISCL002189.pdf

Exhibit 26- 10-08-21 Tenant PM 3-50-43 INDUCTEV INITDISCL003544.pdf

Exhibit 27- 10-08-21 Tenant PM 3-50-46 INDUCTEV INITDISCL001601.pdf

Exhibit 28- 10-08-21 Tenant PM 3-50-57 INDUCTEV INITDISCL006937.pdf

Exhibit 29- 10-08-21 Tenant PM 3-51-06 INDUCTEV INITDISCL008616.pdf

Exhibit 30- 10-08-21 Tenant PM 3-51-24 INDUCTEV INITDISCL011806.pdf

Exhibit 31- 10-08-21 Tenant PM 3-51-32 INDUCTEV INITDISCL011980.pdf

Exhibit 32- 10-08-21 Tenant PM 3-52-01 INDUCTEV INITDISCL001377.pdf

Exhibit 33- 10-08-21 Tenant PM 3-52-02 INDUCTEV INITDISCL008743.pdf

Exhibit 34- 10-08-21 Tenant PM 3-52-30 INDUCTEV INITDISCL004144.pdf

Exhibit 35- 10-08-21 Tenant PM 3-52-34 INDUCTEV INITDISCL006596.pdf

Exhibit 36- 10-08-21 Tenant PM 3-53-15 INDUCTEV INITDISCL010705.pdf

Exhibit 37- 10-08-21 Tenant PM 3-53-20 INDUCTEV INITDISCL003621.pdf

Exhibit 38- 10-08-21 Tenant PM 3-53-23 INDUCTEV INITDISCL010756.pdf

Exhibit 39- 10-08-21 Tenant PM 3-53-43 INDUCTEV INITDISCL006121.pdf

Exhibit 40- 10-08-21 Tenant PM 3-53-51 INDUCTEV INITDISCL011554.pdf

Exhibit 41- 10-08-21 Tenant PM 3-53-56 INDUCTEV INITDISCL001267.pdf

Exhibit 42- 10-08-21 Tenant PM 3-54-34 INDUCTEV INITDISCL000751.pdf

Exhibit 43- 10-08-21 Tenant PM 3-55-15 INDUCTEV INITDISCL011747.pdf

Exhibit 44- 10-08-21 Tenant PM 3-56-37 INDUCTEV INITDISCL004330.pdf

Exhibit 45- 10-08-21 Tenant PM 3-57-11 INDUCTEV INITDISCL011116.pdf

Exhibit 46- 10-08-21 Tenant PM 3-59-13 INDUCTEV INITDISCL010950.pdf

Exhibit 47- 10-08-21 Tenant PM 3-59-32 INDUCTEV INITDISCL005861.pdf

Exhibit 48- 10-08-21 Tenant PM 4-37-18 INDUCTEV INITDISCL010571.pdf

Exhibit 49- 10-08-21 Tenant PM 4--54-59 INDUCTEV INITDISCL012886.pdf

Exhibit 50- 10-08-21 Tenant PM 4-55-12 INDUCTEV INITDISCL009190.pdf

Exhibit 51- 10-15-2021 Proca Complaints AM 8-38-48 INDUCTEV INITDISCL011027.pdf

Exhibit 52- 10-15-2021 Proca Complaints AM 8-39-08 INDUCTEV INITDISCL003486.pdf

Exhibit 53- 10-15-2021 Proca Complaints AM 8-39-36 INDUCTEV INITDISCL008338.pdf

Exhibit 54- 10-15-2021 Proca Complaints AM 8-40-06 INDUCTEV INITDISCL003837.pdf

Exhibit 55- 10-15-2021 Proca Complaints AM 8-41-11 INDUCTEV INITDISCL007839.pdf

Exhibit 56- 10-15-2021 Proca Complaints AM 8-41-58 INDUCTEV INITDISCL006167.pdf

Exhibit 57- 10-15-2021 Proca Complaints AM 8-42-05 INDUCTEV INITDISCL008946.pdf

Exhibit 58- 10-15-2021 Proca Complaints AM 8-42-31 INDUCTEV INITDISCL007287.pdf

Exhibit 59- 10-15-2021 Proca Complaints AM 8-43-06 INDUCTEV INITDISCL003753.pdf

Exhibit 60- 10-15-2021 Proca Complaints AM 8-44-15 INDUCTEV INITDISCL000830.pdf

Exhibit 61- 10-15-2021 Proca Complaints AM 8-44-42 INDUCTEV INITDISCL008328.pdf

Exhibit 62- 10-15-2021 Proca Complaints AM 8-49-18 INDUCTEV INITDISCL003376.pdf

Exhibit 63- 10-21-2021 Russel Touch Complaint AM 9-49-36 INDUCTEV INITDISCL006621.pdf

Exhibit 64- 10-21-2021 Incomplete Apology PM 5-52-49 INDUCTEV INITDISCL017896.pdf

Exhibit 65-10-21-2021 Incomplete Apology PM 5-54-13 INDUCTEV INITDISCL012394.pdf

Exhibit 66- 10-21-2021 Incomplete Apology PM 5-54-28 INDUCTEV INITDISCL006558.pdf

Exhibit 67- 10-21-2021 Incomplete Apology PM 5-55-32 INDUCTEV INITDISCL008221.pdf

Exhibit 68- 10-29-2021 J Wolgemuth PM 12-40-24 INDUCTEV INITDISCL000886.pdf

Exhibit 69- 10-29-2021 J Wolgemuth PM 12-43-54 INDUCTEV INITDISCL002645.pdf

Exhibit 70- 10-29-2021 J Wolgemuth PM 12-46-25 INDUCTEV INITDISCL001658.pdf

Exhibit 71- 10-29-2021 J Wolgemuth PM 12-46-52 INDUCTEV INITDISCL006805.pdf

Exhibit 72- 10-29-2021 J Wolgemuth PM 12-47-14 INDUCTEV INITDISCL003252.pdf

Exhibit 73- 10-29-2021 J Wolgemuth PM 12-48-09 INDUCTEV INITDISCL012942.pdf

Exhibit 74- 10-29-2021 J Wolgemuth PM 12-48-27 INDUCTEV INITDISCL005290.pdf

Exhibit 75- 11-16-2021 Electrical Office Area Overheard AM 10-14-26 INDUCTEV INITDISCL001578.pdf

Exhibit 76- 11-16-2021 Electrical Office Area Overheard AM 10-16-56 INDUCTEV INITDISCL010039.pdf

Exhibit 77- 11-16-2021 Electrical Office Area Overheard AM 10-17-31 INDUCTEV INITDISCL005977.pdf

Exhibit 78- 11-16-2021 Electrical Office Area Overheard AM 10-17-51 INDUCTEV INITDISCL000815.pdf

Exhibit 79- 11-16-2021 Electrical Office Area Overheard AM 10-19-13 INDUCTEV INITDISCL004079.pdf

Exhibit 80- 11-16-2021 Electrical Office Area Overheard AM 10-19-24 INDUCTEV INITDISCL000827.pdf

Exhibit 81- 11-16-2021 Electrical Office Area Overheard AM 10-30-11 INDUCTEV INITDISCL003045.pdf

Exhibit 82- 11-16-2021 Electrical Office Area Overheard AM 10-32-41 INDUCTEV INITDISCL005297.pdf

Exhibit 83- 11-16-2021 Electrical Office Area Overheard AM 10-37-32 INDUCTEV INITDISCL005876.pdf

Exhibit 84- 11-16-2021 Electrical Office Area Overheard AM 10-38-01 INDUCTEV INITDISCL004831.pdf

Exhibit 85- 11-16-2021 Electrical Office Area Overheard AM 10-40-55 INDUCTEV INITDISCL011751.pdf

Exhibit 86- 11-16-2021 Electrical Office Area Overheard AM 10-41-20 INDUCTEV INITDISCL007438.pdf

Exhibit 87- 12-7-2021 Russel Touch Complaint PM 12-53-28 INDUCTEV INITDISCL011204.pdf

Exhibit 88- 12-7-2021 Russel Touch Complaint PM 12-53-30 INDUCTEV INITDISCL001134.pdf

Exhibit 89- 12-7-2021 Russel Touch Complaint PM 12-53-46 INDUCTEV INITDISCL006549.pdf

Exhibit 90- 12-7-2021 Russel Touch Complaint PM 1-15-20 INDUCTEV INITDISCL002390.pdf

Exhibit 91- 12-7-2021 Russel Touch Complaint PM 1-27-57 INDUCTEV INITDISCL004570.pdf

Exhibit 92- 12-7-2021 Russel Touch Complaint PM 1-29-10 INDUCTEV INITDISCL005264.pdf

Exhibit 93- 12-7-2021 Russel Touch Complaint PM 1-29-18 INDUCTEV INITDISCL010569.pdf

Exhibit 94- 12-7-2021 Russel Touch Complaint PM 1-30-04 INDUCTEV INITDISCL009337.pdf

Exhibit 95- 12-7-2021 Russel Touch Complaint PM 1-30-08 INDUCTEV INITDISCL000790.pdf

Exhibit 96- 12-7-2021 Russel Touch Complaint PM 1-30-13 INDUCTEV INITDISCL010050.pdf

Exhibit 97- 4-05-2022 Coworker AM 10-13-53 INDUCTEV INITDISCL005504.pdf

Exhibit 98- 4-05-2022 Coworker AM 10-14-31 INDUCTEV INITDISCL003706.pdf

Exhibit 99- 4-05-2022 Coworker AM 10-14-45 INDUCTEV INITDISCL008824.pdf

Exhibit 100- 4-05-2022 Coworker AM 10-14-57 INDUCTEV INITDISCL010911.pdf

Exhibit 101- 4-05-2022 Coworker AM 10-18-19 INDUCTEV INITDISCL008703.pdf

Exhibit 102- 4-05-2022 Coworker AM 10-20-05 INDUCTEV INITDISCL007437.pdf

Exhibit 103- 4-05-2022 Coworker AM 10-20-12 INDUCTEV INITDISCL010847.pdf

Exhibit 104- 4-05-2022 Coworker AM 10-20-33 INDUCTEV INITDISCL010132.pdf

Exhibit 105- 4-05-2022 Coworker AM 11-04-53 INDUCTEV INITDISCL008240.pdf

Exhibit 106- 4-05-2022 Coworker AM 11-05-00 INDUCTEV INITDISCL011087.pdf

Exhibit 107- 4-05-2022 Coworker AM 11-05-04 INDUCTEV INITDISCL006787.pdf

Exhibit 108- 4-05-2022 Coworker AM 11-05-16 INDUCTEV INITDISCL003473.pdf

Exhibit 109- 4-05-2022 Coworker AM 11-05-32 INDUCTEV INITDISCL008541.pdf

Exhibit 110- 4-05-2022 Coworker AM 11-06-08 INDUCTEV INITDISCL007672.pdf

Exhibit 111- 4-05-2022 Coworker AM 11-06-45 INDUCTEV INITDISCL001171.pdf

Exhibit 112- 4-05-2022 Coworker AM 11-06-51 INDUCTEV INITDISCL010206.pdf

Exhibit 113- 4-05-2022 Coworker AM 11-07-23 INDUCTEV INITDISCL008176.pdf

Exhibit 114- 4-05-2022 Coworker AM 11-07-42 INDUCTEV INITDISCL010971.pdf

Exhibit 115- 4-05-2022 Coworker AM 11-07-59 INDUCTEV INITDISCL003254.pdf

Exhibit 116- 4-05-2022 Coworker AM 11-08-45 INDUCTEV INITDISCL010687.pdf

Exhibit 117- 4-05-2022 Coworker AM 11-09-16 INDUCTEV INITDISCL001291.pdf

Exhibit 118- 4-05-2022 Coworker AM 11-10-03 INDUCTEV INITDISCL003436.pdf

Exhibit 119- 4-05-2022 Coworker AM 11-11-07 INDUCTEV INITDISCL001038.pdf

Exhibit 120- 4-05-2022 Coworker AM 11-11-13 INDUCTEV INITDISCL002666.pdf

Exhibit 121- 4-05-2022 Coworker AM 11-11-56 INDUCTEV INITDISCL007506.pdf

Exhibit 122- 4-07-2022 Gary PM 1-26-05 INDUCTEV INITDISCL001947.pdf

Exhibit 123- 4-07-2022 Gary PM 1-54-07 INDUCTEV INITDISCL011874.pdf

Exhibit 124- 4-07-2022 Gary PM 2-22-08 INDUCTEV INITDISCL002435.pdf

Exhibit 125- 4-07-2022 Gary PM 2-24-12 INDUCTEV INITDISCL007098.pdf

Exhibit 126- 4-07-2022 Gary PM 2-26-24 INDUCTEV INITDISCL004985.pdf

Exhibit 127- 4-07-2022 Gary PM 2-36-22 INDUCTEV INITDISCL007288.pdf

Exhibit 128- 06-22-2021 HR interactions PM 12-16 28 INDUCTEV INITDISCL000486.pdf

Exhibit 129- 06-22-2021 HR interactions PM 12-30-05 INDUCTEV INITDISCL000506.pdf

Exhibit 130- 06-25-2021 HR interactions AM 11-03-01 INDUCTEV INITDISCL018682.pdf

Exhibit 131- 06-25-2021 HR interactions AM 11-05-22 INDUCTEV INITDISCL018672.pdf

Exhibit 132- 06-25-2021 HR interactions AM 11-07-21 INDUCTEV INITDISCL007675.pdf

Exhibit 133- 06-25-2021 HR interactions PM 2-45-48 INDUCTEV INITDISCL000454.pdf

Exhibit 134- 06-25-2021 HR interactions PM 2-46-47 INDUCTEV INITDISCL000459.pdf

Exhibit 135- 06-25-2021 HR interactions PM 2-48-35 INDUCTEV INITDISCL009900.pdf

Exhibit 136- 07-08-2021 HR interactions AM 9-56-51 INDUCTEV INITDISCL000539.pdf

Exhibit 137- 07-08-2021 HR interactions AM 9-58-03 INDUCTEV INITDISCL000569.pdf

Exhibit 138- 07-08-2021 HR interactions AM 9-58-26 INDUCTEV INITDISCL000568.pdf

Exhibit 139- 07-14-2021 HR interactions PM 2-53-27 INDUCTEV INITDISCL000561.pdf

Exhibit 140- 07-14-2021 HR interactions PM 2-53-43 INDUCTEV INITDISCL000493.pdf

Exhibit 141- 07-14-2021 HR interactions PM 2-54-32 INDUCTEV INITDISCL000542.pdf

Exhibit 142- 07-14-2021 HR interactions PM 2-54-56 INDUCTEV INITDISCL000494.pdf

Exhibit 143- 07-14-2021 HR interactions PM 2-54-58 INDUCTEV INITDISCL000485.pdf

Exhibit 144- 07-14-2021 HR interactions PM 2-55-41 INDUCTEV INITDISCL000491.pdf

Exhibit 145- 07-14-2021 HR interactions PM 2-58-00 INDUCTEV INITDISCL000531.pdf

Exhibit 146- 07-19-2021 HR interactions AM 7-32-45 INDUCTEV INITDISCL007638.pdf

Exhibit 147- 07-19-2021 HR interactions AM 8-26-26 INDUCTEV INITDISCL011392.pdf

Exhibit 148- 07-19-2021 HR interactions AM 8-28-19 INDUCTEV INITDISCL006999.pdf

Exhibit 149- 07-19-2021 HR interactions AM 9-04-54 INDUCTEV INITDISCL011140.pdf

Exhibit 150- 07-19-2021 HR interactions AM 9-09-17 INDUCTEV INITDISCL011109.pdf

Exhibit 151- 07-19-2021 HR interactions AM 9-12-21 INDUCTEV INITDISCL003573.pdf

Exhibit 152- 07-19-2021 HR interactions AM 9-16-53 INDUCTEV INITDISCL011203.pdf

Exhibit 153- 07-19-2021 HR interactions AM 10-34-41 INDUCTEV INITDISCL000519.pdf

Exhibit 154- 07-27-2021 Julian AM 10-04-15 INDUCTEV INITDISCL010458.pdf

Exhibit 155- 07-27-2021 HR interactions PM 1-08-19 INDUCTEV INITDISCL000514.pdf

Exhibit 156- 07-27-2021 HR interactions PM 1-08-37 INDUCTEV INITDISCL000505.pdf

Exhibit 157- 07-27-2021 HR interactions PM 1-09-22 INDUCTEV INITDISCL000570.pdf

Exhibit 158- 07-27-2021 HR interactions PM 1-09-42 INDUCTEV INITDISCL000549.pdf

Exhibit 159- 07-27-2021 HR interactions PM 1-10-06 INDUCTEV INITDISCL000547.pdf

Exhibit 160- 07-27-2021 HR interactions PM 1-13-33 INDUCTEV INITDISCL000499.pdf

Exhibit 161- 07-27-2021 HR interactions PM 1-13-52 INDUCTEV INITDISCL000497.pdf

Exhibit 162- 07-27-2021 HR interactions PM 1-14-01 INDUCTEV INITDISCL000567.pdf

Exhibit 163- 07-27-2021 HR interactions PM 1-16-44 INDUCTEV INITDISCL000500.pdf

Exhibit 164- 07-27-2021 HR interactions PM 1-16-57 INDUCTEV INITDISCL000558.pdf

Exhibit 165- 07-27-2021 HR interactions PM 1-16-57 INDUCTEV INITDISCL000559.pdf

Exhibit 166- 07-27-2021 HR interactions PM 2-13-13 INDUCTEV INITDISCL000518.pdf

Exhibit 167- 07-27-2021 HR interactions PM 2-16-08 INDUCTEV INITDISCL000520.pdf

Exhibit 168- 07-28-2021 HR interactions PM 1-04-53 INDUCTEV INITDISCL000550.pdf

Exhibit 169- 07-28-2021 HR interactions PM 1-26-42 INDUCTEV INITDISCL006970.pdf

Exhibit 170- 07-28-2021 HR interactions PM 1-27-20 INDUCTEV INITDISCL001182.pdf

Exhibit 171- 07-28-2021 HR interactions PM 1-27-34 INDUCTEV INITDISCL011665.pdf

Exhibit 172- 07-28-2021 HR interactions PM 1-28-02 INDUCTEV INITDISCL009181.pdf

Exhibit 173- 07-28-2021 HR interactions PM 1-28-07 INDUCTEV INITDISCL005560.pdf

Exhibit 174- 07-28-2021 HR interactions PM 1-28-20 INDUCTEV INITDISCL005707.pdf

Exhibit 175- 07-28-2021 HR interactions PM 1-28-44 INDUCTEV INITDISCL004406.pdf

Exhibit 176- 07-28-2021 HR interactions PM 1-28-58 INDUCTEV INITDISCL006244.pdf

Exhibit 177- 07-28-2021 HR interactions PM 1-29-02 INDUCTEV INITDISCL009519.pdf

Exhibit 178- 07-28-2021 HR interactions PM 1-29-07 INDUCTEV INITDISCL000868.pdf

Exhibit 179- 07-28-2021 HR interactions PM 1-29-18 INDUCTEV INITDISCL001352.pdf

Exhibit 180- 07-28-2021 HR interactions PM 1-29-53 INDUCTEV INITDISCL012329.pdf

Exhibit 181- 07-28-2021 HR interactions PM 1-30-22 INDUCTEV INITDISCL011196.pdf

Exhibit 182- 07-28-2021 HR interactions PM 1-35-57 INDUCTEV INITDISCL018676.pdf

Exhibit 183- 08-09-2021 Julian Complaints AM 9-13-43 INDUCTEV INITDISCL009693.pdf

Exhibit 184- 09-16-2021 HR interactions PM 1-14-41 INDUCTEV INITDISCL000562.pdf

Exhibit 185- 09-16-2021 HR interactions PM 1-35-46 INDUCTEV INITDISCL000551.pdf

Exhibit 186- 09-16-2021 HR interactions PM 1-37-18 INDUCTEV INITDISCL000564.pdf

Exhibit 187- 09-16-2021 HR interactions PM 1-37-40 INDUCTEV INITDISCL000535.pdf

Exhibit 188- 09-16-2021 HR interactions PM 1-37-46 INDUCTEV INITDISCL000553.pdf

Exhibit 189- 09-16-2021 HR interactions PM 2-10-18 INDUCTEV INITDISCL000529.pdf

Exhibit 190- 09-16-2021 HR interactions PM 2-10-55 INDUCTEV INITDISCL000495.pdf

Exhibit 191- 09-16-2021 HR interactions PM 2-11-00 INDUCTEV INITDISCL000501.pdf

Exhibit 192- 09-16-2021 HR interactions PM 2-11-25 INDUCTEV INITDISCL000504.pdf

Exhibit 193- 09-16-2021 HR interactions PM 2-11-42 INDUCTEV INITDISCL000525.pdf

Exhibit 194- 10-20-2021 Julian Complaints PM 3-06-54 INDUCTEV INITDISCL002388.pdf

Exhibit 195- 10-20-2021 Julian Complaints PM 4-06-40 INDUCTEV INITDISCL004367.pdf

Exhibit 196- 10-20-2021 Julian Complaints PM 4-06-57 INDUCTEV INITDISCL002268.pdf

Exhibit 197- 10-20-2021 Julian Complaints PM 5-28-26 INDUCTEV INITDISCL004535.pdf

Exhibit 198- 10-20-2021 Julian Complaints PM 6-23-09 INDUCTEV INITDISCL006057.pdf

Exhibit 199- 10-20-2021 Julian Complaints PM 6-28-37 INDUCTEV INITDISCL003196.pdf

Exhibit 200- 10-21-2021 Julian Complaints AM 9-49-36 INDUCTEV INITDISCL006621.pdf

Exhibit 201- 10-21-2021 Julian Complaints AM 9-50-48 INDUCTEV INITDISCL006612.pdf

Exhibit 202- 10-21-2021 Julian Complaints AM 9-50-58 INDUCTEV INITDISCL003781.pdf

Exhibit 203- 10-21-2021 Julian Complaints AM 9-51-12 INDUCTEV INITDISCL011683.pdf

Exhibit 204- 10-21-2021 Julian Complaints AM 9-51-33 INDUCTEV INITDISCL011817.pdf

Exhibit 205- 10-21-2021 Julian Complaints AM 9-51-43 INDUCTEV INITDISCL006578.pdf

Exhibit 206- 10-21-2021 Julian Complaints AM 9-51-55 INDUCTEV INITDISCL005345.pdf

Exhibit 207- 10-21-2021 Julian Complaints AM 10-02-20 INDUCTEV INITDISCL010650.pdf

Exhibit 208 -10-25-2021 Talis AM 09-50-49 INDUCTEV INITDISCL018666.pdf

Exhibit 208-1 10-25-2021 Talis AM 10-01-04 INDUCTEV INITDISCL007126.pdf

Exhibit 209- 10-25-2021 Talis AM 10-31-48 INDUCTEV INITDISCL002737.pdf

Exhibit 210- 10-25-2021 Talis AM 10-33-52 INDUCTEV INITDISCL003460.pdf

Exhibit 211- 10-25-2021 Talis AM 10-34-47 INDUCTEV INITDISCL005773.pdf

Exhibit 212- 10-25-2021 Talis AM 10-36-17 INDUCTEV INITDISCL001423.pdf

Exhibit 213- 10-25-2021 Talis AM 10-36-43 INDUCTEV INITDISCL011258.pdf

Exhibit 214- 10-25-2021 Talis AM 10-39-29 INDUCTEV INITDISCL009216.pdf

Exhibit 215- 10-25-2021 Talis AM 10-50-43 INDUCTEV INITDISCL007626.pdf

Exhibit 216- 10-25-2021 Talis AM 10-52-38 INDUCTEV INITDISCL012473.pdf

Exhibit 217- 10-25-2021 Talis AM 10-53-46 INDUCTEV INITDISCL007710.pdf

Exhibit 218- 10-25-2021 Talis AM 10-53-55 INDUCTEV INITDISCL005620.pdf

Exhibit 219- 10-25-2021 Talis AM 10-54-18 INDUCTEV INITDISCL009563.pdf

Exhibit 220- 10-25-2021 Talis AM 10-54-49 INDUCTEV INITDISCL002792.pdf

Exhibit 221- 10-25-2021 Talis AM 10-55-06 INDUCTEV INITDISCL008210.pdf

Exhibit 222- 10-25-2021 Talis AM 10-55-47 INDUCTEV INITDISCL005960.pdf

Exhibit 223- 10-25-2021 Talis AM 10-56-22 INDUCTEV INITDISCL011097.pdf

Exhibit 224- 10-25-2021 Talis AM 10-56-44 INDUCTEV INITDISCL006869.pdf

Exhibit 225- 10-25-2021 Talis AM 10-58-04 INDUCTEV INITDISCL009301.pdf

Exhibit 226- 11-17-2021 Hornberger AM 11-37-58 INDUCTEV INITDISCL007453.pdf

Exhibit 227- 11-17-2021 Hornberger AM 11-38-22 INDUCTEV INITDISCL000713.pdf

Exhibit 228- 11-17-2021 Hornberger AM 11-38-25 INDUCTEV INITDISCL012103.pdf

Exhibit 229- 11-17-2021 Hornberger AM 11-38-26 INDUCTEV INITDISCL002070.pdf

Exhibit 230- 11-17-2021 Hornberger AM 11-39-12 INDUCTEV INITDISCL004091.pdf

Exhibit 231- 11-17-2021 Hornberger AM 11-39-41 INDUCTEV INITDISCL008919.pdf

Exhibit 232- 11-17-2021 Hornberger AM 11-40-44 INDUCTEV INITDISCL008767.pdf

Exhibit 233- 11-17-2021 Hornberger AM 11-41-13 INDUCTEV INITDISCL003414.pdf

Exhibit 234- 11-17-2021 Hornberger AM 11-41-33 INDUCTEV INITDISCL007653.pdf

Exhibit 235- 11-17-2021 Hornberger AM 11-41-49 INDUCTEV INITDISCL001752.pdf

Exhibit 236- 11-17-2021 Hornberger AM 11-42-15 INDUCTEV INITDISCL004264.pdf

Exhibit 237- 11-17-2021 Hornberger AM 11-42-29 INDUCTEV INITDISCL002174.pdf

Exhibit 238- 01-15-2022 Racial Complaint PM 10-47-35 INDUCTEV INITDISCL011729.pdf

Exhibit 239- 01-15-2022 Racial Complaint PM 10-51-00 INDUCTEV INITDISCL002314.pdf

Exhibit 240- 01-16-2022 Racial Complaint AM 11-47-01 INDUCTEV INITDISCL012129.pdf

Exhibit 241- 01-16-2022 Racial Complaint AM 11-48-11 INDUCTEV INITDISCL012413.pdf

Exhibit 242- 01-16-2022 Racial Complaint AM 11-48-33 INDUCTEV INITDISCL011205.pdf

Exhibit 243- 01-16-2022 Racial Complaint AM 11-48-57 INDUCTEV INITDISCL010941.pdf

Exhibit 244- 01-16-2022 Racial Complaint AM 11-49-13 INDUCTEV INITDISCL007501.pdf

Exhibit 245- 01-16-2022 Racial Complaint AM 11-53-35 INDUCTEV INITDISCL005508.pdf

Exhibit 246- 01-16-2022 Racial Complaint AM 11-54-54 INDUCTEV INITDISCL001323.pdf

Exhibit 247- 01-16-2022 Racial Complaint PM 12-43-52 INDUCTEV INITDISCL012655.pdf

Exhibit 248- 01-16-2022 Racial Complaint PM 12-46-22 INDUCTEV INITDISCL004842.pdf

Exhibit 249- 01-16-2022 Racial Complaint PM 12-47-51 INDUCTEV INITDISCL006306.pdf

Exhibit 250- 01-16-2022 Racial Complaint PM 12-49-04 INDUCTEV INITDISCL009652.pdf

Exhibit 251- 01-16-2022 Racial Complaint PM 12-49-40 INDUCTEV INITDISCL008396.pdf

Exhibit 252- 01-16-2022 Racial Complaint PM 12-54-11 INDUCTEV INITDISCL010114.pdf

Exhibit 253- 01-25-2022 Julian Complaints PM 3-49-22 INDUCTEV INITDISCL000823.pdf

Exhibit 254- 01-25-2022 Julian Complaints PM 3-49-32 INDUCTEV INITDISCL004441.pdf

Exhibit 255- 01-25-2022 Julian Complaints PM 3-49-37 INDUCTEV INITDISCL002002.pdf

Exhibit 256- 01-25-2022 Julian Complaints PM 3-49-43 INDUCTEV INITDISCL007673.pdf

Exhibit 257- 01-28-2022 Team member Coffee AM 8-15-32 INDUCTEV INITDISCL006160.pdf

Exhibit 258- 01-28-2022 Team member Coffee AM 8-16-24 INDUCTEV INITDISCL009565.pdf

Exhibit 259- 01-28-2022 Team member Coffee AM 8-16-56 INDUCTEV INITDISCL002050.pdf

Exhibit 260- 01-28-2022 Team member Coffee AM 8-20-44 INDUCTEV INITDISCL002559.pdf

Exhibit 261- 01-28-2022 Team member Coffee AM 8-23-32 INDUCTEV INITDISCL010263.pdf

Exhibit 262- 01-28-2022 Team member Coffee AM 8-23-41 INDUCTEV INITDISCL011990.pdf

Exhibit 263- 01-28-2022 Team member Coffee AM 8-24-03 INDUCTEV INITDISCL010816.pdf

Exhibit 264- 01-28-2022 Team member Coffee AM 8-24-13 INDUCTEV INITDISCL003748.pdf

Exhibit 265- 01-28-2022 Team member Coffee AM 8-24-15 INDUCTEV INITDISCL003138.pdf

Exhibit 266- 01-28-2022 Team member Coffee AM 8-24-33 INDUCTEV INITDISCL011712.pdf

Exhibit 267- 01-28-2022 Team member Coffee AM 8-24-40 INDUCTEV INITDISCL012343.pdf

Exhibit 268- 01-28-2022 Team member Coffee AM 8-25-04 INDUCTEV INITDISCL010947.pdf

Exhibit 269- 01-28-2022 Team member Coffee AM 8-25-05 INDUCTEV INITDISCL009807.pdf

Exhibit 270- 01-28-2022 Team member Coffee AM 8-25-09 INDUCTEV INITDISCL005634.pdf

Exhibit 271- 01-28-2022 Team member Coffee AM 8-25-26 INDUCTEV INITDISCL005576.pdf

Exhibit 272- 01-28-2022 Team member Coffee AM 8-31-48 INDUCTEV INITDISCL001427.pdf

Exhibit 273- 01-28-2022 Team member Coffee AM 8-32-21 INDUCTEV INITDISCL001700.pdf

Exhibit 274- 01-28-2022 Team member Coffee AM 8-32-37 INDUCTEV INITDISCL011643.pdf

Exhibit 275- 01-28-2022 Team member Coffee AM 8-32-50 INDUCTEV INITDISCL011668.pdf

Exhibit 276- 01-28-2022 Team member Coffee AM 8-33-06 INDUCTEV INITDISCL006444.pdf

Exhibit 277- 01-28-2022 Team member Coffee AM 8-33-37 INDUCTEV INITDISCL005419.pdf

Exhibit 278- 01-28-2022 Team member Coffee AM 8-34-13 INDUCTEV INITDISCL005364.pdf

Exhibit 279- 01-28-2022 Team member Coffee AM 8-34-34 INDUCTEV INITDISCL009029.pdf

Exhibit 280- 01-28-2022 Team member Coffee AM 8-34-48 INDUCTEV INITDISCL011754.pdf

Exhibit 281- 01-28-2022 Team member Coffee AM 8-47-51 INDUCTEV INITDISCL002698.pdf

Exhibit 282- 01-28-2022 Team member Coffee AM 8-49-49 INDUCTEV INITDISCL005807.pdf

Exhibit 283- 01-28-2022 Team member Coffee AM 8-57-53 INDUCTEV INITDISCL010015.pdf

Exhibit 284- 02-04-2022 Racial Complaint PM 2-10-42 INDUCTEV INITDISCL011636.pdf

Exhibit 285- 02-05-2022 Racial Complaint AM 7-09-20 INDUCTEV INITDISCL001714.pdf

Exhibit 286- 02-05-2022 Racial Complaint AM 7-55-35 INDUCTEV INITDISCL003311.pdf

Exhibit 287- 02-05-2022 Racial Complaint AM 7-56-03 INDUCTEV INITDISCL012741.pdf

Exhibit 288- 02-05-2022 Racial Complaint PM 2-52-48 INDUCTEV INITDISCL010502.pdf

Exhibit 289- 02-07-2022 Racial Complaint AM 10-07-21 INDUCTEV INITDISCL005018.pdf

Exhibit 290- 02-10-2022 Racial Complaint PM 12-53-57 INDUCTEV INITDISCL010696.pdf

Exhibit 291- 02-10-2022 Racial Complaint PM 12-54-52 INDUCTEV INITDISCL009250.pdf

Exhibit 292- 02-10-2022 Racial Complaint PM 12-56-18 INDUCTEV INITDISCL000450.pdf

Exhibit 293- 02-10-2022 Racial Complaint PM 12-57-22 INDUCTEV INITDISCL000449.pdf

Exhibit 294- 02-10-2022 Racial Complaint PM 12-57-36 INDUCTEV INITDISCL000460.pdf

Exhibit 295- 02-10-2022 Racial Complaint PM 1-05-22 INDUCTEV INITDISCL007303.pdf

Exhibit 296- 02-10-2022 Racial Complaint PM 1-06-09 INDUCTEV INITDISCL004056.pdf

Exhibit 297- 02-10-2022 Racial Complaint PM 1-07-31 INDUCTEV INITDISCL003644.pdf

Exhibit 298- 02-10-2022 Racial Complaint PM 1-08-10 INDUCTEV INITDISCL005821.pdf

Exhibit 299- 02-10-2022 Racial Complaint PM 1-15-47 INDUCTEV INITDISCL008106.pdf

Exhibit 300- 02-10-2022 Racial Complaint PM 1-44-00 INDUCTEV INITDISCL008816.pdf

Exhibit 301- 02-10-2022 Racial Complaint PM 1-44-58 INDUCTEV INITDISCL002765.pdf

Exhibit 302- 02-10-2022 Racial Complaint PM 1-45-16 INDUCTEV INITDISCL006149.pdf

Exhibit 303- 02-10-2022 Racial Complaint PM 3-08-40 INDUCTEV INITDISCL004712.pdf

Exhibit 304- 02-10-2022 Racial Complaint PM 3-23-27 INDUCTEV INITDISCL005596.pdf

Exhibit 305- 02-10-2022 Racial Complaint PM 3-23-36 INDUCTEV INITDISCL002853.pdf

Exhibit 306- 02-11-2022 Racial Complaint AM 8-22-37 INDUCTEV INITDISCL007770.pdf

Exhibit 307- 02-11-2022 Racial Complaint AM 8-22-54 INDUCTEV INITDISCL004664.pdf

Exhibit 308- 02-11-2022 Racial Complaint AM 9-38-52 INDUCTEV INITDISCL000448.pdf

Exhibit 309- 02-11-2022 Racial Complaint PM 12-15-45 INDUCTEV INITDISCL006098.pdf

Exhibit 310- 02-11-2022 Racial Complaint PM 12-17-23 INDUCTEV INITDISCL009044.pdf

Exhibit 311- 02-11-2022 Racial Complaint PM 12-24-11 INDUCTEV INITDISCL011274.pdf

Exhibit 312- 02-11-2022 Racial Complaint PM 12-24-12 INDUCTEV INITDISCL011048.pdf

Exhibit 313- 02-11-2022 Racial Complaint PM 12-24-21 INDUCTEV INITDISCL010968.pdf

Exhibit 314- 02-11-2022 Racial Complaint PM 12-24-37 INDUCTEV INITDISCL001357.pdf

Exhibit 315- 02-11-2022 Racial Complaint PM 12-24-59 INDUCTEV INITDISCL012891.pdf

Exhibit 316- 02-11-2022 Racial Complaint PM 12-25-10 INDUCTEV INITDISCL002496.pdf

Exhibit 317- 02-15-2022 CAO Requests Meeting PM 8-06-01 INDUCTEV INITDISCL018688.pdf

Exhibit 318- 02-15-2022 CAO Requests Meeting PM 8-11-00 INDUCTEV INITDISCL018695.pdf

Exhibit 319- 02-15-2022 Supervisor Confirms Meeting Request PM 8-14-56 INDUCTEV INITDISCL009414.pdf

Exhibit 320- 02-15-2022 Supervisor Confirms Meeting Request PM 8-19-30 INDUCTEV INITDISCL005748.pdf

Exhibit 321- 02-15-2022 Supervisor Confirms Meeting Request PM 8-20-19 INDUCTEV INITDISCL003910.pdf

Exhibit 322- 02-15-2022 Supervisor Confirms Meeting Request PM 8-20-50 INDUCTEV INITDISCL001804.pdf

Exhibit 323- 02-15-2022 Supervisor Confirms Meeting Request PM 8-22-25 INDUCTEV INITDISCL011748.pdf

Exhibit 324- 02-15-2022 Supervisor Confirms Meeting Request PM 8-22-52 INDUCTEV INITDISCL000731.pdf

Exhibit 325- 02-15-2022 Supervisor Confirms Meeting Request PM 8-24-45 INDUCTEV INITDISCL001116.pdf

Exhibit 326- 02-15-2022 Supervisor Confirms Meeting Request PM 8-25-37 INDUCTEV INITDISCL007258.pdf

Exhibit 327- 02-15-2022 Supervisor Confirms Meeting Request PM 8-26-35 INDUCTEV INITDISCL011461.pdf

Exhibit 328- 02-15-2022 Supervisor Confirms Meeting Request PM 8-27-42 INDUCTEV INITDISCL002152.pdf

Exhibit 329- 02-15-2022 Supervisor Confirms Meeting Request PM 8-27-46 INDUCTEV INITDISCL004825.pdf

Exhibit 330- 02-15-2022 Supervisor Confirms Meeting Request PM 8-28-00 INDUCTEV INITDISCL008720.pdf

Exhibit 331- 02-15-2022 Supervisor Confirms Meeting Request PM 8-28-42 INDUCTEV INITDISCL010080.pdf

Exhibit 332- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-02 INDUCTEV INITDISCL008403.pdf

Exhibit 333- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-10 INDUCTEV INITDISCL009851.pdf

Exhibit 334- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-29 INDUCTEV INITDISCL012851.pdf

Exhibit 335- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-53 INDUCTEV INITDISCL007180.pdf

Exhibit 336- 02-15-2022 Supervisor Confirms Meeting Request PM 8-30-40 INDUCTEV INITDISCL008799.pdf

Exhibit 337- 02-24-2022 Jira Testing AM 10-45-55 INDUCTEV INITDISCL011653.pdf

Exhibit 338- 02-24-2022 Jorge PM 5-30-26 INDUCTEV INITDISCL002356.pdf

Exhibit 339- 02-24-2022 Jorge PM 5-31-01 INDUCTEV INITDISCL006325.pdf

Exhibit 340- 02-24-2022 Jorge PM 5-31-01 INDUCTEV INITDISCL006592.pdf

Exhibit 341- 02-24-2022 Jorge PM 5-31-02 INDUCTEV INITDISCL011709.pdf

Exhibit 342- 02-24-2022 Jorge PM 5-34-49 INDUCTEV INITDISCL011955.pdf

Exhibit 343- 02-24-2022 Jorge PM 5-34-58 INDUCTEV INITDISCL011471.pdf

Exhibit 344- 02-24-2022 Jorge PM 5-35-39 INDUCTEV INITDISCL003190.pdf

Exhibit 345- 02-24-2022 Jorge PM 5-35-45 INDUCTEV INITDISCL009006.pdf

Exhibit 346- 02-24-2022 Jorge PM 5-51-27 INDUCTEV INITDISCL006707.pdf

Exhibit 347- 02-24-2022 Jorge PM 5-51-54 INDUCTEV INITDISCL012349.pdf

Exhibit 348- 08-09-2021 Rosenberg (1) PM 1-00-35 INDUCTEV INITDISCL008572.pdf

Exhibit 349- 08-10-2021 Rosenberg (1) AM 10-27-05 INDUCTEV INITDISCL002635.pdf

Exhibit 350- 08-10-2021 Rosenberg (1) AM 10-28-53 INDUCTEV INITDISCL007587.pdf

Exhibit 351- 08-10-2021 Rosenberg (1) AM 10-29-30 INDUCTEV INITDISCL006254.pdf

Exhibit 352- 08-10-2021 Rosenberg (1) AM 10-30-59 INDUCTEV INITDISCL007894.pdf

Exhibit 353- 08-10-2021 Rosenberg (1) AM 10-35-33 INDUCTEV INITDISCL000750.pdf

Exhibit 354- 08-10-2021 Rosenberg (1) AM 10-37-12 INDUCTEV INITDISCL006928.pdf

Exhibit 355- 08-10-2021 Rosenberg (1) AM 10-41-19 INDUCTEV INITDISCL007450.pdf

Exhibit 356- 08-10-2021 Rosenberg (1) AM 10-41-22 INDUCTEV INITDISCL000758.pdf

Exhibit 357- 08-10-2021 Rosenberg (1) AM 10-43-01 INDUCTEV INITDISCL007711.pdf

Exhibit 358- 08-10-2021 Rosenberg (1) AM 10-44-01 INDUCTEV INITDISCL008407.pdf

Exhibit 359- 08-10-2021 Rosenberg (1) AM 10-46-40 INDUCTEV INITDISCL005175.pdf

Exhibit 360- 08-10-2021 Rosenberg (1) AM 10-47-18 INDUCTEV INITDISCL005041.pdf

Exhibit 361- 08-10-2021 Rosenberg (1) AM 10-47-19 INDUCTEV INITDISCL002231.pdf

Exhibit 362- 08-10-2021 Rosenberg (1) AM 10-49-44 INDUCTEV INITDISCL001434.pdf

Exhibit 363- 08-10-2021 Rosenberg (1) AM 10-51-56 INDUCTEV INITDISCL002785.pdf

Exhibit 364- 08-17-2021 Bob S QA adding Supervisor to QA Checks AM 9-53-54 INDUCTEV INITDISCL010702.pdf

Exhibit 365- 08-17-2021 Bob S QA adding Supervisor to QA Checks AM 10-37-16 INDUCTEV INITDISCL001690.pdf

Exhibit 366- 08-17-2021 Bob S QA adding Supervisor to QA Checks PM 12-53-06 INDUCTEV INITDISCL004488.pdf

Exhibit 367- 08-30-2021 Bob S AM 10-51-50 INDUCTEV INITDISCL002483.pdf

Exhibit 368- 08-30-2021 Bob S AM 11-44-04 INDUCTEV INITDISCL002148.pdf

Exhibit 369- 08-30-2021 Bob S AM 11-52-29 INDUCTEV INITDISCL007595.pdf

Exhibit 370- 08-30-2021 Bob S AM 11-53-40 INDUCTEV INITDISCL009183.pdf

Exhibit 371- 10-07-2021 Rosenberg AM 8-07-31 INDUCTEV INITDISCL009964.pdf

Exhibit 372- 10-07-2021 Rosenberg AM 10-01-54 INDUCTEV INITDISCL011814.pdf

Exhibit 373- 10-18-2021 Bob S forms INDUCTEV INITDISCL009045.pdf

Exhibit 374- 10-22-2021 Bob S QA AM 7-37-28 INDUCTEV INITDISCL003027.pdf

Exhibit 375- 10-22-2021 Bob S QA PM 2-51-55 INDUCTEV INITDISCL018518.pdf

Exhibit 376- 10-22-2021 Bob S QA PM 2-54-17 INDUCTEV INITDISCL018479.pdf

Exhibit 377- 10-22-2021 Bob S QA PM 2-54-54 INDUCTEV INITDISCL007840.pdf

Exhibit 378- 10-25-2021 Bob S QA PM 2-35-48 INDUCTEV INITDISCL010773.pdf

Exhibit 379- 10-25-2021 Bob S QA PM 4-46-44 INDUCTEV INITDISCL000632.pdf

Exhibit 380- 10-28-2021 Bob S QA PM 2-41-01 INDUCTEV INITDISCL018221.pdf

Exhibit 381- 10-28-2021 Bob S QA PM 12-11-10 INDUCTEV INITDISCL011261.pdf

Exhibit 382- 11-16-2021 Bob S QA AM 7-56-53 INDUCTEV INITDISCL005440.pdf

Exhibit 383- 11-16-2021 Bob S QA AM 8-04-48 INDUCTEV INITDISCL012184.pdf

Exhibit 384- 11-16-2021 Bob S QA AM 8-05-27 INDUCTEV INITDISCL005582.pdf

Exhibit 385- 11-16-2021 Bob S QA AM 8-08-34 INDUCTEV INITDISCL002472.pdf

Exhibit 386- 11-16-2021 Bob S QA AM 8-09-00 INDUCTEV INITDISCL006173.pdf

Exhibit 387- 11-16-2021 Bob S QA AM 8-17-36 INDUCTEV INITDISCL009153.pdf

Exhibit 388- 11-16-2021 Bob S QA AM 10-11-44 INDUCTEV INITDISCL002233.pdf

Exhibit 389- 11-16-2021 Bob S QA AM 10-14-26 INDUCTEV INITDISCL001578.pdf

Exhibit 390- 11-16-2021 Bob S QA AM 10-16-56 INDUCTEV INITDISCL010039.pdf

Exhibit 391- 11-16-2021 Bob S QA AM 10-17-31 INDUCTEV INITDISCL005977.pdf

Exhibit 392- 11-16-2021 Bob S QA AM 10-17-51 INDUCTEV INITDISCL000815.pdf

Exhibit 393- 11-16-2021 Bob S QA AM 10-19-13 INDUCTEV INITDISCL004079.pdf

Exhibit 394- 11-16-2021 Bob S QA AM 10-19-24 INDUCTEV INITDISCL000827.pdf

Exhibit 395- 11-16-2021 Bob S QA AM 10-30-11 INDUCTEV INITDISCL003045.pdf

Exhibit 396- 11-16-2021 Bob S QA AM 10-32-41 INDUCTEV INITDISCL005297.pdf

Exhibit 397- 11-16-2021 Bob S QA AM 10-37-32 INDUCTEV INITDISCL005876.pdf

Exhibit 398- 11-16-2021 Bob S QA AM 10-38-01 INDUCTEV INITDISCL004831.pdf

Exhibit 399- 11-16-2021 Bob S QA AM 10-40-55 INDUCTEV INITDISCL011751.pdf

Exhibit 400- 11-16-2021 Bob S QA AM 10-41-20 INDUCTEV INITDISCL007438.pdf

Exhibit 401- 11-16-2021 Bob S QA AM 10-41-27 INDUCTEV INITDISCL001836.pdf

Exhibit 402- 11-16-2021 Bob S QA AM 10-42-10 INDUCTEV INITDISCL006643.pdf

Exhibit 403- 11-16-2021 Bob S QA AM 10-42-27 INDUCTEV INITDISCL001831.pdf

Exhibit 404- 11-16-2021 Bob S QA AM 10-42-51 INDUCTEV INITDISCL006092.pdf

Exhibit 405- 11-16-2021 Bob S QA AM 10-42-52 INDUCTEV INITDISCL011760.pdf

Exhibit 406- 11-16-2021 Bob S QA AM 10-43-06 INDUCTEV INITDISCL010397.pdf

Exhibit 407- 11-16-2021 Bob S QA AM 10-43-45 INDUCTEV INITDISCL001028.pdf

Exhibit 408- 11-16-2021 Bob S QA AM 10-53-04 INDUCTEV INITDISCL010926.pdf

Exhibit 409- 11-16-2021 Bob S QA AM 10-53-12 INDUCTEV INITDISCL009800.pdf

Exhibit 410- 11-16-2021 Bob S QA AM 10-53-26 INDUCTEV INITDISCL008866.pdf

Exhibit 411- 11-16-2021 Bob S QA AM 10-53-31 INDUCTEV INITDISCL000877.pdf

Exhibit 412- 11-16-2021 Bob S QA AM 10-54-00 INDUCTEV INITDISCL009561.pdf

Exhibit 413- 11-16-2021 Bob S QA AM 10-54-13 INDUCTEV INITDISCL001370.pdf

Exhibit 414- 11-16-2021 Bob S QA AM 10-54-40 INDUCTEV INITDISCL005889.pdf

Exhibit 415- 11-16-2021 Bob S QA PM 3-05-50 INDUCTEV INITDISCL008202.pdf

Exhibit 416- 11-16-2021 Bob S QA PM 3-06-00 INDUCTEV INITDISCL008042.pdf

Exhibit 417- 11-16-2021 Bob S QA PM 3-10-39 INDUCTEV INITDISCL009110.pdf

Exhibit 418- 11-16-2021 Bob S QA PM 3-14-07 INDUCTEV INITDISCL003772.pdf

Exhibit 419- 11-16-2021 Bob S QA PM 3-14-17 INDUCTEV INITDISCL008855.pdf

Exhibit 420- 11-16-2021 Bob S QA PM 3-15-12 INDUCTEV INITDISCL010456.pdf

Exhibit 421- 11-16-2021 Bob S QA PM 3-15-51 INDUCTEV INITDISCL005780.pdf

Exhibit 422- 11-16-2021 Bob S QA PM 3-16-03 INDUCTEV INITDISCL008847.pdf

Exhibit 423- 11-16-2021 Bob S QA PM 3-16-37 INDUCTEV INITDISCL007136.pdf

Exhibit 424- 11-16-2021 Bob S QA PM 3-24-59 INDUCTEV INITDISCL006294.pdf

Exhibit 425- 11-16-2021 Bob S QA PM 3-25-39 INDUCTEV INITDISCL002280.pdf

Exhibit 426- 11-16-2021 Bob S QA PM 3-26-01 INDUCTEV INITDISCL008260.pdf

Exhibit 427- 11-16-2021 Bob S QA PM 3-27-28 INDUCTEV INITDISCL003102.pdf

Exhibit 428- 11-16-2021 Bob S QA PM 3-28-15 INDUCTEV INITDISCL003395.pdf

Exhibit 429- 11-16-2021 Bob S QA PM 3-28-21 INDUCTEV INITDISCL010920.pdf

Exhibit 430- 11-18-2021 Bob S QA AM 11-32-15 INDUCTEV INITDISCL010469.pdf

Exhibit 431- 11-18-2021 Bob S QA AM 11-33-04 INDUCTEV INITDISCL003806.pdf

Exhibit 432- 11-18-2021 Bob S QA AM 11-33-22 INDUCTEV INITDISCL004650.pdf

Exhibit 433- 11-18-2021 Bob S QA AM 11-33-37 INDUCTEV INITDISCL008513.pdf

Exhibit 434- 11-18-2021 Bob S QA AM 11-33-38 INDUCTEV INITDISCL010757.pdf

Exhibit 435- 11-18-2021 Bob S QA AM 11-33-45 INDUCTEV INITDISCL012270.pdf

Exhibit 436- 11-18-2021 Bob S QA AM 11-33-57 INDUCTEV INITDISCL009408.pdf

Exhibit 437- 11-18-2021 Bob S QA AM 11-34-33 INDUCTEV INITDISCL012637.pdf

Exhibit 438- 11-18-2021 Bob S QA AM 11-35-24 INDUCTEV INITDISCL011950.pdf

Exhibit 439- 11-18-2021 Bob S QA AM 11-35-30 INDUCTEV INITDISCL002835.pdf

Exhibit 440- 11-18-2021 Bob S QA AM 11-35-44 INDUCTEV INITDISCL009731.pdf

Exhibit 441- 11-18-2021 Bob S QA AM 11-38-30 INDUCTEV INITDISCL007734.pdf

Exhibit 442- 11-18-2021 Bob S QA AM 11-38-45 INDUCTEV INITDISCL012410.pdf

Exhibit 443- 11-18-2021 Bob S QA AM 11-38-49 INDUCTEV INITDISCL007697.pdf

Exhibit 444- 11-18-2021 Bob S QA AM 11-38-58 INDUCTEV INITDISCL008575.pdf

Exhibit 445- 11-18-2021 Bob S QA AM 11-39-38 INDUCTEV INITDISCL007129.pdf

Exhibit 446- 11-18-2021 Bob S QA AM 11-40-11 INDUCTEV INITDISCL002178.pdf

Exhibit 447- 11-18-2021 Bob S QA AM 11-40-27 INDUCTEV INITDISCL006520.pdf

Exhibit 448- 11-18-2021 Bob S QA AM 11-40-35 INDUCTEV INITDISCL007926.pdf

Exhibit 449- 11-18-2021 Bob S QA AM 11-41-05 INDUCTEV INITDISCL012587.pdf

Exhibit 450- 11-18-2021 Bob S QA AM 11-41-23 INDUCTEV INITDISCL001918.pdf

Exhibit 451- 11-18-2021 Bob S QA AM 11-41-33 INDUCTEV INITDISCL006938.pdf

Exhibit 452- 11-18-2021 Bob S QA AM 11-41-41 INDUCTEV INITDISCL006623.pdf

Exhibit 453- 11-18-2021 Bob S QA AM 11-42-45 INDUCTEV INITDISCL008744.pdf

Exhibit 454- 11-18-2021 Bob S QA AM 11-43-05 INDUCTEV INITDISCL009209.pdf

Exhibit 455- 11-18-2021 Bob S QA AM 11-57-10 INDUCTEV INITDISCL008475.pdf

Exhibit 456- 11-18-2021 Bob S QA AM 11-58-28 INDUCTEV INITDISCL010598.pdf

Exhibit 457- 11-18-2021 Bob S QA PM 12-05-57 INDUCTEV INITDISCL004261.pdf

Exhibit 458- 11-18-2021 Bob S QA PM 12-07-06 INDUCTEV INITDISCL012752.pdf

Exhibit 459- 11-18-2021 Bob S QA PM 12-07-22 INDUCTEV INITDISCL011982.pdf

Exhibit 460- 11-18-2021 Bob S QA PM 12-07-32 INDUCTEV INITDISCL007352.pdf

Exhibit 461- 11-18-2021 Bob S QA PM 12-07-51 INDUCTEV INITDISCL008154.pdf

Exhibit 462- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-12 INDUCTEV INITDISCL000999.pdf

Exhibit 463- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-27 INDUCTEV INITDISCL000619.pdf

Exhibit 464- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-27 INDUCTEV INITDISCL000621.pdf

Exhibit 465- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-46 INDUCTEV INITDISCL007006.pdf

Exhibit 466- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-52 INDUCTEV INITDISCL008142.pdf

Exhibit 467- 12-14-2021 QA and Coworker Sexual Harassment AM 9-22-47 INDUCTEV INITDISCL011722.pdf

Exhibit 468- 12-14-2021 QA and Coworker Sexual Harassment AM 10-21-06 INDUCTEV INITDISCL012948.pdf

Exhibit 469- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-17 INDUCTEV INITDISCL007240.pdf

Exhibit 470- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-25 INDUCTEV INITDISCL009463.pdf

Exhibit 471- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-30 INDUCTEV INITDISCL003305.pdf

Exhibit 472- 12-14-2021 QA and Coworker Sexual Harassment AM 10-24-11 INDUCTEV INITDISCL002506.pdf

Exhibit 473- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-03 INDUCTEV INITDISCL003587.pdf

Exhibit 474- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-17 INDUCTEV INITDISCL001233.pdf

Exhibit 475- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-37 INDUCTEV INITDISCL011328.pdf

Exhibit 476- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-40 INDUCTEV INITDISCL012520.pdf

Exhibit 477- 12-14-2021 QA and Coworker Sexual Harassment AM 10-26-33 INDUCTEV INITDISCL011768.pdf

Exhibit 478- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-00 INDUCTEV INITDISCL012120.pdf

Exhibit 479- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-21 INDUCTEV INITDISCL006454.pdf

Exhibit 480- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-30 INDUCTEV INITDISCL007620.pdf

Exhibit 481- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-48 INDUCTEV INITDISCL005864.pdf

Exhibit 482- 12-14-2021 QA and Coworker Sexual Harassment AM 10-28-01 INDUCTEV INITDISCL002433.pdf

Exhibit 483- 12-14-2021 QA and Coworker Sexual Harassment AM 10-28-08 INDUCTEV INITDISCL006797.pdf

Exhibit 484- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-13 INDUCTEV INITDISCL001499.pdf

Exhibit 485- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-22 INDUCTEV INITDISCL010523.pdf

Exhibit 486- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-29 INDUCTEV INITDISCL012739.pdf

Exhibit 487- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-33 INDUCTEV INITDISCL004048.pdf

Exhibit 488- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-44 INDUCTEV INITDISCL012914.pdf

Exhibit 489- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-49 INDUCTEV INITDISCL008652.pdf

Exhibit 490- 12-14-2021 QA and Coworker Sexual Harassment AM 10-38-12 INDUCTEV INITDISCL007858.pdf

Exhibit 491- 12-14-2021 QA and Coworker Sexual Harassment AM 10-40-54 INDUCTEV INITDISCL002827.pdf

Exhibit 492- 12-14-2021 QA and Coworker Sexual Harassment AM 10-40-56 INDUCTEV INITDISCL002419.pdf

Exhibit 493- 12-14-2021 QA and Coworker Sexual Harassment AM 10-41-11 INDUCTEV INITDISCL012390.pdf

Exhibit 494- 12-14-2021 QA and Coworker Sexual Harassment AM 10-41-21 INDUCTEV INITDISCL006419.pdf

Exhibit 495- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-18 INDUCTEV INITDISCL004140.pdf

Exhibit 496- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-23 INDUCTEV INITDISCL001490.pdf

Exhibit 497- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-37 INDUCTEV INITDISCL006762.pdf

Exhibit 498- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-46 INDUCTEV INITDISCL005962.pdf

Exhibit 499- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-36 INDUCTEV INITDISCL005197.pdf

Exhibit 500- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-39 INDUCTEV INITDISCL004910.pdf

Exhibit 501- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-39 INDUCTEV INITDISCL005154.pdf

Exhibit 502- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-59 INDUCTEV INITDISCL011456.pdf

Exhibit 503- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-13 INDUCTEV INITDISCL001848.pdf

Exhibit 504- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-21 INDUCTEV INITDISCL009286.pdf

Exhibit 505- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-26 INDUCTEV INITDISCL009647.pdf

Exhibit 506- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-39 INDUCTEV INITDISCL002700.pdf

Exhibit 507- 12-14-2021 QA and Coworker Sexual Harassment AM 11-09-35 INDUCTEV INITDISCL009293.pdf

Exhibit 508- 12-14-2021 QA and Coworker Sexual Harassment AM 11-11-57 INDUCTEV INITDISCL004111.pdf

Exhibit 509- 12-14-2021 QA and Coworker Sexual Harassment AM 11-27-08 INDUCTEV INITDISCL003501.pdf

Exhibit 510- 12-14-2021 QA and Coworker Sexual Harassment PM 12-31-47 INDUCTEV INITDISCL004714.pdf

Exhibit 511- 12-14-2021 QA and Coworker Sexual Harassment PM 12-33-05 INDUCTEV INITDISCL007645.pdf

Exhibit 512- 12-14-2021 QA and Coworker Sexual Harassment PM 12-33-10 INDUCTEV INITDISCL003714.pdf

Exhibit 513- 12-14-2021 QA and Coworker Sexual Harassment PM 12-34-08 INDUCTEV INITDISCL010499.pdf

Exhibit 514- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-16 INDUCTEV INITDISCL007456.pdf

Exhibit 515- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-27 INDUCTEV INITDISCL005132.pdf

Exhibit 516- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-27 INDUCTEV INITDISCL005160.pdf

Exhibit 517- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-41 INDUCTEV INITDISCL004142.pdf

Exhibit 518- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-08 INDUCTEV INITDISCL007046.pdf

Exhibit 519- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-10 INDUCTEV INITDISCL004500.pdf

Exhibit 520- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-17 INDUCTEV INITDISCL011510.pdf

Exhibit 521- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-35 INDUCTEV INITDISCL011121.pdf

Exhibit 522- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-45 INDUCTEV INITDISCL006426.pdf

Exhibit 523- 12-14-2021 QA and Coworker Sexual Harassment PM 12-37-02 INDUCTEV INITDISCL012216.pdf

Exhibit 524- 12-14-2021 QA and Coworker Sexual Harassment PM 12-37-21 INDUCTEV INITDISCL001246.pdf

Exhibit 525- 12-14-2021 QA and Coworker Sexual Harassment PM 12-38-34 INDUCTEV INITDISCL006360.pdf

Exhibit 526- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-36 INDUCTEV INITDISCL011039.pdf

Exhibit 527- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-53 INDUCTEV INITDISCL008292.pdf

Exhibit 528- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-56 INDUCTEV INITDISCL001851.pdf

Exhibit 529- 12-14-2021 QA and Coworker Sexual Harassment PM 12-40-00 INDUCTEV INITDISCL007625.pdf

Exhibit 530- 12-14-2021 QA and Coworker Sexual Harassment PM 12-42-16 INDUCTEV INITDISCL005803.pdf

Exhibit 531- 12-14-2021 QA and Coworker Sexual Harassment PM 12-42-39 INDUCTEV INITDISCL006403.pdf

Exhibit 532- 12-14-2021 QA and Coworker Sexual Harassment PM 12-43-13 INDUCTEV INITDISCL010000.pdf

Exhibit 533- 12-14-2021 QA and Coworker Sexual Harassment PM 12-43-29 INDUCTEV INITDISCL012077.pdf

Exhibit 534- 12-14-2021 QA and Coworker Sexual Harassment PM 12-45-43 INDUCTEV INITDISCL010391.pdf

Exhibit 535- 12-14-2021 QA and Coworker Sexual Harassment PM 12-45-52 INDUCTEV INITDISCL005378.pdf

Exhibit 536- 12-14-2021 QA and Coworker Sexual Harassment PM 12-46-11 INDUCTEV INITDISCL006934.pdf

Exhibit 537- 12-14-2021 QA and Coworker Sexual Harassment PM 12-51-34 INDUCTEV INITDISCL003948.pdf

Exhibit 538- 12-14-2021 QA and Coworker Sexual Harassment PM 12-54-50 INDUCTEV INITDISCL002402.pdf

Exhibit 539- 03-22-2022 Rosenberg PM 3-14-52 INDUCTEV INITDISCL003405.pdf

Exhibit 540- 03-22-2022 Rosenberg PM 3-15-00 INDUCTEV INITDISCL003638.pdf

Exhibit 541- 03-22-2022 Rosenberg PM 3-16-47 INDUCTEV INITDISCL003999.pdf

Exhibit 542- 04-01-2022 Rosenberg (2) AM 11-26-32 INDUCTEV INITDISCL005693.pdf

Exhibit 543- 04-01-2022 Rosenberg (2) PM 01-00-09 INDUCTEV INITDISCL001616.pdf

Exhibit 544- 04-01-2022 Rosenberg (2) PM 03-42-12 INDUCTEV INITDISCL006012.pdf

Exhibit 545- 04-01-2022 Rosenberg (2) PM 12-51-09 INDUCTEV INITDISCL006246.pdf

Exhibit 546- 04-01-2022 Rosenberg (2) PM 12-53-06 INDUCTEV INITDISCL010568.pdf

Exhibit 547- 04-01-2022 Rosenberg (2) PM 12-53-32 INDUCTEV INITDISCL002522.pdf

Exhibit 548- 04-01-2022 Rosenberg (2) PM 12-57-25 INDUCTEV INITDISCL002051.pdf

Exhibit 549- 04-07-2022 Bob S AM 11-04-41 INDUCTEV INITDISCL010437.pdf

Exhibit 550- 04-07-2022 Bob S AM 11-04-57 INDUCTEV INITDISCL001779.pdf

Exhibit 551- 04-07-2022 Bob S AM 11-05-01 INDUCTEV INITDISCL002627.pdf

Exhibit 552- 04-07-2022 Bob S AM 11-05-29 INDUCTEV INITDISCL011487.pdf

Exhibit 553- 04-07-2022 Bob S AM 11-05-54 INDUCTEV INITDISCL003967.pdf

Exhibit 554- 04-07-2022 Bob S AM 11-08-09 INDUCTEV INITDISCL003588.pdf

Exhibit 555- 04-21-2022 Rosenberg (3) PM 03-28-16 INDUCTEV INITDISCL012323.pdf

Exhibit 556- 04-21-2022 Rosenberg (3) PM 03-28-38 INDUCTEV INITDISCL012363.pdf

Exhibit 557- 04-21-2022 Rosenberg (3) PM 03-29-14 INDUCTEV INITDISCL012218.pdf

Exhibit 558- 04-21-2022 Rosenberg (3) PM 03-36-09 INDUCTEV INITDISCL008344.pdf

Exhibit 559- 04-21-2022 Rosenberg (3) PM 03-39-33 INDUCTEV INITDISCL006263.pdf

Exhibit 560- 04-21-2022 Rosenberg (3) PM 03-39-51 INDUCTEV INITDISCL003812.pdf

Exhibit 561- 04-21-2022 Rosenberg (3) PM 04-05-13 INDUCTEV INITDISCL008809.pdf

Exhibit 562- 04-21-2022 Rosenberg (3) PM 04-05-46 INDUCTEV INITDISCL009255.pdf

Exhibit 563- 04-21-2022 Rosenberg (3) PM 04-05-47 INDUCTEV INITDISCL000952.pdf

Exhibit 564- 04-21-2022 Rosenberg (3) PM 04-06-04 INDUCTEV INITDISCL010460.pdf

Exhibit 565- 04-21-2022 Rosenberg (3) PM 04-06-26 INDUCTEV INITDISCL009621.pdf

Exhibit 566- 04-21-2022 Rosenberg (3) PM 04-07-15 INDUCTEV INITDISCL003223.pdf

Exhibit 567- 04-21-2022 Rosenberg (3) PM 04-07-42 INDUCTEV INITDISCL009176.pdf

Exhibit 568- 04-21-2022 Rosenberg (3) PM 04-07-59 INDUCTEV INITDISCL004251.pdf

Exhibit 569- 04-21-2022 Rosenberg (3) PM 04-08-27 INDUCTEV INITDISCL007947.pdf

Exhibit 570- 04-21-2022 Rosenberg (3) PM 04-08-30 INDUCTEV INITDISCL011497.pdf

Exhibit 571- 03-28-2022 Disability AM 7-21-17 INDUCTEV INITDISCL003752.pdf

Exhibit 572- 03-28-2022 Disability AM 7-40-11 INDUCTEV INITDISCL000809.pdf

Exhibit 573- 03-28-2022 Disability AM 8-38-25 INDUCTEV INITDISCL012266.pdf

Exhibit 574- 03-28-2022 Disability AM 8-46-47 INDUCTEV INITDISCL017846.pdf

Exhibit 575- 03-28-2022 Disability AM 8-52-59 INDUCTEV INITDISCL012152.pdf

Exhibit 576- 04-05-2022 Disability AM 7-43-52 INDUCTEV INITDISCL004279.pdf

Exhibit 577- 04-05-2022 Disability AM 7-44-07 INDUCTEV INITDISCL008319.pdf

Exhibit 578- 04-05-2022 Disability AM 7-44-32 INDUCTEV INITDISCL004608.pdf

Exhibit 579- 04-05-2022 Disability AM 7-46-43 INDUCTEV INITDISCL010410.pdf

Exhibit 580- 04-05-2022 Disability AM 7-48-41 INDUCTEV INITDISCL002551.pdf

Exhibit 581- 04-05-2022 Disability AM 7-48-46 INDUCTEV INITDISCL001879.pdf

Exhibit 582- 04-05-2022 Disability AM 7-49-01 INDUCTEV INITDISCL002650.pdf

Exhibit 583- 04-05-2022 Disability AM 7-49-01 INDUCTEV INITDISCL007760.pdf

Exhibit 584- 04-05-2022 Disability AM 7-49-13 INDUCTEV INITDISCL000618.pdf

Exhibit 585- 04-05-2022 Disability AM 7-49-45 INDUCTEV INITDISCL007011.pdf

Exhibit 586- 04-05-2022 Disability AM 7-51-04 INDUCTEV INITDISCL006150.pdf

Exhibit 587- 04-05-2022 Disability AM 7-51-06 INDUCTEV INITDISCL007289.pdf

Exhibit 588- 04-05-2022 Disability AM 7-51-37 INDUCTEV INITDISCL006256.pdf

Exhibit 589- 04-05-2022 Disability AM 7-51-41 INDUCTEV INITDISCL001716.pdf

Exhibit 590- 04-05-2022 Disability AM 7-52-50 INDUCTEV INITDISCL005762.pdf

Exhibit 591- 04-05-2022 Disability AM 7-53-07 INDUCTEV INITDISCL010089.pdf

Exhibit 592- 04-05-2022 Disability AM 7-54-03 INDUCTEV INITDISCL004596.pdf

Exhibit 593- 04-05-2022 Disability AM 7-56-59 INDUCTEV INITDISCL001106.pdf

Exhibit 594- 04-05-2022 Disability AM 8-05-49 INDUCTEV INITDISCL005831.pdf

Exhibit 595- 04-05-2022 Disability AM 8-06-31 INDUCTEV INITDISCL001686.pdf

Exhibit 596- 04-05-2022 Disability AM 8-07-03 INDUCTEV INITDISCL004931.pdf

Exhibit 597- 04-05-2022 Disability AM 8-09-00 INDUCTEV INITDISCL007525.pdf

Exhibit 598- 04-05-2022 Disability AM 8-10-06 INDUCTEV INITDISCL007624.pdf

Exhibit 599- 04-05-2022 Disability AM 8-10-11 INDUCTEV INITDISCL012878.pdf

Exhibit 600- 04-05-2022 Disability AM 8-10-58 INDUCTEV INITDISCL007208.pdf

Exhibit 601- 04-05-2022 Disability AM 8-35-25 INDUCTEV INITDISCL008981.pdf

Exhibit 602- 04-05-2022 Disability AM 8-35-51 INDUCTEV INITDISCL007637.pdf

Exhibit 603- 04-08-2022 Disability AM 6-12-18 INDUCTEV INITDISCL010538.pdf

Exhibit 604- 04-08-2022 Disability AM 6-17-43 INDUCTEV INITDISCL012223.pdf

Exhibit 605- 04-08-2022 Disability AM 6-25-46 INDUCTEV INITDISCL005987.pdf

Exhibit 606- 04-08-2022 Disability AM 6-36-32 INDUCTEV INITDISCL006253.pdf

Exhibit 607- 04-08-2022 Disability AM 6-36-37 INDUCTEV INITDISCL012608.pdf

Exhibit 608- 04-08-2022 Disability AM 7-05-14 INDUCTEV INITDISCL005182.pdf

Exhibit 609- 04-08-2022 Disability AM 7-05-22 INDUCTEV INITDISCL000797.pdf

Exhibit 611- 04-08-2022 Disability AM 7-05-30 INDUCTEV INITDISCL000851.pdf

Exhibit 612- 04-08-2022 Disability AM 7-05-57 INDUCTEV INITDISCL006215.pdf

Exhibit 613- 04-08-2022 Disability AM 7-06-19 INDUCTEV INITDISCL010249.pdf

Exhibit 614- 04-08-2022 Disability AM 7-45-40 INDUCTEV INITDISCL004013.pdf

Exhibit 615- 04-08-2022 Disability AM 7-58-59 INDUCTEV INITDISCL008916.pdf

Exhibit 616- 04-08-2022 Disability AM 8-00-42 INDUCTEV INITDISCL009503.pdf

Exhibit 617- 04-08-2022 Disability AM 8-00-55 INDUCTEV INITDISCL007943.pdf

Exhibit 618- 04-08-2022 Disability AM 8-02-16 INDUCTEV INITDISCL009327.pdf

Exhibit 619- 04-08-2022 Disability AM 8-02-35 INDUCTEV INITDISCL001759.pdf

Exhibit 620- 04-08-2022 Disability AM 8-02-48 INDUCTEV INITDISCL005647.pdf

Exhibit 621- 04-08-2022 Disability AM 8-03-20 INDUCTEV INITDISCL008340.pdf

Exhibit 622- 04-08-2022 Disability AM 8-03-38 INDUCTEV INITDISCL007327.pdf

Exhibit 623- 04-11-2022 Disability AM 7-30-16 INDUCTEV INITDISCL009662.pdf

Exhibit 624- 04-11-2022 Disability AM 7-31-57 INDUCTEV INITDISCL008431.pdf

Exhibit 625- 04-11-2022 Disability PM 7-18-06 INDUCTEV INITDISCL009706.pdf

Exhibit 626- 04-11-2022 Disability PM 7-25-25 INDUCTEV INITDISCL004412.pdf

Exhibit 627- 04-11-2022 Disability PM 7-26-51 INDUCTEV INITDISCL001344.pdf

Exhibit 628- 04-11-2022 Disability PM 7-27-22 INDUCTEV INITDISCL011139.pdf

Exhibit 630- 04-18-2022 Disability AM 7-40-59 INDUCTEV INITDISCL011818.pdf

Exhibit 631- 04-18-2022 Disability AM 7-41-03 INDUCTEV INITDISCL005099.pdf

Exhibit 632- 04-18-2022 Disability AM 7-41-07 INDUCTEV INITDISCL002443.pdf

Exhibit 633- 04-18-2022 Disability AM 7-41-15 INDUCTEV INITDISCL011774.pdf

Exhibit 634- 04-18-2022 Disability AM 7-41-24 INDUCTEV INITDISCL005832.pdf

Exhibit 635- 04-18-2022 Disability AM 7-41-32 INDUCTEV INITDISCL002275.pdf

Exhibit 636- 04-18-2022 Disability AM 7-41-36 INDUCTEV INITDISCL002622.pdf

Exhibit 637- 04-18-2022 Disability AM 7-42-23 INDUCTEV INITDISCL011547.pdf

Exhibit 638- 04-18-2022 Disability AM 7-43-15 INDUCTEV INITDISCL006442.pdf

Exhibit 639- 04-18-2022 Disability AM 7-43-47 INDUCTEV INITDISCL000708.pdf

Exhibit 640- 04-18-2022 Disability AM 7-44-01 INDUCTEV INITDISCL009932.pdf

Exhibit 641- 04-18-2022 Disability AM 7-44-05 INDUCTEV INITDISCL002008.pdf

Exhibit 642- 04-18-2022 Disability AM 7-44-23 INDUCTEV INITDISCL011158.pdf

Exhibit 643- 04-18-2022 Disability AM 7-44-28 INDUCTEV INITDISCL001472.pdf

Exhibit 644- 04-18-2022 Disability AM 7-45-01 INDUCTEV INITDISCL006423.pdf

Exhibit 645- 04-18-2022 Disability AM 7-45-03 INDUCTEV INITDISCL011516.pdf

Exhibit 646- 04-18-2022 Disability AM 7-45-06 INDUCTEV INITDISCL011626.pdf

Exhibit 647- 04-18-2022 Disability AM 7-45-32 INDUCTEV INITDISCL009247.pdf

Exhibit 648- 04-18-2022 Disability AM 7-45-37 INDUCTEV INITDISCL001348.pdf

Exhibit 649 -04-18-2022 Disability AM 7-45-42 INDUCTEV INITDISCL008830.pdf

Exhibit 650- 04-18-2022 Disability AM 7-45-58 INDUCTEV INITDISCL011970.pdf

Exhibit 651- 04-18-2022 Disability AM 7-46-02 INDUCTEV INITDISCL009927.pdf

Exhibit 652- 04-18-2022 Disability AM 7-48-24 INDUCTEV INITDISCL012064.pdf

Exhibit 653- 04-18-2022 Disability AM 7-48-46 INDUCTEV INITDISCL011278.pdf

Exhibit 654- 04-18-2022 Disability AM 7-51-02 INDUCTEV INITDISCL009815.pdf

Exhibit 655- 04-18-2022 Disability AM 7-52-16 INDUCTEV INITDISCL003894.pdf

Exhibit 656- 04-18-2022 Disability AM 7-59-56 INDUCTEV INITDISCL007339.pdf

Exhibit 657- 04-18-2022 Disability AM 8-00-20 INDUCTEV INITDISCL008841.pdf

Exhibit 658- 04-18-2022 Disability AM 8-07-49 INDUCTEV INITDISCL012688.pdf

Exhibit 659- 04-18-2022 Disability AM 8-14-23 INDUCTEV INITDISCL003175.pdf

Exhibit 660 -04-18-2022 Disability AM 8-18-32 INDUCTEV INITDISCL007582.pdf

Exhibit 661- 04-18-2022 Disability AM 8-19-02 INDUCTEV INITDISCL002180.pdf

Exhibit 662- 04-18-2022 Disability AM 8-19-19 INDUCTEV INITDISCL000714.pdf

Exhibit 663- 04-18-2022 Disability AM 8-19-23 INDUCTEV INITDISCL001740.pdf

Exhibit 664- 04-18-2022 Disability AM 8-20-07 INDUCTEV INITDISCL009288.pdf

Exhibit 665- 04-18-2022 Disability AM 8-26-38 INDUCTEV INITDISCL008367.pdf

Exhibit 666- 04-18-2022 Disability AM 8-26-55 INDUCTEV INITDISCL011423.pdf

Exhibit 667- 04-18-2022 Disability AM 8-27-00 INDUCTEV INITDISCL002855.pdf

Exhibit 668- 04-18-2022 Disability AM 8-27-20 INDUCTEV INITDISCL012815.pdf

Exhibit 669- 04-18-2022 Disability AM 8-30-01 INDUCTEV INITDISCL010522.pdf

Exhibit 670- 04-18-2022 Disability AM 8-30-07 INDUCTEV INITDISCL007276.pdf

Exhibit 671- 04-18-2022 Disability AM 8-30-59 INDUCTEV INITDISCL007486.pdf

Exhibit 672- 04-18-2022 Disability AM 8-31-35 INDUCTEV INITDISCL004877.pdf

Exhibit 673- 04-18-2022 Disability AM 8-37-31 INDUCTEV INITDISCL008804.pdf

Exhibit 674- 04-18-2022 Disability AM 8-37-49 INDUCTEV INITDISCL005323.pdf

Exhibit 675- 04-18-2022 Disability AM 8-39-49 INDUCTEV INITDISCL003169.pdf

Exhibit 676- 04-18-2022 Disability AM 8-59-16 INDUCTEV INITDISCL004306.pdf

Exhibit 677- 04-18-2022 Disability AM 9-00-46 INDUCTEV INITDISCL012461.pdf

Exhibit 678- 04-18-2022 Disability AM 9-04-28 INDUCTEV INITDISCL006200.pdf

Exhibit 679- 04-18-2022 Disability AM 9-04-28 INDUCTEV INITDISCL012321.pdf

Exhibit 680- 04-18-2022 Disability AM 9-06-07 INDUCTEV INITDISCL012567.pdf

Exhibit 681- 04-18-2022 Disability AM 9-10-20 INDUCTEV INITDISCL009788.pdf

Exhibit 682- 04-18-2022 Disability AM 9-11-30 INDUCTEV INITDISCL001651.pdf

Exhibit 683- 04-18-2022 Disability AM 10-04-03 INDUCTEV INITDISCL001881.pdf

Exhibit 685- 04-18-2022 Disability AM 11-18-37 INDUCTEV INITDISCL003217.pdf

Exhibit 686- 04-18-2022 Disability AM 11-20-36 INDUCTEV INITDISCL007376.pdf

Exhibit 687- 04-18-2022 Disability AM 11-21-09 INDUCTEV INITDISCL005047.pdf

Exhibit 688- 04-18-2022 Disability AM 11-21-20 INDUCTEV INITDISCL010494.pdf

Exhibit 689 - 04-18-2022 Disability PM 12-00-22 INDUCTEV INITDISCL002778.pdf

Exhibit 690 -04-18-2022 Disability PM 12-09-49 INDUCTEV INITDISCL006637.pdf

Exhibit 691- 04-18-2022 Disability PM 12-10-52 INDUCTEV INITDISCL009033.pdf

Exhibit 692- 04-18-2022 Disability PM 12-12-01 INDUCTEV INITDISCL006560.pdf

Exhibit 693- 04-18-2022 Disability PM 12-12-03 INDUCTEV INITDISCL005621.pdf

Exhibit 694- 04-18-2022 Disability PM 12-12-24 INDUCTEV INITDISCL002337.pdf

Exhibit 695- 04-18-2022 Disability PM 12-13-27 INDUCTEV INITDISCL008991.pdf

Exhibit 696- 04-18-2022 Disability PM 12-13-56 INDUCTEV INITDISCL002972.pdf

Exhibit 697- 04-18-2022 Disability PM 12-15-17 INDUCTEV INITDISCL010320.pdf

Exhibit 698- 04-18-2022 Disability PM 12-17-10 INDUCTEV INITDISCL011557.pdf

Exhibit 699- 04-18-2022 Disability PM 12-17-39 INDUCTEV INITDISCL004583.pdf

Exhibit 700- 04-18-2022 Disability PM 12-19-07 INDUCTEV INITDISCL008392.pdf

Exhibit 701- 04-18-2022 Disability PM 12-19-45 INDUCTEV INITDISCL012986.pdf

Exhibit 702- 04-18-2022 Disability PM 12-20-05 INDUCTEV INITDISCL007537.pdf

Exhibit 703- 04-18-2022 Disability PM 12-20-06 INDUCTEV INITDISCL000631.pdf

Exhibit 704- 04-18-2022 Disability PM 12-20-46 INDUCTEV INITDISCL005320.pdf

Exhibit 705- 04-18-2022 Disability PM 12-21-56 INDUCTEV INITDISCL004645.pdf

Exhibit 706- 04-18-2022 Disability PM 12-22-28 INDUCTEV INITDISCL002517.pdf

Exhibit 707- 04-18-2022 Disability PM 12-22-52 INDUCTEV INITDISCL002809.pdf

Exhibit 708- 04-18-2022 Disability PM 12-23-16 INDUCTEV INITDISCL001584.pdf

Exhibit 709- 04-18-2022 Disability PM 12-23-35 INDUCTEV INITDISCL007029.pdf

Exhibit 710- 04-18-2022 Disability PM 12-23-51 INDUCTEV INITDISCL009067.pdf

Exhibit 711- 04-18-2022 Disability PM 12-24-25 INDUCTEV INITDISCL000970.pdf

Exhibit 712- 04-18-2022 Disability PM 12-31-14 INDUCTEV INITDISCL002035.pdf

Exhibit 713- 04-18-2022 Disability PM 12-31-39 INDUCTEV INITDISCL004433.pdf

Exhibit 714- 04-18-2022 Disability PM 3-32-37 INDUCTEV INITDISCL007402.pdf

Exhibit 715- 04-19-2022 Disability AM 10-31-23 INDUCTEV INITDISCL004491.pdf

Exhibit 716- 04-19-2022 Disability PM 12-13-48 INDUCTEV INITDISCL009171.pdf

Exhibit 717- 04-22-2022 Disability AM 6-49-49 INDUCTEV INITDISCL002119.pdf

Exhibit 718- 04-22-2022 Disability AM 6-50-44 INDUCTEV INITDISCL007264.pdf

Exhibit 719- 04-22-2022 Disability AM 6-51-07 INDUCTEV INITDISCL006089.pdf

Exhibit 720- 04-22-2022 Disability AM 6-51-22 INDUCTEV INITDISCL004325.pdf

Exhibit 721- 04-22-2022 Disability AM 6-51-59 INDUCTEV INITDISCL001734.pdf

Exhibit 722- 04-22-2022 Disability AM 6-55-02 INDUCTEV INITDISCL010176.pdf

Exhibit 723- 04-22-2022 Disability AM 6-55-42 INDUCTEV INITDISCL011264.pdf

Exhibit 724- 04-22-2022 Disability AM 6-56-05 INDUCTEV INITDISCL004080.pdf

Exhibit 725- 04-22-2022 Disability AM 7-52-36 INDUCTEV INITDISCL007058.pdf

Exhibit 726- 04-22-2022 Disability AM 7-52-48 INDUCTEV INITDISCL003788.pdf

Exhibit 727- 04-22-2022 Disability AM 7-59-21 INDUCTEV INITDISCL007860.pdf

Exhibit 728- 04-22-2022 Disability AM 8-21-31 INDUCTEV INITDISCL008061.pdf

Exhibit 729- 04-22-2022 Disability AM 9-01-49 INDUCTEV INITDISCL005718.pdf

Exhibit 730- 04-22-2022 Disability AM 9-38-14 INDUCTEV INITDISCL011784.pdf

Exhibit 731- 04-22-2022 Disability AM 9-44-34 INDUCTEV INITDISCL008448.pdf

Exhibit 731- 04-22-2022 Disability AM 10-39-34 INDUCTEV INITDISCL003590.pdf

Exhibit 733- 04-22-2022 Disability AM 11-12-03 INDUCTEV INITDISCL011365.pdf

Exhibit 734- 04-22-2022 Disability PM 12-29-20 INDUCTEV INITDISCL007874.pdf

Exhibit 735- 04-22-2022 Disability PM 12-41-57 INDUCTEV INITDISCL004582.pdf

Exhibit 736- 04-22-2022 Disability PM 12-52-53 INDUCTEV INITDISCL008476.pdf

Exhibit 737- 04-22-2022 Disability PM 12-59-16 INDUCTEV INITDISCL005982.pdf

Exhibit 738- 04-22-2022 Disability PM 12-59-26 INDUCTEV INITDISCL010741.pdf

Exhibit 739- 04-22-2022 Disability PM 12-59-52 INDUCTEV INITDISCL010169.pdf

Exhibit 740- 04-22-2022 Disability PM 1-29-02 INDUCTEV INITDISCL012920.pdf

Exhibit 741- 04-22-2022 Disability PM 1-29-05 INDUCTEV INITDISCL002912.pdf

Exhibit 742- 04-22-2022 Disability PM 1-29-33 INDUCTEV INITDISCL003424.pdf

Exhibit 743- 04-22-2022 Disability PM 1-40-37 INDUCTEV INITDISCL009321.pdf

Exhibit 744- 04-22-2022 Disability PM 1-40-46 INDUCTEV INITDISCL009448.pdf

Exhibit 745- 04-22-2022 Disability PM 1-42-56 INDUCTEV INITDISCL012422.pdf

Exhibit 746- 04-22-2022 Disability PM 1-45-20 INDUCTEV INITDISCL012487.pdf

Exhibit 747- 04-22-2022 Disability PM 1-45-41 INDUCTEV INITDISCL003756.pdf

Exhibit 748- 04-22-2022 Disability PM 1-45-48 INDUCTEV INITDISCL001689.pdf

Exhibit 749- 04-22-2022 Disability PM 1-45-53 INDUCTEV INITDISCL011907.pdf

Exhibit 750- 04-22-2022 Disability PM 1-46-01 INDUCTEV INITDISCL011667.pdf

Exhibit 751- 04-22-2022 Disability PM 3-11-41 INDUCTEV INITDISCL000584.pdf

Exhibit 752- 04-22-2022 Disability PM 8-56-06 INDUCTEV INITDISCL003021.pdf

Exhibit 753- 04-22-2022 Disability PM 8-56-31 INDUCTEV INITDISCL011830.pdf

Exhibit 754- 04-22-2022 Disability PM 8-56-47 INDUCTEV INITDISCL010862.pdf

Exhibit 755- 04-22-2022 Disability PM 10-32-17 INDUCTEV INITDISCL003367.pdf

Exhibit 756- 04-22-2022 Disability PM 10-32-50 INDUCTEV INITDISCL006802.pdf

Exhibit 757- 04-22-2022 Disability PM 10-33-38 INDUCTEV INITDISCL003578.pdf

Exhibit 758- 04-22-2022 Disability PM 10-39-34 INDUCTEV INITDISCL003590.pdf

Exhibit 759- 04-22-2022 Disability PM 10-40-40 INDUCTEV INITDISCL008911.pdf

Exhibit 760 -04-22-2022 Disability PM 11-31-38 INDUCTEV INITDISCL008560.pdf

Exhibit 761- 04-22-2022 Disability PM 11-34-38 INDUCTEV INITDISCL001707.pdf

Exhibit 762- 04-25-2022 Disability PM 3-31-10 INDUCTEV INITDISCL002523.pdf

Exhibit 762- 04-27-2022 Disability AM 10-56-41 INDUCTEV INITDISCL007192.pdf

Exhibit 763- 07-07-2021 Coworker Conflict AM 10-24-17 INDUCTEV INITDISCL003168.pdf

Exhibit 764- 07-07-2021 Coworker Conflict AM 11-06-23 INDUCTEV INITDISCL012072.pdf

Exhibit 765- 10-08-2021 False Safety Report AM 10-24-11 INDUCTEV INITDISCL007512.pdf

Exhibit 767- 10-08-2021 False Safety Report AM 10-25-25 INDUCTEV INITDISCL003616.pdf

Exhibit 768- 10-08-2021 False Safety Report AM 10-26-11 INDUCTEV INITDISCL005586.pdf

Exhibit 769- 10-08-2021 False Safety Report AM 11-12-51 INDUCTEV INITDISCL003325.pdf

Exhibit 770- 10-08-2021 False Safety Report AM 11-13-02 INDUCTEV INITDISCL004688.pdf

Exhibit 771- 10-08-2021 False Safety Report AM 11-13-26 INDUCTEV INITDISCL007164.pdf

Exhibit 772- 10-08-2021 False Safety Report AM 11-14-38 INDUCTEV INITDISCL011802.pdf

Exhibit 773- 10-08-2021 False Safety Report AM 11-15-23 INDUCTEV INITDISCL001011.pdf

Exhibit 774- 10-08-2021 False Safety Report AM 11-15-51 INDUCTEV INITDISCL007220.pdf

Exhibit 775- 10-08-2021 False Safety Report AM 11-15-57 INDUCTEV INITDISCL001835.pdf

Exhibit 776- 10-08-2021 False Safety Report AM 11-16-26 INDUCTEV INITDISCL011467.pdf

Exhibit 777- 10-08-2021 False Safety Report AM 11-23-13 INDUCTEV INITDISCL002903.pdf

Exhibit 778- 10-08-2021 False Safety Report AM 11-23-23 INDUCTEV INITDISCL007048.pdf

Exhibit 779- 11-09-2021 Julian Complaints PM 3-42-11 INDUCTEV INITDISCL006924.pdf

Exhibit 780- 11-09-2021 Julian Complaints PM 3-43-26 INDUCTEV INITDISCL011608.pdf

Exhibit 781- 11-09-2021 Julian Complaints PM 3-57-07 INDUCTEV INITDISCL005610.pdf

Exhibit 782- 11-09-2021 Julian Complaints PM 3-58-56 INDUCTEV INITDISCL008293.pdf

Exhibit 783- 11-09-2021 Julian Complaints PM 3-59-00 INDUCTEV INITDISCL008509.pdf

Exhibit 784- 11-09-2021 Julian Complaints PM 3-59-18 INDUCTEV INITDISCL007975.pdf

Exhibit 785- 11-09-2021 Julian Complaints PM 3-59-40 INDUCTEV INITDISCL007155.pdf

Exhibit 786- 11-09-2021 Julian Complaints PM 4-00-08 INDUCTEV INITDISCL009116.pdf

Exhibit 787- 11-09-2021 Julian Complaints PM 4-00-27 INDUCTEV INITDISCL010844.pdf

Exhibit 788- 11-09-2021 Julian Complaints PM 4-00-50 INDUCTEV INITDISCL001498.pdf

Exhibit 789- 11-09-2021 Julian Complaints PM 4-01-45 INDUCTEV INITDISCL011238.pdf

Exhibit 790- 02-11-2022 HR Conflict AM 8-40-58 INDUCTEV INITDISCL018670.pdf

Exhibit 791- 02-11-2022 HR Conflict AM 09-01-43 INDUCTEV INITDISCL018667.pdf

Exhibit 792- 02-18-2022 Supervisor Follow up PM 4-55-04 INDUCTEV INITDISCL004638.pdf

Exhibit 793- 02-18-2022 Supervisor Follow up PM 4-55-39 INDUCTEV INITDISCL000910.pdf

Exhibit 794- 02-18-2022 Supervisor Follow up PM 5-01-01 INDUCTEV INITDISCL003600.pdf

Exhibit 795- 02-18-2022 Supervisor Follow up PM 5-01-30 INDUCTEV INITDISCL011215.pdf

Exhibit 796- 02-18-2022 Supervisor Follow up PM 5-02-49 INDUCTEV INITDISCL002720.pdf

Exhibit 797- 02-18-2022 Supervisor Follow up PM 5-04-25 INDUCTEV INITDISCL008348.pdf

Exhibit 798- 02-18-2022 Supervisor Follow-up PM 5-04-44 INDUCTEV INITDISCL005146.pdf

Exhibit 799- 02-18-2022 Supervisor Follow up PM 5-05-05 INDUCTEV INITDISCL010431.pdf

Exhibit 800- 02-18-2022 Supervisor Follow up PM 5-06-37 INDUCTEV INITDISCL012297.pdf

Exhibit 801- 02-18-2022 Supervisor Follow up PM 5-06-46 INDUCTEV INITDISCL009968.pdf

Exhibit 802- 12-13-2021 Degree Cartoon PM 3-10-30 INDUCTEV INITDISCL009083.pdf

Exhibit 803- 12-13-2021 Degree Cartoon PM 3-10-58 INDUCTEV INITDISCL007251.pdf

Exhibit 804- 12-13-2021 Degree Cartoon PM 3-12-48 INDUCTEV INITDISCL003569.pdf

Exhibit 805- 12-13-2021 Degree Cartoon PM 3-12-56 INDUCTEV INITDISCL003726.pdf

Exhibit 806- 12-13-2021 Degree Cartoon PM 5-00-03 INDUCTEV INITDISCL002447.pdf

Exhibit 807- 12-13-2021 Degree Cartoon PM 5-32-17 INDUCTEV INITDISCL005575.pdf

Exhibit 808- 03-02-2022 General Hostility PM 4-03-31 INDUCTEV INITDISCL004404.pdf

Exhibit 809- 03-02-2022 General Hostility PM 4-03-46 INDUCTEV INITDISCL003485.pdf

Exhibit 810- 03-02-2022 General Hostility PM 4-04-15 INDUCTEV INITDISCL001773.pdf

Exhibit 811- 03-02-2022 General Hostility PM 4-06-07 INDUCTEV INITDISCL007268.pdf

Exhibit 812- 03-02-2022 General Hostility PM 4-34-58 INDUCTEV INITDISCL012562.pdf

Exhibit 813- 03-02-2022 General Hostility PM 4-35-06 INDUCTEV INITDISCL004945.pdf

Exhibit 814- 03-02-2022 General Hostility PM 4-35-09 INDUCTEV INITDISCL004230.pdf

Exhibit 815- 03-02-2022 General Hostility PM 4-35-12 INDUCTEV INITDISCL011083.pdf

Exhibit 816- 03-02-2022 General Hostility PM 4-35-19 INDUCTEV INITDISCL004044.pdf

Exhibit 817- 03-02-2022 General Hostility PM 4-35-46 INDUCTEV INITDISCL005292.pdf

Exhibit 818- 03-02-2022 General Hostility PM 4-38-55 INDUCTEV INITDISCL001395.pdf

Exhibit 819- 03-02-2022 General Hostility PM 4-49-34 INDUCTEV INITDISCL006223.pdf

Exhibit 820- 03-02-2022 General Hostility PM 4-50-45 INDUCTEV INITDISCL001666.pdf

Exhibit 821- 03-02-2022 General Hostility PM 4-52-04 INDUCTEV INITDISCL006796.pdf

Exhibit 822- 03-02-2022 General Hostility PM 4-53-16 INDUCTEV INITDISCL007848.pdf

Exhibit 823- 03-02-2022 General Hostility PM 4-53-22 INDUCTEV INITDISCL007868.pdf

Exhibit 824- 03-02-2022 General Hostility PM 4-53-38 INDUCTEV INITDISCL003112.pdf

Exhibit 825- 03-02-2022 General Hostility PM 4-53-50 INDUCTEV INITDISCL005233.pdf

Exhibit 826- 03-02-2022 General Hostility PM 4-53-54 INDUCTEV INITDISCL004741.pdf

Exhibit 827- 09-30-2021 Salvaged Cell Phone Exhibits PM 1-55-31 INDUCTEV INITDISCL002514.pdf

Exhibit 828- 10-14-2021 Salvaged Cell Phone Exhibits PM 1-25-41 INDUCTEV INITDISCL003893.pdf

Exhibit 829- 10-18-2021 Salvaged Cell Phone Exhibits AM 11-15-35 INDUCTEV INITDISCL008985.pdf

Exhibit 830- 10-18-2021 Salvaged Cell Phone Exhibits AM 11-16-30 INDUCTEV INITDISCL010291.pdf

Exhibit 831- 10-18-2021 Salvaged Cell Phone Exhibits PM 1-10-47 INDUCTEV INITDISCL011992 J.pdf

Exhibit 832- 10-14-2021 Excited Communication of CAOs Message PM 1-37-xx.pdf

Exhibit 833- 10-14-2021 Phone Access Relay of Quote 1-26-xx.pdf

Exhibit 834- 10-14-2021 Phone Access Communication I PM 1-38-xx.pdf

Exhibit 835- 10-14-2021 Phone Access Communication II PM 1-38-xx.pdf

Exhibit 836- 10-14-2021 Advisement to Avoid Retaliation PM 1-42-xx.pdf

Exhibit 837- 10-14-2021 Phone Access Discussion with the Team PM 1-26-xx.pdf

Exhibit 838- 10-14-2021 Phone Access Discussion with the Team PM 1-38-xx.pdf

Exhibit 839- 10-15-2021 Phone Access Clarity Email.pdf

Exhibit 840- 10-18-2021 Relay of CAOs response to Manager AM 11-16-xx.pdf

Exhibit 841- 10-14-2021 Coerced Cell phone Expense sheet INDUCTEV INITDISCL017941.pdf

Exhibit 842- 09-22-2021 90-Day Check In AM 10-18-58 INDUCTEV INITDISCL018235.pdf

Exhibit 843- 02-07-2022 through 02-08-2022 BHM Email to CAO.pdf

Exhibit 844- 09-14-2022 Steve Comments on attendance of other Black Employees- Omar Jackson IMG_2112.PNG

Exhibit 845- 09-15-2022 Steve comments on BLK employee AM 8-50-30 Plaintiff Discovery Production_Redacted.pdf

Exhibit 846- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072737_Messages.jpg

Exhibit 847- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072743_Messages.jpg

Exhibit 848- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072932_Messages.jpg

Exhibit 849- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_073027_Messages.jpg

Exhibit 850- 09-08-2021 PM-Talking Points Given in 08-18-2021 For QA and Mech E. Relations Meeting PM 3-06-xx.jpg

Exhibit 851- 09-20-2021 QA Cabinet Vendor Defect Report to QA Manager.jpg

Exhibit 852- 09-20-2021 QA Cabinet Vendor Defect Report to Senior Engineer-SMA.jpg

Exhibit 853- 09-20-2021 QA Cabinet Vendor Defect Report to Senior Engineer- SMA II.jpg

Exhibit 854- 09-20-2021 QA-Defect Discourse with QA Manager- SMA Screenshot_20220924-035953_Teams.jpg

Exhibit 855- QA- Cabinet Vendor Defect Calculations- SMA.jpeg

Exhibit 856- Tamper seal message attachment INDUCTEV INITDISCL007745.pdf

Exhibit 857- 11-18-2021 Complaint about Bob AM 11-58-28 INDUCTEV INITDISCL018559.pdf

Exhibit 858- 04-18-2022 Complaint on Existing PTO-UTO Policy and Meeting Notes.pdf

Exhibit 859 - 03-14-2022 Planned JIRA PM Software PIT Team Literacy Meeting II.jpg

Exhibit 860 - 04-05-2022 Planned JIRA PM Software Interactive Roadmap Demonstration Meeting.jpg

Exhibit 861- 04-11-2022 PCP visit for Onset and Miscarriage.PDF

Exhibit 862- 04-18-2022 Disability Email Draft Cropped by Defendant AM INDUCTEV INITDISCL008842.pdf

Exhibit 863- 04-18-2022 Disability Response Draft AM 8-35-xx INDUCTEV INITDISCL005325.pdf

Exhibit 864- 04-18-2022 Disability drafted meeting notes INDUCTEV INITDISCL006201.pdf

Exhibit 865- 04-21-2022 MRI Prescreen Appointment.PDF

Exhibit 866-04-21-2022 Gynecology Visit Insurance Claim.pdf

Exhibit 867- 05-02-2022 ADA Clarifications Attachment sent to CAO (Date on Document is Typo).pdf

Exhibit 868-05-02-22 CAO Response Letter to Assata Acey Attachment.pdf

Exhibit 869- 04-29-2022-05-02-2022-Email chain Wherein Letters and Clarifications were Exchanged with CAO.pdf

Exhibit 870- 04-29-2022 CAOs Response to Employee portion of Form Letter to Assata Acey Attachment.pdf

Exhibit 871 04-27-2022 First submission of PCP and Employee portions of Pre-Plan ADA Attachment.PDF

Exhibit 872- 04-25-2022-04-27-2022 Acknowledgement of CAOs Call and 2 forms and Attempt to Avoid Unwitnessed Communication.pdf

Exhibit 873- 04-25-2022 Continued Scrutiny from HR INDUCTEV INITDISCL003611.pdf

Exhibit 874- 04-25-2022 PCP Recommendations screenshot INDUCTEV INITDISCL009558.pdf

Exhibit 875- 04-25-2022 PCP Recommendations screenshot II INDUCTEV INITDISCL009559.pdf

Exhibit 876 - Discourse Regarding Reasonable Accommodations and FMLA forms 06-07-2022 and 06-13-2022.pdf.

Exhibit 877- Deficient Production Correspondence with the Defendant.pdf