Exhibit 1- 07-16-2021 Proca Complaints PM 2-58-17 INDUCTEV INITDISCL000934.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    7/16/2021 2:58:17 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Peripherally, Bogden does creep me out a bit. There've been other one time comments made by others in poor taste, but its giving a different gut feeling(that could still be wrong) I will stay tuned to see if it becomes a pattern or if it plateaus out.

CONFIDENTIAL                                                          INDUCTEV INITDISCL000934

# Exhibit 2- 07-16-2021 Proca Complaints PM 3-00-31 INDUCTEV INITDISCL011544.pdf

Message
_____

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          7/16/2021 3:00:31 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Agree on the creep part, but if it's ever malicious or an issue, please feel free to talk to me, and / or HR.

CONFIDENTIAL                                                                                         INDUCTEV INITDISCL011544

Exhibit 3- 07-16-2021 Proca Complaints PM 3-05-47 INDUCTEV INITDISCL002184.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/16/2021 3:05:47 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I won't lie, the question/comments during harassment training about whether its ok to date a subordinate and how "natural" it is has me on edge.

Or asking during icecream if I still run track and then getting curt that I didn't have the expected answer?

Will keep you posted.

CONFIDENTIAL

Exhibit 4- 07-16-2021 Proca

Complaints PM 3-13-07

INDUCTEV

INITDISCL000893.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/16/2021 3:13:07 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


You were in training with him?

CONFIDENTIAL                                                  INDUCTEV INITDISCL000893

# Exhibit 5- 07-16-2021 Proca Complaints PM 3-14-06 INDUCTEV INITDISCL011021.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/16/2021 3:14:06 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


yes, I had training with Him, Fran, Chris and Brenda since its once a month.

# Exhibit 6- 07-16-2021 Proca Complaints PM 3-14-10 INDUCTEV INITDISCL007039.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 7/16/2021 3:14:10 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

That's kind of concerning...

Exhibit 7- 07-16-2021 Proca Complaints PM 3-15-48 INDUCTEV INITDISCL003297.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     7/16/2021 3:15:48 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I don't know if Judy noticed the direction of his comments in training. He and Fran had the most resistance to training, but I think Fran's was more politically inclined, and he seems to have no vendetta to treat anyone weird.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL003297

Exhibit 8- 07-16-2021 Proca Complaints PM 3-16-27 INDUCTEV INITDISCL011086.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 7/16/2021 3:16:27 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

He's just on my radar as possibly extra creepy. But wanted to give a heads up in case I notice a pattern later

CONFIDENTIAL                                                    INDUCTEV INITDISCL011086

Exhibit 9- 07-16-2021 Proca Complaints PM 3-17-59 INDUCTEV INITDISCL011904.pdf

Message

---

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/16/2021 3:17:59 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Thanks for letting me know.  Please feel welcome to continue bringing this up if it continues, that's unacceptable, and not going to be stood for.

                                                    INDUCTEV INITDISCL011904

# Exhibit 10- 07-16-2021 Proca Complaints PM 4-27-15 INDUCTEV INITDISCL001362.pdf

Message
_____

**From**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:       7/16/2021 4:27:15 PM
**To**:          Assata Acey [Assata.Acey@momentumdynamics.com]


Please note - I am taking this information very seriously.  Please do not hesitate to reach out to me if anything further comes up, no matter how small.  You matter as a person, and by default, deserve to be in an environment where you are able to focus on work without having other things distracting you, let alone anything further.  Also please certainly let me know if there is any way / any thing I, or others, can do to assist.

CONFIDENTIAL                                                                 INDUCTEV INITDISCL001362

# Exhibit 11- 07-19-2021 Proca Complaints AM 9-06-05 INDUCTEV INITDISCL009277.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/19/2021 9:06:05 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

ok retyping...
On my way home friday, I mentally flagged another statement that I had blocked out.

During icecream, i had asked chis what flavor he got, to which he said "chocolate, I'm a simple man." I then turned and asked the folks behind and to the left of us what flavor they got/was it the same. Bogdan who was closest, responded that he was getting "dark chocolate, if they have it." before proceeding into his track questions.

Im not sure about the statement, when chris subsequently went in I asusmed it was the sun, and it may have been.

But I've also never hear anyone order dark choclate ice cream.

Regardless, after a full weekend, I definitely feel like there isnt too much overlap where ill have to seen Bogdan often. I'm probable going to politely avoid him

CONFIDENTIAL                                                                    INDUCTEV INITDISCL009277

# Exhibit 12- 07-19-2021 Proca Complaints PM 1-22-39 INDUCTEV INITDISCL005677.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/19/2021 1:22:39 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Assata Acey - Want to be clear here - is there anything you are asking / wanting me to do with the information about Bogden?

CONFIDENTIAL                                                    INDUCTEV INITDISCL005677

# Exhibit 13- 07-19-2021 Proca Complaints PM 1-37-54 INDUCTEV INITDISCL006180.pdf

Message

---

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       7/19/2021 1:37:54 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

To be clear, not really. I'm just keeping an open log as things occur so that

1.      You know of the situation, behind the scenes- which lowers stress of explaining wanting to avoid being around him too much and further lowers the unlikely chance of you accidentally place us together[or insert awkward or otherwise avoidable exchange here] unless important.

2.      If it gets to be a pattern/ Or a bigger issue, you will know.

3.      If it becomes a pattern and I'm too confused to figure that out, theres another set of eyes.

The message this morning was me wanting to make sure I expressed all of what from yester-workday(friday). My current status with interactions is to avoid, since I dont interact with him often. Although I have caught him staring a bit.. and watching me during my morning chat with Tina?
Honestly hes getting close but not quite an issue yet, and idk what time frame is best for these updates(weekly or not) and I'm hoping he stops. But also if he says anything else[blatantly] weird, then I'd probably raise a flag jic

CONFIDENTIAL

INDUCTEV INITDISCL006180

# Exhibit 14- 07-28-2021 Proca Complaints PM 5-57-02 INDUCTEV INITDISCL002984.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       7/28/2021 5:57:02 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Yw! I knew what you meant but others may not.

In other stories, Bogdan heard me singing in back if lab and walked across stuff/around table to me and asked if we were the last two people in the building... I just kept walking and pointed him towards the gold car person he asked me to take him there but eventually found the door. Probably benign but jic

CONFIDENTIAL                                                        INDUCTEV INITDISCL002984

Exhibit 15- 07-28-2021 Proca Complaints PM 5-59-45 INDUCTEV INITDISCL003647.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    7/28/2021 5:59:45 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Understood.  Thanks.  Gold car person == Ron Turi!

CONFIDENTIAL    INDUCTEV INITDISCL003647

# Exhibit 16- 07-28-2021 Proca Complaints PM 6-02-27 INDUCTEV INITDISCL009332.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       7/28/2021 6:02:27 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


You're out of the building, right?

# Exhibit 17- 07-28-2021 Proca Complaints PM 6-02-32 INDUCTEV INITDISCL010900.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/28/2021 6:02:32 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Yes

CONFIDENTIAL                                                              INDUCTEV INITDISCL010900

Exhibit 18- 09-09-2021 Ron Concerns PM 5-22-35 INDUCTEV INITDISCL010532.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      9/9/2021 5:22:35 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Jerry doesn't seem to want me alone with Ron... idk whag that's about

CONFIDENTIAL

# Exhibit 19- 10-08-21 Tenant PM 3-39-14 INDUCTEV INITDISCL012107.pdf

Message

**From**:      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:      10/8/2021 3:39:14 PM
**To**:        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Cat person keeps buying stuff and not asking me first

CONFIDENTIAL                                                     INDUCTEV INITDISCL012107

Exhibit 20- 10-08-21 Tenant PM 3-39-29 INDUCTEV INITDISCL000789.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/8/2021 3:39:29 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I just explained how weird it was and tdemanded their venmo

CONFIDENTIAL

# Exhibit 21- 10-08-21 Tenant PM 3-40-05 INDUCTEV INITDISCL008897.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       10/8/2021 3:40:05 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also twice have been asked if I'm sick and why I'm covered with jacket etc

CONFIDENTIAL

INDUCTEV INITDISCL008897

# Exhibit 22- 10-08-21 Tenant PM 3-40-37 INDUCTEV INITDISCL002488.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/8/2021 3:40:37 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


This is strange but also uncomfortable bc half time if I'm not cold the jacket is to cover my shoulders et c

CONFIDENTIAL

# Exhibit 23- 10-08-21 Tenant PM 3-40-41 INDUCTEV INITDISCL003843.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:40:41 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

A mess

# Exhibit 24- 10-08-21 Tenant PM 3-50-32 INDUCTEV INITDISCL011111.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 10/8/2021 3:50:32 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Oh no.

                                                                                      INDUCTEV INITDISCL011111

# Exhibit 25- 10-08-21 Tenant PM 3-50-35 INDUCTEV INITDISCL002189.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 10/8/2021 3:50:35 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Who's cat?

# Exhibit 26- 10-08-21 Tenant PM 3-50-43 INDUCTEV INITDISCL003544.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:50:43 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Car

INDUCTEV INITDISCL003544

Exhibit 27- 10-08-21 Tenant PM 3-50-46 INDUCTEV INITDISCL001601.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/8/2021 3:50:46 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Sorry

# Exhibit 28- 10-08-21 Tenant PM 3-50-57 INDUCTEV INITDISCL006937.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        10/8/2021 3:50:57 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Ron's friend?

# Exhibit 29- 10-08-21 Tenant PM 3-51-06 INDUCTEV INITDISCL008616.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:51:06 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Yeth

# Exhibit 30- 10-08-21 Tenant PM 3-51-24 INDUCTEV INITDISCL011806.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     10/8/2021 3:51:24 PM
**To:**     Assata Acey [Assata.Acey@momentumdynamics.com]

WTF?

     INDUCTEV INITDISCL011806

Exhibit 31- 10-08-21 Tenant PM 3-51-32 INDUCTEV INITDISCL011980.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    10/8/2021 3:51:32 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Same?

CONFIDENTIAL    INDUCTEV INITDISCL011980

# Exhibit 32- 10-08-21 Tenant PM 3-52-01 INDUCTEV INITDISCL001377.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    10/8/2021 3:52:01 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]


Random dude is buying you stuff and gifting you it? You don't want a "owe" feeling, so you want to pay them back?

CONFIDENTIAL                                                                  INDUCTEV INITDISCL001377

# Exhibit 33- 10-08-21 Tenant PM 3-52-02 INDUCTEV INITDISCL008743.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/8/2021 3:52:02 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


To their credit they only asked about jacket once

CONFIDENTIAL                                            INDUCTEV INITDISCL008743

Exhibit 34- 10-08-21 Tenant PM 3-52-30 INDUCTEV INITDISCL004144.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 3:52:30 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Any examples?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004144

# Exhibit 35- 10-08-21 Tenant PM 3-52-34 INDUCTEV INITDISCL006596.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/8/2021 3:52:34 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Julian mentioned earlier so I was saying twice but it's also October

Exhibit 36- 10-08-21 Tenant PM 3-53-15 INDUCTEV INITDISCL010705.pdf

Message

**From:**　　Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**　　10/8/2021 3:53:15 PM
**To:**　　Assata Acey [Assata.Acey@momentumdynamics.com]

it is "normal" here, to be asked if you're cold. sorry ⬜ Usually it's meant with care.

CONFIDENTIAL

INDUCTEV INITDISCL010705

# Exhibit 37- 10-08-21 Tenant PM 3-53-20 INDUCTEV INITDISCL003621.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:53:20 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


He ordered those insert clips that go in the car, printed out a how to sheets and when I didn't give number he wrote out he link and left it in the cabinet

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL003621

Exhibit 38- 10-08-21 Tenant PM 3-53-23 INDUCTEV INITDISCL010756.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    10/8/2021 3:53:23 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]


Examples of buying you stuff

# Exhibit 39- 10-08-21 Tenant PM 3-53-43 INDUCTEV INITDISCL006121.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       10/8/2021 3:53:43 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

hmm. wtf.

Exhibit 40- 10-08-21 Tenant PM 3-53-51 INDUCTEV INITDISCL011554.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       10/8/2021 3:53:51 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

I'll have a conversation with Ron. Thanks.

CONFIDENTIAL                                                                                INDUCTEV INITDISCL011554

# Exhibit 41- 10-08-21 Tenant PM 3-53-56 INDUCTEV INITDISCL001267.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 10/8/2021 3:53:56 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Then gave me clips and info to return what i didn't use

Exhibit 42- 10-08-21 Tenant PM 3-54-34 INDUCTEV INITDISCL000751.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:54:34 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Then today after asking if I was gonna buy the plastic covers and me saying no bc it's not that damaged he went and told me he'd ordered those and what that cost and shipping was

CONFIDENTIAL                                                                                                  INDUCTEV INITDISCL000751

# Exhibit 43- 10-08-21 Tenant PM 3-55-15 INDUCTEV INITDISCL011747.pdf

Message

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          10/8/2021 3:55:15 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And refused to let me Venmo him u til "we" installed In case it didn't fit bc they would take "full responsibility" if it didn't work

Exhibit 44- 10-08-21 Tenant PM 3-56-37 INDUCTEV INITDISCL004330.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 3:56:37 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And like Joren, being nice is one thing, doing research, meh, ordering and giving me parts to use
Pushing it, asking for my number to share a how to video .............leaving me a written note in cabinet for the link......ordering more stuff after I said I didn't need to go through trouble and not letting me Pau for it ...

CONFIDENTIAL
INDUCTEV INITDISCL004330

# Exhibit 45- 10-08-21 Tenant PM 3-57-11 INDUCTEV INITDISCL011116.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/8/2021 3:57:11 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

And THEN Comme ting on something covering me and Nanking of thags why I'm covered when I'm already uncomfortable

                                                          INDUCTEV INITDISCL011116

Exhibit 46- 10-08-21 Tenant PM 3-59-13 INDUCTEV INITDISCL010950.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/8/2021 3:59:13 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I really don't want to hurt their feelings but they're also a grown adult ☺

CONFIDENTIAL                                                      INDUCTEV INITDISCL010950

Exhibit 47- 10-08-21 Tenant PM 3-59-32 INDUCTEV INITDISCL005861.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    10/8/2021 3:59:32 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Yes. I'm reaching out to Ron about this currently.

CONFIDENTIAL    INDUCTEV INITDISCL005861

# Exhibit 48- 10-08-21 Tenant PM 4-37-18 INDUCTEV INITDISCL010571.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/31/2021 4:37:18 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Rons contractor has offered to fix my car. he hasn't mentioned price, but that hes helping his other friends? he has mentioned prices for the parts. He seems ok. green or yellow?

CONFIDENTIAL                                                                                 INDUCTEV INITDISCL010571

# Exhibit 49- 10-08-21 Tenant PM 4--54-59 INDUCTEV INITDISCL012886.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 8/31/2021 4:54:59 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Yellow - any issues cause a complex social dynamic that's super complex to nagivate.

CONFIDENTIAL                                                    INDUCTEV INITDISCL012886

Exhibit 50- 10-08-21 Tenant PM 4-55-12 INDUCTEV INITDISCL009190.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/31/2021 4:55:12 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


But obviously, that's your decision to make

CONFIDENTIAL                                                              INDUCTEV INITDISCL009190

# Exhibit 51- 10-15-2021 Proca Complaints AM 8-38-48 INDUCTEV INITDISCL011027.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/15/2021 8:38:48 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Bogdan over here playing with my unfinished cabinet with a multimeter

CONFIDENTIAL                                                                    INDUCTEV INITDISCL011027

Exhibit 52- 10-15-2021 Proca Complaints AM 8-39-08 INDUCTEV INITDISCL003486.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/15/2021 8:39:08 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Connecting stuff that isn't properly hooked up yet.. already heard a popping sound

CONFIDENTIAL                                                      INDUCTEV INITDISCL003486

Exhibit 53- 10-15-2021 Proca Complaints AM 8-39-36 INDUCTEV INITDISCL008338.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/15/2021 8:39:36 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Also just moved my stuff to other side of cabinet to keep.wprkong and he decided to also move to that side someone come get this man

CONFIDENTIAL                                                                        INDUCTEV INITDISCL008338

# Exhibit 54- 10-15-2021 Proca Complaints AM 8-40-06 INDUCTEV INITDISCL003837.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/15/2021 8:40:06 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

If anything is broken later I'd blame him.. but I guess it's better than him playing with the finished cabinets

CONFIDENTIAL                                                    INDUCTEV INITDISCL003837

# Exhibit 55- 10-15-2021 Proca Complaints AM 8-41-11 INDUCTEV INITDISCL007839.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 10/15/2021 8:41:11 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

He just walked away.... after 5-7 minutes.. mess

CONFIDENTIAL                                                  INDUCTEV INITDISCL007839

# Exhibit 56- 10-15-2021 Proca Complaints AM 8-41-58 INDUCTEV INITDISCL006167.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       10/15/2021 8:41:58 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

The 150 in the back?

CONFIDENTIAL

# Exhibit 57- 10-15-2021 Proca Complaints AM 8-42-05 INDUCTEV INITDISCL008946.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/15/2021 8:42:05 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Yes

# Exhibit 58- 10-15-2021 Proca Complaints AM 8-42-31 INDUCTEV INITDISCL007287.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     10/15/2021 8:42:31 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Ugh. Thanks for letting me know.

CONFIDENTIAL                                                   INDUCTEV INITDISCL007287

Exhibit 59- 10-15-2021 Proca Complaints AM 8-43-06 INDUCTEV INITDISCL003753.pdf

Message
_____

**From**: Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**: 10/15/2021 8:43:06 AM
**To**: Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

He literally saw me move all my stuff and 5hen went o the other side right where the seat was so I refused to sit until he left.. I have threads to check

CONFIDENTIAL                                                                    INDUCTEV INITDISCL003753

Exhibit 60- 10-15-2021 Proca Complaints AM 8-44-15 INDUCTEV INITDISCL000830.pdf

Message

**From**:     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:     10/15/2021 8:44:15 AM
**To**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


On an emotional level I'm annoyed at his rudeness. On a professional level im.hoping he didn't damage anything

CONFIDENTIAL                                                                 INDUCTEV INITDISCL000830

# Exhibit 61- 10-15-2021 Proca Complaints AM 8-44-42 INDUCTEV INITDISCL008328.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/15/2021 8:44:42 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Double agree. I'm planning to talk with him once I'm out of this terrible meetin

CONFIDENTIAL

# Exhibit 62- 10-15-2021 Proca Complaints AM 8-49-18 INDUCTEV INITDISCL003376.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        10/15/2021 8:49:18 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


I need a beer. Please let me know if he ever does that again. he's been told.

CONFIDENTIAL                                                                          INDUCTEV INITDISCL003376

# Exhibit 63- 10-21-2021 Russell Touch Complaint AM 9-49-36 INDUCTEV INITDISCL006621.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/21/2021 9:49:36 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Are you uncomfortable because Mike just came back?

CONFIDENTIAL                                          INDUCTEV INITDISCL006621

Exhibit 64- 10-21-2021 Incomplete Apology PM 5-52-49 INDUCTEV INITDISCL017896.pdf

Message

---

**From**:     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:     10/21/2021 5:52:49 PM
**To**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments**:  Card.html; 0-eus-d14-a3ff638f34839dd277c8d7b9829216f5; 0-eus-d14-6d05050b48424249d3dacd275362bc8c; 0-eus-d14-a606bbf66c1ad9e6b3983cc52fc210ba

CONFIDENTIAL

Exhibit 65-10-21-2021 Incomplete Apology PM 5-54-13 INDUCTEV INITDISCL012394.pdf

Message
---

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/21/2021 5:54:13 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Ah. Thank you for pointing that out, I appreciate it. Sorry for my bad taste, not my intent. I can see that looking back now.

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL012394

Exhibit 66- 10-21-2021 Incomplete Apology PM 5-54-28 INDUCTEV INITDISCL006558.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/21/2021 5:54:28 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

No worries

Exhibit 67- 10-21-2021 Incomplete Apology PM 5-55-32 INDUCTEV INITDISCL008221.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/21/2021 5:55:32 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Naw, you're right. It isn't right or appropriate. Thank you.

CONFIDENTIAL                                                                          INDUCTEV INITDISCL008221

Exhibit 68- 10-29-2021 J Wolgemuth PM 12-40-24 INDUCTEV INITDISCL000886.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/29/2021 12:40:24 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Lol John loves talking mess

INDUCTEV INITDISCL000886

# Exhibit 69- 10-29-2021 J Wolgemuth PM 12-43-54 INDUCTEV INITDISCL002645.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/29/2021 12:43:54 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Hard part is often they sound plausible, but are not correct. That's the part that bothers me.

CONFIDENTIAL

# Exhibit 70- 10-29-2021 J Wolgemuth PM 12-46-25 INDUCTEV INITDISCL001658.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    10/29/2021 12:46:25 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


at least he makes eye contact with you.

CONFIDENTIAL

# Exhibit 71- 10-29-2021 J Wolgemuth PM 12-46-52 INDUCTEV INITDISCL006805.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       10/29/2021 12:46:52 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

He managed to smile at me today..bc I was carrying food

# Exhibit 72- 10-29-2021 J Wolgemuth PM 12-47-14 INDUCTEV INITDISCL003252.pdf

Message

| | |
|---|---|
| **From:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent:** | 10/29/2021 12:47:14 PM |
| **To:** | Assata Acey [Assata.Acey@momentumdynamics.com] |

I've never seen a smile. Oof.

CONFIDENTIAL

# Exhibit 73- 10-29-2021 J Wolgemuth PM 12-48-09 INDUCTEV INITDISCL012942.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/29/2021 12:48:09 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


it was a subtle unfriendly smile. Right befor ehe decided to turn in front of me and walk slow motion while I was tring to get to conference room form my desk

CONFIDENTIAL                                                                    INDUCTEV INITDISCL012942

# Exhibit 74- 10-29-2021 J Wolgemuth PM 12-48-27 INDUCTEV INITDISCL005290.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/29/2021 12:48:27 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Ugh. Yeah.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL005290

Exhibit 75- 11-16-2021 Electrical Office Area Overheard AM 10-14-26 INDUCTEV INITDISCL001578.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/16/2021 10:14:26 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Random ppl from work "she was fair, balanced ....I probably got more from that session..." it be weird

CONFIDENTIAL                                                                    INDUCTEV INITDISCL001578

Exhibit 76- 11-16-2021 Electrical Office Area Overheard AM 10-16-56 INDUCTEV INITDISCL010039.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:16:56 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Random ppl from work "she was fair, balanced ....I probably got more from that session..." it be weird

Oh gosh, what?

INDUCTEV INITDISCL010039

Exhibit 77- 11-16-2021 Electrical Office Area Overheard AM 10-17-31 INDUCTEV INITDISCL005977.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:17:31 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Talked to Taylor, he said they do have a AC cabinet and Julian is bringing it up now.

Awesome. I think we might need this downstairs, unless it is to be tested upstairs first. I think it would make sense to just test it downstairs.

CONFIDENTIAL                                                                                INDUCTEV INITDISCL005977

Exhibit 78- 11-16-2021 Electrical Office Area Overheard AM 10-17-51 INDUCTEV INITDISCL000815.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:17:51 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Also mistakenly asked Rob if he'd know any reason or anyone who could loosen these and he is upset

Oy.

CONFIDENTIAL     INDUCTEV INITDISCL000815

# Exhibit 79- 11-16-2021 Electrical Office Area Overheard AM 10-19-13 INDUCTEV INITDISCL004079.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:19:13 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Hasn't snapped at me but is upset. I mean 70 ft lbs is alot to loosen,but even if it were at 40ft lbs, it would still be tampering. Reason 1: if it were loose enough to be two hand turns from water. It would have become gradually looser as hoses were added and removed Reason 2: we also h…

Yes - hence my tamper seal thoughts. Possibly even "during" work.

Check torque - great. - painted, great, seal, awesome.

After it leaves our team, and has been approved by QA, that's no longer our problem. Not great, but we can only control what we can.

CONFIDENTIAL                                    INDUCTEV INITDISCL004079

Exhibit 80- 11-16-2021 Electrical Office Area Overheard AM 10-19-24 INDUCTEV INITDISCL000827.pdf

Message
_____

**From**:         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:         11/16/2021 10:19:24 AM
**To**:           Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for your patience. Sorry to be delayed on this.

CONFIDENTIAL                                                                                                    INDUCTEV INITDISCL000827

# Exhibit 81- 11-16-2021 Electrical Office Area Overheard AM 10-30-11 INDUCTEV INITDISCL003045.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 10:30:11 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Joren Wendschuh**

Oh gosh, what?

stuff i overhear from your side of the office

CONFIDENTIAL                                                                    INDUCTEV INITDISCL003045

Exhibit 82- 11-16-2021 Electrical Office Area Overheard AM 10-32-41 INDUCTEV INITDISCL005297.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:32:41 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

## Assata Acey

stuff i overhear from your side of the office

Oy.  Not cool.

                                                                                                          INDUCTEV INITDISCL005297

# Exhibit 83- 11-16-2021 Electrical Office Area Overheard AM 10-37-32 INDUCTEV INITDISCL005876.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        11/16/2021 10:37:32 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for your patience with me this morning.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL005876

Exhibit 84- 11-16-2021 Electrical Office Area Overheard AM 10-38-01 INDUCTEV INITDISCL004831.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:38:01 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

youre fine. Im going to shop for the tamper seals

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004831

Exhibit 85- 11-16-2021 Electrical Office Area Overheard AM 10-40-55 INDUCTEV INITDISCL011751.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:40:55 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Awesome, thank you.

CONFIDENTIAL

INDUCTEV INITDISCL011751

# Exhibit 86- 11-16-2021 Electrical Office Area Overheard AM 10-41-20 INDUCTEV INITDISCL007438.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:41:20 AM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

Too much aggression here, wtf.

 INDUCTEV INITDISCL007438

Exhibit 87- 12-7-2021 Russell Touch Complaint PM 12-53-28 INDUCTEV INITDISCL011204.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/7/2021 12:53:28 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Not Mike Russell tappi NV my shoulde 😣

CONFIDENTIAL                                                    INDUCTEV INITDISCL011204

Exhibit 88- 12-7-2021 Russell Touch Complaint PM 12-53-30 INDUCTEV INITDISCL001134.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/7/2021 12:53:30 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Mess

                                                                        INDUCTEV INITDISCL001134

# Exhibit 89- 12-7-2021 Russell Touch Complaint PM 12-53-46 INDUCTEV INITDISCL006549.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/7/2021 12:53:46 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hallway ain't that small

CONFIDENTIAL
INDUCTEV INITDISCL006549

Exhibit 90- 12-7-2021 Russell Touch Complaint PM 1-15-20 INDUCTEV INITDISCL002390.pdf

Message
_____

**From**:      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:      12/7/2021 1:15:20 PM
**To**:        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


If he touches me in rhough I will have to consider gutting with a dull spoon. But also I guess conspicuously and disconcertinglt discuss that I don't like being touched

CONFIDENTIAL                                                                  INDUCTEV INITDISCL002390

# Exhibit 91- 12-7-2021 Russell Touch Complaint PM 1-27-57 INDUCTEV INITDISCL004570.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/7/2021 1:27:57 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Please help me understand the sentence above, so I can help.

CONFIDENTIAL    INDUCTEV INITDISCL004570

Exhibit 92- 12-7-2021 Russell Touch Complaint PM 1-29-10 INDUCTEV INITDISCL005264.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 12/7/2021 1:29:10 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I was saying if Mike touches me again I will be upset. But I will also express to him around witnesses in a way that can be insidiously uncomfortable for him that i don't like touch.

CONFIDENTIAL

Exhibit 93- 12-7-2021 Russell Touch Complaint PM 1-29-18 INDUCTEV INITDISCL010569.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/7/2021 1:29:18 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Bc negative reinforcement

Exhibit 94- 12-7-2021 Russell Touch Complaint PM 1-30-04 INDUCTEV INITDISCL009337.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 12/7/2021 1:30:04 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

And bc the third time I'd feel bad for myself to not snap..

CONFIDENTIAL

Exhibit 95- 12-7-2021 Russell Touch Complaint PM 1-30-08 INDUCTEV INITDISCL000790.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/7/2021 1:30:08 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Okay. Thank you for spelling it out.

CONFIDENTIAL

Exhibit 96- 12-7-2021 Russell Touch Complaint PM 1-30-13 INDUCTEV INITDISCL010050.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/7/2021 1:30:13 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hoping he just doesn't at all

                                                                                      INDUCTEV INITDISCL010050

# Exhibit 97- 4-05-2022 Coworker AM 10-13-53 INDUCTEV INITDISCL005504.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/5/2022 10:13:53 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

One has slightly different screws idt Harry knew to give me the one that came early

CONFIDENTIAL

# Exhibit 98- 4-05-2022 Coworker AM 10-14-31 INDUCTEV INITDISCL003706.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/5/2022 10:14:31 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Please show.

# Exhibit 99- 4-05-2022 Coworker AM 10-14-45 INDUCTEV INITDISCL008824.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/5/2022 10:14:45 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Should have been QTY 1 from Harry.

QTY 3 from Julian yesterday

CONFIDENTIAL                                          INDUCTEV INITDISCL008824

# Exhibit 100- 4-05-2022 Coworker AM 10-14-57 INDUCTEV INITDISCL010911.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/5/2022 10:14:57 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


I saw 2 of the 3 personally yesterday from Julian

CONFIDENTIAL

INDUCTEV INITDISCL010911

# Exhibit 101- 4-05-2022 Coworker AM 10-18-19 INDUCTEV INITDISCL008703.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 10:18:19 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Hmm? Should not. I saw Julian holding 2, and he said he had 3, yesterday. He had said he was putting them directly on your desk.

CONFIDENTIAL                                                                      INDUCTEV INITDISCL008703

Exhibit 102- 4-05-2022 Coworker AM 10-20-05 INDUCTEV INITDISCL007437.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 10:20:05 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Right I. Saying I think I got Julian's 3

CONFIDENTIAL

# Exhibit 103- 4-05-2022 Coworker AM 10-20-12 INDUCTEV INITDISCL010847.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 10:20:12 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And not Harry's 1

CONFIDENTIAL                                                              INDUCTEV INITDISCL010847

# Exhibit 104- 4-05-2022 Coworker AM 10-20-33 INDUCTEV INITDISCL010132.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 10:20:33 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Bc idt we explicitly asked for his 1

CONFIDENTIAL                                                    INDUCTEV INITDISCL010132

# Exhibit 105- 4-05-2022 Coworker AM 11-04-53 INDUCTEV INITDISCL008240.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/5/2022 11:04:53 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I talked to Harry

Exhibit 106- 4-05-2022 Coworker AM 11-05-00 INDUCTEV INITDISCL011087.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/5/2022 11:05:00 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Oh no

Exhibit 107- 4-05-2022 Coworker AM 11-05-04 INDUCTEV INITDISCL006787.pdf

Message

**From:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**  4/5/2022 11:05:04 AM
**To:**  Assata Acey [Assata.Acey@momentumdynamics.com]

Is he ded?

CONFIDENTIAL  

# Exhibit 108- 4-05-2022 Coworker AM 11-05-16 INDUCTEV INITDISCL003473.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:05:16 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Hedidnt know we wanted the 4th one(i was right). He said it's around somewhere and that he'll bring it

CONFIDENTIAL                                                          INDUCTEV INITDISCL003473

Exhibit 109- 4-05-2022 Coworker AM 11-05-32 INDUCTEV INITDISCL008541.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:05:32 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

He was upset that the first one didn't have paperwork

Exhibit 110- 4-05-2022 Coworker AM 11-06-08 INDUCTEV INITDISCL007672.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:06:08 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I chatted a bit about what the items do and how they worked and why

# Exhibit 111- 4-05-2022 Coworker AM 11-06-45 INDUCTEV INITDISCL001171.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/5/2022 11:06:45 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Paperwork? Hmm

# Exhibit 112- 4-05-2022 Coworker AM 11-06-51 INDUCTEV INITDISCL010206.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/5/2022 11:06:51 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Idk ☐♀

# Exhibit 113- 4-05-2022 Coworker AM 11-07-23 INDUCTEV INITDISCL008176.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:07:23 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I think things were rosyish until I double back from leaving and asked about clemens uniforms

# Exhibit 114- 4-05-2022 Coworker AM 11-07-42 INDUCTEV INITDISCL010971.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:07:42 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


He said he didn't recall and mixed doing an email search without the enter button

CONFIDENTIAL                                                                           INDUCTEV INITDISCL010971

Exhibit 115- 4-05-2022
Coworker AM 11-07-59
INDUCTEV
INITDISCL003254.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 11:07:59 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Until I asked if he hits enter when doing this searches and the email popped up

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL003254

# Exhibit 116- 4-05-2022 Coworker AM 11-08-45 INDUCTEV INITDISCL010687.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/5/2022 11:08:45 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


He buried in a sentence that the email was in his deleted folder.

CONFIDENTIAL
INDUCTEV INITDISCL010687

Exhibit 117- 4-05-2022 Coworker AM 11-09-16 INDUCTEV INITDISCL001291.pdf

Message

_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/5/2022 11:09:16 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


He also thought it was 40 per person (asked several times) and didn't understand the receipt break down. I explained this given their process.

CONFIDENTIAL

Exhibit 118- 4-05-2022
Coworker AM 11-10-03
INDUCTEV
INITDISCL003436.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/5/2022 11:10:03 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

And yeah so I convinced him to maybe reach out to you concerning duration bc idk what that's supposed to be

# Exhibit 119- 4-05-2022 Coworker AM 11-11-07 INDUCTEV INITDISCL001038.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 11:11:07 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Okay

    INDUCTEV INITDISCL001038

# Exhibit 120- 4-05-2022 Coworker AM 11-11-13 INDUCTEV INITDISCL002666.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/5/2022 11:11:13 AM
**To:**     Assata Acey [Assata.Acey@momentumdynamics.com]

No worries.

CONFIDENTIAL     INDUCTEV INITDISCL002666

Exhibit 121- 4-05-2022 Coworker AM 11-11-56 INDUCTEV INITDISCL007506.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/5/2022 11:11:56 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Takaway:
1. Harry needs direct explicit information each time(re 1st holder)
2. Harry needs a shorter followup time(re unacknowledged/untouched email)
3. Laying details in email can support things(re unasked questions becoming blockers)

CONFIDENTIAL

Exhibit 122- 4-07-2022 Gary PM 1-26-05 INDUCTEV INITDISCL001947.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/7/2022 1:26:05 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


When yalla re done pls don't forget to look at the rail hole

CONFIDENTIAL                                                            INDUCTEV INITDISCL001947

Exhibit 123- 4-07-2022 Gary PM 1-54-07 INDUCTEV INITDISCL011874.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/7/2022 1:54:07 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Gary keeps looking at me up and (middle?) Even when i had on a coat? I waved but he didn't say hi.. I think the staring has been mostly today. I hope he's OK

CONFIDENTIAL
INDUCTEV INITDISCL011874

# Exhibit 124- 4-07-2022 Gary PM 2-22-08 INDUCTEV INITDISCL002435.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/7/2022 2:22:08 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Rail hole?

CONFIDENTIAL                                                                 INDUCTEV INITDISCL002435

# Exhibit 125- 4-07-2022 Gary PM 2-24-12 INDUCTEV INITDISCL007098.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/7/2022 2:24:12 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

You already did srry

CONFIDENTIAL                                                  INDUCTEV INITDISCL007098

Exhibit 126- 4-07-2022 Gary PM 2-26-24 INDUCTEV INITDISCL004985.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/7/2022 2:36:24 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

WTF Gary.

CONFIDENTIAL                                                          INDUCTEV INITDISCL004985

# Exhibit 127- 4-07-2022 Gary PM 2-36-22 INDUCTEV INITDISCL007288.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/7/2022 2:36:22 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

No need to be sorry.

INDUCTEV INITDISCL007288

Exhibit 128- 06-22-2021 HR interactions PM 12-16 28 INDUCTEV INITDISCL000486.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      6/22/2021 12:16:28 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Assata, your lunch was delivered

Exhibit 129- 06-22-2021 HR interactions PM 12-30-05 INDUCTEV INITDISCL000506.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     6/22/2021 12:30:05 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


Oh thank you. I was so set on waiting for the call that I checked in with them and then just saw your message.

CONFIDENTIAL                                            INDUCTEV INITDISCL000506

Exhibit 130- 06-25-2021 HR interactions AM 11-03-01 INDUCTEV INITDISCL018682.pdf

Message

**From:**       Judy Talis [judy.talis@momentumdynamics.com]
**Sent:**       6/25/2021 11:03:01 AM
**To:**         Diana Wilmes [diana.wilmes@momentumdynamics.com]

no show for Assata Did she accept?

CONFIDENTIAL                                                    INDUCTEV INITDISCL018682

Exhibit 131- 06-25-2021 HR interactions AM 11-05-22 INDUCTEV INITDISCL018672.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      6/25/2021 11:05:22 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Joren, Assata is a no show for a meeting with Judy are you with her by any chance?

CONFIDENTIAL                                                      INDUCTEV INITDISCL018672

Exhibit 132- 06-25-2021 HR interactions AM 11-07-21 INDUCTEV INITDISCL007675.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 6/25/2021 11:07:21 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Assata Acey - Please reach out to Judy for your interview training - HR gets grumpy when you miss things with them.
(I know... cables are more important, but they are who they are)

CONFIDENTIAL

Exhibit 133- 06-25-2021 HR interactions PM 2-45-48 INDUCTEV INITDISCL000454.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     6/25/2021 2:45:48 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]; Judy Talis [judy.talis@momentumdynamics.com]

Hi!
First to Judy, I am so sorry for missing my training. I had remembered it this morning and then we had a snafu to assemble cords that are currently being shipped. (I am just now sitting for lunch).

If you all could let me know what next time works I will set alarms to make sure I am there.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL000454

Exhibit 134- 06-25-2021 HR interactions PM 2-46-47 INDUCTEV INITDISCL000459.pdf

Message
_____

**From:**      Judy Talis [judy.talis@momentumdynamics.com]
**Sent:**      6/25/2021 2:46:47 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]; Diana Wilmes [diana.wilmes@momentumdynamics.com]


Thanks for responding Assata. Diana will be setting this up.

CONFIDENTIAL                                                                   INDUCTEV INITDISCL000459

Exhibit 135- 06-25-2021 HR interactions PM 2-48-35 INDUCTEV INITDISCL009900.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        6/25/2021 2:48:35 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

cool cool. also I messaged Judy and Diana. Judy is terse but I told her that Im also doing late lunch. they will reschedule.  Also I meant to tell you this morning that I was 4-5 hours ahead and did you want me to leave early

CONFIDENTIAL

Exhibit 136- 07-08-2021 HR interactions AM 9-56-51 INDUCTEV INITDISCL000539.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     7/8/2021 9:56:51 AM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


Hi Diana,
Happy [and thank you and Judy again for] ice cream day!
I just wanted to double confirm that the training meeting is moved to tuesday a.m. and not today(don't want to miss any more meetings)

Also, do you know where paystubs are recorded?

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL000539

Exhibit 137- 07-08-2021 HR interactions AM 9-58-03 INDUCTEV INITDISCL000569.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      7/8/2021 9:58:03 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Hi Assata, Yes, it was moved so we can capture the new hires that are starting on Monday. So you are good for today. Paystubs are in Paychex, I will send you the registration directions in an email.

CONFIDENTIAL

Exhibit 138- 07-08-2021 HR interactions AM 9-58-26 INDUCTEV INITDISCL000568.pdf

Message

---

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     7/8/2021 9:58:26 AM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


Thank you!

Exhibit 139- 07-14-2021 HR interactions PM 2-53-27 INDUCTEV INITDISCL000561.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/14/2021 2:53:27 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]

Hi Diana, are you working from home today?

CONFIDENTIAL                                                          INDUCTEV INITDISCL000561

Exhibit 140- 07-14-2021 HR interactions PM 2-53-43 INDUCTEV INITDISCL000493.pdf

Message

**From:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**       7/14/2021 2:53:43 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Yes, How can I help?

                                                                                                          INDUCTEV INITDISCL000493

Exhibit 141- 07-14-2021 HR interactions PM 2-54-32 INDUCTEV INITDISCL000542.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       7/14/2021 2:54:32 PM
**To:**         Diana Wilmes [diana.wilmes@momentumdynamics.com]


ALrighty,
I had a sudden flare of back cramps and heatflashes about 10 minutes into the patent training

CONFIDENTIAL                                                                    INDUCTEV INITDISCL000542

Exhibit 142- 07-14-2021 HR interactions PM 2-54-56 INDUCTEV INITDISCL000494.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      7/14/2021 2:54:56 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Okay, I can sign you up for the next session

CONFIDENTIAL                                          INDUCTEV INITDISCL000494

Exhibit 143- 07-14-2021 HR interactions PM 2-54-58 INDUCTEV INITDISCL000485.pdf

Message

**From:**    Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**    7/14/2021 2:54:58 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

No worries

Exhibit 144- 07-14-2021 HR interactions PM 2-55-41 INDUCTEV INITDISCL000491.pdf

Message

**From**: Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent**: 7/14/2021 2:55:41 PM
**To**: Assata Acey [Assata.Acey@momentumdynamics.com]

Won't be until August though, towards the end

Exhibit 145- 07-14-2021 HR interactions PM 2-58-00 INDUCTEV INITDISCL000531.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     7/14/2021 2:58:00 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


Yeah, I had sent a message to Matthew to apologize but talking about body stuff can be weird.
that's fine with me. Thank you so much again.

CONFIDENTIAL                                                    INDUCTEV INITDISCL000531

Exhibit 146- 07-19-2021 HR interactions AM 7-32-45 INDUCTEV INITDISCL007638.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/19/2021 7:32:45 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Assata Acey - please fill the hours you worked Friday in ASAP, and re-submit your timecard (or at least let me know).  Thanks!

CONFIDENTIAL                                                    INDUCTEV INITDISCL007638

Exhibit 147- 07-19-2021 HR interactions AM 8-26-26 INDUCTEV INITDISCL011392.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/19/2021 8:26:26 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

will do. Was about to give heads up just now that [I] was trying this weekend and wasnt able to get the site to load

CONFIDENTIAL

Exhibit 148- 07-19-2021 HR interactions AM 8-28-19 INDUCTEV INITDISCL006999.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/19/2021 8:28:19 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you!

Exhibit 149- 07-19-2021 HR interactions AM 9-04-54 INDUCTEV INITDISCL011140.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     7/19/2021 9:04:54 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


I see your timecard is updated with 7h for Friday - is that correct?

CONFIDENTIAL                                            INDUCTEV INITDISCL011140

Exhibit 150- 07-19-2021 HR interactions AM 9-09-17 INDUCTEV INITDISCL011109.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/19/2021 9:09:17 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


and yes, friday, I was in from 8-4, but my lunch was an hour.

CONFIDENTIAL

Exhibit 151- 07-19-2021 HR interactions AM 9-12-21 INDUCTEV INITDISCL003573.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/19/2021 9:12:21 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Hold on...thats actually 6.5..I'd be able to see the times from my phone but I think I left it in the "currently in use" conference room...

CONFIDENTIAL

Exhibit 152- 07-19-2021 HR interactions AM 9-16-53 INDUCTEV INITDISCL011203.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    7/19/2021 9:16:53 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

found phone. yup. it was 8-4:30. so friday hours are confirmed. I tally everything to record the day of. but that day, I rushed out to beat Tina to the door, so I mentally noted the hours to put in at home.

CONFIDENTIAL

Exhibit 153- 07-19-2021 HR interactions AM 10-34-41 INDUCTEV INITDISCL000519.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/19/2021 10:34:41 AM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]


Hi Diana, I was looking for you today but I realize you're out of office. I wanted to say sorry I got my timesheet in late. I rushed Friday but was then unable to get the home page to load on the weekend.

I'm gonna try to avoid saving time from home going forward just in case. And make note if it happens again.

I hope you're having and continue to have a great vacation!

CONFIDENTIAL                                                                 INDUCTEV INITDISCL000519

# Exhibit 154- 07-27-2021 Julian AM 10-04-15 INDUCTEV INITDISCL010458.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/27/2021 10:04:15 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I put out a duplicate order for all four. Taylor walked me through sending him a requisition email through mcmaster Carr. Im going to approach the rest of the day,

CONFIDENTIAL

Exhibit 155- 07-27-2021 HR interactions PM 1-08-19 INDUCTEV INITDISCL000514.pdf

Message
_____

**From:**     Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**     7/27/2021 1:08:19 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]; Bob Campbell [bob.campbell@momentumdynamics.com];
              Bill Gallagher [bill.gallagher@momentumdynamics.com]


Please join meeting.

CONFIDENTIAL                                                            INDUCTEV INITDISCL000514

Exhibit 156- 07-27-2021 HR interactions PM 1-08-37 INDUCTEV INITDISCL000505.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      7/27/2021 1:08:37 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]; Bob Campbell [bob.campbell@momentumdynamics.com];
               Bill Gallagher [bill.gallagher@momentumdynamics.com]


cpr

CONFIDENTIAL                                                     INDUCTEV INITDISCL000505

Exhibit 157- 07-27-2021 HR interactions PM 1-09-22 INDUCTEV INITDISCL000570.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      7/27/2021 1:09:22 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]; Bob Campbell [bob.campbell@momentumdynamics.com];
               Bill Gallagher [bill.gallagher@momentumdynamics.com]

It is in the invite

CONFIDENTIAL                                                                    INDUCTEV INITDISCL000570

Exhibit 158- 07-27-2021 HR interactions PM 1-09-42 INDUCTEV INITDISCL000549.pdf

Message

**From**:      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent**:      7/27/2021 1:09:42 PM
**To**:        Assata Acey [Assata.Acey@momentumdynamics.com]; Bob Campbell [bob.campbell@momentumdynamics.com];
              Bill Gallagher [bill.gallagher@momentumdynamics.com]

You took it on the 13th?

CONFIDENTIAL

Exhibit 159- 07-27-2021 HR interactions PM 1-10-06 INDUCTEV INITDISCL000547.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/27/2021 1:10:06 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]; Bob Campbell
               [bob.campbell@momentumdynamics.com]; Bill Gallagher [bill.gallagher@momentumdynamics.com]


Its on my teams and microsoft caandar for the third. Please send me the invite for today's session

CONFIDENTIAL
INDUCTEV INITDISCL000547

Exhibit 160- 07-27-2021 HR
interactions PM 1-13-33
INDUCTEV
INITDISCL000499.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/27/2021 1:13:33 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]


Hi Diana, I have the CPR invite for the 3rd, but not for today. Can you send me the invite?

Exhibit 161- 07-27-2021 HR interactions PM 1-13-52 INDUCTEV INITDISCL000497.pdf

Message

**From:** Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:** 7/27/2021 1:13:52 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

I'm sending it to you now.

                                                      INDUCTEV INITDISCL000497

Exhibit 162- 07-27-2021 HR interactions PM 1-14-01 INDUCTEV INITDISCL000567.pdf

Message

**From:**     Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**     7/27/2021 1:14:01 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

you must not have accepted it

Exhibit 163- 07-27-2021 HR interactions PM 1-16-44 INDUCTEV INITDISCL000500.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/27/2021 1:16:44 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]

Thank you, also sorry for the confusion. It didnt how in my email search, but ill try to be more thorough in the future

CONFIDENTIAL                                                    INDUCTEV INITDISCL000500

Exhibit 164- 07-27-2021 HR interactions PM 1-16-57 INDUCTEV INITDISCL000558.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/27/2021 1:16:57 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Attachments:**   0-eus-d2-dda3be375e12c384177ab36b6afd26b4


<!--[if lte mso 15 || CheckWebRef]-->

CPR confusion II.PNG
<!--[endif]-->

Exhibit 165- 07-27-2021 HR interactions PM 1-16-57 INDUCTEV INITDISCL000559.pdf



CONFIDENTIAL

Exhibit 166- 07-27-2021 HR interactions PM 2-13-13 INDUCTEV INITDISCL000518.pdf

Message
_____

**From:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**        7/27/2021 2:13:13 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Let me know when you're back online

CONFIDENTIAL                                                                    INDUCTEV INITDISCL000518

Exhibit 167- 07-27-2021 HR interactions PM 2-16-08 INDUCTEV INITDISCL000520.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     7/27/2021 2:16:08 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


back

Exhibit 168- 07-28-2021 HR interactions PM 1-04-53 INDUCTEV INITDISCL000550.pdf

Message
_____

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          7/28/2021 1:04:53 PM
**To:**            Diana Wilmes [diana.wilmes@momentumdynamics.com]


Thank you Diana!!!

CONFIDENTIAL                                                    INDUCTEV INITDISCL000550

Exhibit 169- 07-28-2021 HR interactions PM 1-26-42 INDUCTEV INITDISCL006970.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    7/28/2021 1:26:42 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Hey - FYI Diana just came to me about concern regarding your attendance to meetings - what can we do to keep on track with not missing scheduled meetings?

    INDUCTEV INITDISCL006970

Exhibit 170- 07-28-2021 HR interactions PM 1-27-20 INDUCTEV INITDISCL001182.pdf

Message

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        7/28/2021 1:27:20 PM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I really dont know. The last two I was late for was the one from yesterday where she never sent an invite

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL001182

Exhibit 171- 07-28-2021 HR interactions PM 1-27-34 INDUCTEV INITDISCL011665.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       7/28/2021 1:27:34 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

And the one from today with I saw yesterday but didnt noticed the time today

CONFIDENTIAL

Exhibit 172- 07-28-2021 HR interactions PM 1-28-02 INDUCTEV INITDISCL009181.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/28/2021 1:28:02 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Yeah, that's what you said this morning.  No worries, just trying to see what we can do.  Trying to avoid issues with HR.

CONFIDENTIAL                                                                                 INDUCTEV INITDISCL009181

Exhibit 173- 07-28-2021 HR interactions PM 1-28-07 INDUCTEV INITDISCL005560.pdf

Message
_____

**From**:          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:          7/28/2021 1:28:07 PM
**To**:            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Prior to, I havent missed any meeting since interview training. And when I had to leave patent training I emailed and spoke with her

CONFIDENTIAL

Exhibit 174- 07-28-2021 HR interactions PM 1-28-20 INDUCTEV INITDISCL005707.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     7/28/2021 1:28:20 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Understood.

Exhibit 175- 07-28-2021 HR interactions PM 1-28-44 INDUCTEV INITDISCL004406.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/28/2021 1:28:44 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I will. I want to be nice to her specifically bc I'm sure she's getting flak from Jusy, but it is upsetting when things I didnt do are held against me?

CONFIDENTIAL                                                                          INDUCTEV INITDISCL004406

Exhibit 176- 07-28-2021 HR

interactions PM 1-28-58

INDUCTEV

INITDISCL006244.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        7/28/2021 1:28:58 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I feel like this is additional irritation build up from the time sheet

Exhibit 177- 07-28-2021 HR interactions PM 1-29-02 INDUCTEV INITDISCL009519.pdf

Message
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/28/2021 1:29:02 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Will do best

INDUCTEV INITDISCL009519

Exhibit 178- 07-28-2021 HR interactions PM 1-29-07 INDUCTEV INITDISCL000868.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      7/28/2021 1:29:07 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Agree.  Yesterday I'm not worried about.

CONFIDENTIAL

Exhibit 179- 07-28-2021 HR interactions PM 1-29-18 INDUCTEV INITDISCL001352.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      7/28/2021 1:29:18 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Assata Acey**

I feel like this is additional irritation build up from the time sheet

Which I had also messaged her to apologize about

CONFIDENTIAL                                          INDUCTEV INITDISCL001352

Exhibit 180- 07-28-2021 HR interactions PM 1-29-53 INDUCTEV INITDISCL012329.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     7/28/2021 1:29:53 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Could be - just something to watch out for details wise...  no worries here.  Thanks!

CONFIDENTIAL                                                                INDUCTEV INITDISCL012329

Exhibit 181- 07-28-2021 HR interactions PM 1-30-22 INDUCTEV INITDISCL011196.pdf

Message
_____

**From**:         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:         7/28/2021 1:30:22 PM
**To**:           Assata Acey [Assata.Acey@momentumdynamics.com]


Not worth something to argue with them over, we'll just see what we can do.  Please let me know if there are further things they claim you should be at, that you don't have on your calendar.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL011196

Exhibit 182- 07-28-2021 HR interactions PM 1-35-57 INDUCTEV INITDISCL018676.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     7/28/2021 1:35:57 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]


Diana - I have had a conversation (2nd one) with Assata about meetings.  Please let me know if there are any further issues should they come up so that I / we can take appropriate action.  Thank you for coming to me!

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL018676

# Exhibit 183- 08-09-2021 Julian Complaints AM 9-13-43 INDUCTEV INITDISCL009693.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     8/9/2021 9:13:43 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I will check with Julian...Taylor has warned me that when getting parts from Julian to not let him order anything but send an email to purchasing so its documented. so I may ask both and let him do his delegation thing?

CONFIDENTIAL

Exhibit 184- 09-16-2021 HR interactions PM 1-14-41 INDUCTEV INITDISCL000562.pdf

Message

**From**:        Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent**:        9/16/2021 1:14:41 PM
**To**:          Assata Acey [Assata.Acey@momentumdynamics.com]


your food is here

Exhibit 185- 09-16-2021 HR interactions PM 1-35-46 INDUCTEV INITDISCL000551.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      9/16/2021 1:35:46 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]


Thank you!

CONFIDENTIAL                                                                          INDUCTEV INITDISCL000551

Exhibit 186- 09-16-2021 HR interactions PM 1-37-18 INDUCTEV INITDISCL000564.pdf

Message
_____

**From:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**        9/16/2021 1:37:18 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


No Worries, Pete actually was the one who got it from the driver. I just didn't want him to have to track you down. I know with these food delivery sites, you can sign up for notifications for food delivery that is separate from the driver. I would recommend doing that if you haven't already.

CONFIDENTIAL                                                    INDUCTEV INITDISCL000564

Exhibit 187- 09-16-2021 HR interactions PM 1-37-40 INDUCTEV INITDISCL000535.pdf

Message

**From:**     Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**     9/16/2021 1:37:40 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Otherwise, I'll just keep messaging you through Teams

CONFIDENTIAL                                                          INDUCTEV INITDISCL000535

Exhibit 188- 09-16-2021 HR interactions PM 1-37-46 INDUCTEV INITDISCL000553.pdf

Message

**From:**     Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**     9/16/2021 1:37:46 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


no big deal

CONFIDENTIAL

Exhibit 189- 09-16-2021 HR interactions PM 2-10-18 INDUCTEV INITDISCL000529.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    9/16/2021 2:10:18 PM
**To:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]


I am totally cool with using teams to avoid extra labor for anyone. Spatolas uses their own site. But I'll continue to add the note to call and watch my phone. For the epescially and anywhere else

CONFIDENTIAL                                                      INDUCTEV INITDISCL000529

Exhibit 190- 09-16-2021 HR interactions PM 2-10-55 INDUCTEV INITDISCL000495.pdf

Message
_____

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      9/16/2021 2:10:55 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I just don't want your food to get cold.

Exhibit 191- 09-16-2021 HR interactions PM 2-11-00 INDUCTEV INITDISCL000501.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      9/16/2021 2:11:00 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Cold lunch is no good

CONFIDENTIAL                                                          INDUCTEV INITDISCL000501

Exhibit 192- 09-16-2021 HR interactions PM 2-11-25 INDUCTEV INITDISCL000504.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     9/16/2021 2:11:25 PM
**To:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]

lol Im happy to have food.

CONFIDENTIAL

Exhibit 193- 09-16-2021 HR interactions PM 2-11-42 INDUCTEV INITDISCL000525.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      9/16/2021 2:11:42 PM
**To:**        Diana Wilmes [diana.wilmes@momentumdynamics.com]

thank you again! you are appreciated!

CONFIDENTIAL

# Exhibit 194- 10-20-2021 Julian Complaints PM 3-06-54 INDUCTEV INITDISCL002388.pdf

Message

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          10/20/2021 3:06:54 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


After double searching the kit for the gasket, I ha e put in my first parts request. I hope using form doesn't mean things will be slower

CONFIDENTIAL

# Exhibit 195- 10-20-2021 Julian Complaints PM 4-06-40 INDUCTEV INITDISCL004367.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/20/2021 4:06:40 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Supply chain emails only go to Taylor and Daniel according to Julian

CONFIDENTIAL                                                    INDUCTEV INITDISCL004367

# Exhibit 196- 10-20-2021 Julian Complaints PM 4-06-57 INDUCTEV INITDISCL002268.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        10/20/2021 4:06:57 PM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


He is certain that they don't go to him and didn't know we were gonna skip him part numbers anymore

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL002268

Exhibit 197- 10-20-2021 Julian Complaints PM 5-28-26 INDUCTEV INITDISCL004535.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/20/2021 5:28:26 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Assata Acey**

Supply chain emails only go to Taylor and Daniel according to Julian

It's intentional 😔
Can slow things down, but I'll try to put requests in earlier?

CONFIDENTIAL                                                    INDUCTEV INITDISCL004535

# Exhibit 198- 10-20-2021 Julian Complaints PM 6-23-09 INDUCTEV INITDISCL006057.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/20/2021 6:23:09 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Julian also mentioned that when he is given items from the request form, instead of receiving the form, Taylor reads the numbers aloud to him or send them in a team's message. I don't understand how he is set up for success when there's another level between what is sent inand what hes receiving

CONFIDENTIAL

# Exhibit 199- 10-20-2021 Julian Complaints PM 6-28-37 INDUCTEV INITDISCL003196.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/20/2021 6:28:37 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Because if I get the wrong part I would look at Julian . But, from this email, they will be trying to match the number I give against their BOM

CONFIDENTIAL                                                                                   INDUCTEV INITDISCL003196

Exhibit 200- 10-21-2021 Julian Complaints AM 9-49-36 INDUCTEV INITDISCL006621.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        10/21/2021 9:49:36 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Are you uncomfortable because Mike just came back?

CONFIDENTIAL                                                                        INDUCTEV INITDISCL006621

# Exhibit 201- 10-21-2021 Julian Complaints AM 9-50-48 INDUCTEV INITDISCL006612.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/21/2021 9:50:48 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

what I want to say is professionally, if there should be a collated record of whenever Julian gives the wrong thing, he should also have a record of instructions given to him

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL006612

# Exhibit 202- 10-21-2021 Julian Complaints AM 9-50-58 INDUCTEV INITDISCL003781.pdf

Message
_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     10/21/2021 9:50:58 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

He is certain that they don't go to him and didn't know we were gonna skip him part numbers anymore

He didn't know we were changing things - because we're not "really" - I'm just providing the old form so that if someone needs it, it's available.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL003781

Exhibit 203- 10-21-2021 Julian Complaints AM 9-51-12 INDUCTEV INITDISCL011683.pdf

Message

**From**: Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**: 10/21/2021 9:51:12 AM
**To**: Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

what I want to say is professionally, if there should be a collated record of whenever Julian gives the wrong thing, he should also have a record of instructions given to him

Agreed.

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL011683

# Exhibit 204- 10-21-2021 Julian Complaints AM 9-51-33 INDUCTEV INITDISCL011817.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 10/21/2021 9:51:33 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Julian also mentioned that when he is given items from the request form, instead of receiving the form, Taylor reads the numbers aloud to him or send them in a team's message. I don't understand how he is set up for success when there's another level between what is sent inand what hes receiving

Agreed - it's a strange operating way.

CONFIDENTIAL                                                                                   INDUCTEV INITDISCL011817

# Exhibit 205- 10-21-2021 Julian Complaints AM 9-51-43 INDUCTEV INITDISCL006578.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/21/2021 9:51:43 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

He didn't know we were changing things - because we're not "really" - I'm just providing the old form so that if someone needs it, it's available.

So im not supposed to use form to request individual parts

CONFIDENTIAL                                                      INDUCTEV INITDISCL006578

Exhibit 206- 10-21-2021 Julian Complaints AM 9-51-55 INDUCTEV INITDISCL005345.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/21/2021 9:51:55 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


?

                                                          INDUCTEV INITDISCL005345

# Exhibit 207- 10-21-2021 Julian Complaints AM 10-02-20 INDUCTEV INITDISCL010650.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/21/2021 10:02:20 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

You can or cannot, up to you.

CONFIDENTIAL                                                    INDUCTEV INITDISCL010650

# Exhibit 208 -10-25-2021 Talis AM 09-50-49 INDUCTEV INITDISCL018666.pdf

Message

**From:**      Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**      10/25/2021 9:50:59 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Noticed Assata only put in 39.5 hours on the 1st week. She should be working 40 hours or putting in PTO.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL018666

# Exhibit 208-1 10-25-2021 Talis AM 10-01-04 INDUCTEV INITDISCL007126.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 10/25/2021 10:01:04 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

Assata Acey - 39.5h last week, is that right?

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL007126

# Exhibit 209- 10-25-2021 Talis AM 10-31-48 INDUCTEV INITDISCL002737.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/25/2021 10:31:48 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]; Christopher Schatz
               [chris.schatz@momentumdynamics.com]; Ryan Taggart [Ryan.Taggart@momentumdynamics.com]; Brian Kenney
               [Brian.Kenney@momentumdynamics.com]; Omar Jackson [omar.jackson@momentumdynamics.com]; Seth
               Wolgemuth [seth.wolgemuth@momentumdynamics.com]; Rob Rosenberger
               [rob.rosenberger@momentumdynamics.com]


[10:28 AM] Taylor Johnson

Joren Wendschuh We do have the lug. Julian mixed both of them because he thought they looked the same.

Brian Kenney - FYI

CONFIDENTIAL                                                                    INDUCTEV INITDISCL002737

# Exhibit 210- 10-25-2021 Talis AM 10-33-52 INDUCTEV INITDISCL003460.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 10/25/2021 10:33:52 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hi I just saw this and yes

INDUCTEV INITDISCL003460

# Exhibit 211- 10-25-2021 Talis AM 10-34-47 INDUCTEV INITDISCL005773.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/25/2021 10:34:47 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I talked to Judy again. She'd given me the impression before that vacation automatically prepopulates into gaps when it's under 40 hours, and that were only supposed to request vacation in 4hr increment

CONFIDENTIAL                                                                    INDUCTEV INITDISCL005773

# Exhibit 212- 10-25-2021 Talis AM 10-36-17 INDUCTEV INITDISCL001423.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 10/25/2021 10:36:17 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I didn't want to be dishonest or change it since I couldnt make up that extra 30 min

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL001423

# Exhibit 213- 10-25-2021 Talis AM 10-36-43 INDUCTEV INITDISCL011258.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/25/2021 10:36:43 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


It's funny though bc I thought she was going to tell me i need to stop doing overtime lol 😁

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL011258

Exhibit 214- 10-25-2021 Talis AM 10-39-29 INDUCTEV INITDISCL009216.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/25/2021 10:39:29 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I also talked to Julian and noticed he had gathered parts Brian asked for this morning. And was waiting for Brian to come back do he could deliver them(none of us could find Brian for a wee 30 min)

It looks like he is getting parts the same day when given part numbers during business hours.

I can still go with Brian to request parts from Julian but it's looking more like accuracy and not timing

CONFIDENTIAL                                                              INDUCTEV INITDISCL009216

# Exhibit 215- 10-25-2021 Talis AM 10-50-43 INDUCTEV INITDISCL007626.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/25/2021 10:50:43 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Nope, OT is fine, if you're doing 2-3h / wk I don't need much, if you exceed that, just please let me know why.

Thanks for checking in with Judy on that - appreciate it. Diana came to me about it, and I've currently ignored it, but eh.

Is she saying you should put in for 1/2 day PTO to make up for the 30 minutes next time it happens?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL007626

# Exhibit 216- 10-25-2021 Talis AM 10-52-38 INDUCTEV INITDISCL012473.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/25/2021 10:52:38 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Re:Julian - there's some other stuff going on too. I hear you, thank you for that information.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL012473

Exhibit 217- 10-25-2021 Talis AM 10-53-46 INDUCTEV INITDISCL007710.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/25/2021 10:53:46 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

Nope, OT is fine, if you're doing 2-3h / wk I don't need much, if you exceed that, just please let me know why. Thanks for checking in with Judy on that - appreciate it. Diana came to me about it, and…

She's saying if I'm missing 30 mins I should put in 30mins vacation

CONFIDENTIAL                                                                    INDUCTEV INITDISCL007710

Exhibit 218- 10-25-2021 Talis AM 10-53-55 INDUCTEV INITDISCL005620.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/25/2021 10:53:55 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


!?!?!?!

Exhibit 219- 10-25-2021 Talis AM 10-54-18 INDUCTEV INITDISCL009563.pdf

Message

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          10/25/2021 10:54:18 AM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And implied I could be overloading my overtime by moving time into the next week.

                                                INDUCTEV INITDISCL009563

# Exhibit 220- 10-25-2021 Talis AM 10-54-49 INDUCTEV INITDISCL002792.pdf

Message
_____

**From**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:       10/25/2021 10:54:49 AM
**To**:         Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

And imied I could be overloading my overtime by moving time into the next week.

Wait what? Please explain this too.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL002792

Exhibit 221- 10-25-2021 Talis AM 10-55-06 INDUCTEV INITDISCL008210.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       10/25/2021 10:55:06 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Bc since I'm full time hourly it's illegal for me to get paid less than 40 hours

CONFIDENTIAL                                                                    INDUCTEV INITDISCL008210

# Exhibit 222- 10-25-2021 Talis AM 10-55-47 INDUCTEV INITDISCL005960.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       10/25/2021 10:55:47 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

Wait what? Please explain this too.

Like as if I'm leaving 30 mkns off my ti.esheet to add to the next sheet to max out on overtime

CONFIDENTIAL                                                                       INDUCTEV INITDISCL005960

# Exhibit 223- 10-25-2021 Talis AM 10-56-22 INDUCTEV INITDISCL011097.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/25/2021 10:56:22 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Where in reality I leave around the same time whether i leave early or not and try not to do long weeks back to back

CONFIDENTIAL                                                              INDUCTEV INITDISCL011097

# Exhibit 224- 10-25-2021 Talis AM 10-56-44 INDUCTEV INITDISCL006869.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     10/25/2021 10:56:44 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

Like as if I'm leaving 30 mkns off my ti.esheet to add to the next sheet to max out on overtime

SO possibly implying time "theft" but that's not what she's saying you **should** do, and that's not what you **are** doing, right?

Exhibit 225- 10-25-2021 Talis AM 10-58-04 INDUCTEV INITDISCL009301.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/25/2021 10:58:04 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


She lightly implied it as If I would be more likely to do so out of ignorance of their system..

I think I have enough overtime hours on my own to not need to add 30 mins....

CONFIDENTIAL    INDUCTEV INITDISCL009301

# Exhibit 226- 11-17-2021 Hornberger AM 11-37-58 INDUCTEV INITDISCL007453.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/17/2021 11:37:58 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Chris seems ok tho.

CONFIDENTIAL                                                    INDUCTEV INITDISCL007453

# Exhibit 227- 11-17-2021 Hornberger AM 11-38-22 INDUCTEV INITDISCL000713.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/17/2021 11:38:22 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

theres too manie chris, mikes, and daniels in this building

CONFIDENTIAL

# Exhibit 228- 11-17-2021 Hornberger AM 11-38-25 INDUCTEV INITDISCL012103.pdf

Message
_____

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/17/2021 11:38:25 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Chris who is sitting at my bench?

                                                                  INDUCTEV INITDISCL012103

Exhibit 229- 11-17-2021 Hornberger AM 11-38-26 INDUCTEV INITDISCL002070.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/17/2021 11:38:26 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Yes.

Exhibit 230- 11-17-2021 Hornberger AM 11-39-12 INDUCTEV INITDISCL004091.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/17/2021 11:39:12 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

it was so weird. I told them i wa son your team and 1 sentence on what i do and the unfriendly one just smieled at me.. like neither person said anyhing

CONFIDENTIAL

# Exhibit 231- 11-17-2021 Hornberger AM 11-39-41 INDUCTEV INITDISCL008919.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/17/2021 11:39:41 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

it was a weird, smug smile.....when i came over i asked if they were new and he pinted out the nicer one as it being theri first day

CONFIDENTIAL                                                                                     INDUCTEV INITDISCL008919

Exhibit 232- 11-17-2021 Hornberger AM 11-40-44 INDUCTEV INITDISCL008767.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/17/2021 11:40:44 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

the weird thing about it all is Id already seen the brunette in kerrys cluster and he would never say hi back or maintain eye contact, so i figured he was aantisocial but ..... when i went over he was just smirking. anyway theres other things to worry about

CONFIDENTIAL

# Exhibit 233- 11-17-2021 Hornberger AM 11-41-13 INDUCTEV INITDISCL003414.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/17/2021 11:41:13 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


waiting for Maira to finish meetings to get an answer for the AC for VW and the Flow assembly angle

CONFIDENTIAL                                        INDUCTEV INITDISCL003414

# Exhibit 234- 11-17-2021 Hornberger AM 11-41-33 INDUCTEV INITDISCL007653.pdf

Message

**From:**   Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**   11/17/2021 11:41:33 AM
**To:**     Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

it was a weird, smug smile.....when i came over i asked if they were new and he pinted out the nicer one as it being theri first day

mustachio guy?

CONFIDENTIAL                                                                 INDUCTEV INITDISCL007653

# Exhibit 235- 11-17-2021 Hornberger AM 11-41-49 INDUCTEV INITDISCL001752.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    11/17/2021 11:41:49 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

mustacio guy--

# Exhibit 236- 11-17-2021 Hornberger AM 11-42-15 INDUCTEV INITDISCL004264.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/17/2021 11:42:15 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Yeah, he's not really personable. Not really keen on him.

CONFIDENTIAL                                                              INDUCTEV INITDISCL004264

Exhibit 237- 11-17-2021
Hornberger AM 11-42-29
INDUCTEV
INITDISCL002174.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 11/17/2021 11:42:29 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


ive seen him talk when he wants to

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL002174

# Exhibit 238- 01-15-2022 Racial Complaint PM 10-47-35 INDUCTEV INITDISCL011729.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/15/2022 10:47:35 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I want to recommend these movies to HR for folks to consider watching one of for black history month

Hidden figures, king Richard, last holiday, the butler, glory, loving, black panther, Amistad, Crooklyn, Respect. Akeelah and the Bee, The Fighting Temptations, Quincy

How should go about this?

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL011729

Exhibit 239- 01-15-2022 Racial Complaint PM 10-51-00 INDUCTEV INITDISCL002314.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/15/2022 10:51:00 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


They're all somewhat historical or anthropological, highlight subtle racism(which can be more revealing in a time and settling where subtle is more.commom than violence) and give a curated, varied, and non traumaporn view of black American experiences.

Without being super antipatriotic and witha range of tones(am proud of the last bit)

CONFIDENTIAL                                                                    INDUCTEV INITDISCL002314

# Exhibit 240- 01-16-2022 Racial Complaint AM 11-47-01 INDUCTEV INITDISCL012129.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/16/2022 11:47:01 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


"to HR for folks" = all employees, not just HR? - confirming understanding


Confirming a path could be:

HR sends out a company wide email suggesting movies (above) for BHM 2022?


(devils advocate here)

How does this help and grow the company?

How to sell this to a "white majority" without sounding either condemning or judgmental?

CONFIDENTIAL
INDUCTEV INITDISCL012129

# Exhibit 241- 01-16-2022 Racial Complaint AM 11-48-11 INDUCTEV INITDISCL012413.pdf

Message
_____

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         1/16/2022 11:48:11 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


To support diversity and growing beyond our personal experiences, here some recommended movies to consider watching for black history month 😬

CONFIDENTIAL                                                          INDUCTEV INITDISCL012413

# Exhibit 242- 01-16-2022 Racial Complaint AM 11-48-33 INDUCTEV INITDISCL011205.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     1/16/2022 11:48:33 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Erm.. not for HR for everyone lol

CONFIDENTIAL                                                          INDUCTEV INITDISCL011205

# Exhibit 243- 01-16-2022 Racial Complaint AM 11-48-57 INDUCTEV INITDISCL010941.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     1/16/2022 11:48:57 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I could print and post a flyer at my desk of recommended bKM movies but ugh.

CONFIDENTIAL                                                              INDUCTEV INITDISCL010941

Exhibit 244- 01-16-2022 Racial Complaint AM 11-49-13 INDUCTEV INITDISCL007501.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/16/2022 11:49:13 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Your suggested path would be correct

Exhibit 245- 01-16-2022 Racial Complaint AM 11-53-35 INDUCTEV INITDISCL005508.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/16/2022 11:53:35 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


bKM?

                                                      INDUCTEV INITDISCL005508

# Exhibit 246- 01-16-2022 Racial Complaint AM 11-54-54 INDUCTEV INITDISCL001323.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/16/2022 11:54:54 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

To support diversity and growing beyond our personal experiences, here some recommended movies to consider watching for black history month 😁

Fair for 2nd question, mostly.

What about "How does this benefit the company?" "How does this grow the company?"

(How does this benefit the shareholders? and grow the valuation of the company)

CONFIDENTIAL                                                                 INDUCTEV INITDISCL001323

# Exhibit 247- 01-16-2022 Racial Complaint PM 12-43-52 INDUCTEV INITDISCL012655.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/16/2022 12:43:52 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

bKM?

Typo

                                                    INDUCTEV INITDISCL012655

# Exhibit 248- 01-16-2022 Racial Complaint PM 12-46-22 INDUCTEV INITDISCL004842.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        1/16/2022 12:46:22 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I mean she could use the same argument as the diversity training.

But it's also shown that supporting and encouraging differences in company can serve to attract, retain and improve the effective/collaborative use of di erse talent

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL004842

# Exhibit 249- 01-16-2022 Racial Complaint PM 12-47-51 INDUCTEV INITDISCL006306.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        1/16/2022 12:47:51 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Think the diversity training is not just a legal liability token activity?

(really, just curious what you think)

CONFIDENTIAL                                                          INDUCTEV INITDISCL006306

# Exhibit 250- 01-16-2022 Racial Complaint PM 12-49-04 INDUCTEV INITDISCL009652.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     1/16/2022 12:49:04 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I mean yeah, but they also sell it bc it looks good.
Hr exists to keep compa y from being sued.
But they also ha e a hand or u terest in talent retention and attracting more ppl of different backgrounds to acvomish more.. or they should

CONFIDENTIAL                                                                  INDUCTEV INITDISCL009652

Exhibit 251- 01-16-2022 Racial Complaint PM 12-49-40 INDUCTEV INITDISCL008396.pdf

Message
_____

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         1/16/2022 12:49:40 PM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also Dan and I made kettle and traditional popcorn from scratch and it was fun!!

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL008396

# Exhibit 252- 01-16-2022 Racial Complaint PM 12-54-11 INDUCTEV INITDISCL010114.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/16/2022 12:54:11 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Don't get me wrong. I support your thoughts and idea here, I think having answers to these questions in your initial communications to HR would go a long way.

Keep it short - at most 1/3 page if printed. (not including list).

Possibly include attachment with movie titles and 2-3 sentence summary of movie (and if available on netflix, Hulu, etc.. where people can find it - since things like "Blockbuster" aren't a thing any more. )

I'm not dismissing the idea, or saying don't do it. Just give it the best shot of success.

Interesting. I made popcorn last night using a hot air popper (best way ever). Second best way is in a pan / kettle :) Awesome!
Microwave or bagged popcorn doesn't even hold a candle to either of the above.

CONFIDENTIAL

# Exhibit 253- 01-25-2022 Julian Complaints PM 3-49-22 INDUCTEV INITDISCL000823.pdf

Message
_____

**From**: Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**: 1/25/2022 3:49:22 PM
**To**: Assata Acey [Assata.Acey@momentumdynamics.com]


Assembly VA Connector subassembly
P-002092-Tool VA HV Connector assembly fixture - do you have a photo of this?

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL000823

Case 2:23-cv-01438-PD    Document 40-2    Filed 01/30/24    Page 509 of 1818

# Exhibit 254- 01-25-2022 Julian Complaints PM 3-49-32 INDUCTEV INITDISCL004441.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/25/2022 3:49:32 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Either way, go save BACON

# Exhibit 255- 01-25-2022 Julian Complaints PM 3-49-37 INDUCTEV INITDISCL002002.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/25/2022 3:49:37 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

not folks at wok getting mad about the gaage door and calling julian lazy behind it.like hes the **only** one using the door/leaving it open and **all** uses are just to bring foklift in vs in and out o waiting fo vendors to unload... yikes. of couse it was mustache man.

CONFIDENTIAL                                                                           INDUCTEV INITDISCL002002

# Exhibit 256- 01-25-2022 Julian Complaints PM 3-49-43 INDUCTEV INITDISCL007673.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    1/25/2022 3:49:43 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

goign to save bacon!

                                        INDUCTEV INITDISCL007673

Exhibit 257- 01-28-2022 Team member Coffee AM 8-15-32 INDUCTEV INITDISCL006160.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:15:32 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Im Here w Ryan, teamm Brian and Omar

CONFIDENTIAL                                                       INDUCTEV INITDISCL006160

Exhibit 258- 01-28-2022 Team member Coffee AM 8-16-24 INDUCTEV INITDISCL009565.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 1/28/2022 8:16:24 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Brian w Parked at same time but went upstairs. Dan d is at his desk

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL009565

# Exhibit 259- 01-28-2022 Team member Coffee AM 8-16-56 INDUCTEV INITDISCL002050.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    1/28/2022 8:16:56 AM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

haha. Smart guy - he's going for the donuts.

CONFIDENTIAL

INDUCTEV INITDISCL002050

Exhibit 260- 01-28-2022 Team member Coffee AM 8-20-44 INDUCTEV INITDISCL002559.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 1/28/2022 8:20:44 AM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Exactly!

Exhibit 261- 01-28-2022 Team member Coffee AM 8-23-32 INDUCTEV INITDISCL010263.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       1/28/2022 8:23:32 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

So mi I sprint later

Exhibit 262- 01-28-2022 Team member Coffee AM 8-23-41 INDUCTEV INITDISCL011990.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       1/28/2022 8:23:41 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Brian is sipping coffee chatting with Bogdan

CONFIDENTIAL                                                                INDUCTEV INITDISCL011990

Exhibit 263- 01-28-2022 Team member Coffee AM 8-24-03 INDUCTEV INITDISCL010816.pdf

Message

---

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 1/28/2022 8:24:03 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Lauren's almost there

CONFIDENTIAL                                                                          INDUCTEV INITDISCL010816

Exhibit 264- 01-28-2022 Team member Coffee AM 8-24-13 INDUCTEV INITDISCL003748.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:24:13 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I wish he'd try to set up instead of freaking out on the spot but oh well □ maybe there's not much setup they can do without representation

CONFIDENTIAL                                                    INDUCTEV INITDISCL003748

# Exhibit 265- 01-28-2022 Team member Coffee AM 8-24-15 INDUCTEV INITDISCL003138.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    1/28/2022 8:24:15 AM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Order is for "Dan Dufresne"

Exhibit 266- 01-28-2022 Team member Coffee AM 8-24-33 INDUCTEV INITDISCL011712.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    1/28/2022 8:24:33 AM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Oh, that Brian

CONFIDENTIAL    INDUCTEV INITDISCL011712

Exhibit 267- 01-28-2022 Team member Coffee AM 8-24-40 INDUCTEV INITDISCL012343.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:24:40 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

How do I convince someone that I'm a white man and to trust with merchandise.

CONFIDENTIAL                                                    INDUCTEV INITDISCL012343

Exhibit 268- 01-28-2022 Team member Coffee AM 8-25-04 INDUCTEV INITDISCL010947.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/28/2022 8:25:04 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Honda Accord

Exhibit 269- 01-28-2022 Team member Coffee AM 8-25-05 INDUCTEV INITDISCL009807.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 1/28/2022 8:25:05 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Front door

Exhibit 270- 01-28-2022 Team member Coffee AM 8-25-09 INDUCTEV INITDISCL005634.pdf

Message

---

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         1/28/2022 8:25:09 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d13-5db921280211d5339db474a3b019aa06

CONFIDENTIAL                                                          INDUCTEV INITDISCL005634

CONFIDENTIAL

INDUCTEV INITDISCL005635

Exhibit 271- 01-28-2022 Team member Coffee AM 8-25-26 INDUCTEV INITDISCL005576.pdf

Message

_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/28/2022 8:25:26 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Uh oh! Julian got it?

CONFIDENTIAL                                                    INDUCTEV INITDISCL005576

Exhibit 272- 01-28-2022 Team member Coffee AM 8-31-48 INDUCTEV INITDISCL001427.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:31:48 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Let's talk about how our Brian asked me to let him in so I unlocked the building door for him on the way up

CONFIDENTIAL                                                                    INDUCTEV INITDISCL001427

# Exhibit 273- 01-28-2022 Team member Coffee AM 8-32-21 INDUCTEV INITDISCL001700.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    1/28/2022 8:32:21 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

But when coffee and donuts came this he held the door and wited outside twice for her to get the coffee in after the donuts

Exhibit 274- 01-28-2022 Team member Coffee AM 8-32-37 INDUCTEV INITDISCL011643.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     1/28/2022 8:32:37 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Then this flour basket took off

CONFIDENTIAL    INDUCTEV INITDISCL011643

# Exhibit 275- 01-28-2022 Team member Coffee AM 8-32-50 INDUCTEV INITDISCL011668.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:32:50 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

And I had to carry both coffee things and donuts but myself

CONFIDENTIAL                                                                    INDUCTEV INITDISCL011668

Exhibit 276- 01-28-2022 Team member Coffee AM 8-33-06 INDUCTEV INITDISCL006444.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        1/28/2022 8:33:06 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And open the door alone

CONFIDENTIAL                                                                      INDUCTEV INITDISCL006444

Exhibit 277- 01-28-2022 Team member Coffee AM 8-33-37 INDUCTEV INITDISCL005419.pdf

Message

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        1/28/2022 8:33:37 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Julian had his own interpretation

CONFIDENTIAL                                                                  INDUCTEV INITDISCL005419

Exhibit 278- 01-28-2022 Team member Coffee AM 8-34-13 INDUCTEV INITDISCL005364.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        1/28/2022 8:34:13 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Which had to do with the visible spectrum of light □ and how some folks absorb uv from the sun...

CONFIDENTIAL                                                                  INDUCTEV INITDISCL005364

# Exhibit 279- 01-28-2022 Team member Coffee AM 8-34-34 INDUCTEV INITDISCL009029.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      1/28/2022 8:34:34 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Lol the same.coffee he was gonna drink!! I told everyone he doesn't deserve donuts and gave him a peice of my mins

CONFIDENTIAL                                                     INDUCTEV INITDISCL009029

Exhibit 280- 01-28-2022 Team member Coffee AM 8-34-48 INDUCTEV INITDISCL011754.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     1/28/2022 8:34:48 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Given that he doesn't have a key rn, he's likepy outside sulking.

CONFIDENTIAL                                                        INDUCTEV INITDISCL011754

Exhibit 281- 01-28-2022 Team member Coffee AM 8-47-51 INDUCTEV INITDISCL002698.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        1/28/2022 8:47:51 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Apparently roasted him too hard he came back with wawa coffee

CONFIDENTIAL                                                    INDUCTEV INITDISCL002698

Exhibit 282- 01-28-2022 Team member Coffee AM 8-49-49 INDUCTEV INITDISCL005807.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       1/28/2022 8:49:49 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Idk why I thought Dan d. Would see me with the donuts. Only 2 were taken but he was lighthearted in his mention.

CONFIDENTIAL                                                              INDUCTEV INITDISCL005807

Exhibit 283- 01-28-2022 Team member Coffee AM 8-57-53 INDUCTEV INITDISCL010015.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      1/28/2022 8:57:53 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

Then this flour basket took off

LOL WHAT?

Exhibit 284- 02-04-2022 Racial Complaint PM 2-10-42 INDUCTEV INITDISCL011636.pdf

Message

_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/4/2022 2:10:42 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Message from Tuesday:

Hey, erm idk how or whether to say this but I think I may be irreparably unhappy with work as it currently exists

There's a lot of things I enjoy about work and moments where I feel happy here; wonder if a remedy is needed at all.

However I have decidely shifted from(how or whether to try) to get more happiness out of work to making room for the other goals/life aspects(house education, personal care) that make me happy.

For that major purpose, I think working part time or on a 3day wfh 2day in-house schedule would be best for me.

Anticipated benefits are: 1.cut down opportunities for stressful interactions with others
2. Grant me more time and flexibility to wrap up crucial home repairs
3.grant me more time and flexibility to shift back towards my masters degrees
4. Grant me more flexibility to schedule and do my best work I consistent and not stressful environment vs being distracted by emotions, settings


I totally get if there s not role for that in the team etc bit I also have considered this and wanted to at least let you know where I stand.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL011636

Exhibit 285- 02-05-2022 Racial Complaint AM 7-09-20 INDUCTEV INITDISCL001714.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/5/2022 7:09:20 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

[]movies

Exhibit 286- 02-05-2022 Racial Complaint AM 7-55-35 INDUCTEV INITDISCL003311.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/5/2022 7:55:35 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

can I cc you in my HR movie email o should I not

CONFIDENTIAL                                                        INDUCTEV INITDISCL003311

Exhibit 287- 02-05-2022 Racial Complaint AM 7-56-03 INDUCTEV INITDISCL012741.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 2/5/2022 7:56:03 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

also, pre-email blurb:

"Hi Judy, I hope this email finds you well. I'm unsure what Momentum's stance is on black history month, or if this is even appropriate.
However, I wanted to recommend 14 movies to consider watching for Black History Month-to support diversity and growing beyond our personal experiences.
I believe this continuous growth enhances collaboration, as well as attractiveness, and retention of diverse talent pools.
Through their historical or anthropological elements of Black culture and varied levels of seriousness and lightheartedness, these movies showcase give a curated and varied view of black American experiences.
Names and short summaries below. "

                                              INDUCTEV INITDISCL012741

Exhibit 288- 02-05-2022 Racial Complaint PM 2-52-48 INDUCTEV INITDISCL010502.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/5/2022 2:52:48 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Alrighty. I set it for delayed sending Monday at 7. Judy is on break

CONFIDENTIAL                                                              INDUCTEV INITDISCL010502

# Exhibit 289- 02-07-2022 Racial Complaint AM 10-07-21 INDUCTEV INITDISCL005018.pdf

Message

**From:**  Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**  2/7/2022 10:07:21 AM
**To:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Assata Acey**

Alrighty. I set it for delayed sending Monday at 7. Judy is on break

I accidentally put PM instead of am. I manually fixed it and sent rip

CONFIDENTIAL                                                                INDUCTEV INITDISCL005018

Exhibit 290- 02-10-2022 Racial Complaint PM 12-53-57 INDUCTEV INITDISCL010696.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/10/2022 12:53:57 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Checking in on you - hope you're okay today.

Thanks for sending that over last night.

Judy asked about your whereabouts as she's in the office today. lol.

                                                      INDUCTEV INITDISCL010696

# Exhibit 291- 02-10-2022 Racial Complaint PM 12-54-52 INDUCTEV INITDISCL009250.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/10/2022 12:54:52 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I'm ok. Trying to see if I can get a shield with more than 27%light transmission. I was just about to teams chat her

CONFIDENTIAL                                                                                        INDUCTEV INITDISCL009250

# Exhibit 292- 02-10-2022 Racial Complaint PM 12-56-18 INDUCTEV INITDISCL000450.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 12:56:18 PM
**To:**        Judy Talis [judy.talis@momentumdynamics.com]


Hi Judy, do you have a sec for a teams call?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL000450

# Exhibit 293- 02-10-2022 Racial Complaint PM 12-57-22 INDUCTEV INITDISCL000449.pdf

Message

**From:**      Judy Talis [judy.talis@momentumdynamics.com]
**Sent:**      2/10/2022 12:57:22 PM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

I have a 1pm call but can give you a call when I am done. Does that work?

INDUCTEV INITDISCL000449

Exhibit 294- 02-10-2022 Racial Complaint PM 12-57-36 INDUCTEV INITDISCL000460.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 12:57:36 PM
**To:**        Judy Talis [judy.talis@momentumdynamics.com]


Sounds good!

CONFIDENTIAL                                                             INDUCTEV INITDISCL000460

# Exhibit 295- 02-10-2022 Racial Complaint PM 1-05-22 INDUCTEV INITDISCL007303.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 1:05:22 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Im aiming to get everything for 6OD since its a step above out worst cast Calc for extra padding (in unlikely case it's wrong or laser unmeasured etc). Difference between 5OD and 6PD face shield is 42$ and 55% visible light vs 27%

CONFIDENTIAL                                                                  INDUCTEV INITDISCL007303

# Exhibit 296- 02-10-2022 Racial Complaint PM 1-06-09 INDUCTEV INITDISCL004056.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 1:06:09 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

However shades don't look too dark and am unsure how factors of room lighting etc would effect it. Would you be OK with ordering one of both to double check ease of use?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004056

# Exhibit 297- 02-10-2022 Racial Complaint PM 1-07-31 INDUCTEV INITDISCL003644.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/10/2022 1:07:31 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Too much shade isn't good. (joke)

    INDUCTEV INITDISCL003644

Exhibit 298- 02-10-2022 Racial Complaint PM 1-08-10 INDUCTEV INITDISCL005821.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 1:08:10 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Cool I'm going to put both on the purchase chart and move on

CONFIDENTIAL                                                                 INDUCTEV INITDISCL005821

# Exhibit 299- 02-10-2022 Racial Complaint PM 1-15-47 INDUCTEV INITDISCL008106.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/10/2022 1:15:47 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

These are the relevant skin rules for class 4 UV, please consider these and Tel me your stance for buying Lab jackets or not.

tight woven fabrics and with opaque fabric gloves are seen as adequate protection from UV

Lab coats and flame resistant materials are suggested but jot required.

A: fabric gloves and suggesting folks work in long sleeved ful length pants
*avoids the mess and cost of coordinating everyone's jacket size. And unlikely folks will focus beam in clothing
OR
B: fabric gloves and flame retardant Lab jackets
*provides flexibility in case folks want to go to work in short sleeve during summer or decide to do UV after coming in, and prevents fire from clothing in worst case scenario

CONFIDENTIAL                                              INDUCTEV INITDISCL008106

Exhibit 300- 02-10-2022 Racial Complaint PM 1-44-00 INDUCTEV INITDISCL008816.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/10/2022 1:44:00 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

requested physical quotes for the window and room barrirers

CONFIDENTIAL                                                                                                 INDUCTEV INITDISCL008816

# Exhibit 301- 02-10-2022 Racial Complaint PM 1-44-58 INDUCTEV INITDISCL002765.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/10/2022 1:44:58 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I avent heard back from himr egarding the laser head status, he did attach puchase confirmation so ill call the company back and see if we can get the trackign for it

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL002765

# Exhibit 302- 02-10-2022 Racial Complaint PM 1-45-16 INDUCTEV INITDISCL006149.pdf

Message

_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/10/2022 1:45:16 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Judy said she wants to talk movies with me after her 1pm meeting so also standing by for that

CONFIDENTIAL                                                    INDUCTEV INITDISCL006149

# Exhibit 303- 02-10-2022 Racial Complaint PM 3-08-40 INDUCTEV INITDISCL004712.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/10/2022 3:08:40 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Judy has decided to make everyone redo diversity training and plans to teach mustache mam how to not risk company lawsuit. She may be reaching put to you abt Brian (I've explained that it's been handled etc but she was clear she wanted something easy to try)

We can't have movies bc they ain't got a program to promote each holiday etc(idk why they don't start with this konth)

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004712

Exhibit 304- 02-10-2022 Racial Complaint PM 3-23-27 INDUCTEV INITDISCL005596.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/10/2022 3:23:27 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

That's grea tt ohear.

Exhibit 305- 02-10-2022 Racial Complaint PM 3-23-36 INDUCTEV INITDISCL002853.pdf

Message
_____

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          2/10/2022 3:23:36 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for the update though! Really appreciate it!!!

CONFIDENTIAL                                                          INDUCTEV INITDISCL002853

Exhibit 306- 02-11-2022 Racial Complaint AM 8-22-37 INDUCTEV INITDISCL007770.pdf

Message

---

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 2/11/2022 8:22:37 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

A bit slow this morning. Woke up in hormonal nausea. Escalated and spent the last 15 mins in fetal position on the floor.

Yay 😑

Exhibit 307- 02-11-2022 Racial Complaint AM 8-22-54 INDUCTEV INITDISCL004664.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    2/11/2022 8:22:54 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Will still sign in for meeting

Exhibit 308- 02-11-2022 Racial Complaint AM 9-38-52 INDUCTEV INITDISCL000448.pdf

Message
***

**From:**       Judy Talis [judy.talis@momentumdynamics.com]
**Sent:**       2/11/2022 9:38:52 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


do you have a sec for a quick teams call. Had a quick question

# Exhibit 309- 02-11-2022 Racial Complaint PM 12-15-45 INDUCTEV INITDISCL006098.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/11/2022 12:15:45 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Update:
I did not get better
I am well Aqainted with Dan's Clorox
Judy randomly asked to follow up. She barely stopped herself from asking if I was pregnant. After the implicitly then obligatory explanation of hormonal nausea...

She doesn't understand why I won't take her recc for her or her daughters gynecologist

CONFIDENTIAL                                                                                                            INDUCTEV INITDISCL006098

# Exhibit 310- 02-11-2022 Racial Complaint PM 12-17-23 INDUCTEV INITDISCL009044.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        2/11/2022 12:17:23 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I am sitting in a sun spot armed witha bowl and a bag.
Will report as work related projects become more developed

CONFIDENTIAL

Exhibit 311- 02-11-2022 Racial Complaint PM 12-24-11 INDUCTEV INITDISCL011274.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/11/2022 12:24:11 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

WTF Judy? Ugh.

CONFIDENTIAL                                                    INDUCTEV INITDISCL011274

Exhibit 312- 02-11-2022 Racial Complaint PM 12-24-12 INDUCTEV INITDISCL011048.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/11/2022 12:24:12 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Worse is that cat has taken over the bag

# Exhibit 313- 02-11-2022 Racial Complaint PM 12-24-21 INDUCTEV INITDISCL010968.pdf

Message

_____

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          2/11/2022 12:24:21 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**   0-eus-d3-6037fcb62e85c045d279c34600fbc160

CONFIDENTIAL                                              INDUCTEV INITDISCL010968

CONFIDENTIAL

INDUCTEV INITDISCL010969

# Exhibit 314- 02-11-2022 Racial Complaint PM 12-24-37 INDUCTEV INITDISCL001357.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/11/2022 12:24:37 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Awwww That's so cute!!!

CONFIDENTIAL                                                                                       INDUCTEV INITDISCL001357

Exhibit 315- 02-11-2022 Racial Complaint PM 12-24-59 INDUCTEV INITDISCL012891.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    2/11/2022 12:24:59 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]


Oh yay!

Exhibit 316- 02-11-2022 Racial Complaint PM 12-25-10 INDUCTEV INITDISCL002496.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/11/2022 12:25:10 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Take some time and rest though, please.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL002496

# Exhibit 317- 02-15-2022 CAO Requests Meeting PM 8-06-01 INDUCTEV INITDISCL018688.pdf

Message
_____

**From:**          Judy Talis [judy.talis@momentumdynamics.com]
**Sent:**          2/15/2022 8:06:01 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Sure I will be in tomorrow. I also want to speak to you about Assata and some things she shared with me. My calendar is up to date but regardless I will find time for you.

CONFIDENTIAL

Exhibit 318- 02-15-2022 CAO Requests Meeting PM 8-11-00 INDUCTEV INITDISCL018695.pdf

Message
_____

**From**:        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:        2/15/2022 8:11:00 PM
**To**:          Judy Talis [judy.talis@momentumdynamics.com]


Thank you. I'll see about booking a room if that's all right.
Re:Assata, okay, I appreciate it.

CONFIDENTIAL

Exhibit 319- 02-15-2022 Supervisor Confirms Meeting Request PM 8-14-56 INDUCTEV INITDISCL009414.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     2/15/2022 8:14:56 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Please do a review of all fixtures and tooling needs for a Iic / ce va outside of the BoM, and provide a list.  Looking for what fixturing we need to have more of if we're looking to run more builds in parallel.  Is that something you'd be okay putting together a draft for by mid day Thursday?

Also,  Judy wants to talk to me about some things regarding Assata.  Please let me know anything you think I need to before going into a meeting with her tomorrow.

CONFIDENTIAL                                                    INDUCTEV INITDISCL009414

Exhibit 320- 02-15-2022 Supervisor Confirms Meeting Request PM 8-19-30 INDUCTEV INITDISCL005748.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/15/2022 8:19:30 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I can't imagine what: either she wants to ask you what doctor I'm using, whether the nausea subsided, complain about me discussing racism at work with you vs her, ask if I'm starting trouble, asking for tips bc I explained you have 50% of company's black women and 33% of companies black population where several groups go without women at all, maybe she wa to to know why I don't enthusiastically jump at her emails

CONFIDENTIAL                                                INDUCTEV INITDISCL005748

Exhibit 321- 02-15-2022 Supervisor Confirms Meeting Request PM 8-20-19 INDUCTEV INITDISCL003910.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/15/2022 8:20:19 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Vould be a feeler to see how I'm "adjusting" to racial thi gs at work or if I'm viewing everything as racist. At this point over a movie suggestion it's giving borderline harassment

Exhibit 322- 02-15-2022 Supervisor Confirms Meeting Request PM 8-20-50 INDUCTEV INITDISCL001804.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/15/2022 8:20:50 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But ye that's all I can anticipate her asking

Exhibit 323- 02-15-2022 Supervisor Confirms Meeting Request PM 8-22-25 INDUCTEV INITDISCL011748.pdf

Message
_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     2/15/2022 8:22:25 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Okay.  No worries!  I don't have more context but will fill you in where I can.

CONFIDENTIAL                                                           INDUCTEV INITDISCL011748

# Exhibit 324- 02-15-2022 Supervisor Confirms Meeting Request PM 8-22-52 INDUCTEV INITDISCL000731.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/15/2022 8:22:52 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

## Joren Wendschuh

Please do a review of all fixtures and tooling needs for a Iic / ce va outside of the BoM, and provide a list. Looking for what fixturing we need to have more of if we're looking to run more builds in…

I can try to parse my notes for info on fixtures that aren't in BOM/are used in house

CONFIDENTIAL

INDUCTEV INITDISCL000731

# Exhibit 325- 02-15-2022 Supervisor Confirms Meeting Request PM 8-24-45 INDUCTEV INITDISCL001116.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 2/15/2022 8:24:45 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

If I had to hazard a guess  I'm on Jorge.

That would be cool too.  Please start with ones on the document and then feel free to add ones in your notes too.  There's questions to what would we need to have in house to run three builds in parallel.

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL001116

Exhibit 326- 02-15-2022 Supervisor Confirms Meeting Request PM 8-25-37 INDUCTEV INITDISCL007258.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        2/15/2022 8:25:37 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

That or to ask where I keep my notes when I report ppl doing weird stuff.

CONFIDENTIAL

Exhibit 327- 02-15-2022 Supervisor Confirms Meeting Request PM 8-26-35 INDUCTEV INITDISCL011461.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/15/2022 8:26:35 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Fair.  Plausible deniability though.  I don't know!

Exhibit 328- 02-15-2022 Supervisor Confirms Meeting Request PM 8-27-42 INDUCTEV INITDISCL002152.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**         2/15/2022 8:27:42 PM
**To:**           Assata Acey [Assata.Acey@momentumdynamics.com]


Please try and let it go, don't let her wreck your evening by letting her take up space in your head rent free.

Exhibit 329- 02-15-2022 Supervisor Confirms Meeting Request PM 8-27-46 INDUCTEV INITDISCL004825.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    2/15/2022 8:27:46 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

She's been almost anxiously asking for those I guess to con ince herself that it's not alot or not too detailed and I simply ha e opted to not dredge my social logs for everyone at work to her

Bc 1: it's labor, 2:she keeps calling it optional 3: she works better trying to avoid issues than when she thinks she Cana she's stuff

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL004825

# Exhibit 330- 02-15-2022 Supervisor Confirms Meeting Request PM 8-28-00 INDUCTEV INITDISCL008720.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/15/2022 8:28:00 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

And nope she doesn't

Exhibit 331- 02-15-2022 Supervisor Confirms Meeting Request PM 8-28-42 INDUCTEV INITDISCL010080.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/15/2022 8:28:42 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

She Cana she's stuff?

Exhibit 332- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-02 INDUCTEV INITDISCL008403.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/15/2022 8:29:02 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Lol

Exhibit 333- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-10 INDUCTEV INITDISCL009851.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/15/2022 8:29:10 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I read this in my head

# Exhibit 334- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-29 INDUCTEV INITDISCL012851.pdf

Message

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          2/15/2022 8:29:29 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


When she thinks she can assess or judge things on her own

Exhibit 335- 02-15-2022 Supervisor Confirms Meeting Request PM 8-29-53 INDUCTEV INITDISCL007180.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        2/15/2022 8:29:53 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Ah. Yes

CONFIDENTIAL                                                                    INDUCTEV INITDISCL007180

Exhibit 336- 02-15-2022 Supervisor Confirms Meeting Request PM 8-30-40 INDUCTEV INITDISCL008799.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/15/2022 8:30:40 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

And goodnight. Salad time

CONFIDENTIAL                                                    INDUCTEV INITDISCL008799

# Exhibit 337- 02-24-2022 Jira Testing AM 10-45-55 INDUCTEV INITDISCL011653.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/24/2022 10:45:55 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

So the most "personal" space in jira would be a Team. Esp to avoid cases of 200 mini tasks Bing issues and not being able to sort btw tasks and larger projects. As well as everyone needing to see everybody's tasks without order or organization

CONFIDENTIAL

# Exhibit 338- 02-24-2022 Jorge PM 5-30-26 INDUCTEV INITDISCL002356.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/24/2022 5:30:26 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Hey - are you okay? Jorge, Ron and Ron's guy seem to be the only ones still here.

CONFIDENTIAL                                    INDUCTEV INITDISCL002356

# Exhibit 339- 02-24-2022 Jorge PM 5-31-01 INDUCTEV INITDISCL006325.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/24/2022 5:31:01 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]



## PRODUCT OVERVIEW

The QUINN® 3/8 in. digital torque wrench has a 72 tooth ratchet mechanism with a 5° arc swing that makes it easy to work in tight spaces. This 5 -100 ft. lb. digital torque wrench offers speed, accuracy and an easy-to-read LCD display. LED lights and an audible beep indicate when the desired torque value or angle is reached. Guaranteed accurate within +/- 3% (clockwise), this torque wrench can store up to 9 preset torque ratings. Switch easily between torque and angle modes for use with torque-to-yield fasteners.

- Heavy duty hardened steel construction delivers a torque range of 5 -100 ft. lb.
- LCD screen displays up to 5 different units of measure
- Program and store up to 9 pre-set torque ratings
- Professional standard accuracy within +/- 3% (clockwise)
- Beep and light indicate when torque setting is reached
- Durable chrome polished finish
- Measures in N-m, in-lb, ft-lb, kg-cm, and degrees
- Includes protective molded storage case



CONFIDENTIAL



QUINN >

# 3/8 In. Drive Digital Torque Wrench

 (254)    Write a Review



Add HFT to Home screen

CONFIDENTIAL    INDUCTEV INITDISCL006327



With an easy-to-read LCD display this 3/8 in. digital torque wrench delivers precision and accuracy

$164⁹⁹



Compare to
KOBALT 81731
$179

Save
$14

1 ▲▼    **Add to Cart**

+ Add to My List

✓ **In Stock** at Downingtown, PA

Store Info   |   Check Nearby Stores

## YOU MAY ALSO LIKE



# Exhibit 340- 02-24-2022 Jorge PM 5-31-01 INDUCTEV INITDISCL006592.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        2/24/2022 5:31:01 PM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


https://www.harborfreight.com/38-in-drive-digital-torque-wrench-64915.html

CONFIDENTIAL

# Exhibit 341- 02-24-2022 Jorge PM 5-31-02 INDUCTEV INITDISCL011709.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     2/24/2022 5:31:02 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

CONFIDENTIAL                                                INDUCTEV INITDISCL011709

4:15

# Harbor Freight Tools

4.3 ★★★★⯪ (440)

Hardware store · $ · 🚗 20 min

Directions    ▲ Start    📞 Call    🔖 Sav





| OVERVIEW | UPDATES | REVIEWS | PHOTOS | ABO |

📍 12 Quarry Rd g2, Downingtown, PA 19335

🕐 Open · Closes 8PM ⌄

🛡️ Health & safety: Mask required · Staff required to disinfect surfaces between visits · 1 more

🌐 https://go.harborfreight.com/store/harbor-fr...

    INDUCTEV INITDISCL011710

# Exhibit 342- 02-24-2022 Jorge PM 5-34-49 INDUCTEV INITDISCL011955.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/24/2022 5:34:49 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Jorge was loudly discussing me to someone at the end of day earlier this week. He's since cooled off

CONFIDENTIAL                                                    INDUCTEV INITDISCL011955

# Exhibit 343- 02-24-2022 Jorge PM 5-34-58 INDUCTEV INITDISCL011471.pdf

Message
---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/24/2022 5:34:58 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Thabk you for checking

CONFIDENTIAL                                                                  INDUCTEV INITDISCL011471

# Exhibit 344- 02-24-2022 Jorge PM 5-35-39 INDUCTEV INITDISCL003190.pdf

Message
_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     2/24/2022 5:35:39 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Sure thing. Ugh. WTF.

Content of loud discussing?

CONFIDENTIAL                                                    INDUCTEV INITDISCL003190

# Exhibit 345- 02-24-2022 Jorge PM 5-35-45 INDUCTEV INITDISCL009006.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/24/2022 5:35:45 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Jorge just left.

# Exhibit 346- 02-24-2022 Jorge PM 5-51-27 INDUCTEV INITDISCL006707.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 2/24/2022 5:51:27 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Eagle out!

# Exhibit 347- 02-24-2022 Jorge PM 5-51-54 INDUCTEV INITDISCL012349.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/24/2022 5:51:54 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also, it was something about collaborating with others and why it's important to share information but he was talking to a bug didn't or whoever else would listen to him so I didn't really care

CONFIDENTIAL                                                    INDUCTEV INITDISCL012349

# Exhibit 348- 08-09-2021 Rosenberg (1) PM 1-00-35 INDUCTEV INITDISCL008572.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 8/9/2021 1:00:35 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

I'm sorry, I've lost track of his schedule.  If he's in, please oversee his work getting the next 150 ready, or assisting you building the 75's / kitting them.
alternately, point him at Seth to assist with tub cleanout.

CONFIDENTIAL

# Exhibit 349- 08-10-2021 Rosenberg (1) AM 10-27-05 INDUCTEV INITDISCL002635.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/10/2021 10:27:05 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


What do you need to support you and Chris knocking out the 75, and getting any questions answered quickly to progress along with it?

CONFIDENTIAL

Exhibit 350- 08-10-2021
Rosenberg (1) AM 10-28-53
INDUCTEV
INITDISCL007587.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/10/2021 10:28:53 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Are you here or available for a team's call?

CONFIDENTIAL

INDUCTEV INITDISCL007587

Exhibit 351- 08-10-2021 Rosenberg (1) AM 10-29-30 INDUCTEV INITDISCL006254.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/10/2021 10:29:30 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I think it would be easier to have a short chat

CONFIDENTIAL
INDUCTEV INITDISCL006254

# Exhibit 352- 08-10-2021 Rosenberg (1) AM 10-30-59 INDUCTEV INITDISCL007894.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/10/2021 10:30:59 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Okay.  I'll see about setting up a meeting later today.  I'm currently booked all morning.

CONFIDENTIAL                                                    INDUCTEV INITDISCL007894

# Exhibit 353- 08-10-2021 Rosenberg (1) AM 10-35-33 INDUCTEV INITDISCL000750.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       8/10/2021 10:35:33 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Valid.. .I think everything is on pace to be done one time. I had set daily goals for the august chunk of the priorities you sent(75 and the 150s.)

CONFIDENTIAL                                                            INDUCTEV INITDISCL000750

# Exhibit 354- 08-10-2021 Rosenberg (1) AM 10-37-12 INDUCTEV INITDISCL006928.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 8/10/2021 10:37:12 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I am stressed from input from Rob and Taylor and trying to be fair with Chris.

I did not expect chris to come right in and start working, but my plan today was to wrap up Quentin repairs and then join him on the 75

CONFIDENTIAL                                                                                              INDUCTEV INITDISCL006928

# Exhibit 355- 08-10-2021 Rosenberg (1) AM 10-41-19 INDUCTEV INITDISCL007450.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/10/2021 10:41:19 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I think everything is set up to be done on time and checked.

The difficulty for me is not kicking him off of a project I was looking forward to, where it seems folks either want me to be bulding directly or watching him while he builds.

Because I want to make the most of the hands we have/an worried about hovering/crowding but am also secure that he won't always be around and I will be able to build additional cabinets

CONFIDENTIAL                                                                            INDUCTEV INITDISCL007450

# Exhibit 356- 08-10-2021 Rosenberg (1) AM 10-41-22 INDUCTEV INITDISCL000758.pdf

Message
_____

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          8/10/2021 10:41:22 AM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]

Okay.  Please do see if Chris needs anything before wrapping up Quentin.
Thank you.

CONFIDENTIAL

# Exhibit 357- 08-10-2021 Rosenberg (1) AM 10-43-01 INDUCTEV INITDISCL007711.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    8/10/2021 10:43:01 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Will do. we check in each morning and throughout the day.

It is stressful with folks constantly giving me updates on what hes doing with underlying expectations? Trying to remain concrete

    INDUCTEV INITDISCL007711

# Exhibit 358- 08-10-2021 Rosenberg (1) AM 10-44-01 INDUCTEV INITDISCL008407.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       8/10/2021 10:44:01 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Not sure I follow your last message?

CONFIDENTIAL                                                      INDUCTEV INITDISCL008407

# Exhibit 359- 08-10-2021 Rosenberg (1) AM 10-46-40 INDUCTEV INITDISCL005175.pdf

Message

**From:**  Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**  8/10/2021 10:46:40 AM
**To:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I dont know how to word it in text. But even though I set up steps to get things done in time, I feel like I've been getting carried away wanting to make sure I'm doing stuff correctly.

Then Rob or Taylor have been coming to me mentioning "you know chris is doing...or chris is...shouldn't you..."

And it gets really confusing as if nothing is in order or on schedule

CONFIDENTIAL                                                  INDUCTEV INITDISCL005175

# Exhibit 360- 08-10-2021 Rosenberg (1) AM 10-47-18 INDUCTEV INITDISCL005041.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/10/2021 10:47:18 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


ok

CONFIDENTIAL                                                      INDUCTEV INITDISCL005041

Exhibit 361- 08-10-2021
Rosenberg (1) AM 10-47-19
INDUCTEV
INITDISCL002231.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    8/10/2021 10:47:19 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

So I've been trying to ground myself by writing a daily checklist and crossing things out, and also not be weird or controlling towards chris over it.

CONFIDENTIAL

INDUCTEV INITDISCL002231

Exhibit 362- 08-10-2021 Rosenberg (1) AM 10-49-44 INDUCTEV INITDISCL001434.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/10/2021 10:49:44 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Ok!  Please see if you can get through today and we'll review later today

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL001434

Exhibit 363- 08-10-2021 Rosenberg (1) AM 10-51-56 INDUCTEV INITDISCL002785.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/10/2021 10:51:56 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Sounds good!

CONFIDENTIAL                                                                INDUCTEV INITDISCL002785

Exhibit 364- 08-17-2021 Bob S QA adding Supervisor to QA Checks AM 9-53-54 INDUCTEV INITDISCL010702.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        8/17/2021 9:53:54 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


typing an update on the Quentin cabinet

CONFIDENTIAL                                                    INDUCTEV INITDISCL010702

Exhibit 365- 08-17-2021 Bob S QA adding Supervisor to QA Checks AM 10-37-16 INDUCTEV INITDISCL001690.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/17/2021 10:37:16 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Climate notes: What was left out of teamwork update

Summary:
It appeared as if Bob and Brenda(mostly Bob) was particularly nasty today- more focused on the drama and personal jabs of finding something new, rather than communicating with me effectively so that I can improve the cabinet--and having respectful/beneficial  dialogue about completion stages and guildelines that I have.
Current Response: Bob and Brenda are encouraged to voice concerns also to you and Maria, I will be intentional in my communications with them, will keep an eye out for weird comments and threshold if it becomes a larger issue

Detailed examples:
 1.
Bob called me from across the room that cabinet was not inspection ready and brought me over to ask what I saw wrong. He then(while laughing at me and encouraging Brenda to do the same) pointed out a scraper that I had laid there in case they wanted additional work done.
he was mid lecture" when you say its ready for inspections...x.y..z.."

Before I clarified it is not post shipping prep. I dont believe he listened, bc instead went into a debriefing on how we are all new, and we "all make mistakes"

2.
After giving my torque paint notes from Maria, Bob saw it as important to explain to me why torque paint is used and that it applies only to points that have been torqued, and that I need to follow my procedure. which I had quoted back to him.

3. Bob originally told me that the serial numbers were all wrong today. After reiterating to me unsolicited about what each item I had worked on was, he finally confirmed to me that the traveler just needed to be updated. Answered my question asking this with "Thats the best and neatest way"

CONFIDENTIAL                                                                                     INDUCTEV INITDISCL001690

Exhibit 366- 08-17-2021 Bob S QA adding Supervisor to QA Checks PM 12-53-06 INDUCTEV INITDISCL004488.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/17/2021 12:53:06 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Hmm.  Thanks for the update on climate.   ugh.  Thanks.  Next QA check, please include me on.

CONFIDENTIAL

# Exhibit 367- 08-30-2021 Bob S AM 10-51-50 INDUCTEV INITDISCL002483.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     8/30/2021 10:51:50 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Its been an actual Jumble of interactions and updates today(and its only 10:49!) .  But Im typing up a summary of an improvement we found for the ozteks so I will send that first and circle back

CONFIDENTIAL                                                  INDUCTEV INITDISCL002483

# Exhibit 368- 08-30-2021 Bob S AM 11-44-04 INDUCTEV INITDISCL002148.pdf

Message

───────────────────────────────────────────────────────

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     8/30/2021 11:44:04 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Here's the short
Maria looked at the stuff, called Bob over and sadly true to his currently compiling algorithmic behavior, he mans-plained it.
**Context:**
This is algorithmic in context of his more damaging comments and condescending behavior towards me during the QA review of Quentin(if you recall, those climate notes).
**Situation Specific Points:**

1.          I had expressed how excited I was to write the notes down so we wouldn't forget, and Maria told me to send them to Bob and he agreed. Instead he sent a one liner to Joe and cc'd us
2. He also left out what had happened and
3. Bob's delivery left holes in how far maria had actually looked into and thought through the issue

**Last point and overall effect**
 4. Bob then called us ladies, which kinda underscored his behavior of not listening, not waiting for input that he agreed to receive, and inputting false information to the effect of misrepresenting an event.

**Resolution and reasoning**
 1. The current resolution is to continue documenting and sending out communcations electronically, so that what was said and done can be clearly spelled out.
        **Reasoning** : Comparing notes with Maria, we have each had experiences where Joe did not give benefit of the doubt for actions and thoughts taken towards an issue.  Joe is filling in blanks about what is not said(benefit of doubt not given), whereas Bob is overwriting what is said. While these differences are notable on the scale of obvious to subtle, both would stand to benefit from documentation
**Open also to any supports you can imagine there and even in future case by case bases**

CONFIDENTIAL                                                                    INDUCTEV INITDISCL002148

# Exhibit 369- 08-30-2021 Bob S AM 11-52-29 INDUCTEV INITDISCL007595.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      8/30/2021 11:52:29 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Understood.  Sorry this happened, was hoping to be there for the next QA time.

CONFIDENTIAL                                                    INDUCTEV INITDISCL007595

# Exhibit 370- 08-30-2021 Bob S AM 11-53-40 INDUCTEV INITDISCL009183.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      8/30/2021 11:53:40 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

it wasn't even an inspection

# Exhibit 371- 10-07-2021 Rosenberg AM 8-07-31 INDUCTEV INITDISCL009964.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/7/2021 8:07:31 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

today Rob has informed me that I take too many notes, that quality should be taking those notes, that quality is a part of my job,, and then that they need to open a position for that......

CONFIDENTIAL                                                                 INDUCTEV INITDISCL009964

# Exhibit 372- 10-07-2021 Rosenberg AM 10-01-54 INDUCTEV INITDISCL011814.pdf

Message
_____

**From:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**         10/7/2021 10:01:54 AM
**To:**           Assata Acey [Assata.Acey@momentumdynamics.com]


Sorry about Rob. ____ Ugh.

# Exhibit 373- 10-18-2021 Bob S forms INDUCTEV INITDISCL009045.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/18/2021 3:44:33 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also, I grossly underestimated QA.

I didnt et and under filled tag.

I go no form at all. Bob asked me when I was going to add a form for him to sign and swears he remembers nothing form the meeting

CONFIDENTIAL                                                     INDUCTEV INITDISCL009045

# Exhibit 374- 10-22-2021 Bob S QA AM 7-37-28 INDUCTEV INITDISCL003027.pdf

Message

---

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 10/22/2021 7:37:28 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I think I'm barley on time but typing before I leave so I don't forget at meeting:
Outstanding items for Monday
1. Front handle
2.reservoirs
3. PAI handles for ears

To do items
1. Document and express defective flow assembly to QA
2. Print and review flow assembly do to evaluate and torque other 2 assemblies.

Cabinet status
Page 43/59, shipping prep starts around page 53 so very little pages left.
Org status:
Wait for containers to arrive then relocate and adapt inventory doc

Documentation goals:
1. Update 75 notes with Maria responses and highlight pages with changes to hand to Brian so we're both on same page for latest build Details
2. Update cabinet status doc for Daniel and add SNs/Traveler for "Momday"
3.type up and share 150 cabinet notes sheet.. fill out longer doc as I have time.

CONFIDENTIAL

# Exhibit 375- 10-22-2021 Bob S QA PM 2-51-55 INDUCTEV INITDISCL018518.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/22/2021 2:51:55 PM
**To:**          Maria Tabbut [maria.tabbut@momentumdynamics.com]

Hope in the checks have been restored. Rob came with a bowl of popcorn. But Brenda came with notes and assembly sheet so they're going through the steps praise God

CONFIDENTIAL                                                                    INDUCTEV INITDISCL018518

# Exhibit 376- 10-22-2021 Bob S QA PM 2-54-17 INDUCTEV INITDISCL018479.pdf

Message

**From:**      Maria Tabbut [maria.tabbut@momentumdynamics.com]
**Sent:**      10/22/2021 2:54:17 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


ahahaha

 INDUCTEV INITDISCL018479

# Exhibit 377- 10-22-2021 Bob S QA PM 2-54-54 INDUCTEV INITDISCL007840.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/22/2021 2:54:54 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Hope in the checks have been restored. Rob came with a bowl of popcorn. But Brenda came with notes and assembly sheet so they're going through the steps praise God

Way better than what I saw on Quentin cabinet staring at cabinet

CONFIDENTIAL                                                                    INDUCTEV INITDISCL007840

Exhibit 378- 10-25-2021 Bob S QA PM 2-35-48 INDUCTEV INITDISCL010773.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:         10/25/2021 2:35:48 PM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Joe's verbal response to flow assemblies is that he never read the email but sent it to Bob and sent Bob to PAI do check all the assemblies they have in inventory

CONFIDENTIAL

# Exhibit 379- 10-25-2021 Bob S QA PM 4-46-44 INDUCTEV INITDISCL000632.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/25/2021 4:46:44 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also I came to findyou to say that those flow assemblies are a nighmare and Im gonna try again tomorrow

CONFIDENTIAL                                                    INDUCTEV INITDISCL000632

# Exhibit 380- 10-28-2021 Bob S QA PM 2-41-01 INDUCTEV INITDISCL018221.pdf

Message

---

| | |
|---|---|
| **From:** | Assata Acey [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=167D2215C07443A9B67E84E23AEDB327-ASSATA ACEY] |
| **Sent:** | 10/28/2021 2:41:01 PM |
| **To:** | Daniel Winters [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edd3fea6d68c432ba3a5ed941dda111f-Daniel.Wint] |
| **CC:** | Joren Wendschuh [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fa635d08400841ccabf8ce03bfe6d0bf-joren.wends] |
| **Subject:** | FW: PAI Flow Assembly Quality |
| **Attachments:** | A-01720.pdf; Missing Parts 1 and 2-Caps and Quick Disconnects.png; Extra Parts 1-First Assembly Double Fittings.png; Incorrect Install 1-Second Assembly Cap Height.png; Incorrect Install 2-First Assembly Loose threads.png; Incorrect Install 1-First Assembly Cap Height.png |

Hi Daniel,

Please request 1 corrected flow assembly, A-01720 from PAI.
best,
Assata

---

**From:** Joseph Sokalski <Joseph.Sokalski@momentumdynamics.com>
**Sent:** Friday, October 22, 2021 6:44 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>; Brenda Randolph <brenda.randolph@momentumdynamics.com>; Bob Campbell <bob.campbell@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** RE: PAI Flow Assembly Quality

Thank you Assata. I will be sure to share this with PAI and correct for future builds.

**Regards,**

**Joseph Sokalski | Quality Assurance Manager**
**Momentum Dynamics Corporation**
3 Pennsylvania Avenue, Malvern, PA 19355
Office:  484.320.8222
Cell:  609.744.9849
*Creating the Future of Electric Vehicle Fueling.*

**Disclaimer and Confidentiality Notice:** This email, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender.

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Friday, October 22, 2021 5:35 PM
**To:** Joseph Sokalski <Joseph.Sokalski@momentumdynamics.com>; Brenda Randolph <brenda.randolph@momentumdynamics.com>; Bob Campbell <bob.campbell@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** PAI Flow Assembly Quality

Hey Joe,

For your notice, two of the flow assemblies procured from PAI arrived with, missing parts, an extra part, and incorrect installs according to their assembly Doc(A-01720).

I have attached labelled images for each item, as well as the windchill assembly Doc. Here they are below:

**Missing Parts**

1. Both flow assemblies are missing 1 quick connect each, as denoted by page 5(step3)

2. Both Flow assemblies are missing 2 caps each as denoted by page 7(step 1).

**Extra Parts**

1. Of these two, the first flow assembly has an extra G ½ fitting(0100005618) as denoted by page 4(steps 2 and 6).

**Incorrect Install**

1. With cap +quick disconnect added, the first and second flow assemblies are angled to cap heights of 3 ¼ " and 4 ¼ " respectively. The spec denoted on page 6(step 5) is 1 ¾" .

2.. The second flow assembly also arrived with a loose joint.

**Assata Acey | Technician**
**Momentum Dynamics Corporation**
**Fueling the Future of Electric Transportation**
3 Pennsylvania Ave, Malvern, PA 19355

    INDUCTEV INITDISCL018222

# Exhibit 381- 10-28-2021 Bob S QA PM 12-11-10 INDUCTEV INITDISCL011261.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    10/28/2021 2:11:10 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I have so felt led to add the for the flow assembly Maria did agree that it was difficult and was curious why we didn't just make PAI fix them and give to us

CONFIDENTIAL    INDUCTEV INITDISCL011261

Exhibit 382- 11-16-2021 Bob S QA AM 7-56-53 INDUCTEV INITDISCL005440.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 7:56:53 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


The joint that was loose was supposed to be at 70-ft lbs.

When pressed, water comes out, which means it was flow tested and passed flow test before this.

I've seen Bob try in vain to loosen that amount and he wouldn't have been able to with a huge show of effort.

Possibilities
1. Was never tighten to 70 by pai and was tight enough to pass but just close to loosening(unlikely without tubingbtk bring it low to leaking)
2. Was tightened to 70, passed testing amd loosened afterwards without mention.
3.( Extremely unlikely) failed test and we forgot about it.

I would propose flow assemblies have high torque joints checked and marked before install to display any shifts that may happen during or after testing.

CONFIDENTIAL                                                      INDUCTEV INITDISCL005440

Exhibit 383- 11-16-2021 Bob S QA AM 8-04-48 INDUCTEV INITDISCL012184.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 8:04:48 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Talked to Taylor, he said they do have a AC cabinet and Julian is bringing it up now.

CONFIDENTIAL                                                                 INDUCTEV INITDISCL012184

# Exhibit 384- 11-16-2021 Bob S QA AM 8-05-27 INDUCTEV INITDISCL005582.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 8:05:27 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I expressed that We're gonna have to use the chains to add it to the pallet but cannot yet.

So it doesn't make sense to have it too close to 150 but near the chains

CONFIDENTIAL                                                                          INDUCTEV INITDISCL005582

# Exhibit 385- 11-16-2021 Bob S QA AM 8-08-34 INDUCTEV INITDISCL002472.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       11/16/2021 8:08:34 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

ok I told Julian it'd be better to just wait since we know we have it downstairs and he'd just have to bring it up.

CONFIDENTIAL                                                         INDUCTEV INITDISCL002472

# Exhibit 386- 11-16-2021 Bob S QA AM 8-09-00 INDUCTEV INITDISCL006173.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        11/16/2021 8:09:00 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also mistakenly asked Rob if he'd know any reason or anyone who could loosen these and he is upset

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL006173

# Exhibit 387- 11-16-2021 Bob S QA AM 8-17-36 INDUCTEV INITDISCL009153.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 8:17:36 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Hasn't snapped at me but is upset.

I mean 70 ft lbs is alot to loosen,but even if it were at 40ft lbs, it would still be tampering.

Reason 1: if it were loose enough to be two hand turns from water. It would have become gradually looser as hoses were added and removed
Reason 2: we also have some handsy engineers/folks who aren't afraid to poke stuff for presentation, or risk damage of products through multimeter tests.


I still conclude this it is post test.

I think proactively to protect against post test, poor construction, and unforseen handlingit may be best to

1.check the 70ft torque-points upon receipt (construction)
2.have them painted (indicator of handling)
3. Seal the cabinets before inspection. (Tampering)

These do not protect against anyone stepping into test bay after Rob leaves each day suggestions welcomed there.

CONFIDENTIAL                                          INDUCTEV INITDISCL009153

# Exhibit 388- 11-16-2021 Bob S QA AM 10-11-44 INDUCTEV INITDISCL002233.pdf

Message
_____

**From**:     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:     11/16/2021 10:11:44 AM
**To**:       Assata Acey [Assata.Acey@momentumdynamics.com]


I would propose flow assemblies have high torque joints checked and marked before install to display any shifts that may happen during or after testing.

This is excellent. Please do this. We **have** seen some of this in the field also, so please do, and see if we can update the document as well.

CONFIDENTIAL                                                                                INDUCTEV INITDISCL002233

# Exhibit 389- 11-16-2021 Bob S QA AM 10-14-26 INDUCTEV INITDISCL001578.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:14:26 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Random ppl from work "she was fair, balanced ....I probably got more from that session..." it be weird

CONFIDENTIAL                                                     INDUCTEV INITDISCL001578

# Exhibit 390- 11-16-2021 Bob S QA AM 10-16-56 INDUCTEV INITDISCL010039.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    11/16/2021 10:16:56 AM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

Random ppl from work "she was fair, balanced ....I probably got more from that session..." it be weird

Oh gosh, what?

# Exhibit 391- 11-16-2021 Bob S QA AM 10-17-31 INDUCTEV INITDISCL005977.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:17:31 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

Talked to Taylor, he said they do have a AC cabinet and Julian is bringing it up now.

Awesome. I think we might need this downstairs, unless it is to be tested upstairs first. I think it would make sense to just test it downstairs.

CONFIDENTIAL    INDUCTEV INITDISCL005977

# Exhibit 392- 11-16-2021 Bob S QA AM 10-17-51 INDUCTEV INITDISCL000815.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:17:51 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

Also mistakenly asked Rob if he'd know any reason or anyone who could loosen these and he is upset

Oy.

CONFIDENTIAL                                    INDUCTEV INITDISCL000815

# Exhibit 393- 11-16-2021 Bob S QA AM 10-19-13 INDUCTEV INITDISCL004079.pdf

Message
_____

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    11/16/2021 10:19:13 AM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

Hasn't snapped at me but is upset. I mean 70 ft lbs is alot to loosen,but even if it were at 40ft lbs, it would still be tampering. Reason 1: if it were loose enough to be two hand turns from water. It would have become gradually looser as hoses were added and removed Reason 2: we also h…

Yes - hence my tamper seal thoughts. Possibly even "during" work.


Check torque - great. - painted, great, seal, awesome.


After it leaves our team, and has been approved by QA, that's no longer our problem. Not great, but we can only control what we can.

CONFIDENTIAL                                          INDUCTEV INITDISCL004079

# Exhibit 394- 11-16-2021 Bob S QA AM 10-19-24 INDUCTEV INITDISCL000827.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:19:24 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for your patience. Sorry to be delayed on this.

CONFIDENTIAL                                                                          INDUCTEV INITDISCL000827

# Exhibit 395- 11-16-2021 Bob S QA AM 10-30-11 INDUCTEV INITDISCL003045.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        11/16/2021 10:30:11 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Joren Wendschuh**

Oh gosh, what?

stuff i overhear from your side of the office

CONFIDENTIAL

# Exhibit 396- 11-16-2021 Bob S QA AM 10-32-41 INDUCTEV INITDISCL005297.pdf

Message
_____

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          11/16/2021 10:32:41 AM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]

## Assata Acey

stuff i overhear from your side of the office

Oy. [image] Not cool.

CONFIDENTIAL                                                                     INDUCTEV INITDISCL005297

# Exhibit 397- 11-16-2021 Bob S QA AM 10-37-32 INDUCTEV INITDISCL005876.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:37:32 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for your patience with me this morning.

CONFIDENTIAL

# Exhibit 398- 11-16-2021 Bob S QA AM 10-38-01 INDUCTEV INITDISCL004831.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:38:01 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

youre fine. Im going to shop for the tamper seals

CONFIDENTIAL

Exhibit 399- 11-16-2021 Bob S QA AM 10-40-55 INDUCTEV INITDISCL011751.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:40:55 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Awesome, thank you.

CONFIDENTIAL                                                       INDUCTEV INITDISCL011751

# Exhibit 400- 11-16-2021 Bob S QA AM 10-41-20 INDUCTEV INITDISCL007438.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        11/16/2021 10:41:20 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Too much aggression here, wtf.

CONFIDENTIAL                                                          INDUCTEV INITDISCL007438

# Exhibit 401- 11-16-2021 Bob S QA AM 10-41-27 INDUCTEV INITDISCL001836.pdf

Message
_____

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         11/16/2021 10:41:27 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d15-a36b9c46d436bf10853f1ea59d0d5c93


they have 1000 seals for $325. 1" by 4". 2 per panel? top and bottom of each panel?

# Exhibit 402- 11-16-2021 Bob S QA AM 10-42-10 INDUCTEV INITDISCL006643.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:42:10 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


One per panel should be sufficient, no?

CONFIDENTIAL                                                    INDUCTEV INITDISCL006643

# Exhibit 403- 11-16-2021 Bob S QA AM 10-42-27 INDUCTEV INITDISCL001831.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 10:42:27 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I dont put many things past a scientist..

CONFIDENTIAL                                                          INDUCTEV INITDISCL001831

# Exhibit 404- 11-16-2021 Bob S QA AM 10-42-51 INDUCTEV INITDISCL006092.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/16/2021 10:42:51 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

I dont put many things past a scientist..

Who's the scientist? Ron?

CONFIDENTIAL                                                                        INDUCTEV INITDISCL006092

# Exhibit 405- 11-16-2021 Bob S QA AM 10-42-52 INDUCTEV INITDISCL011760.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:42:52 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

function

1: actio indicator

2. deterrent.

I ca totall y see someone trying to "tilt a panel"

CONFIDENTIAL                                      INDUCTEV INITDISCL011760

# Exhibit 406- 11-16-2021 Bob S QA AM 10-43-06 INDUCTEV INITDISCL010397.pdf

Message

---

**From**:      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:      11/16/2021 10:43:06 AM
**To**:      Assata Acey [Assata.Acey@momentumdynamics.com]

two per panel, one per door/

# Exhibit 407- 11-16-2021 Bob S QA AM 10-43-45 INDUCTEV INITDISCL001028.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 10:43:45 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

Who's the scientist? Ron?

company full of science minded ppl, naturally curious and inclined towards testing/finding limits/bounds

CONFIDENTIAL                                                        INDUCTEV INITDISCL001028

# Exhibit 408- 11-16-2021 Bob S QA AM 10-53-04 INDUCTEV INITDISCL010926.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:53:04 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


he followed up with maria and asked her whatid told her

CONFIDENTIAL                                                            INDUCTEV INITDISCL010926

# Exhibit 409- 11-16-2021 Bob S QA AM 10-53-12 INDUCTEV INITDISCL009800.pdf

Message
_____

**From**:       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:       11/16/2021 10:53:12 AM
**To**:         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


almost as if to check he wasnt being implicated

CONFIDENTIAL                                                    INDUCTEV INITDISCL009800

# Exhibit 410- 11-16-2021 Bob S QA AM 10-53-26 INDUCTEV INITDISCL008866.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 10:53:26 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


but also like I approache him as an expert to knw ways it could happen

CONFIDENTIAL

INDUCTEV INITDISCL008866

# Exhibit 411- 11-16-2021 Bob S QA AM 10-53-31 INDUCTEV INITDISCL000877.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 10:53:31 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


ot to ask if hed caused anything

CONFIDENTIAL                                                  INDUCTEV INITDISCL000877

# Exhibit 412- 11-16-2021 Bob S QA AM 10-54-00 INDUCTEV INITDISCL009561.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 10:54:00 AM
**To:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


given his response I didnt tel him hed have to test. hes prob anticipating, but if he does that test, id rather that info come orm you

CONFIDENTIAL                                                                                           INDUCTEV INITDISCL009561

Exhibit 413- 11-16-2021 Bob S QA AM 10-54-13 INDUCTEV INITDISCL001370.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 10:54:13 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Rob followed me with Maria to ask what you'd told Maria?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL001370

# Exhibit 414- 11-16-2021 Bob S QA AM 10-54-40 INDUCTEV INITDISCL005889.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/16/2021 10:54:40 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Understood, either way, you want me to tell Rob about the pressure test.

INDUCTEV INITDISCL005889

# Exhibit 415- 11-16-2021 Bob S QA PM 3-05-50 INDUCTEV INITDISCL008202.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 3:05:50 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hey, I'm thinking that the flow assembly that Rob flagged, the one. We did is the right one and that the 9thers ones angle is too harsh

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL008202

# Exhibit 416- 11-16-2021 Bob S QA PM 3-06-00 INDUCTEV INITDISCL008042.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       11/16/2021 3:06:00 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


At first I thought this put of sheer bias and labor

CONFIDENTIAL                                                    INDUCTEV INITDISCL008042

# Exhibit 417- 11-16-2021 Bob S QA PM 3-10-39 INDUCTEV INITDISCL009110.pdf

Message

**From**:    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:    11/16/2021 3:10:39 PM
**To**:    Assata Acey [Assata.Acey@momentumdynamics.com]

Please help me understand this, I'm sorry.

CONFIDENTIAL    INDUCTEV INITDISCL009110

# Exhibit 418- 11-16-2021 Bob S QA PM 3-14-07 INDUCTEV INITDISCL003772.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        11/16/2021 3:14:07 PM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But after looking at both and considering the req of 1.75" on an angle, the top one looks right which means the angle on the other is off, and the angles on alot of the others are likely too large as well

CONFIDENTIAL

# Exhibit 419- 11-16-2021 Bob S QA PM 3-14-17 INDUCTEV INITDISCL008855.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/16/2021 3:14:17 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Omw

Exhibit 420- 11-16-2021 Bob S QA PM 3-15-12 INDUCTEV INITDISCL010456.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 3:15:12 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Oh... Rob == Bob.

CONFIDENTIAL                                                      INDUCTEV INITDISCL010456

Exhibit 421- 11-16-2021 Bob S QA PM 3-15-51 INDUCTEV INITDISCL005780.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 3:15:51 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


You're saying you think the other 150 flow assemblies are needing to be updated with reworked ones for the angle?

CONFIDENTIAL                                                      INDUCTEV INITDISCL005780

# Exhibit 422- 11-16-2021 Bob S QA PM 3-16-03 INDUCTEV INITDISCL008847.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 3:16:03 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Correct

# Exhibit 423- 11-16-2021 Bob S QA PM 3-16-37 INDUCTEV INITDISCL007136.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        11/16/2021 3:16:37 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Ok. Please request from inventory. and send these back for repair after you get the first.

CONFIDENTIAL

# Exhibit 424- 11-16-2021 Bob S QA PM 3-24-59 INDUCTEV INITDISCL006294.pdf

Message

_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/16/2021 3:24:59 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you!

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL006294

Exhibit 425- 11-16-2021 Bob S QA PM 3-25-39 INDUCTEV INITDISCL002280.pdf

Message
---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/16/2021 3:25:39 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Ngl I did not type this messages. Teamwork prepopulating and accidental hand dial

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL002280

# Exhibit 426- 11-16-2021 Bob S QA PM 3-26-01 INDUCTEV INITDISCL008260.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 11/16/2021 3:26:01 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Assata Acey**

Correct

I did not type this at al

    INDUCTEV INITDISCL008260

Exhibit 427- 11-16-2021 Bob S QA PM 3-27-28 INDUCTEV INITDISCL003102.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       11/16/2021 3:27:28 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But the answer is yes. Monday has assemblies: a and b
1.Bob flagged assembly a which we made. But b looks wrong
2. Most of our assemblies look like b

CONFIDENTIAL

# Exhibit 428- 11-16-2021 Bob S QA PM 3-28-15 INDUCTEV INITDISCL003395.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/16/2021 3:28:15 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


To be clear you're saying request a replacement for b and then send b back for test?

CONFIDENTIAL                                                              INDUCTEV INITDISCL003395

# Exhibit 429- 11-16-2021 Bob S QA PM 3-28-21 INDUCTEV INITDISCL010920.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       11/16/2021 3:28:21 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

Why Rob and not Bob?

Typo

CONFIDENTIAL                                                        INDUCTEV INITDISCL010920

# Exhibit 430- 11-18-2021 Bob S QA AM 11-32-15 INDUCTEV INITDISCL010469.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/18/2021 11:32:15 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Have you followed up with Bryan on the AC / Inverter for that cabinet?

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL010469

# Exhibit 431- 11-18-2021 Bob S QA AM 11-33-04 INDUCTEV INITDISCL003806.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/18/2021 11:33:04 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I will check in then do the other stuff and see If he can help me add both with the lift

CONFIDENTIAL                                                    INDUCTEV INITDISCL003806

# Exhibit 432- 11-18-2021 Bob S QA AM 11-33-22 INDUCTEV INITDISCL004650.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 11/18/2021 11:33:22 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Rob seems to feel that only test bay stuff should sit on alift overnight or during hte day

CONFIDENTIAL

# Exhibit 433- 11-18-2021 Bob S QA AM 11-33-37 INDUCTEV INITDISCL008513.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/18/2021 11:33:37 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


efficiency would benefit us all

CONFIDENTIAL                                                     INDUCTEV INITDISCL008513

# Exhibit 434- 11-18-2021 Bob S QA AM 11-33-38 INDUCTEV INITDISCL010757.pdf

Message
―――――――――――――――――――――――――――――――――――――――――――――

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 11:33:38 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Please try and not take it personally.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL010757

# Exhibit 435- 11-18-2021 Bob S QA AM 11-33-45 INDUCTEV INITDISCL012270.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 11:33:45 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

I agree.

CONFIDENTIAL                                                    INDUCTEV INITDISCL012270

# Exhibit 436- 11-18-2021 Bob S QA AM 11-33-57 INDUCTEV INITDISCL009408.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/18/2021 11:33:57 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Maybe tomorrow morning we can look at lifts again.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL009408

# Exhibit 437- 11-18-2021 Bob S QA AM 11-34-33 INDUCTEV INITDISCL012637.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/18/2021 11:34:33 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I take things personally when i see different behavior with others. but I know hes come a ways from wher ehe was months ago

CONFIDENTIAL                                                                    INDUCTEV INITDISCL012637

# Exhibit 438- 11-18-2021 Bob S QA AM 11-35-24 INDUCTEV INITDISCL011950.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    11/18/2021 11:35:24 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

and ye i will try to look when I can. mostly deals like that come through auction or post, there was one for sale but wed just missed it and it was sold

CONFIDENTIAL

# Exhibit 439- 11-18-2021 Bob S QA AM 11-35-30 INDUCTEV INITDISCL002835.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 11:35:30 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I understand. I am not telling you, only asking you to try. It's hard.

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL002835

# Exhibit 440- 11-18-2021 Bob S QA AM 11-35-44 INDUCTEV INITDISCL009731.pdf

Message

**From**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:       11/18/2021 11:35:44 AM
**To**:         Assata Acey [Assata.Acey@momentumdynamics.com]

No worries on "deals". we'll go brand new.

CONFIDENTIAL                                                                 INDUCTEV INITDISCL009731

Exhibit 441- 11-18-2021 Bob S QA AM 11-38-30 INDUCTEV INITDISCL007734.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/18/2021 11:38:30 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

the whole 3500??

# Exhibit 442- 11-18-2021 Bob S QA AM 11-38-45 INDUCTEV INITDISCL012410.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/18/2021 11:38:45 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Let's look at it tomorrow.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL012410

Exhibit 443- 11-18-2021 Bob S QA AM 11-38-49 INDUCTEV INITDISCL007697.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/18/2021 11:38:49 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

bet

# Exhibit 444- 11-18-2021 Bob S QA AM 11-38-58 INDUCTEV INITDISCL008575.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 11:38:58 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

bet?

# Exhibit 445- 11-18-2021 Bob S QA AM 11-39-38 INDUCTEV INITDISCL007129.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 11/18/2021 11:39:38 AM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

I was shooketh at the confirmation

# Exhibit 446- 11-18-2021 Bob S QA AM 11-40-11 INDUCTEV INITDISCL002178.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/18/2021 11:40:11 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


mark just brought flow assemblies(angle is still wrong) but apparently QA passed them which is whatever

CONFIDENTIAL

# Exhibit 447- 11-18-2021 Bob S QA AM 11-40-27 INDUCTEV INITDISCL006520.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        11/18/2021 11:40:27 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Within Maria's tolerance?

CONFIDENTIAL

# Exhibit 448- 11-18-2021 Bob S QA AM 11-40-35 INDUCTEV INITDISCL007926.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/18/2021 11:40:35 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

gonna remove the other two and give to him

# Exhibit 449- 11-18-2021 Bob S QA AM 11-41-05 INDUCTEV INITDISCL012587.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 11/18/2021 11:41:05 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

## Joren Wendschuh

Within Maria's tolerance?

theyre within her new tolerance. theyre at leas .5" or more beyond the oriinal spec

CONFIDENTIAL

# Exhibit 450- 11-18-2021 Bob S QA AM 11-41-23 INDUCTEV INITDISCL001918.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/18/2021 11:41:23 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


idk how QA or even Mark isn't just looking at these and measuing

CONFIDENTIAL                                                                      INDUCTEV INITDISCL001918

# Exhibit 451- 11-18-2021 Bob S QA AM 11-41-33 INDUCTEV INITDISCL006938.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        11/18/2021 11:41:33 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

I'll talk with QA.

CONFIDENTIAL                                                    INDUCTEV INITDISCL006938

# Exhibit 452- 11-18-2021 Bob S QA AM 11-41-41 INDUCTEV INITDISCL006623.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 11/18/2021 11:41:41 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Appreciate it. Do you know who passed them from QA?

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL006623

# Exhibit 453- 11-18-2021 Bob S QA AM 11-42-45 INDUCTEV INITDISCL008744.pdf

Message

_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        11/18/2021 11:42:45 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:** 0-eus-d19-5aef24f2880971aaa3e570af89ba4dcb

CONFIDENTIAL                                                                 INDUCTEV INITDISCL008744

CONFIDENTIAL

INDUCTEV INITDISCL008745

# Exhibit 454- 11-18-2021 Bob S QA AM 11-43-05 INDUCTEV INITDISCL009209.pdf

Message

---

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 11/18/2021 11:43:05 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

But idk. Prob Bob bc I showed Brenda how yesterday but I'll ask

INDUCTEV INITDISCL009209

# Exhibit 455- 11-18-2021 Bob S QA AM 11-57-10 INDUCTEV INITDISCL008475.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/18/2021 11:57:10 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

it was bob

# Exhibit 456- 11-18-2021 Bob S QA AM 11-58-28 INDUCTEV INITDISCL010598.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/18/2021 11:58:28 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

1.I confirmed he had passed them.(i asked/showed brenda first and she ws fed uP)

1.5 I mentioned the latest email that went out on tolerance(he claims he never saw-this is important)

2. I showed bob the item put it in position of the photo I sent you and cited the spec

3. he didnt believ me or eyes gith and pulled a ruler off his desk

4. he feigned surprise that it was nearly 2.5" despite him placing ruler in wrong place

5. He then looked at me with a straight face nd said "it doesn't matter"

6. i reiterated the orignal email contents and what he did by failing the wrong assembly and he smiled at me saying "we didnt know" and asked me to to send him the other email

CONFIDENTIAL                                                      INDUCTEV INITDISCL010598

# Exhibit 457- 11-18-2021 Bob S QA PM 12-05-57 INDUCTEV INITDISCL004261.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/18/2021 12:05:57 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

contradictions:

A("it doesn't matter")

1He was going to say the angle being off doesnt matter after citing an angle being wron on one of the units.

2He went to PAI after angle and torque issues and said he had fialed them due to this bt will now say it doesnt matter

3He was privy to the initial email with all issues includng angle associated with the items and said it doen matter

4he decided to either, not read the assembly doc these are assesed, to, or read it and ignored that part.


B("we didn't know")

1.he had access to the assembly doc, should have read it and "he didn't know"

2. he had access to original email detailing this a s a cuase for concern and and "he didnt know"


Conclusion

This man has shown, by sheer ignorance or lack of weight on words of mine or Maria(misogyny) or some other issue, that he made his own decision about a spec and was "passing things" as he saw fit without communication, documents be damned.

Impact

This lessens the design, reliabilty and quality of products from the level that Momentum's tech/engineering/design teams can reach, down to the capabilities of one man, who doesnt communicate.

CONFIDENTIAL                                                      INDUCTEV INITDISCL004261

# Exhibit 458- 11-18-2021 Bob S QA PM 12-07-06 INDUCTEV INITDISCL012752.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       11/18/2021 12:07:06 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you for the detailed explanation!

CONFIDENTIAL                                                          INDUCTEV INITDISCL012752

# Exhibit 459- 11-18-2021 Bob S QA PM 12-07-22 INDUCTEV INITDISCL011982.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 12:07:22 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Sad that he's doing this. I'll address it too.

CONFIDENTIAL

# Exhibit 460- 11-18-2021 Bob S QA PM 12-07-32 INDUCTEV INITDISCL007352.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     11/18/2021 12:07:32 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

he was willing to have folks go in circles on his own incompetence. I like dan and seengn him around makes me more internally calm but ye that whole scenario is trash

CONFIDENTIAL                                                    INDUCTEV INITDISCL007352

# Exhibit 461- 11-18-2021 Bob S QA PM 12-07-51 INDUCTEV INITDISCL008154.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/18/2021 12:07:51 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Agreed.

CONFIDENTIAL                                                          INDUCTEV INITDISCL008154

Exhibit 462- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-12 INDUCTEV INITDISCL000999.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 9:21:12 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I feel like he's determined to waste my time

Exhibit 463- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-27 INDUCTEV INITDISCL000619.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 9:21:27 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:** 0-eus-d7-3ecc955f6b9afac831890ba536992cea

INDUCTEV INITDISCL000620

Exhibit 464- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-27 INDUCTEV INITDISCL000621.pdf



CONFIDENTIAL

Exhibit 465- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-46 INDUCTEV INITDISCL007006.pdf

Message

_____

**From**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:          12/14/2021 9:21:46 AM
**To**:            Assata Acey [Assata.Acey@momentumdynamics.com]



…

Exhibit 466- 12-14-2021 QA and Coworker Sexual Harassment AM 9-21-52 INDUCTEV INITDISCL008142.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 9:21:52 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Please don't text and drive.

Exhibit 467- 12-14-2021 QA and Coworker Sexual Harassment AM 9-22-47 INDUCTEV INITDISCL011722.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       12/14/2021 9:22:47 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

I'll follow up with him this morning, please hold off "coming over and saying hi..."

CONFIDENTIAL                                                        INDUCTEV INITDISCL011722

Exhibit 468- 12-14-2021 QA and Coworker Sexual Harassment AM 10-21-06 INDUCTEV INITDISCL012948.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:21:06 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Do you have Busy work for basement?

Exhibit 469- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-17 INDUCTEV INITDISCL007240.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:23:17 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Please pull the keys for the tool box

Exhibit 470- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-25 INDUCTEV INITDISCL009463.pdf

Message
_____

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 12/14/2021 10:23:25 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]


Open the Green cart over here on it's own.

CONFIDENTIAL                                                                  INDUCTEV INITDISCL009463

Exhibit 471- 12-14-2021 QA and Coworker Sexual Harassment AM 10-23-30 INDUCTEV INITDISCL003305.pdf

Message

---

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        12/14/2021 10:23:30 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Put away multimeter, probes, etc.

Exhibit 472- 12-14-2021 QA and Coworker Sexual Harassment AM 10-24-11 INDUCTEV INITDISCL002506.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:24:11 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Kk. Also Bob emailed to say it's all a pass so need to avoid hovering while he avoids signing travelers so I can copy/notify rob

CONFIDENTIAL                                                           INDUCTEV INITDISCL002506

Exhibit 473- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-03 INDUCTEV INITDISCL003587.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:25:03 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Please details? lost.

CONFIDENTIAL                                                    INDUCTEV INITDISCL003587

Exhibit 474- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-17 INDUCTEV INITDISCL001233.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:25:17 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Bob likes to take time to sign travelers

CONFIDENTIAL                                                          INDUCTEV INITDISCL001233

Exhibit 475- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-37 INDUCTEV INITDISCL011328.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:25:37 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Before my Thanksgiving trip he took a smoke break and various other things to avoid signing to where I spent an extra hour

CONFIDENTIAL

Exhibit 476- 12-14-2021 QA and Coworker Sexual Harassment AM 10-25-40 INDUCTEV INITDISCL012520.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    12/14/2021 10:25:40 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Waiting on him

CONFIDENTIAL

Exhibit 477- 12-14-2021 QA and Coworker Sexual Harassment AM 10-26-33 INDUCTEV INITDISCL011768.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:26:33 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

So it's easier for me to avoid pestering him bc i know that will want to. Esp with Rob posting his test schedule emails in such a loud but harsh way

CONFIDENTIAL

Exhibit 478- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-00 INDUCTEV INITDISCL012120.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:27:00 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Gotcha, thank you.

CONFIDENTIAL                                                            INDUCTEV INITDISCL012120

Exhibit 479- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-21 INDUCTEV INITDISCL006454.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 10:27:21 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Instead of coming across as effective communication, it feels like he wants to avoid talking to me when at all possible and only communicate when he needs something.

And putting it over the travelers was much

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL006454

Exhibit 480- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-30 INDUCTEV INITDISCL007620.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:27:30 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Ughs. yes.

Exhibit 481- 12-14-2021 QA and Coworker Sexual Harassment AM 10-27-48 INDUCTEV INITDISCL005864.pdf

Message
_____

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         12/14/2021 10:27:48 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And telling me all that just for the time almost implies other things

CONFIDENTIAL                                                    INDUCTEV INITDISCL005864

Exhibit 482- 12-14-2021 QA and Coworker Sexual Harassment AM 10-28-01 INDUCTEV INITDISCL002433.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 10:28:01 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But yeah of course I'd want to tell him it's signed and he can leave me be

CONFIDENTIAL

INDUCTEV INITDISCL002433

Exhibit 483- 12-14-2021 QA and Coworker Sexual Harassment AM 10-28-08 INDUCTEV INITDISCL006797.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:28:08 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Would you please get the DT white sealing plug part number for Tina and message it to both of us? It should be in the wire cage - in a white plastic box, on the far left cage, top shelf

Exhibit 484- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-13 INDUCTEV INITDISCL001499.pdf

Message

---

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 10:37:13 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d19-d05738926cc60c580da086ab03070c48

CONFIDENTIAL                                                         INDUCTEV INITDISCL001499

INDUCTEV INITDISCL001500

Exhibit 485- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-22 INDUCTEV INITDISCL010523.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:37:22 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

This is the container for dt plugs

Exhibit 486- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-29 INDUCTEV INITDISCL012739.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:37:29 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

There are a LOT of DT boxes.

Exhibit 487- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-33 INDUCTEV INITDISCL004048.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 10:37:33 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Looking for sealing plugs

Exhibit 488- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-44 INDUCTEV INITDISCL012914.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:37:44 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Possibly in the DT pins box - in the back row of boxes on the right, top

CONFIDENTIAL                                                INDUCTEV INITDISCL012914

Exhibit 489- 12-14-2021 QA and Coworker Sexual Harassment AM 10-37-49 INDUCTEV INITDISCL008652.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 10:37:49 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But this was the box labeled for connector plugs

CONFIDENTIAL                                                                    INDUCTEV INITDISCL008652

Exhibit 490- 12-14-2021 QA and Coworker Sexual Harassment AM 10-38-12 INDUCTEV INITDISCL007858.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 10:38:12 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

fair... plugs =/= sealing plugs

CONFIDENTIAL                                          INDUCTEV INITDISCL007858

Exhibit 491- 12-14-2021 QA and Coworker Sexual Harassment AM 10-40-54 INDUCTEV INITDISCL002827.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 10:40:54 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Ok so the pins box doesn't have

Exhibit 492- 12-14-2021 QA and Coworker Sexual Harassment AM 10-40-56 INDUCTEV INITDISCL002419.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 10:40:56 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


It

                                                                           INDUCTEV INITDISCL002419

Exhibit 493- 12-14-2021 QA and Coworker Sexual Harassment AM 10-41-11 INDUCTEV INITDISCL012390.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    12/14/2021 10:41:11 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Praise God the travelers are signed

Exhibit 494- 12-14-2021 QA and Coworker Sexual Harassment AM 10-41-21 INDUCTEV INITDISCL006419.pdf

Message
_____

**From**:          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:          12/14/2021 10:41:21 AM
**To**:            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I'm going to make copies

CONFIDENTIAL                                                                    INDUCTEV INITDISCL006419

Exhibit 495- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-18 INDUCTEV INITDISCL004140.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 11:01:18 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Copies made doors locked

Exhibit 496- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-23 INDUCTEV INITDISCL001490.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 11:01:23 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Keys removed

CONFIDENTIAL

Exhibit 497- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-37 INDUCTEV INITDISCL006762.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       12/14/2021 11:01:37 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Yay!!!

Exhibit 498- 12-14-2021 QA and Coworker Sexual Harassment AM 11-01-46 INDUCTEV INITDISCL005962.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 11:01:46 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Thank you. Please ask Brian for help finding the DT plugs then.

CONFIDENTIAL

Exhibit 499- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-36 INDUCTEV INITDISCL005197.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 11:04:36 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Ok I've gone through nearly every box on the top left shelf of the cage and have found d no lugs

Exhibit 500- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-39 INDUCTEV INITDISCL004910.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 10:25:51 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

After the inspection

Exhibit 501- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-39 INDUCTEV INITDISCL005154.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 12/14/2021 11:04:39 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Plugs

    INDUCTEV INITDISCL005154

Exhibit 502- 12-14-2021 QA and Coworker Sexual Harassment AM 11-04-59 INDUCTEV INITDISCL011456.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 12/14/2021 11:04:59 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Unless, these are items we require per assembly through inventory

CONFIDENTIAL

INDUCTEV INITDISCL011456

Exhibit 503- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-13 INDUCTEV INITDISCL001848.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 11:06:13 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


The only th ing similar would be the super seal

CONFIDENTIAL                                                        INDUCTEV INITDISCL001848

Exhibit 504- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-21 INDUCTEV INITDISCL009286.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 11:06:21 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Te super seal container

Exhibit 505- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-26 INDUCTEV INITDISCL009647.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 11:06:26 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And it's very different

CONFIDENTIAL                                                                          INDUCTEV INITDISCL009647

Exhibit 506- 12-14-2021 QA and Coworker Sexual Harassment AM 11-06-39 INDUCTEV INITDISCL002700.pdf

Message

---

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**           12/14/2021 11:06:39 AM
**To:**             Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**   0-eus-d10-d3fb2a196db5de883d0d4d2bc1001cef

CONFIDENTIAL

INDUCTEV INITDISCL002701

Exhibit 507- 12-14-2021 QA and Coworker Sexual Harassment AM 11-09-35 INDUCTEV INITDISCL009293.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 11:09:35 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Omar said brian had rhen last

# Exhibit 508- 12-14-2021 QA and Coworker Sexual Harassment AM 11-11-57 INDUCTEV INITDISCL004111.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 11:11:57 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Found it

Exhibit 509- 12-14-2021 QA and Coworker Sexual Harassment AM 11-27-08 INDUCTEV INITDISCL003501.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 11:27:08 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Great!

CONFIDENTIAL                                                    INDUCTEV INITDISCL003501

Exhibit 510- 12-14-2021 QA and Coworker Sexual Harassment PM 12-31-47 INDUCTEV INITDISCL004714.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 12/14/2021 12:31:47 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Bob asked to see my BOM for the 75kw US

Exhibit 511- 12-14-2021 QA and Coworker Sexual Harassment PM 12-33-05 INDUCTEV INITDISCL007645.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 12:33:05 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

ANs now is walking around with my assembly doc

Exhibit 512- 12-14-2021 QA and Coworker Sexual Harassment PM 12-33-10 INDUCTEV INITDISCL003714.pdf

Message

**From**:     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:     12/14/2021 12:33:10 PM
**To**:     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Eating lunch with it..

CONFIDENTIAL

Exhibit 513- 12-14-2021 QA and Coworker Sexual Harassment PM 12-34-08 INDUCTEV INITDISCL010499.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       12/14/2021 12:34:08 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

why are you so keen to give it up? ugh. darn it Bob

Exhibit 514- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-16 INDUCTEV INITDISCL007456.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:35:16 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

... he asked nicely being nice to ppl should backfire

CONFIDENTIAL

Exhibit 515- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-27 INDUCTEV INITDISCL005132.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 12/14/2021 3:21:26 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

It's ven Seale dfrom 2:50

CONFIDENTIAL                                                                    INDUCTEV INITDISCL005132

Exhibit 516- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-27 INDUCTEV INITDISCL005160.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        12/14/2021 12:35:27 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Hw told inventory they need to wipe down theb75 before shippingb

Exhibit 517- 12-14-2021 QA and Coworker Sexual Harassment PM 12-35-41 INDUCTEV INITDISCL004142.pdf

Message
---

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 12:35:41 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Taylor and Daniel W gave me puppy dog eyes

CONFIDENTIAL

Exhibit 518- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-08 INDUCTEV INITDISCL007046.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 12/14/2021 12:36:08 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

At what point does Rob have ti to cabinets when he finishes testing? Do we all have to hand off clean cabinets?

CONFIDENTIAL

Exhibit 519- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-10 INDUCTEV INITDISCL004500.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     12/14/2021 12:36:10 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Tell them to request it via the form...

Exhibit 520- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-17 INDUCTEV INITDISCL011510.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:36:17 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Or is that inventories Job

Exhibit 521- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-35 INDUCTEV INITDISCL011121.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          12/14/2021 12:36:35 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]

Not our problem.

Exhibit 522- 12-14-2021 QA and Coworker Sexual Harassment PM 12-36-45 INDUCTEV INITDISCL006426.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       12/14/2021 12:36:45 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Test hands it off to shipping.

Exhibit 523- 12-14-2021 QA and Coworker Sexual Harassment PM 12-37-02 INDUCTEV INITDISCL012216.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:37:02 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Even if it gets dirty during test?

Exhibit 524- 12-14-2021 QA and Coworker Sexual Harassment PM 12-37-21 INDUCTEV INITDISCL001246.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          12/14/2021 12:37:21 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Test's problem with Supply Chain.

CONFIDENTIAL

Exhibit 525- 12-14-2021 QA and Coworker Sexual Harassment PM 12-38-34 INDUCTEV INITDISCL006360.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 12/14/2021 2:38:34 PM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Could you please message me the SN that you typed for the EU 75?

Exhibit 526- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-36 INDUCTEV INITDISCL011039.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 12:39:36 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

alrighy I can wipe this one and tell them to work it out with Rob and them in the future

CONFIDENTIAL

Exhibit 527- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-53 INDUCTEV INITDISCL008292.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       12/14/2021 12:39:53 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Bc I am a girl and it looks bad

Exhibit 528- 12-14-2021 QA and Coworker Sexual Harassment PM 12-39-56 INDUCTEV INITDISCL001851.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 12:39:56 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Or just ask them to tell me.

Exhibit 529- 12-14-2021 QA and Coworker Sexual Harassment PM 12-40-00 INDUCTEV INITDISCL007625.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        12/14/2021 12:40:00 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

WHAT?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL007625

Exhibit 530- 12-14-2021 QA and Coworker Sexual Harassment PM 12-42-16 INDUCTEV INITDISCL005803.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:42:16 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Lol if it's not for my station than to defer to me for cleaning looks bad

CONFIDENTIAL                                                                    INDUCTEV INITDISCL005803

Exhibit 531- 12-14-2021 QA and Coworker Sexual Harassment PM 12-42-39 INDUCTEV INITDISCL006403.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:42:39 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


#domesticity

Exhibit 532- 12-14-2021 QA and Coworker Sexual Harassment PM 12-43-13 INDUCTEV INITDISCL010000.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:43:13 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Meh. I'm in an ok mood rn

Exhibit 533- 12-14-2021 QA and Coworker Sexual Harassment PM 12-43-29 INDUCTEV INITDISCL012077.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/14/2021 12:43:29 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I'm not

                                                    INDUCTEV INITDISCL012077

Exhibit 534- 12-14-2021 QA and Coworker Sexual Harassment PM 12-45-43 INDUCTEV INITDISCL010391.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 12:45:43 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Not Bob coming back without my assembly to ssay "yeah assata the only thing this thing needs is vacuuming"

                                                                                      INDUCTEV INITDISCL010391

Exhibit 535- 12-14-2021 QA and Coworker Sexual Harassment PM 12-45-52 INDUCTEV INITDISCL005378.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 12:45:52 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I'm going to start laughing at him

CONFIDENTIAL

# Exhibit 536- 12-14-2021 QA and Coworker Sexual Harassment PM 12-46-11 INDUCTEV INITDISCL006934.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:46:11 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Best way to lighten up

INDUCTEV INITDISCL006934

Exhibit 537- 12-14-2021 QA and Coworker Sexual Harassment PM 12-51-34 INDUCTEV INITDISCL003948.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      12/14/2021 12:51:34 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I think he asked Omar what he did with moment his mother gave him ☐ Omar had to ask him a few times to repeat himself. He says he's fine tho

INDUCTEV INITDISCL003948

Exhibit 538- 12-14-2021 QA and Coworker Sexual Harassment PM 12-54-50 INDUCTEV INITDISCL002402.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/14/2021 12:54:50 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Bwhaha

 INDUCTEV INITDISCL002402

# Exhibit 539- 03-22-2022 Rosenberg PM 3-14-52 INDUCTEV INITDISCL003405.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      3/22/2022 3:14:52 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

these bowlegged..

CONFIDENTIAL

# Exhibit 540- 03-22-2022 Rosenberg PM 3-15-00 INDUCTEV INITDISCL003638.pdf

Message
---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      3/22/2022 3:15:00 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

....

                                           INDUCTEV INITDISCL003638

Exhibit 541- 03-22-2022
Rosenberg PM 3-16-47
INDUCTEV
INITDISCL003999.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     3/22/2022 3:16:47 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Rob took my tools from my workstatoin yesterday morning and watched me look for them until i took them from tool area and reused. I was actiively using them

CONFIDENTIAL                                                                 INDUCTEV INITDISCL003999

# Exhibit 542- 04-01-2022 Rosenberg (2) AM 11-26-32 INDUCTEV INITDISCL005693.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/1/2022 11:26:32 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Rob: "brand new one, to make the bitch happy"
*says something else (that I can't quite parse w/o making up words)
As RD tech looks away . Then walks from test bay to wire bench *
*I look over feeling guilty(?)/Wondering about the lift I'm holding*
*Rob promptly walls into random fire extinguisher on the floor..
Looks around in shock*

CONFIDENTIAL                                                                      INDUCTEV INITDISCL005693

Exhibit 543- 04-01-2022 Rosenberg (2) PM 01-00-09 INDUCTEV INITDISCL001616.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/1/2022 1:00:09 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I mean the fire hydrant was a highlight. He asked Omar and jo one knew where it came from. It almost appeared from thin air.

Idk who the expletive was or what the thing was. It was a moment of discomfort and yet mysterious valance

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL001616

Exhibit 544- 04-01-2022 Rosenberg (2) PM 03-42-12 INDUCTEV INITDISCL006012.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/1/2022 3:42:12 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Told that he's going to talk with him "now" and that isn't acceptable to be said. Please let me know if that's sufficient, anything negative etc - I did **NOT** say who reported it to me.

I'm sorry.

CONFIDENTIAL                                                    INDUCTEV INITDISCL006012

Exhibit 545- 04-01-2022 Rosenberg (2) PM 12-51-09 INDUCTEV INITDISCL006246.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/1/2022 12:51:39 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

. Wtf. I'm so sorry.

                                                                                    INDUCTEV INITDISCL006246

Exhibit 546- 04-01-2022
Rosenberg (2) PM 12-53-06
INDUCTEV
INITDISCL010568.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/1/2022 12:53:06 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

That's totally uncalled for.  That should be brought up to HR.

CONFIDENTIAL                                                                  INDUCTEV INITDISCL010568

Exhibit 547- 04-01-2022
Rosenberg (2) PM 12-53-32
INDUCTEV
INITDISCL002522.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/1/2022 12:53:32 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

I am going to reach out about that.  That's not acceptable.

CONFIDENTIAL                                                    INDUCTEV INITDISCL002522

Exhibit 548- 04-01-2022
Rosenberg (2) PM 12-57-25
INDUCTEV
INITDISCL002051.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/1/2022 12:57:25 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

I'm sorry for not reading your email yet.  I will today.

CONFIDENTIAL                                                                      INDUCTEV INITDISCL002051

# Exhibit 549- 04-07-2022 Bob S AM 11-04-41 INDUCTEV INITDISCL010437.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/7/2022 11:04:41 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Ci cern- I saw Bob touching cables this morning while I chatted Maria.

CONFIDENTIAL                                                        INDUCTEV INITDISCL010437

Exhibit 550- 04-07-2022 Bob S AM 11-04-57 INDUCTEV INITDISCL001779.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/7/2022 11:04:57 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I've gone back and retightened stuff

# Exhibit 551- 04-07-2022 Bob S AM 11-05-01 INDUCTEV INITDISCL002627.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/7/2022 11:05:01 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And locked that side

# Exhibit 552- 04-07-2022 Bob S AM 11-05-29 INDUCTEV INITDISCL011487.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/7/2022 11:05:29 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Also Taylor has cabinet key on his desk. Idk y but I just hope Bob or others aren't using it

# Exhibit 553- 04-07-2022 Bob S AM 11-05-54 INDUCTEV INITDISCL003967.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/7/2022 11:05:54 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you. I'll bring this up with Joe.

CONFIDENTIAL                                                                            INDUCTEV INITDISCL003967

Exhibit 554- 04-07-2022 Bob S
AM 11-08-09 INDUCTEV
INITDISCL003588.pdf

Message
---

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/7/2022 11:08:09 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


It was so quick. I'm going to try to check stuff like you said lat year and try to lock it but wow

CONFIDENTIAL                                                              INDUCTEV INITDISCL003588

Exhibit 555- 04-21-2022 Rosenberg (3) PM 03-28-16 INDUCTEV INITDISCL012323.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/21/2022 3:28:16 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Lab coats are here

                                                                                    INDUCTEV INITDISCL012323

Exhibit 556- 04-21-2022 Rosenberg (3) PM 03-28-38 INDUCTEV INITDISCL012363.pdf

Message
_____

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          4/21/2022 3:28:38 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**   0-eus-d2-e74502640c03ee1cb79b9da2cf2cdaf3

CONFIDENTIAL                                                                                                            INDUCTEV INITDISCL012363

CONFIDENTIAL

INDUCTEV INITDISCL012364

# Exhibit 557- 04-21-2022 Rosenberg (3) PM 03-29-14 INDUCTEV INITDISCL012218.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/21/2022 3:29:14 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Rob asked brain what they were and ignored me when I said. As he walked past he expressed that no one's gonna wear them.

It's only for a short procedure, so I'm gonna let that go 🏃‍♀️

Exhibit 558- 04-21-2022 Rosenberg (3) PM 03-36-09 INDUCTEV INITDISCL008344.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/21/2022 3:36:09 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

They arrived today about noon.  Julian asked me bout them.  Just ignore the old grouch.

I placed them on the rack in the back.  Maybe we get a hanging rod for them.  TBD.  A basket for them when used was also placed in the back. Please find a nice spot for that where it's not in the general area and put up a sign to keep trash out that it's only for the company (robins?) clothing to be washed

CONFIDENTIAL                                                                              INDUCTEV INITDISCL008344

Exhibit 559- 04-21-2022 Rosenberg (3) PM 03-39-33 INDUCTEV INITDISCL006263.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/21/2022 3:39:33 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Clemens*

                                    INDUCTEV INITDISCL006263

# Exhibit 560- 04-21-2022 Rosenberg (3) PM 03-39-51 INDUCTEV INITDISCL003812.pdf

Message

---

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/21/2022 3:39:51 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Did you ever get to follow up with Harry or let it pass?

CONFIDENTIAL

Exhibit 561- 04-21-2022 Rosenberg (3) PM 04-05-13 INDUCTEV INITDISCL008809.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/21/2022 4:05:13 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Robs take on our team "on that team...Omar's the only one who really tries. I have no idea where Seth's at"

At this point I wish there were sound barriers between us and test area.

CONFIDENTIAL

Exhibit 562- 04-21-2022 Rosenberg (3) PM 04-05-46 INDUCTEV INITDISCL009255.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/21/2022 4:05:46 PM
**To:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I'm hoping they're gone by the time I finish tubing so that I don't have to ask for the lift back for fans

CONFIDENTIAL

Exhibit 563- 04-21-2022
Rosenberg (3) PM 04-05-47
INDUCTEV
INITDISCL000952.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/21/2022 4:05:47 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Sorry. ⬚. That's messed up.

Exhibit 564- 04-21-2022
Rosenberg (3) PM 04-06-04
INDUCTEV
INITDISCL010460.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    4/21/2022 4:06:04 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]


Do you want to move the cabinet back to near Darren?

CONFIDENTIAL    INDUCTEV INITDISCL010460

# Exhibit 565- 04-21-2022 Rosenberg (3) PM 04-06-26 INDUCTEV INITDISCL009621.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/21/2022 4:06:26 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

He's always making comments Ike that. Face to face during meetings last year abd the one he left this year, and on his own 3 this past month.

I think it's worse that he's saying this regularly to other ppl.

It makes any jokes they crack and laugh at after feel booty

CONFIDENTIAL

# Exhibit 566- 04-21-2022 Rosenberg (3) PM 04-07-15 INDUCTEV INITDISCL003223.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/21/2022 4:07:15 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

Do you want to move the cabinet back to bear Darren?

I think so. Darren's nicer

Exhibit 567- 04-21-2022 Rosenberg (3) PM 04-07-42 INDUCTEV INITDISCL009176.pdf

Message

---

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/21/2022 4:07:42 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Yup. Ok.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL009176

Exhibit 568- 04-21-2022 Rosenberg (3) PM 04-07-59 INDUCTEV INITDISCL004251.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/21/2022 4:07:59 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Is this laundry basket?

# Exhibit 569- 04-21-2022 Rosenberg (3) PM 04-08-27 INDUCTEV INITDISCL007947.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/21/2022 4:08:27 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Thanks for letting me know.  I'll have another conversation.

CONFIDENTIAL                                                                                               INDUCTEV INITDISCL007947

Exhibit 570- 04-21-2022
Rosenberg (3) PM 04-08-30
INDUCTEV
INITDISCL011497.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/21/2022 4:08:30 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Yes

                                              INDUCTEV INITDISCL011497

Exhibit 571- 03-28-2022
Disability AM 7-21-17
INDUCTEV
INITDISCL003752.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      3/28/2022 7:21:17 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

In case we dont get to chat about cabinets(6 points):

1.- I really wish I could snap my fingers and have the cabinets done and notes populated.

2. Despite all of the delays and whatnot, I really want to keep this on schedule for Maria and the UE review team.

3. Sometimes it disappoints me that I truly cannot make up for everything, and I am finite. Sometimes that makes me feel guilty or powerless.

4. Lately th3 strenuous part of the build have been reminding me of Wednesday and all the symptoms leading up to it. While I wait for some of the slower effects to go away, it also makes me feel weaker and sad and guilty.

5. This is a conflicting project. On one hand it is a project I said yes to , and take great pride in ensuring the success of. On the other hand I feel limited in my ability to immediately complete it, and sometimes distracted by it emotionally. I also feel bad about other projects that I also feel drawn to and responsibke for(Jira, UV) that seem to suffer while I put most mental energy in this..

6.(Conclusion) For this reason, I'm trying to do my best to complete it thoroughly, be nice to myself, and look forward to it's completion--a big battle won and accomplishment for me

CONFIDENTIAL

Exhibit 572- 03-28-2022 Disability AM 7-40-11 INDUCTEV INITDISCL000809.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     3/28/2022 7:40:11 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Thanks for being open and honest where you are.

CONFIDENTIAL                                                          INDUCTEV INITDISCL000809

Exhibit 573- 03-28-2022 Disability AM 8-38-25 INDUCTEV INITDISCL012266.pdf

Message
_____

**From**:        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:        3/28/2022 8:38:25 AM
**To**:          Assata Acey [Assata.Acey@momentumdynamics.com]


2 - I understand some of your drive here - try and relax some about it - certainly no need to stress over it.

3 - Please don't! You're not a god, you're a human. We are all fallible, and certainly not perfect. All we can do is give it our best and do what we can. No one should be asking you to "make up" for anything. We're all human. It'd not be fair for you to even be considered responsible for others failures. All I can ask is that you're balancing self care with this, leaning on the self care part more.

4 - Do you think the stress from work caused this? :( I'm sorry you're going through this.

5 - Nothing in life is immediate. Self care, and balance in life is the goal, not to get to the "end game" soonest!

Let me know if you'd like to talk more about balance and priorities here.

6 - I'm glad. This is important. Be nice to yourself. Put effort into life, work, passion, rest, and all places worthy of it.

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL012266

Exhibit 574- 03-28-2022
Disability AM 8-46-47
INDUCTEV
INITDISCL017846.pdf

Message

---

**From:**  Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**  3/28/2022 8:46:47 AM
**To:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  Card.html; 0-eus-d20-5d01a3cfde749c68183693041b23312e; 0-eus-d20-295cf6680d88515e7d99890bf0c61597; 0-eus-d20-1dee032da0c9eb9423cd29a41d7d48b0

INDUCTEV INITDISCL017846

Exhibit 575- 03-28-2022
Disability AM 8-52-59
INDUCTEV
INITDISCL012152.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     3/28/2022 8:52:59 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Thanks for sharing. Wasn't intending to pry, sorry if it came across that way. Please drive safely.

That's a lot for one human to even have to process in a week, let alone with everything else going on
Please be vocal / forward where you can on ways that myself, or others, can assist.

CONFIDENTIAL

Exhibit 576- 04-05-2022 Disability AM 7-43-52 INDUCTEV INITDISCL004279.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         4/5/2022 7:43:52 AM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Well how you gonna respond at 4am

                                                                                    INDUCTEV INITDISCL004279

Exhibit 577- 04-05-2022
Disability AM 7-44-07
INDUCTEV
INITDISCL008319.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/5/2022 7:44:07 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Lol I can't anticipate that

CONFIDENTIAL                                                                    INDUCTEV INITDISCL008319

Exhibit 578- 04-05-2022
Disability AM 7-44-32
INDUCTEV
INITDISCL004608.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/5/2022 7:44:32 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


You said to contact you when I got home but when I got home around 2 teams was saying you were a call.

CONFIDENTIAL    INDUCTEV INITDISCL004608

Exhibit 579- 04-05-2022
Disability AM 7-46-43
INDUCTEV
INITDISCL010410.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/5/2022 7:46:43 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


So I waited until 5 but I think you'd logged out

CONFIDENTIAL                                                    INDUCTEV INITDISCL010410

Exhibit 580- 04-05-2022
Disability AM 7-48-41
INDUCTEV
INITDISCL002551.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 7:48:41 AM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

Hmm.  Sorry!

      

Exhibit 581- 04-05-2022
Disability AM 7-48-46
INDUCTEV
INITDISCL001879.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/5/2022 7:48:46 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I have a doctors appointment today at 345 to make sure I ☺ don't have any lingering issues, and that the headaches, kidney flushes and heat flashes(at that intensity level) won't be recurring.

CONFIDENTIAL     INDUCTEV INITDISCL001879

Exhibit 582- 04-05-2022
Disability AM 7-49-01
INDUCTEV
INITDISCL002650.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 4/5/2022 7:49:01 AM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

## Joren Wendschuh

Hmm. Sorry!

You're fine. I just wanted to clarify and to still check in

INDUCTEV INITDISCL002650

# Exhibit 583- 04-05-2022 Disability AM 7-49-01 INDUCTEV INITDISCL007760.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 7:49:01 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Yay.  Best wishes

# Exhibit 584- 04-05-2022 Disability AM 7-49-13 INDUCTEV INITDISCL000618.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 7:49:13 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Thank you.

CONFIDENTIAL                                                            INDUCTEV INITDISCL000618

# Exhibit 585- 04-05-2022 Disability AM 7-49-45 INDUCTEV INITDISCL007011.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 7:49:45 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Joren Wendschuh**

Yay. Best wishes

Best wishes? I still want to come in and try to clean/replace the remaining screws

CONFIDENTIAL                                                                      INDUCTEV INITDISCL007011

# Exhibit 586- 04-05-2022 Disability AM 7-51-04 INDUCTEV INITDISCL006150.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/5/2022 7:51:04 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I didn't listen immediately when you said to leave and that's when I got the worst heat flash trying to finish it. ☹
I went outside with sweat on my face in 50degrees with no sleeves and thought it was a 72degree day... it
wasn't.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL006150

Exhibit 587- 04-05-2022
Disability AM 7-51-06
INDUCTEV
INITDISCL007289.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 7:51:06 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Best wishes that the doc is chill. And all is well.

CONFIDENTIAL                                                                        INDUCTEV INITDISCL007289

Exhibit 588- 04-05-2022
Disability AM 7-51-37
INDUCTEV
INITDISCL006256.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/5/2022 7:51:37 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

Best wishes that the doc is chill. And all is well.

I'm going to the nice one in North Philly whos black from August

CONFIDENTIAL                                                                                        INDUCTEV INITDISCL006256

# Exhibit 589- 04-05-2022 Disability AM 7-51-41 INDUCTEV INITDISCL001716.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 4/5/2022 7:51:41 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

I didn't listen immediately when you said to leave and that's when I got the worst heat flash trying to finish it. 😖
I went outside with sweat on my face in 50degrees with no sleeves…

. Oof. That is rough.

# Exhibit 590- 04-05-2022 Disability AM 7-52-50 INDUCTEV INITDISCL005762.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 7:52:50 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


It was crazy. Heat flash is one but to feel like my whole arms are on fire and sweat iwithin 30 seconds is too much.
Then getting abdominal cramps during prayer meeting. It's tew much

CONFIDENTIAL

Exhibit 591- 04-05-2022
Disability AM 7-53-07
INDUCTEV
INITDISCL010089.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 7:53:07 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I just hope stuff is decent today

CONFIDENTIAL                                                                    INDUCTEV INITDISCL010089

Exhibit 592- 04-05-2022

Disability AM 7-54-03

INDUCTEV

INITDISCL004596.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**         4/5/2022 7:54:03 AM
**To:**           Assata Acey [Assata.Acey@momentumdynamics.com]

Me too. [____]. That's oof.

# Exhibit 593- 04-05-2022 Disability AM 7-56-59 INDUCTEV INITDISCL001106.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 7:56:59 AM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

I'm so sorry to hear that you're going through all that.  That sounds terrible.

CONFIDENTIAL
INDUCTEV INITDISCL001106

# Exhibit 594- 04-05-2022 Disability AM 8-05-49 INDUCTEV INITDISCL005831.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/5/2022 8:05:49 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


The bright side is its in waves. So I don't have to experience it all the time just on and off.
And more intense when straining or an adrenaline related task( leading a planned prayer)

So I get lots of breaks. This morning is chill

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL005831

Exhibit 595- 04-05-2022
Disability AM 8-06-31
INDUCTEV
INITDISCL001686.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 8:06:31 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


So I'll try and do these bolts and maybe work towards completion the inside before I go and I'll keep you posted

# Exhibit 596- 04-05-2022 Disability AM 8-07-03 INDUCTEV INITDISCL004931.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 8:07:03 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


And you wanted to do jira today at 1.. Will you be in person for that?

Exhibit 597- 04-05-2022
Disability AM 8-09-00
INDUCTEV
INITDISCL007525.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/5/2022 8:09:00 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Okay.  Good luck. Do you have a COVID test available if you have any concerns it might be something other?

Jira at one was what I thought might make sense.  Let me know which way you would prefer.  I'll be in person at the shop at that time but can do either.

# Exhibit 598- 04-05-2022 Disability AM 8-10-06 INDUCTEV INITDISCL007624.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 8:10:06 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I do, I've been taking them each time I get mucus and it won't kill me to take one again for this week's theme

CONFIDENTIAL                                                              INDUCTEV INITDISCL007624

Exhibit 599- 04-05-2022 Disability AM 8-10-11 INDUCTEV INITDISCL012878.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/5/2022 8:10:11 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Also can change time.

Exhibit 600- 04-05-2022 Disability AM 8-10-58 INDUCTEV INITDISCL007208.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/5/2022 8:10:58 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

I do, I've been taking them each time I get mucus and it won't kill me to take one again for this week's theme

Not telling you to. Just asking if you have the things available to do so.

CONFIDENTIAL

Exhibit 601- 04-05-2022
Disability AM 8-35-25
INDUCTEV
INITDISCL008981.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/5/2022 8:35:25 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Rip welp I already took one and I took it as a restrained (small)concern or thought

                                                      INDUCTEV INITDISCL008981

Exhibit 602- 04-05-2022 Disability AM 8-35-51 INDUCTEV INITDISCL007637.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/5/2022 8:35:51 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Eta 940

# Exhibit 603- 04-08-2022 Disability AM 6-12-18 INDUCTEV INITDISCL010538.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/8/2022 6:12:18 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Are you okay?

Exhibit 604- 04-08-2022 Disability AM 6-17-43 INDUCTEV INITDISCL012223.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/8/2022 6:17:43 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Yep

CONFIDENTIAL                                                      INDUCTEV INITDISCL012223

# Exhibit 605- 04-08-2022 Disability AM 6-25-46 INDUCTEV INITDISCL005987.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/8/2022 6:25:46 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Lol.  Too late.

CONFIDENTIAL                                                                                 INDUCTEV INITDISCL005987

Exhibit 606- 04-08-2022 Disability AM 6-36-32 INDUCTEV INITDISCL006253.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/8/2022 6:36:32 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Rip

# Exhibit 607- 04-08-2022 Disability AM 6-36-37 INDUCTEV INITDISCL012608.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/8/2022 6:36:37 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Ruined sleep for everyone

# Exhibit 608- 04-08-2022 Disability AM 7-05-14 INDUCTEV INITDISCL005182.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/8/2022 7:05:14 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Can you follow your withharry about that extra mount I never received?

# Exhibit 609- 04-08-2022 Disability AM 7-05-22 INDUCTEV INITDISCL000797.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/8/2022 7:05:22 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Follow up with Harry

 INDUCTEV INITDISCL000797

Exhibit 611- 04-08-2022 Disability AM 7-05-30 INDUCTEV INITDISCL000851.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/8/2022 7:05:30 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I can…

Exhibit 612- 04-08-2022
Disability AM 7-05-57
INDUCTEV
INITDISCL006215.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/8/2022 7:05:57 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Bc I'd be asking twice

Exhibit 613- 04-08-2022
Disability AM 7-06-19
INDUCTEV
INITDISCL010249.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          4/8/2022 7:06:19 AM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]

I can.  Would you want me to?

CONFIDENTIAL                                                                           INDUCTEV INITDISCL010249

# Exhibit 614- 04-08-2022 Disability AM 7-45-40 INDUCTEV INITDISCL004013.pdf

Message

**From:**   Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**   4/8/2022 7:45:40 AM
**To:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Good article that also highlights rhe importance of formalized roles
https://www.huffpost.com/entry/invisible-work-women-office_n_624c4effe4b0d8266ab18824?utm_source=Sailthru&utm_medium=email&utm_campaign=Morning♄7-22&utm_term=us-morning-email

CONFIDENTIAL                                                  INDUCTEV INITDISCL004013

# Exhibit 615- 04-08-2022 Disability AM 7-58-59 INDUCTEV INITDISCL008916.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/8/2022 7:58:59 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Hm ok please email

Exhibit 616- 04-08-2022
Disability AM 8-00-42
INDUCTEV
INITDISCL009503.pdf

Message

---

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/8/2022 8:00:42 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]; Brian Kenney [Brian.Kenney@momentumdynamics.com]; 28:4aa38041-66a2-41a4-ac97-55bc828a9803; 28:512b84d2-5840-45d6-8d01-5f073836d039; Omar Jackson [omar.jackson@momentumdynamics.com]; Seth Wolgemuth [seth.wolgemuth@momentumdynamics.com]

Yes.

                                                                                    INDUCTEV INITDISCL009503

# Exhibit 617- 04-08-2022 Disability AM 8-00-55 INDUCTEV INITDISCL007943.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/8/2022 8:00:55 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Email?

CONFIDENTIAL

# Exhibit 618- 04-08-2022 Disability AM 8-02-16 INDUCTEV INITDISCL009327.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/8/2022 8:02:16 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Yes.

                                                    INDUCTEV INITDISCL009327

Exhibit 619- 04-08-2022
Disability AM 8-02-35
INDUCTEV
INITDISCL001759.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/8/2022 8:02:35 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

What am I emailing. If it's Harry I'd rather go without

Exhibit 620- 04-08-2022
Disability AM 8-02-48
INDUCTEV
INITDISCL005647.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/8/2022 8:02:48 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

The link…

CONFIDENTIAL                                                                 INDUCTEV INITDISCL005647

# Exhibit 621- 04-08-2022 Disability AM 8-03-20 INDUCTEV INITDISCL008340.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/8/2022 8:03:20 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

But also joren I am very dizzy rn and my legs are folding when I walk. I'm going to try to take a nap(in my car) and then head to our meeting. If I didn't feel better I'll probably go home and do online work there (set me cabinet goal for wed)

                                                              INDUCTEV INITDISCL008340

Exhibit 622- 04-08-2022 Disability AM 8-03-38 INDUCTEV INITDISCL007327.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/8/2022 8:03:38 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Uh.  Yeah.  Go home.

# Exhibit 623- 04-11-2022 Disability AM 7-30-16 INDUCTEV INITDISCL009662.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/11/2022 7:30:16 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Only one Available...

Exhibit 624- 04-11-2022 Disability AM 7-31-57 INDUCTEV INITDISCL008431.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/11/2022 7:31:57 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Second one then?

Exhibit 625- 04-11-2022
Disability PM 7-18-06
INDUCTEV
INITDISCL009706.pdf

Message

---

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/11/2022 7:18:06 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Left at about 2
(I went to come find you when I had the appointment but didn't find and forgot)

Notes:
Bulkhead panel is looking ok. ⚒ the gasket pinches at torque, but the way the plastic threading is, I'm hesitant to overwork it.

Flow cables are sealing a bit crooked. But alas

Exhibit 626- 04-11-2022
Disability PM 7-25-25
INDUCTEV
INITDISCL004412.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/11/2022 7:25:25 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

They're checking iron and thyroid and confirming sugar stuff and hormones stuff.

They already confirmed miscarriage but don't think that should cause all this(and affirmed that it was ok for me to have not gone in for one that came that early)

CONFIDENTIAL

Exhibit 627- 04-11-2022
Disability PM 7-26-51
INDUCTEV
INITDISCL001344.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/11/2022 7:26:51 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Will do the work from home tomorrow morning after blood work and then try and come in Wednesday

CONFIDENTIAL                                                          INDUCTEV INITDISCL001344

Exhibit 628- 04-11-2022

Disability PM 7-27-22

INDUCTEV

INITDISCL011139.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/11/2022 7:27:22 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I'm hoping that around that time they'll have more info to adjust as needed.

CONFIDENTIAL                                    INDUCTEV INITDISCL011139

Exhibit 630- 04-18-2022
Disability AM 7-40-59
INDUCTEV
INITDISCL011818.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       4/18/2022 7:40:59 AM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]


Do they have a name yet?

Exhibit 631- 04-18-2022
Disability AM 7-41-03
INDUCTEV
INITDISCL005099.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:41:03 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

(besides adorable?)

                                                        INDUCTEV INITDISCL005099

Exhibit 632- 04-18-2022 Disability AM 7-41-07 INDUCTEV INITDISCL002443.pdf

Message

**From**:          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:          4/18/2022 7:41:07 AM
**To**:            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


so.....

# Exhibit 633- 04-18-2022 Disability AM 7-41-15 INDUCTEV INITDISCL011774.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 7:41:15 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

guess whos messsing in shenangans

CONFIDENTIAL                                                                INDUCTEV INITDISCL011774

# Exhibit 634- 04-18-2022 Disability AM 7-41-24 INDUCTEV INITDISCL005832.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 7:41:24 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

they dont have a name yet were wainting

Exhibit 635- 04-18-2022
Disability AM 7-41-32
INDUCTEV
INITDISCL002275.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 7:41:32 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


but Im also probably being iritating

                                            INDUCTEV INITDISCL002275

Exhibit 636- 04-18-2022
Disability AM 7-41-36
INDUCTEV
INITDISCL002622.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 7:41:36 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


so heads up

CONFIDENTIAL                                                                 INDUCTEV INITDISCL002622

Exhibit 637- 04-18-2022 Disability AM 7-42-23 INDUCTEV INITDISCL011547.pdf

Message

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         4/18/2022 7:42:23 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d15-afd1efbb3ad99a038b2f69ee9837d517

Exhibit 638- 04-18-2022

Disability AM 7-43-15

INDUCTEV

INITDISCL006442.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 7:43:15 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

its me replying to Judy's PTO warning from dec like: "choosing between passing out at work and being able to rest later seems a bit ableist and wrong"

not in those words tho

CONFIDENTIAL                                                          INDUCTEV INITDISCL006442

Exhibit 639- 04-18-2022
Disability AM 7-43-47
INDUCTEV
INITDISCL000708.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:43:47 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

FLSA or FLMA?

CONFIDENTIAL                                    INDUCTEV INITDISCL000708

Exhibit 640- 04-18-2022 Disability AM 7-44-01 INDUCTEV INITDISCL009932.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 7:44:01 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


My vacation looks fine though. For now. I am trying harde to communicate any issues though to pevent long term bitteness

Exhibit 641- 04-18-2022 Disability AM 7-44-05 INDUCTEV INITDISCL002008.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:44:05 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Understood. Thanks for the heads up

CONFIDENTIAL                                                    INDUCTEV INITDISCL002008

Exhibit 642- 04-18-2022
Disability AM 7-44-23
INDUCTEV
INITDISCL011158.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 7:44:23 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

FLSA or FLMA?

I think those only apply to folks working more than 12 months

CONFIDENTIAL

Exhibit 643- 04-18-2022

Disability AM 7-44-28

INDUCTEV

INITDISCL001472.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 7:44:28 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


im on month 10

Exhibit 644- 04-18-2022
Disability AM 7-45-01
INDUCTEV
INITDISCL006423.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:45:01 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Ah.

Exhibit 645- 04-18-2022 Disability AM 7-45-03 INDUCTEV INITDISCL011516.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:45:03 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Gotcha.

# Exhibit 646- 04-18-2022 Disability AM 7-45-06 INDUCTEV INITDISCL011626.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 7:45:06 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

:( Sorry.

Exhibit 647- 04-18-2022 Disability AM 7-45-32 INDUCTEV INITDISCL009247.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/18/2022 7:45:32 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Feel free to include that your keeping up with your tasks and schedule per your boss. It doesn't need to be all about you

# Exhibit 648- 04-18-2022 Disability AM 7-45-37 INDUCTEV INITDISCL001348.pdf

Message

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        4/18/2022 7:45:37 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

oh im sorry, FLSA would be a ederal level of employee potections which doesnt defin full time hours

CONFIDENTIAL                                                                    INDUCTEV INITDISCL001348

Exhibit 649 -04-18-2022 Disability AM 7-45-42 INDUCTEV INITDISCL008830.pdf

Message

**From:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**  4/18/2022 7:45:42 AM
**To:**  Assata Acey [Assata.Acey@momentumdynamics.com]

And with the "engineers" you are working with

# Exhibit 650- 04-18-2022 Disability AM 7-45-58 INDUCTEV INITDISCL011970.pdf

Message

**From**:     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:     4/18/2022 7:45:58 AM
**To**:       Assata Acey [Assata.Acey@momentumdynamics.com]

(aka Maria, Tina, Erik, Darren)

# Exhibit 651- 04-18-2022 Disability AM 7-46-02 INDUCTEV INITDISCL009927.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 7:46:02 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


FLMA requires 12 months of laboe

CONFIDENTIAL                                                                            INDUCTEV INITDISCL009927

Exhibit 652- 04-18-2022
Disability AM 7-48-24
INDUCTEV
INITDISCL012064.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 7:48:24 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Attachments**: | 0-eus-d20-3724d9fbc263cebc86ab165511a86504 |

INDUCTEV INITDISCL012064

# Exhibit 653- 04-18-2022 Disability AM 7-48-46 INDUCTEV INITDISCL011278.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 7:48:46 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

its more specific application of the second to last sentence but hopefully it doesnt make the tone too heavt

CONFIDENTIAL                                                    INDUCTEV INITDISCL011278

# Exhibit 654- 04-18-2022 Disability AM 7-51-02 INDUCTEV INITDISCL009815.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 7:51:02 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

im going for : "I know the applicable laws, but Im more interested in your help than to attack you"

It's also a paper trail for whether a policy is encouraging overwork to detriment of company--which should be addressed bc ppl shouldn't be making those decisions/its a huge liability and lowers quality of work.

CONFIDENTIAL                                                                 INDUCTEV INITDISCL009815

Exhibit 655- 04-18-2022 Disability AM 7-52-16 INDUCTEV INITDISCL003894.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 7:52:16 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Are you looking for suggestions on wording / overall?

CONFIDENTIAL                                                    INDUCTEV INITDISCL003894

Exhibit 656- 04-18-2022

Disability AM 7-59-56

INDUCTEV

INITDISCL007339.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 7:59:56 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

meh. I dont want to do too much to where it doesn't sound like me anymore. But glaring tone or disrespect notes are welcome

CONFIDENTIAL                                                                      INDUCTEV INITDISCL007339

Exhibit 657- 04-18-2022
Disability AM 8-00-20
INDUCTEV
INITDISCL008841.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/18/2022 8:00:20 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d9-0376d968cb2a097ed3e59db0438f50a0

CONFIDENTIAL
INDUCTEV INITDISCL008841

# Exhibit 658- 04-18-2022 Disability AM 8-07-49 INDUCTEV INITDISCL012688.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    4/18/2022 8:07:49 AM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Okay. keeping it high level and looking to avoid shade from Judy - I'd lessen the emphasis on "I know the applicable laws" part - she knows. *I'd more focus on the 40h/wk min.*

**my understanding** is that is due to our handbook calling "full time" work being 40h/wk, thus driving our health policies for "full time employees" to need to have 40h/wk min.

I think that's silly, and I think that should be changed, to be clear. If that's changed, then the "why" is less necessary, as long as the supervisor approves of it, at least is my thought.


Good luck.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL012688

# Exhibit 659- 04-18-2022 Disability AM 8-14-23 INDUCTEV INITDISCL003175.pdf

Message
_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 8:14:23 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]; Brian Kenney [Brian.Kenney@momentumdynamics.com]; 28:4aa38041-66a2-41a4-ac97-55bc828a9803; 28:512b84d2-5840-45d6-8d01-5f073836d039; Omar Jackson [omar.jackson@momentumdynamics.com]; Seth Wolgemuth [seth.wolgemuth@momentumdynamics.com]


Omar / Seth - if you get the GA back today from Steve, please see about carefully pulling the Opus connector pins, and re-pinning it together.

Brian - you might want to also watch this.

I don't think it will be easy for sure, please take your time, and if you're struggling, put it aside, and we'll work on it together. I'd rather delay and give it our best shot, than damage a part and scrap the coil.

Exhibit 660 -04-18-2022
Disability AM 8-18-32
INDUCTEV
INITDISCL007582.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 8:18:32 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

i honestly feel given her character, she seeks to get over on folks where she can and especially given her willingness to throw weight around with Seth--I feel that she often leans towards assuming folks dont know the laws/the right laws/more than her - i also dont trust things not in writing with her.

CONFIDENTIAL                                                     INDUCTEV INITDISCL007582

Exhibit 661- 04-18-2022
Disability AM 8-19-02
INDUCTEV
INITDISCL002180.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/18/2022 8:19:02 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Okay!

Exhibit 662- 04-18-2022
Disability AM 8-19-19
INDUCTEV
INITDISCL000714.pdf

Message

_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 8:19:19 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


in the even she says no, this is at least a record of me asking to do unpaid time off and suggesting the ultimatim given as an alternative is unsafe and detrimental-and she would be saying no to that

Exhibit 663- 04-18-2022 Disability AM 8-19-23 INDUCTEV INITDISCL001740.pdf

Message

___

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/18/2022 8:19:23 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Above is only my thoughts.

                                                                                              INDUCTEV INITDISCL001740

Exhibit 664- 04-18-2022
Disability AM 8-20-07
INDUCTEV
INITDISCL009288.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/18/2022 8:20:07 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


I appreciate you listening, and giving them thought. That's all I will ask for!

CONFIDENTIAL                                                                                                        INDUCTEV INITDISCL009288

Exhibit 665- 04-18-2022 Disability AM 8-26-38 INDUCTEV INITDISCL008367.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 8:26:38 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Lol she wants to speak in person

CONFIDENTIAL

Exhibit 666- 04-18-2022
Disability AM 8-26-55
INDUCTEV
INITDISCL011423.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/18/2022 8:26:55 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I ll go in listen, and add it to my response log

    INDUCTEV INITDISCL011423

Exhibit 667- 04-18-2022
Disability AM 8-27-00
INDUCTEV
INITDISCL002855.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 8:27:00 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Typical power play

Exhibit 668- 04-18-2022
Disability AM 8-27-20
INDUCTEV
INITDISCL012815.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 4/18/2022 8:27:20 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

I ll add it to my response log

What's that?

# Exhibit 669- 04-18-2022 Disability AM 8-30-01 INDUCTEV INITDISCL010522.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 8:30:01 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Bc I know she's nasty

CONFIDENTIAL                                                    INDUCTEV INITDISCL010522

Exhibit 670- 04-18-2022 Disability AM 8-30-07 INDUCTEV INITDISCL007276.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 8:30:07 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d16-b579b001aeb76e669bd3af49648af8c7

CONFIDENTIAL                                        INDUCTEV INITDISCL007276

CONFIDENTIAL

INDUCTEV INITDISCL007277

Exhibit 671- 04-18-2022
Disability AM 8-30-59
INDUCTEV
INITDISCL007486.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 8:30:59 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

It's when you write a dated journal of what someone says to you-and document your communication of this to family or friends to create a legally probable record.

It's the best workaround for ppl who refuse to be accountable to their words or decisions in writing.

CONFIDENTIAL                                                                      INDUCTEV INITDISCL007486

Exhibit 672- 04-18-2022
Disability AM 8-31-35
INDUCTEV
INITDISCL004877.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 8:31:35 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

as they tend to avoid any documentation for what they said--leaving the vey recollection they intend to fall back on uncorroborated. Especially when there's a pattern of their actual behavior, bc it starts to line with more objective items(which would otherwise seem inconclusive together) and bridge together to form reasonable doubt

CONFIDENTIAL                                    INDUCTEV INITDISCL004877

Exhibit 673- 04-18-2022
Disability AM 8-37-31
INDUCTEV
INITDISCL008804.pdf

Message
_____

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        4/18/2022 8:37:31 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Ok that one was too hostile

Exhibit 674- 04-18-2022 Disability AM 8-37-49 INDUCTEV INITDISCL005323.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 8:37:49 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Attachments**: | 0-eus-d9-436e2afe3c3d49a3b1b443d31dfa212f |

INDUCTEV INITDISCL005323

CONFIDENTIAL

INDUCTEV INITDISCL005324

Exhibit 675- 04-18-2022 Disability AM 8-39-49 INDUCTEV INITDISCL003169.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 8:39:49 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I promise I want to work here. I want this to also be an improving place.
I just really hate predatory power plays and accountability shirking. If you can't say it with your chest then
don't.

Because to me it seems like a way to cheat ppl out for stuff that can't be rationalized.
Im gonna chat with her when she's free and write my notes down after

CONFIDENTIAL                                                          INDUCTEV INITDISCL003169

Exhibit 676- 04-18-2022
Disability AM 8-59-16
INDUCTEV
INITDISCL004306.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 8:59:16 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

with your chest?

Exhibit 677- 04-18-2022
Disability AM 9-00-46
INDUCTEV
INITDISCL012461.pdf

Message
_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 9:00:46 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


I believe you. I want you to work here too.


I really hate predatory power plays and shirking. it irks me to no end. It also really bothers me that I'm not enough of a wordsmith to be able to fight it effectively. Grr.

CONFIDENTIAL                                                              INDUCTEV INITDISCL012461

# Exhibit 678- 04-18-2022 Disability AM 9-04-28 INDUCTEV INITDISCL006200.pdf

Message

_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 9:04:28 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d18-0a5a94eb437f87c60afabf58bd5869f7


laughs in: the skills of my mother, father and paternal gma combined. I may not win but I will try to push for better

im getting better at not letting her rip my life force out. draft response email prepopulated to avoid fatigue later.

Exhibit 679- 04-18-2022 Disability AM 9-04-28 INDUCTEV INITDISCL012321.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/18/2022 9:04:28 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Irks isn't strong enough.  It gets in my mind and grinds away for hours into days before I can even let it go for my own sake.

CONFIDENTIAL

Exhibit 680- 04-18-2022
Disability AM 9-06-07
INDUCTEV
INITDISCL012567.pdf

Message

---

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 9:06:07 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


"If you can't say it with your chest" what's this mean?

Exhibit 681- 04-18-2022 Disability AM 9-10-20 INDUCTEV INITDISCL009788.pdf

Message
_____

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 9:10:20 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


"say it with your chest"

Is a diasporic expression used without gender, stemming from reference to a common male puberty experience

chest is emphasized here

for a source of hair, seen as a symbol of toughness, coming of age, and the inalienable respect attributed inherently to being "grown".

due to association 1, its use to derive a deeper vocal tone, also representing toughness, coming of age et. cetra

Meaning, that if you are unable to state something loudly(read, boldly or proudly), banking on it "flat-footedly" or with everything that you are or have learned(read, integrity/"grown-ness"), **regardless of reasonable consequence**, then it is not worthy to be said.

CONFIDENTIAL                                                    INDUCTEV INITDISCL009788

Exhibit 682- 04-18-2022
Disability AM 9-11-30
INDUCTEV
INITDISCL001651.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 9:11:30 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Hmm. Curious. I've never heard of that, or anything like it before! Wonder what it's etymology is.

CONFIDENTIAL                                                     INDUCTEV INITDISCL001651

Exhibit 683- 04-18-2022
Disability AM 10-04-03
INDUCTEV
INITDISCL001881.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 10:04:03 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Tubing request is in. Two types selected in case one is too big or too small

CONFIDENTIAL

Exhibit 685- 04-18-2022

Disability AM 11-18-37

INDUCTEV

INITDISCL003217.pdf

Message
_____

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/18/2022 11:18:37 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Given the timing. I'm unsure if I did this or it came this way but one of the cables seems to jeed replacement

                                                                            INDUCTEV INITDISCL003217

Exhibit 686- 04-18-2022

Disability AM 11-20-36

INDUCTEV

INITDISCL007376.pdf

Message

---

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          4/18/2022 11:20:36 AM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**   0-eus-d15-356ff76bd2d75d62016c52f89d5e6977; 0-eus-d8-17102d7b341fe0c40253ff465caa2f66

CONFIDENTIAL

INDUCTEV INITDISCL007377

CONFIDENTIAL

INDUCTEV INITDISCL007378

Exhibit 687- 04-18-2022
Disability AM 11-21-09
INDUCTEV
INITDISCL005047.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 11:21:09 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Shortly before seeing this I was noticing cables snagging often on the sharper ac back brackets

INDUCTEV INITDISCL005047

Exhibit 688- 04-18-2022 Disability AM 11-21-20 INDUCTEV INITDISCL010494.pdf

Message

---

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 11:21:20 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:** 0-eus-d4-5d70eccacd0413b19f6dd7983de9bcaf

CONFIDENTIAL                                                          INDUCTEV INITDISCL010494

CONFIDENTIAL

INDUCTEV INITDISCL010495

# Exhibit 689 - 04-18-2022 Disability PM 12-00-22 INDUCTEV INITDISCL002778.pdf

Message
_____

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          4/18/2022 12:00:22 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Sounds good. Thank you. Please flag the damage.

# Exhibit 690 -04-18-2022 Disability PM 12-09-49 INDUCTEV INITDISCL006637.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 12:09:49 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Flag?

Exhibit 691- 04-18-2022
Disability PM 12-10-52
INDUCTEV
INITDISCL009033.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 12:10:52 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

???

# Exhibit 692- 04-18-2022 Disability PM 12-12-01 INDUCTEV INITDISCL006560.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 12:12:01 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Taylor gave me a new on to continue the build

Exhibit 693- 04-18-2022
Disability PM 12-12-03
INDUCTEV
INITDISCL005621.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/18/2022 12:12:03 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I am happy

Exhibit 694- 04-18-2022
Disability PM 12-12-24
INDUCTEV
INITDISCL002337.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 12:12:24 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also think I got biased treatment

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL002337

Exhibit 695- 04-18-2022

Disability PM 12-13-27

INDUCTEV

INITDISCL008991.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 12:13:27 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Judy said they don't give unpaid pto bc ppl use it for casual absences without notice
But they will accommodate under 40 with benefits intact if you set up a meeting about medical issues

CONFIDENTIAL

# Exhibit 696- 04-18-2022 Disability PM 12-13-56 INDUCTEV INITDISCL002972.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 12:13:56 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

she also blanketly encouraged me to work from home more or whenever there's a task delay

# Exhibit 697- 04-18-2022 Disability PM 12-15-17 INDUCTEV INITDISCL010320.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/18/2022 12:15:17 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

she also is emailing me an accommodations form for my doctor to fill out on how my schedule may need to be adjusted but as long as I can do 30+ she said they can let the pto bit go.

Exhibit 698- 04-18-2022
Disability PM 12-17-10
INDUCTEV
INITDISCL011557.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 12:17:10 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Hm.

Exhibit 699- 04-18-2022 Disability PM 12-17-39 INDUCTEV INITDISCL004583.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 12:17:39 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

**Assata Acey**

Also think I got biased treatment

Please confirm this is about what follows, not about what preceeded.

Also confirm if positive or negative bias

CONFIDENTIAL                                                    INDUCTEV INITDISCL004583

Exhibit 700- 04-18-2022
Disability PM 12-19-07
INDUCTEV
INITDISCL008392.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 12:19:07 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

Please confirm this is about what follows, not about what preceeded. Also confirm if positive or negative bias

I suspect she's giving me a nicer and more workable answer than she gave Seth on account of my emails and concenr of lawsuit

CONFIDENTIAL

Exhibit 701- 04-18-2022
Disability PM 12-19-45
INDUCTEV
INITDISCL012986.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 4/18/2022 12:19:45 PM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

it is looking like a good outcome for me but I am hoping others who need it get the same.

CONFIDENTIAL                                                          INDUCTEV INITDISCL012986

Exhibit 702- 04-18-2022 Disability PM 12-20-05 INDUCTEV INITDISCL007537.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 12:20:05 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Understood. Thanks. I'll poke this a bit.

CONFIDENTIAL                                                    INDUCTEV INITDISCL007537

Exhibit 703- 04-18-2022 Disability PM 12-20-06 INDUCTEV INITDISCL000631.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/18/2022 12:20:06 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

**Joren Wendschuh**

Please confirm this is about what follows, not about what preceeded. Also confirm if positive or negative bias follows. Positive

INDUCTEV INITDISCL000631

Exhibit 704- 04-18-2022
Disability PM 12-20-46
INDUCTEV
INITDISCL005320.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       4/18/2022 12:20:46 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Note - due to keeping things confidential, I may or may not follow up with you on the status.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL005320

Exhibit 705- 04-18-2022

Disability PM 12-21-56

INDUCTEV

INITDISCL004645.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 12:21:56 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Please do:

copy me on what Judy sends as a form

Let me know what accommodations you request - or could be helpful.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004645

Exhibit 706- 04-18-2022
Disability PM 12-22-28
INDUCTEV
INITDISCL002517.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/18/2022 12:22:28 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

Note - due to keeping things confidential, I may or may not follow up with you on the status.

I'm probably going to update anyway

CONFIDENTIAL

Exhibit 707- 04-18-2022

Disability PM 12-22-52

INDUCTEV

INITDISCL002809.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/18/2022 12:22:52 PM
**To:**     Assata Acey [Assata.Acey@momentumdynamics.com]

Sorry - I meant with others in the team.

CONFIDENTIAL                                                                                       INDUCTEV INITDISCL002809

Exhibit 708- 04-18-2022 Disability PM 12-23-16 INDUCTEV INITDISCL001584.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 12:23:16 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Feel free to update where you feel the desire tol

# Exhibit 709- 04-18-2022 Disability PM 12-23-35 INDUCTEV INITDISCL007029.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 12:23:35 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Oh I was unsure how it would be followed up with team re:the last meeting discussion on pto and hr issues

CONFIDENTIAL                                                                        INDUCTEV INITDISCL007029

Exhibit 710- 04-18-2022 Disability PM 12-23-51 INDUCTEV INITDISCL009067.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/18/2022 12:23:51 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I went looking for Seth immediately after the meeting to share the result I had gotten incase he had been told the same thing abt hours and accommodations etc

CONFIDENTIAL                                                                                                     INDUCTEV INITDISCL009067

Exhibit 711- 04-18-2022
Disability PM 12-24-25
INDUCTEV
INITDISCL000970.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/18/2022 12:24:25 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I told him about the email and meeting this morning. Originally id thought hed gotten what he needed and would be glad but was dissappinted when he said his attempt at unpaid time off had been denied and he was also stressed where I was.

CONFIDENTIAL                                              INDUCTEV INITDISCL000970

Exhibit 712- 04-18-2022

Disability PM 12-31-14

INDUCTEV

INITDISCL002035.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 12:31:14 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I don't know what the last three mean, and they bring further questions on the above. I don't feel confidant that we're talking apples and apples.

CONFIDENTIAL

Exhibit 713- 04-18-2022 Disability PM 12-31-39 INDUCTEV INITDISCL004433.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/18/2022 12:31:39 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Feel free to join me in the conf room early, to discuss.

CONFIDENTIAL

# Exhibit 714- 04-18-2022 Disability PM 3-32-37 INDUCTEV INITDISCL007402.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/28/2022 3:32:37 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I think getting anxious when tired is common so I wasn't sure. But I wanted to communicate bc I was feeling like I should work harder but Luke my feet actually hurt and I forgot to eat my backup lunch

CONFIDENTIAL                                                      INDUCTEV INITDISCL007402

Exhibit 715- 04-19-2022
Disability AM 10-31-23
INDUCTEV
INITDISCL004491.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/19/2022 10:31:23 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I have the words to send to her but I just don't want to engage

INDUCTEV INITDISCL004491

Exhibit 716- 04-19-2022
Disability PM 12-13-48
INDUCTEV
INITDISCL009171.pdf

Message

**From:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**       4/19/2022 12:13:48 PM
**To:**         Assata Acey [Assata.Acey@momentumdynamics.com]

Ok. I'm still not understanding what I should be. I'm sorry.

It's not worth you stressing over though, so I'm going to set it aside. If you think it's worth me understanding better (and I do!), let's revisit it sometime - I'll let you drive that if / when you think it should be.

CONFIDENTIAL                                                    INDUCTEV INITDISCL009171

Exhibit 717- 04-22-2022
Disability AM 6-49-49
INDUCTEV
INITDISCL002119.pdf

Message
_____

**From:**         Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**         4/22/2022 6:49:49 AM
**To:**           Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments:**  0-eus-d4-8f90cf9fe18b8198733b76f03b27d794; 0-eus-d9-af197955ec889e74437047026f3d9149; 0-eus-d6-
                  3cbe17dbda469c12b4e50b762bb5bd21

CONFIDENTIAL

INDUCTEV INITDISCL002120

CONFIDENTIAL

INDUCTEV INITDISCL002121

CONFIDENTIAL

INDUCTEV INITDISCL002122

Exhibit 718- 04-22-2022 Disability AM 6-50-44 INDUCTEV INITDISCL007264.pdf

Message
_____

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/22/2022 6:50:44 AM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Yesterday

INDUCTEV INITDISCL007264

# Exhibit 719- 04-22-2022 Disability AM 6-51-07 INDUCTEV INITDISCL006089.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/22/2022 6:51:07 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Ye. Is late status update

Exhibit 720- 04-22-2022 Disability AM 6-51-22 INDUCTEV INITDISCL004325.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 6:51:22 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Those hose clamps were a pain

CONFIDENTIAL

Exhibit 721- 04-22-2022
Disability AM 6-51-59
INDUCTEV
INITDISCL001734.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/22/2022 6:51:59 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

2 of my fan assemblies are missing. I suspect that they were kitted bc I remember seeing them. I suspect Rob bc idk who else would use them

CONFIDENTIAL

Exhibit 722- 04-22-2022
Disability AM 6-55-02
INDUCTEV
INITDISCL010176.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/22/2022 6:55:02 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

status-
1. need information on flow assemblies to continue build cooling cabinet build
2. Need hardware for studs

Upcoming actions
1. Redoing bulkhead panel labels
2. Finish fan cable routing.
3. Installing uchannle nuts

CONFIDENTIAL                                                   INDUCTEV INITDISCL010176

Exhibit 723- 04-22-2022
Disability AM 6-55-42
INDUCTEV
INITDISCL011264.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/22/2022 6:55:42 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


What info for flow assembly?

Exhibit 724- 04-22-2022 Disability AM 6-56-05 INDUCTEV INITDISCL004080.pdf

Message

**From**:        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**:        4/22/2022 6:56:05 AM
**To**:          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


You have an email from me from yesterday

CONFIDENTIAL

Exhibit 725- 04-22-2022
Disability AM 7-52-36
INDUCTEV
INITDISCL007058.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/22/2022 7:52:36 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hi I'm not gonna make it in before our meeting. Alot of cat poop.

CONFIDENTIAL

Exhibit 726- 04-22-2022
Disability AM 7-52-48
INDUCTEV
INITDISCL003788.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 7:52:48 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Good luck.

Exhibit 727- 04-22-2022 Disability AM 7-59-21 INDUCTEV INITDISCL007860.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 7:59:21 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Good luck.

                                                                    INDUCTEV INITDISCL007860

Exhibit 728- 04-22-2022
Disability AM 8-21-31
INDUCTEV
INITDISCL008061.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        4/22/2022 8:21:31 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Someone who insisted on doing th epee pads left one half in, causing pee to pool in the carrier. It smells a lot better now

CONFIDENTIAL

Exhibit 729- 04-22-2022
Disability AM 9-01-49
INDUCTEV
INITDISCL005718.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          4/22/2022 9:01:49 AM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Good. Though I know not who you are blamin

CONFIDENTIAL                                                    INDUCTEV INITDISCL005718

Exhibit 730- 04-22-2022 Disability AM 9-38-14 INDUCTEV INITDISCL011784.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 4/22/2022 9:38:14 AM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

Maria's in house.

CONFIDENTIAL                                    INDUCTEV INITDISCL011784

Exhibit 731- 04-22-2022
Disability AM 9-44-34
INDUCTEV
INITDISCL008448.pdf

Message

---

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 9:44:34 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Coo

 INDUCTEV INITDISCL008448

Exhibit 732- 04-22-2022

Disability AM 10-39-34

INDUCTEV

INITDISCL003590.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/22/2022 10:39:34 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Also trying to get hr to request pto time in writing but Diana was so vague and if I ask * her* clarifying questions Judy could use email to throw her under bus later like last time

CONFIDENTIAL                                                              INDUCTEV INITDISCL003590

Exhibit 733- 04-22-2022
Disability AM 11-12-03
INDUCTEV
INITDISCL011365.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/22/2022 11:12:03 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Please take your time today.

Please pull coolant flow assembly from 150 and heat exchangers too if possible.

CONFIDENTIAL                                                                                    INDUCTEV INITDISCL011365

Exhibit 734- 04-22-2022

Disability PM 12-29-20

INDUCTEV

INITDISCL007874.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 12:59:20 PM
**To:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


A-1720

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL007874

Exhibit 735- 04-22-2022
Disability PM 12-41-57
INDUCTEV
INITDISCL004582.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/22/2022 12:41:57 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Thanks!  Please put them all together in a box.  After my meeting I'll pick it up

CONFIDENTIAL

# Exhibit 736- 04-22-2022 Disability PM 12-52-53 INDUCTEV INITDISCL008476.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/22/2022 12:52:53 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

What's the pn on the flow assembly?

CONFIDENTIAL

Exhibit 737- 04-22-2022

Disability PM 12-59-16

INDUCTEV

INITDISCL005982.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/22/2022 12:59:16 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


?

CONFIDENTIAL

Exhibit 738- 04-22-2022 Disability PM 12-59-26 INDUCTEV INITDISCL010741.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 4/22/2022 12:59:26 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

A-01720

CONFIDENTIAL                                                    INDUCTEV INITDISCL010741

Exhibit 739- 04-22-2022
Disability PM 12-59-52
INDUCTEV
INITDISCL010169.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    4/22/2022 12:59:52 PM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

Thanks!

                                                                    INDUCTEV INITDISCL010169

Exhibit 740- 04-22-2022
Disability PM 1-29-02
INDUCTEV
INITDISCL012920.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/22/2022 1:29:02 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Keys missing

Exhibit 741- 04-22-2022

Disability PM 1-29-05

INDUCTEV

INITDISCL002912.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/22/2022 1:29:05 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Gotta go

Exhibit 742- 04-22-2022
Disability PM 1-29-33
INDUCTEV
INITDISCL003424.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 1:29:33 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Coordinating a ride

Exhibit 743- 04-22-2022
Disability PM 1-40-37
INDUCTEV
INITDISCL009321.pdf

Message

**From:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:** 4/22/2022 1:40:37 PM
**To:** Assata Acey [Assata.Acey@momentumdynamics.com]

Ok

# Exhibit 744- 04-22-2022 Disability PM 1-40-46 INDUCTEV INITDISCL009448.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/22/2022 1:40:46 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Be safe.

                                                       INDUCTEV INITDISCL009448

Exhibit 745- 04-22-2022 Disability PM 1-42-56 INDUCTEV INITDISCL012422.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 1:42:56 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Hope you're okay.  Let me know if you want me to look

CONFIDENTIAL                                                                                              INDUCTEV INITDISCL012422

Exhibit 746- 04-22-2022
Disability PM 1-45-20
INDUCTEV
INITDISCL012487.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 1:45:20 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Im Going in and out of heat flashes and every time I move or move my head I'm getting paid fully dizzy.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL012487

Exhibit 747- 04-22-2022
Disability PM 1-45-41
INDUCTEV
INITDISCL003756.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/22/2022 1:45:41 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

idk where my keys are ivw been searching back and forth for a while.

Exhibit 748- 04-22-2022
Disability PM 1-45-48
INDUCTEV
INITDISCL001689.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      4/22/2022 1:45:48 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

the floor in the back is comfortingly cold.

CONFIDENTIAL

# Exhibit 749- 04-22-2022 Disability PM 1-45-53 INDUCTEV INITDISCL011907.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/22/2022 1:45:53 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I'm going to be ok

CONFIDENTIAL                                                 INDUCTEV INITDISCL011907

Exhibit 750- 04-22-2022
Disability PM 1-46-01
INDUCTEV
INITDISCL011667.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 1:46:01 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Yeah.  Ok.   Go go go

Exhibit 751- 04-22-2022
Disability PM 3-11-41
INDUCTEV
INITDISCL000584.pdf

Message

_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     4/22/2022 3:11:41 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]; Brian Kenney [Brian.Kenney@momentumdynamics.com]; 28:4aa38041-66a2-41a4-ac97-55bc828a9803; 28:512b84d2-5840-45d6-8d01-5f073836d039; Omar Jackson [omar.jackson@momentumdynamics.com]; Seth Wolgemuth [seth.wolgemuth@momentumdynamics.com]


Team.  Sorry to have jetted out.  Mom had an accident.  Please reach out via text if you need anything. Wishing you all a safe weekend.

INDUCTEV INITDISCL000584

Exhibit 752- 04-22-2022 Disability PM 8-56-06 INDUCTEV INITDISCL003021.pdf

Message

**From:**  Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**  4/22/2022 8:56:06 PM
**To:**  Assata Acey [Assata.Acey@momentumdynamics.com]; Brian Kenney [Brian.Kenney@momentumdynamics.com]; 28:4aa38041-66a2-41a4-ac97-55bc828a9803; 28:512b84d2-5840-45d6-8d01-5f073836d039; Omar Jackson [omar.jackson@momentumdynamics.com]; Seth Wolgemuth [seth.wolgemuth@momentumdynamics.com]

Thank you.

CONFIDENTIAL    INDUCTEV INITDISCL003021

# Exhibit 753- 04-22-2022 Disability PM 8-56-31 INDUCTEV INITDISCL011830.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        4/22/2022 8:56:31 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Checking in if you got home or somewhere safe. Haven't heard from you.

CONFIDENTIAL                                                                          INDUCTEV INITDISCL011830

Exhibit 754- 04-22-2022
Disability PM 8-56-47
INDUCTEV
INITDISCL010862.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 8:56:47 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Good luck with the MRI tomorrow.

CONFIDENTIAL                                                                      INDUCTEV INITDISCL010862

Exhibit 755- 04-22-2022 Disability PM 10-32-17 INDUCTEV INITDISCL003367.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/22/2022 10:32:17 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hi

CONFIDENTIAL                                                              INDUCTEV INITDISCL003367

# Exhibit 756- 04-22-2022 Disability PM 10-32-50 INDUCTEV INITDISCL006802.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 10:32:50 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I'm home. I typed up the issue to my doctor but got a bit weak and passed out.

CONFIDENTIAL                                                    INDUCTEV INITDISCL006802

Exhibit 757- 04-22-2022
Disability PM 10-33-38
INDUCTEV
INITDISCL003578.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 10:33:28 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

bacons been watching me. Im gonna order food jic so I don't burn anything. Tha k you for luck!

CONFIDENTIAL                                          INDUCTEV INITDISCL003578

Exhibit 758- 04-22-2022

Disability PM 10-39-34

INDUCTEV

INITDISCL003590.pdf

Message

---

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       4/22/2022 10:39:34 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Also trying to get hr to request pto time in writing but Diana was so vague and if I ask * her* clarifying questions Judy could use email to throw her under bus later like last time

CONFIDENTIAL

INDUCTEV INITDISCL003590

Exhibit 759- 04-22-2022
Disability PM 10-40-40
INDUCTEV
INITDISCL008911.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/22/2022 10:40:40 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

but that's another issue in itself. Gonna put in hours and idk send Judy another email stating that. Apparently my doctor sent forms over today.

    INDUCTEV INITDISCL008911

Exhibit 760 -04-22-2022
Disability PM 11-31-38
INDUCTEV
INITDISCL008560.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      4/22/2022 11:31:38 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Okay.  I think I follow.  Please let me know if I can help in any way.

CONFIDENTIAL                                                                            INDUCTEV INITDISCL008560

Exhibit 761- 04-22-2022

Disability PM 11-34-38

INDUCTEV

INITDISCL001707.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     4/22/2022 11:34:38 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I hope your mom is OK or getting better

CONFIDENTIAL                                                    INDUCTEV INITDISCL001707

Exhibit 762- 04-25-2022 Disability PM 3-31-10 INDUCTEV INITDISCL002523.pdf

Message

**From:**          Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**          4/25/2022 3:31:10 PM
**To:**            Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I just saw the accommodations form. Looks strict af idk why or what I'd even request over what the doctor wrote

CONFIDENTIAL                                                                        INDUCTEV INITDISCL002523

# Exhibit 763- 04-27-2022 Disability AM 10-56-41 INDUCTEV INITDISCL007192.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 4/27/2022 10:56:41 AM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Attachments**: | 0-eus-d11-cee2e58f857e316b5cad5388fdad0570 |

CONFIDENTIAL

CONFIDENTIAL

INDUCTEV INITDISCL007193

# Exhibit 764- 07-07-2021 Coworker Conflict AM 10-24-17 INDUCTEV INITDISCL003168.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 7/7/2021 10:24:17 AM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Hi Joren?

I wanted to ask to meet with you but theres not really any private office space. So sorry for these long messages( abt 5 mins reading time)

**Purpose :**I wanted to check in and realign my sense of what I'm supposed to be doing/ because there's been some behaviors and comments that I have been mixing with me genuinely wanting to make sure I'm helping.

**Context :**
My assessment was that I am supposed to be:
a) Learning about team processes through shadowing
b) Completing direct tasks as given by you (ie: cabinet fixes, helping out with boards)
c) Documenting my work/ supporting documentation so that any related errors found(BOM inconsistencies, wrong use of parts, inaccurate cabinet travelers etc)can be found and reviewed and prevented.
d) Running supports beyond the scope of direct tasks(ie: working with Seth to document/anticipate moving parts) to you

**Request:** I know theres definitely a learning curve to where I would be able to become more helpful over time as I learn more. But getting a sense from you with what I should be doing would help me provide the right support and be less confused

**Comments and Behaviors:**
  a) "I dont build cabinets, that what we have you for. " (when I first met Taylor and was asking what he does) "I dont see why he doesn't just have you build cabinets" (After previewing the chart I was excited to present to him on Friday)
  b)  "As an assembler...you" -- the beginning of many of Maria's sentences when I ask her about cabinets
  c) Frank: "This is Assata. Shes a technician with a **Physics** degree... she'll be doing better things... "-- Introducing a new hire with a smile.

**Effects:**
There are other small actions and experiences but the effect is this
\*\*After Taylors comments,  I questioned even finishing typing stuff or doing organization, despite  i) him being ok with my chart and description on last monday ii) Maria's input about the need for organization and her intention with those carts
\*\*I get a vibe that writing down fixes to be considered for the cabinets, along with documenting feedback or BOM issues is unexpected and not "assembler" role?

**Request:** I know theres definitely a learning curve to where I would be able to become more helpful over time as I learn more. I know there's also career path stuff, but for here and now getting a sense from you with what I should be doing would help me provide the right support and be less confused. I am also a person and new and I  just want to help

CONFIDENTIAL                                                                 INDUCTEV INITDISCL003168

# Exhibit 765- 07-07-2021 Coworker Conflict AM 11-06-23 INDUCTEV INITDISCL012072.pdf

Message

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     7/7/2021 11:06:23 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

Assata,

First off - thank you for being open and letting me know!  So sorry for how some of this is coming across.
I've sent you an invite for tomorrow to sit down and discuss this - is that acceptable for you?

CONFIDENTIAL                                                                 INDUCTEV INITDISCL012072

Exhibit 766- 10-08-2021 False
Safety Report AM 10-24-11
INDUCTEV
INITDISCL007512.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 10:24:11 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Hey, could you please provide a bit more information on the light tower conversation?

CONFIDENTIAL

# Exhibit 767- 10-08-2021 False Safety Report AM 10-25-25 INDUCTEV INITDISCL003616.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 10:25:25 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


I'm hearing some disturbing things about that, and need to squash this ASAP

CONFIDENTIAL

Exhibit 768- 10-08-2021 False Safety Report AM 10-26-11 INDUCTEV INITDISCL005586.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 10:26:11 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

This has now become a thing.

CONFIDENTIAL

Exhibit 769- 10-08-2021 False Safety Report AM 11-12-51 INDUCTEV INITDISCL003325.pdf

Message

**From:**       Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        10/8/2021 11:12:51 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Just now seeing this

# Exhibit 770- 10-08-2021 False Safety Report AM 11-13-02 INDUCTEV INITDISCL004688.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 11:13:02 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Oh, ok. Thanks.

CONFIDENTIAL                                                    INDUCTEV INITDISCL004688

Exhibit 771- 10-08-2021 False Safety Report AM 11-13-26 INDUCTEV INITDISCL007164.pdf

Message

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        10/8/2021 11:13:26 AM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]

Sorry, I thought you had seen this which is why you came over. What did you come over for?

CONFIDENTIAL                                                                                  INDUCTEV INITDISCL007164

# Exhibit 772- 10-08-2021 False Safety Report AM 11-14-38 INDUCTEV INITDISCL011802.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/8/2021 11:14:38 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I was just going to tell you how the pneumatic handle went

CONFIDENTIAL                                                      INDUCTEV INITDISCL011802

Exhibit 773- 10-08-2021 False Safety Report AM 11-15-23 INDUCTEV INITDISCL001011.pdf

Message

---

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 10/8/2021 11:15:23 AM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Thats why I was surprised 😮 when oh had me sit. Then i was 2orried Tina had died since I didn't help her with the lift

Exhibit 774- 10-08-2021 False Safety Report AM 11-15-51 INDUCTEV INITDISCL007220.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    10/8/2021 11:15:51 AM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Then I was just irritated that ppl at work don't use eyes and ears 😒

                                                                                     INDUCTEV INITDISCL007220

Exhibit 775- 10-08-2021 False Safety Report AM 11-15-57 INDUCTEV INITDISCL001835.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 11:15:57 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

But I'm chilling now.

CONFIDENTIAL                                                  INDUCTEV INITDISCL001835

# Exhibit 776- 10-08-2021 False Safety Report AM 11-16-26 INDUCTEV INITDISCL011467.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/8/2021 11:16:26 AM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Prepping cabinet for lunch time

# Exhibit 777- 10-08-2021 False Safety Report AM 11-23-13 INDUCTEV INITDISCL002903.pdf

Message

---

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     10/8/2021 11:23:13 AM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]


Thank you.

INDUCTEV INITDISCL002903

# Exhibit 778- 10-08-2021 False Safety Report AM 11-23-23 INDUCTEV INITDISCL007048.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      10/8/2021 11:23:23 AM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Sorry about the hydraulic punch

# Exhibit 779- 11-09-2021 Julian Complaints PM 3-42-11 INDUCTEV INITDISCL006924.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      11/9/2021 3:42:11 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Julian said Daniel had him in the front bc he thought hed be "more effective/productive" up there. It's giving "assata" talks to much vibes but like directed at him.. says hes happy he still works here. grr

CONFIDENTIAL                                                                    INDUCTEV INITDISCL006924

Exhibit 780- 11-09-2021 Julian Complaints PM 3-43-26 INDUCTEV INITDISCL011608.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 11/9/2021 3:43:26 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

## Joren Wendschuh

Quote of what? Sorry Not sure.

Quote of cable shield

CONFIDENTIAL

Exhibit 781- 11-09-2021 Julian Complaints PM 3-57-07 INDUCTEV INITDISCL005610.pdf

Message

_____

**From**: Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**: 11/9/2021 3:57:07 PM
**To**: Assata Acey [Assata.Acey@momentumdynamics.com]


https://www.mcmaster.com/clip-nuts/

                                    INDUCTEV INITDISCL005610

Exhibit 782- 11-09-2021 Julian Complaints PM 3-58-56 INDUCTEV INITDISCL008293.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/9/2021 3:58:56 PM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

## Assata Acey

Julian said Daniel had him in the front bc he thought hed be "more effective/productive" up there. It's giving "assata" talks to much vibes but like directed at him.. says hes happy he still works here. grr

Hmm ⬜ strange. A lot of weird going on around that. Not sure why.

INDUCTEV INITDISCL008293

Exhibit 783- 11-09-2021 Julian Complaints PM 3-59-00 INDUCTEV INITDISCL008509.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 11/9/2021 3:59:00 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

https://www.mcmaster.com/clip-nuts/

low, floating nut, or enclosed nut?

CONFIDENTIAL

# Exhibit 784- 11-09-2021 Julian Complaints PM 3-59-18 INDUCTEV INITDISCL007975.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/9/2021 3:59:18 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

Quote of cable shield

Haven't heard anything more, but I think Harry's working it. Thanks for finding it!

# Exhibit 785- 11-09-2021 Julian Complaints PM 3-59-40 INDUCTEV INITDISCL007155.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 11/9/2021 3:59:40 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

Hmm ☹ strange. A lot of weird going on around that. Not sure why.

its feeling like the flag i raised when the requisition email stuf was coming out..

CONFIDENTIAL

# Exhibit 786- 11-09-2021 Julian Complaints PM 4-00-08 INDUCTEV INITDISCL009116.pdf

Message

| | |
|---|---|
| **From**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |
| **Sent**: | 11/9/2021 4:00:08 PM |
| **To**: | Assata Acey [Assata.Acey@momentumdynamics.com] |

**Assata Acey**

low, floating nut, or enclosed nut?

not low.

Not floating., not snap in.

CONFIDENTIAL                                                                            INDUCTEV INITDISCL009116

Exhibit 787- 11-09-2021 Julian Complaints PM 4-00-27 INDUCTEV INITDISCL010844.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      11/9/2021 4:00:27 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

its feeling like the flag i raised when the requisition email stuf was coming out..

Separate things though.

CONFIDENTIAL                                                                          INDUCTEV INITDISCL010844

Exhibit 788- 11-09-2021 Julian Complaints PM 4-00-50 INDUCTEV INITDISCL001498.pdf

Message
_____

**From**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:       11/9/2021 4:00:50 PM
**To**:         Assata Acey [Assata.Acey@momentumdynamics.com]


**Assata Acey**

we were using the nuts from the hardware tower.

If we have too, OK. But for field service, a clip nut is much less hateful.

CONFIDENTIAL

Exhibit 789- 11-09-2021 Julian Complaints PM 4-01-45 INDUCTEV INITDISCL011238.pdf

Message

___

**From**: Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent**: 11/9/2021 4:01:45 PM
**To**: Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Attachments**: 0-eus-d6-aebf1ffd87b6ac4874f9dfac37a65598

Exhibit 790- 02-11-2022 HR Conflict AM 8-40-58 INDUCTEV INITDISCL018670.pdf

Message

**From:**       Diana Wilmes [diana.wilmes@momentumdynamics.com]
**Sent:**       2/11/2022 8:40:58 AM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Hey Joren, I heard Steve Brown asking Rob if they had seen Assata lately. Sounded like Rob hadn't seen her in awhile. And come to think of it, I haven't seen her lately either. Is she working downstairs or from home? Not sure why he was asking but if someone comes and asks me, I just want to know something to say. Hopefully she is not sick.

CONFIDENTIAL                                                           INDUCTEV INITDISCL018670

Exhibit 791- 02-11-2022 HR Conflict AM 09-01-43 INDUCTEV INITDISCL018667.pdf

Message

**From**:      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:      2/11/2022 9:01:43 AM
**To**:        Diana Wilmes [diana.wilmes@momentumdynamics.com]

Diana,

Yeah, I'm frustrated with the rumor mill here at work. [ ] A lot of people saying bad things about people.

Assata has been doing some research and writing up procedures, because of this, I'm letting her work from home to do them, as there's little reason to be in the office to just be on the computer.

Thanks for reaching out. Hope that helps?

CONFIDENTIAL                                                                                          INDUCTEV INITDISCL018667

Exhibit 792- 02-18-2022 Supervisor Follow up PM 4-55-04 INDUCTEV INITDISCL004638.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/18/2022 4:55:04 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Calling glove place for distributors

Exhibit 793- 02-18-2022 Supervisor Follow up PM 4-55-39 INDUCTEV INITDISCL000910.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/18/2022 4:55:39 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

**authorized distributors**

Exhibit 794- 02-18-2022 Supervisor Follow up PM 5-01-01 INDUCTEV INITDISCL003600.pdf

Message
_____

**From**:       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:       2/18/2022 5:01:01 PM
**To**:         Assata Acey [Assata.Acey@momentumdynamics.com]


FYI - talked with Jorge about grilling you on where have you been. Let me know if it comes up ever again.


His 'defense" was you were a bit stand off ish when asked about how VW was going and that you weren't sure if you could talk with him about it because of past defense contractors you've worked with.


Again, let me know if it ever comes up again.

CONFIDENTIAL                                                                        INDUCTEV INITDISCL003600

# Exhibit 795- 02-18-2022 Supervisor Follow up PM 5-01-30 INDUCTEV INITDISCL011215.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 2/18/2022 5:01:30 PM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

Not pressing further bc he felt slighted

CONFIDENTIAL

Exhibit 796- 02-18-2022 Supervisor Follow up PM 5-02-49 INDUCTEV INITDISCL002720.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        2/18/2022 5:02:49 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


To be clear - I don't mind you talking about what you're working on with a **full time** employee of MD.

If it's ever in question, feel free to direct them to me.

To be clear about above - that does not mean I want you to feel obligated to talk about it either.

CONFIDENTIAL

Exhibit 797- 02-18-2022 Supervisor Follow up PM 5-04-25 INDUCTEV INITDISCL008348.pdf

Message

---

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       2/18/2022 5:04:25 PM
**To:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I see. Defense as far as saying that my discomfort is only due to defense and not due to feeling uneccesarityl scrutinized.

CONFIDENTIAL

Exhibit 798- 02-18-2022 Supervisor Follow-up PM 5-04-44 INDUCTEV INITDISCL005146.pdf

Message
_____

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      2/18/2022 5:04:44 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Regardless of his stance, I appreciate you following up for me and letting me know what to do in future

Exhibit 799- 02-18-2022 Supervisor Follow up PM 5-05-05 INDUCTEV INITDISCL010431.pdf

Message
_____

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      2/18/2022 5:05:05 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


That's why you're hearing about it. I heard you after the Brian thing and I'm trying to be better

CONFIDENTIAL                                                                 INDUCTEV INITDISCL010431

Exhibit 800- 02-18-2022 Supervisor Follow up PM 5-06-37 INDUCTEV INITDISCL012297.pdf

Message

_____

**From:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**     2/18/2022 5:06:37 PM
**To:**       Assata Acey [Assata.Acey@momentumdynamics.com]

It's not a strong suit of mine - I often just "get things done" but like to stay out of the lime light, and saying "hey, I got this done, this is the outcome" feels some like I'm tooting my own horn - not something I like / do well.

Regardless of that - I'm working on following up and back.

CONFIDENTIAL                                                              INDUCTEV INITDISCL012297

# Exhibit 801- 02-18-2022 Supervisor Follow up PM 5-06-46 INDUCTEV INITDISCL009968.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    2/18/2022 5:06:46 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]

Cool!

Exhibit 802- 12-13-2021 Degree Cartoon PM 3-10-30 INDUCTEV INITDISCL009083.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/13/2021 3:10:30 PM
**To:**     Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Do you think I should Frame my degree and print my six Sigma/project management certs and frame yhem at my desk?

CONFIDENTIAL

# Exhibit 803- 12-13-2021 Degree Cartoon PM 3-10-58 INDUCTEV INITDISCL007251.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     12/13/2021 3:10:58 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I think perhaps not but the jok e that's been pinned outside my cubicle feels only specific since no one else has admitted to majoring in physics here

INDUCTEV INITDISCL007251

# Exhibit 804- 12-13-2021 Degree Cartoon PM 3-12-48 INDUCTEV INITDISCL003569.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/13/2021 3:12:48 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

I think you should a **copy** of your degree for sure.

# Exhibit 805- 12-13-2021 Degree Cartoon PM 3-12-56 INDUCTEV INITDISCL003726.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/13/2021 3:12:56 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Not sure I follow the second statement there.

Exhibit 806- 12-13-2021 Degree Cartoon PM 5-00-03 INDUCTEV INITDISCL002447.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      12/13/2021 5:00:03 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Yeah, that's rather odd of a "post".

CONFIDENTIAL                                                                    INDUCTEV INITDISCL002447

# Exhibit 807- 12-13-2021 Degree Cartoon PM 5-32-17 INDUCTEV INITDISCL005575.pdf

Message

| | |
|---|---|
| **From:** | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent:** | 12/13/2021 5:32:17 PM |
| **To:** | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

No one else majored in physics

CONFIDENTIAL

INDUCTEV INITDISCL005575

# Exhibit 808- 03-02-2022 General Hostility PM 4-03-31 INDUCTEV INITDISCL004404.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      3/2/2022 4:03:31 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

re uniforms: how to get around it being a weekly charge?

Exhibit 809- 03-02-2022
General Hostility PM 4-03-46
INDUCTEV
INITDISCL003485.pdf

Message

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        3/2/2022 4:03:46 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Do I ask hary to purchase and coordinate?

Exhibit 810- 03-02-2022
General Hostility PM 4-04-15
INDUCTEV
INITDISCL001773.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          3/2/2022 4:04:15 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


Sure please.

# Exhibit 811- 03-02-2022 General Hostility PM 4-06-07 INDUCTEV INITDISCL007268.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    3/2/2022 4:06:07 PM
**To:**      Assata Acey [Assata.Acey@momentumdynamics.com]

And put in as "approval needed"

CONFIDENTIAL                                                          INDUCTEV INITDISCL007268

# Exhibit 812- 03-02-2022 General Hostility PM 4-34-58 INDUCTEV INITDISCL012562.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    3/2/2022 4:34:58 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


im so scared to send this email

# Exhibit 813- 03-02-2022 General Hostility PM 4-35-06 INDUCTEV INITDISCL004945.pdf

Message
_____

**From:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**        3/2/2022 4:35:06 PM
**To:**          Assata Acey [Assata.Acey@momentumdynamics.com]


Which one?

CONFIDENTIAL                                                                    INDUCTEV INITDISCL004945

# Exhibit 814- 03-02-2022 General Hostility PM 4-35-09 INDUCTEV INITDISCL004230.pdf

Message

**From:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**    3/2/2022 4:35:09 PM
**To:**    Assata Acey [Assata.Acey@momentumdynamics.com]


Wait

Exhibit 815- 03-02-2022
General Hostility PM 4-35-12
INDUCTEV
INITDISCL011083.pdf

Message

**From:** Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:** 3/2/2022 4:35:12 PM
**To:** Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

for lab uniforms

Exhibit 816- 03-02-2022
General Hostility PM 4-35-19
INDUCTEV
INITDISCL004044.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      3/2/2022 4:35:19 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

Ok. Pass through me then.

Exhibit 817- 03-02-2022
General Hostility PM 4-35-46
INDUCTEV
INITDISCL005292.pdf

Message

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      3/2/2022 4:35:46 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]


Just do everything as you would, just remove purchasing from the to line

CONFIDENTIAL                                                                    INDUCTEV INITDISCL005292

Exhibit 818- 03-02-2022
General Hostility PM 4-38-55
INDUCTEV
INITDISCL001395.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    3/2/2022 4:38:55 PM
**To:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


done

Exhibit 819- 03-02-2022
General Hostility PM 4-49-34
INDUCTEV
INITDISCL006223.pdf

Message
_____

**From:**         Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**         3/2/2022 4:49:34 PM
**To:**           Assata Acey [Assata.Acey@momentumdynamics.com]


I've noticed that the last 2-3 days you've been super aversive, in a lot of ways.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL006223

Exhibit 820- 03-02-2022
General Hostility PM 4-50-45
INDUCTEV
INITDISCL001666.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     3/2/2022 4:50:45 PM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

idk if its more or if Im being honest about why some tasks take longer

CONFIDENTIAL                                              INDUCTEV INITDISCL001666

Exhibit 821- 03-02-2022 General Hostility PM 4-52-04 INDUCTEV INITDISCL006796.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      3/2/2022 4:52:04 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

I also feel partially responsible for ppl hurting my feelings-like I should make it easier for them not to--I really want everyone to be happy and not just me. Jorges thoughts got unde my skin a bit and the world always screams about the perspective of the oppressive person in a situation

CONFIDENTIAL                                                                                     INDUCTEV INITDISCL006796

Exhibit 822- 03-02-2022 General Hostility PM 4-53-16 INDUCTEV INITDISCL007848.pdf

Message

---

**From:**      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**      3/2/2022 4:53:16 PM
**To:**        Assata Acey [Assata.Acey@momentumdynamics.com]

You should not have to defend yourself for being uncomfortable. You're a human being with inherent value!

CONFIDENTIAL                                                    INDUCTEV INITDISCL007848

Exhibit 823- 03-02-2022
General Hostility PM 4-53-22
INDUCTEV
INITDISCL007868.pdf

Message

| | |
|---|---|
| **From**: | Assata Acey [Assata.Acey@momentumdynamics.com] |
| **Sent**: | 3/2/2022 4:53:22 PM |
| **To**: | Joren Wendschuh [joren.wendschuh@momentumdynamics.com] |

**Joren Wendschuh**

You're saying you're stressing out over things much more often in the last few days. Some things you didn't worry about before, outwardly.

yes. like Im trying hard to be honest about my blockers so stuff can get done. I am also more invested in how everyone feels. I think being more overwhelmed allows me to care less about others

CONFIDENTIAL

Exhibit 824- 03-02-2022 General Hostility PM 4-53-38 INDUCTEV INITDISCL003112.pdf

Message
_____

**From:**        Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**        3/2/2022 4:53:38 PM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


**Joren Wendschuh**

☺ You should not have to defend yourself for being uncomfortable. You're a human being with inherent value!

noted. will try to balance myself

CONFIDENTIAL                                                          INDUCTEV INITDISCL003112

Exhibit 825- 03-02-2022
General Hostility PM 4-53-50
INDUCTEV
INITDISCL005233.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    3/2/2022 4:53:50 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I am going on a tip to my fav cupcake shop soon

Exhibit 826- 03-02-2022
General Hostility PM 4-53-54
INDUCTEV
INITDISCL004741.pdf

Message

**From:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent:**          3/2/2022 4:53:54 PM
**To:**            Assata Acey [Assata.Acey@momentumdynamics.com]


By **default** you have value and should be treated with respect, and your boundaries honored.

CONFIDENTIAL                                                                                                                    INDUCTEV INITDISCL004741

Exhibit 827- 09-30-2021 Salvaged Cell Phone Exhibits PM 1-55-31 INDUCTEV INITDISCL002514.pdf

Message

**From**:      Joren Wendschuh [joren.wendschuh@momentumdynamics.com]
**Sent**:      9/30/2021 1:55:31 PM
**To**:        Assata Acey [Assata.Acey@momentumdynamics.com]

Sorry - had some issues here also.

Oy. That's rough. Glad to hear you're okay, sorry to hear about the collateral damage.

The protocol is that, sadly if I understand correctly, we don't have enough pallets.

Thanks for the update though.

CONFIDENTIAL                                                                   INDUCTEV INITDISCL002514

Exhibit 828- 10-14-2021 Salvaged Cell Phone Exhibits PM 1-25-41 INDUCTEV INITDISCL003893.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**      10/14/2021 1:25:41 PM
**To:**        Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Judy said I can't use my phone in the lab a ymor?????

CONFIDENTIAL                                                    INDUCTEV INITDISCL003893

Exhibit 829- 10-18-2021 Salvaged Cell Phone Exhibits AM 11-15-35 INDUCTEV INITDISCL008985.pdf

Message

**From:**      Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**       10/18/2021 11:15:35 AM
**To:**          Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


I spoke with Judy outside today after emailing this Friday

CONFIDENTIAL                                                                                   INDUCTEV INITDISCL008985

# Exhibit 830- 10-18-2021 Salvaged Cell Phone Exhibits AM 11-16-30 INDUCTEV INITDISCL010291.pdf

Message

**From:**     Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**     10/18/2021 11:16:30 AM
**To:**       Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


But also claims Diana's repeated quote was not what she meant

Exhibit 831- 10-18-2021 Salvaged Cell Phone Exhibits PM 1-10-47 INDUCTEV INITDISCL011992 J.pdf

Message
_____

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    10/18/2021 1:10:47 PM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]


Diana came andapologized, but also wanted to confirm(off record) thats what was said to her. I told her we're fine

CONFIDENTIAL                                                                                      INDUCTEV INITDISCL011992

# Exhibit 832- 10-14-2021 Excited Communication of CAOs Message PM 1-37-xx.pdf

**Assata Acey in chat**   10/14/2021 1:38 PM

In conversation with Joren Wendschuh

But also she deducted $50 bc **it** said that the online canceled order involved a $50 gift card and they had me sign some form that said I created the doc which is weird

**Assata Acey in chat**   10/14/2021 1:37 PM

In conversation with Joren Wendschuh

I think **it**'s spite bc I provided documentation????

# Exhibit 833- 10-14-2021 Phone Access Relay of Quote 1-26-xx.pdf

# Search

All **Messages** People Files

Chat ✕ | From ⌄ | Oct 13, 2021 - Oct 16, 2021 ✕ | ☐ @mentions me  ☐ Has attachment  ☐ Hide apps & bots | Clear all



**Assata Acey in chat**   10/14/2021 1:27 PM
In conversation with Joren Wendschuh
The **quote** is no phones wherever safety glasses are needed

**Joren Wendschuh in chat**   10/14/2021 1:26 PM
In conversation with you
If possible, please provide as close to a **quote** of what she said as possibles.

# Exhibit 834- 10-14-2021 Phone Access Communication I PM 1-38-xx.pdf

**Search**   All   **Messages**   People   Files

Chat ✕ | From ⌄ | Oct 14, 2021 – Oct 14, 2021 ✕ | ☐ @mentions me | ☐ Has attachment | ☐ Hide apps & bots | Clear all



**Assata Acey in chat**  10/14/2021 1:38 PM
In conversation with Joren Wendschuh
But also she deducted $50 bc it **said** that the online canceled order involved a $50 gift card and they had me sign some form that **said** I created the doc which is weird

**Joren Wendschuh in chat**  10/14/2021 1:26 PM
In conversation with you
If possible, please provide as close to a quote of what she **said** as possibles.

**Assata Acey in chat**  10/14/2021 1:25 PM
In conversation with Joren Wendschuh
Judy **said** I can't use my phone in the lab a ymor?????

# Exhibit 835- 10-14-2021 Phone Access Communication II PM 1-38-xx.pdf

# Exhibit 836- 10-14-2021 Advisement to Avoid Retaliation PM 1-42-xx.pdf

laptop ✕

# Search    All    **Messages**    People    Files

Type ⌄    Teams and channels ⌄    From ⌄    **Sep 20, 2021 - Oct 18, 2021** ✕    ☐ @mentions me    ☐ Has attachment    ☐ Hide apps & bots    Clear all

---

**AA** **Assata Acey in chat**    10/14/2021 4:04 PM
In conversation with Joren Wendschuh

No **laptop**

---

**JW** **Joren Wendschuh in chat**    10/14/2021 3:35 PM
In conversation with you

Would you please take a photo of my desk (or if you see the **laptop** - there should be an SSD with it)

---

**JW** **Joren Wendschuh in chat**    10/14/2021 1:42 PM
In conversation with you

That way you get a new **laptop**, instead of a new phone next time.

---

**AA** **Assata Acey in chat**    10/14/2021 1:42 PM
In conversation with Joren Wendschuh

Im sure theyd be even more pissed if **laptop** got roken.. the logic isnt loging

---

**All results**

---

**AA** **Assata Acey in chat**    10/14/2021 1:42 PM
In conversation with Joren Wendschuh

im on my **laptop** righ tnow

---

**JW** **Joren Wendschuh in chat**    10/14/2021 1:42 PM
In conversation with you

Please just bring your **laptop** to the back and use that.

# Exhibit 837- 10-14-2021 Phone Access Discussion with the Team PM 1-26-xx.pdf

10/14/2021 1:26 PM
Diana has expressed a coming safety rule that no one can have phones where glasses are required



**Joren Wendschuh**   10/14/2021 1:26 PM   👍 1
That's quite odd. Thanks for bringing that up, I'll track this down.



**Ryan Taggart**   10/14/2021 1:28 PM   👍 2





**Joren Wendschuh**   10/14/2021 1:32 PM   👍 1
Discussing with Ben - Ben and Frank are both with the same face as Ryan.

10/14/2021 1:38 PM
Sorry that was supposed to go in private chat



**Brian Kenney**   10/14/2021 6:51 PM
Public or private it's out there. Personally I feel that my phone is the only good way to keep track of time and meetings. I

# Exhibit 838- 10-14-2021 Phone Access Discussion with the Team PM 1-38-xx.pdf



10/14/2021 1:38 PM
Sorry that was supposed to go in private chat

**Brian Kenney**  10/14/2021 6:51 PM
Public or private it's out there. Personally I feel that my phone is the only good way to keep track of time and meetings. I mean the tablet is little according to Rob Rosenberger but it's still can't fit in my pocket 🤷

**Ryan Taggart**  10/14/2021 6:54 PM
Agree. Especially with as many things as everyone is involved in. It's almost mandatory to have your "portable" PC on you.

**Joren Wendschuh**  10/14/2021 7:00 PM  👍 1
Agree. We will get this resolved, one way or another

**Rob Rosenberger**  10/14/2021 7:11 PM  👍 2
Let's talk about this a little more tomorrow

Friday, October 15, 2021

**Joren Wendschuh**  10/15/2021 10:09 AM
Seth's out today - Omar Jackson - you good with what you need today?

Monday, October 18, 2021

# Exhibit 839- 10-15-2021 Phone Access Clarity Email.pdf

 Gmail                                                    **Assata Acey <aceyassata@gmail.com>**

---

## FW: Good afternoon Cell-Phone Confirmation

2 messages

---

**Assata Acey** <Assata.Acey@momentumdynamics.com>                15 October 2021 at 15:09
To: "aceyassata@gmail.com" <aceyassata@gmail.com>

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Friday, October 15, 2021 3:09 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Good afternoon Cell-Phone Confirmation

Good afternoon Judy,
I hope you are well and just wanted to confirm the following in writing.

Diana was able to catch me after my lunch yesterday to communicate your message that:
1. The cost of the replacement for my damaged phone has been approved as a work expense (less the promotional gift card target gave me for purchasing the replacement phone).

2. I am no longer permitted to access my phone wherever safety glasses are required in the lab space effective immediately.
3. No phones in the lab is being considered as a company-wide rule.
4. If my phone is damaged at work again, it will not be covered.
5. The three preceding items are in response to my phone being damaged in the lab.

Please let me know if anything is inaccurate, as I want to be clear on these items.
Have a great weekend,

**Assata Acey  |  Technician**
**Momentum Dynamics Corporation**
**Fueling the Future of Electric Transportation**
3 Pennsylvania Ave, Malvern, PA 19355

**Disclaimer and Confidentiality Notice:** This email, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender.

---

**Assata Acey** <Assata.Acey@momentumdynamics.com>                29 April 2022 at 10:39
To: Assata Acey <aceyassata@gmail.com>

**Assata Acey | Technician**
**484-320-8222 ext 178**

**Momentum**®
Wireless EV Charging

**Connect**   LinkedIn  |  Website  |  Newsletter
**Media**      Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

---

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Friday, October 15, 2021, 4:38 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Re: Good afternoon Cell-Phone Confirmation

Assata
Since I was unable to reach you after a few calls I wanted to state that the assessment below is inaccurate. We can discuss on Monday and make sure your expectations for replacement phone are met to your satisfaction and clarify any statements regarding safety appropriately. Apologies that I had to have Diana reach out as I was returning from time off and was unable to speak to you earlier in the week.
Looking forward to seeing you and have a good weekend.
Judy


Get Outlook for iOS

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Friday, October 15, 2021 4:10:44 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Subject:** Re: Good afternoon Cell-Phone Confirmation

Thank you so much for your reply.
I would much rather have this clarified in writing.

If any of my items were unclear. Please correct with your understanding of them.

---

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Friday, October 15, 2021, 3:50 PM
**To:** Assata Acey
**Subject:** RE: Good afternoon Cell-Phone Confirmation

Assata,
That is not clear to me. Please see me on Monday. It is a much more common sense item than anything else. Or call me now.
Judy

**Judith Talis | Chief Administrative Officer**
Momentum Dynamics Corporation
***Fueling the Future of Electric Transportation***

3 Pennsylvania Avenue, Malvern, PA 19355

(M) 610.613.1449

www.momentumdynamics.com

**Disclaimer and Confidentiality Notice:** This email, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender.

[Quoted text hidden]

# Exhibit 840- 10-18-2021 Relay of CAOs response to Manager AM 11-16-xx.pdf

**Search**   All   **Messages**   People   Files

Type ⌄   Teams and channels ⌄   From ⌄   Sep 20, 2021 - Oct 18, 2021 ✕   ☐ @mentions me   ☐ Has attachment   ☐ Hide apps & bots   Clear all

**AA**   **Assata Acey in chat**   10/18/2021 11:18 AM
In conversation with Joren Wendschuh

**Any**ways she said that she doesn't plan on having **any** rule and if my phone breaks again they'll still replace it and i can have it at work bc it is essential and just keep it in a safe area

**AA**   **Assata Acey in chat**   10/18/2021 11:16 AM
In conversation with Joren Wendschuh

And that she didn't mean **any** of it at all

# Exhibit 841- 10-14-2021 Coerced Cell phone Expense sheet INDUCTEV INITDISCL017941.pdf

# Expense Report-Employees 2021



**Momentum** Wireless Power

Employee Name:  Assata Acey

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Note: 2021 Mileage reimbursement for personal car: | | | | | $0.560 | per mile | | | | | | |

| Date | Billable (Y/N) | Project Code | Description | Airfare | Ground Transportation (Uber, Lyft, Etc.) | Lodging | Auto Rental | Gas/ Parking/ Tolls | Actual Miles | Daily Work Miles | Mileage Reimb | Meals & Enter. | Other | MD debit card (Y/N) | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/21 | n | | Damage Cell Phone Reimbursement | | | | | | | | 0.00 | | 370.99 | n | 370.99 |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | | | | | | | 0.00 | | | N | - |
| | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | |

|  |  |  |
|---|---|---|
| Subtotal | $ | 370.99 |
| Advances | $ | - |
| Total Reimbursement | $ | **370.99** |

\* Don't forget to attach receipts \*

Judy Talis                                                10/14/2021
**Authorized By (Print Name)**                           **Date**

                                                         10/14/2021
**Authorized By (Signature)**                            **Date**

Created by:                                              10/14/2021
**Employee Signature**                                   **Date**

CONFIDENTIAL

INDUCTEV INITDISCL017941

**Assata Acey**

| | |
|---|---|
| **From:** | Target <orders@oe.target.com> |
| **Sent:** | Thursday, September 30, 2021 4:09 PM |
| **To:** | Assata Acey |
| **Subject:** | Thanks for shopping with us! Here's your order #: 1073522930169. |

**EXTERNAL EMAIL**



Order # 1073522930169

# Thanks for your order, Assata!

Placed September 30, 2021



Now just sit back while we get to work. We'll connect with details and your items' status shortly!

Order total

# $420.99

Visit order details

**Processing for in-store pickup**

1

CONFIDENTIAL

INDUCTEV INITDISCL017942

**Your pickup store:**

Malvern Target store - 455 Carnegie Blvd, Malvern, PA 19355-8599



**Samsung A42 5G Unlocked (128GB) - Black**

Qty: 1

$399.99 / ea

**Processing**

# Email delivery

**Sending to:**

assata Acey at assata.acey@momentumdynamics.com



**Promotional Email GiftCard $50**

Qty: 1

**Sent after qualifying items are shipped
or picked up**

2

CONFIDENTIAL

INDUCTEV INITDISCL017943

# Order Summary

| | |
|---|---|
| **Subtotal** (2 items) | **$399.99** |
| **Delivery** | **Free** |
| **Estimated Taxes** | **$21.00** |
| **Total** | **$420.99** |



## Need to make changes? Act fast.

We process orders quickly, so you'll want to visit your order details page as soon as possible.

Visit order details

Even more great ways to **save.** ›

Free 2-day ship ›          Clearance ›          Target App ›          Same Day Delivery ›

Help          Returns          Contact          Find a store          Terms of use          Privacy

Target.com

© 2021 Target Brands, Inc.

3

CONFIDENTIAL
INDUCTEV INITDISCL017944

# Momentum®
## Wireless EV Charging
# Near-Miss Report Form

A near-miss is a potential hazard or incident that has not resulted in any personal injury or property damage.  Some examples of near-misses are unsafe conditions, improper use of equipment, use of faulty equipment, not following proper procedures….

| Department:<br>## Product Introduction | Location of Incident:<br>## The Shop Floor |
|---|---|
| Date of Incident:<br>## 30SEP2021 | Time of Incident:<br>## 13:50 |
| **Mark all appropriate conditions:**<br>☑ Near-miss<br>☐ Safety concern<br>☐ Safety suggestion<br>☐ Other (describe): | **Type of concern:**<br>☑ Unsafe act<br>☐ Unsafe condition of area<br>☐ Unsafe condition of equipment<br>☑ Unsafe use of equipment<br>☐ Other (describe): |

**Describe the potential incident/hazard/concern and possible outcome (in as much detail as possible):**

Oztek was being moved from shelf to equipment lift by a single employee and using the wrong pallet without the lift's brakes being set.  Potential hazards are from the unit's weight that can cause strains and sprains; and if dropped, can cause serious injuries or serious damage to equipment.  This Oztek fell onto a cabinet piece and damaged it as well as the employee's phone.

**Safety Suggestions:**

When moving cabinet components, especially Oztek's, always have 2 people.  Make sure the correct pallet is being used and ensure that the brakes are set on the equipment lift.  Recommend proper training and accounting for techs on equipment lift use.

| Name:<br>## Assata Acey | Date Reported:<br>## 09/30/21 |
|---|---|
| Phone Number **(Optional):** | Email Address **(Optional):** |

**Submit this form to SafetyCommittee@momentumdynamics.com**

**In the case of an emergency call 911.**

Exhibit 842- 09-22-2021 90-Day Check In AM 10-18-58 INDUCTEV INITDISCL018235.pdf

Message

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    9/22/2021 10:18:58 AM
**To:**      Judy Talis [judy.talis@momentumdynamics.com]


I thought youd sad downstairs

# Exhibit 843- 02-07-2022 through 02-08-2022 BHM Email to CAO.pdf

 Gmail                                          **Assata Acey <aceyassata@gmail.com>**

## Fwd: BHM Movie reccomendations
1 message

**Assata Acey** <Assata.Acey@momentumdynamics.com>                29 April 2022 at 10:38
To: Assata Acey <aceyassata@gmail.com>

**Assata Acey | Technician**
**484-320-8222    ext 178**

**Momentum®**
Wireless EV Charging

**Connect**    LinkedIn  |  Website  |  Newsletter
**Media**         Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Tuesday, February 8, 2022, 3:25 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** FW: BHM Movie reccomendations

Hi,
Not coming in office until Thursday but available on Teams, calendar is up to date. Stop or call if you would like to discuss.
Judy

**Judith Talis | Chief Administrative Officer**
Momentum Dynamics Corporation
***Fueling the Future of Electric Transportation***

3 Pennsylvania Avenue, Malvern, PA 19355
(M) 610.613.1449
www.momentumdynamics.com

**Disclaimer and Confidentiality Notice:** This email, and any attachments and/or documents linked to this email, are intended for the addressee and may contain information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender.

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Monday, February 7, 2022 3:31 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>

**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Re: BHM Movie reccomendations

Thanks I have seen many of these movies and enjoyed them. king Richard is on my list just waiting for the price to go down on streaming. As far as the company stance I will be happy to have a conversation and plan to be in office Wednesday if you have a chance to stop by.

Get Outlook for iOS

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, February 7, 2022 10:06:42 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** BHM Movie reccomendations


Hi Judy, I hope this email finds you well. I'm unsure what Momentum's stance is on black history month, or if this is even appropriate.
However, I wanted to recommend 14 movies to consider watching for Black History Month-to support diversity and growing beyond our personal experiences.
I believe this continuous growth enhances collaboration, as well as attractiveness, and retention of diverse talent pools.
Through their historical or anthropological elements of Black culture and varied levels of seriousness and lightheartedness, these movies showcase give a curated and varied view of black American experiences.
Names and short summaries below.


**Hidden figures**- Background on the NASA's units for white women and colored women, as well as three Black women who have been recognized for their service
**King Richard**- Origin Story of Venus and Serena
**Last holiday-** Lighthearted story of a woman making the best of her health
**The butler**-Historical Drama Black Butler from 1926-2008 who has served many presidents while raising a rebellious son. Reference: Cecil Gaines
**Glory**-Historical Movie based on African American Soldiers in the Civil War
**Loving**- Historical Movie retelling romance of Richard and Mildred Loving and their Virginia Court case on interracial dating
**Black panther**-Anthropological fantasy, marvel universe where Afrocentric cultural aspects are present with technology
**Amistad**-Story of one of the first Slave ship rebellions, and the notable Spanish Lawyer who secured their right to return home
**Crooklyn**- Coming of age for a young girl by renowned writer and director Spike Lee
**Respect**- Origin Story for Aretha Franklin.
**Akeelah and the Bee**- Anthropological Fiction for Black Girl's experience in spelling Bee, winner of NAACP award, references : MacNolia Cox- first black finalist (1936), Jodie Anne Maxwell-fist Black Winner, Jamaican(1998), Zaila Avant-garde- 1st African American Scripps nat'l Bee winner(2021)
**The Fighting Temptations**- Warm/Comedic politics of black church, 1st gen class differences through with musical cameos of several artists, also staring Beyonce
**Quincy**- Bio-Documentary into a man called "Father of Music Industry", done via interviews of various artists including, Michael Caine, Willie nelson, Tom Hanks, Paul McCartney, Carlos Santana, Beyonce, etc
**Jumping the Broom**- Lighthearted anthropological fiction of 2 black Families of different socioeconomic backgrounds honoring a centuries old marriage tradition in Martha's vineyard.

**Assata Acey  |  Technician**
**Momentum Dynamics Corporation**

**Fueling the Future of Electric Transportation**

3 Pennsylvania Ave, Malvern, PA 19355

# Exhibit 844- 09-14-2022 Steve Comments on attendance of other Black Employees- Omar Jackson IMG_2112.PNG

Case 2:23-cv-01438-PD   Document 40-2   Filed 01/30/24   Page 1712 of 1818

| Chat | Files | More |
|------|-------|------|

**Jerry F.**

Good morning. Reid is stuck in the ER waiting for the docs to decide if he needs surgery for a spinal issue. He is in good spirits a bit bored and after a tough night, very tired, so go easy on him.

**John W.**

So only carrots no sticks today...

Oh gosh ok thanks

**Steve B.**

That SLACKER....his nick name should be PTO.

**Mike R.**

WOW

Today 09:12

**Steve B.**

Opppps! My comment was meant for Omar not for Reid! Got links mixed up.

Type a message

Exhibit 845- 09-15-2022 Steve comments on BLK employee AM 8-50-30 Plaintiff Discovery Production_Redacted.pdf

| | | | |
|---|---|---|---|
| Received | 09/15/2022 8:50:30 AM | Joren(boss) (+1203300399 0) | I can see how I'm not supportive enough, please help, if possible, on how better to approach it? |
| Received | 09/15/2022 8:50:36 AM | Joren(boss) (+1203300399 0) | <br><br>Download |
| Sent | 09/15/2022 8:51:34 AM | Joren(boss) (+1203300399 0) | Takes it so well 🙄 |
| Sent | 09/15/2022 8:54:18 AM | Joren(boss) (+1203300399 0) | Im not sure how much if this is you and how much of this should be corporate training. Its up to the conpany to teach ppl to leave biases at home. I think as manager its up to you to protect team(this can involve collecting complaints if they ned to be addressed later) , check in with then on if folks are honoring boundaries and reinforce team expectations. |
| Sent | 09/15/2022 8:57:35 AM | Joren(boss) (+1203300399 0) | So like check in Team value reinforcment within team Externals: - redistribution of weight/possible subtle convo checking/acting "confused" in short term(in the moment) discussion - issue collection/ progess and performance collection in bigg(when ideas become escalated its importabt to be able to point out direction of complaints and refrane to performance) This is good for team but also makes sure you look good/are able to lead a productive group. |
| Sent | 09/15/2022 9:08:28 AM | Joren(boss) (+1203300399 0) | Also thats not the chat thread/ image so he was def not joking. |

Exhibit 846- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072737 _Messages.jpg

< J **Joren(boss)** ∨

What's that printed book?

Sep 15, 2022

Its called Black girl call home

Does Omar take too much vacation?

6:58 AM

Dont answer that

6:59 AM

lol. Ok. I won't answer.
7:40 AM

Wow. That's a crazy, kinda relatable book. But feels much older than 2021. Also depressing.

https://www.reddit.com/r/MurderedByWords/comments/xer5t7/this_is_what_youre_getting_upset_about/
7:41 AM

I can see how I'm not supportive enough, please help, if possible, on how better to approach it?



Exhibit 847- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072743 _Messages.jpg

Case 2:23-cv-01438-PD    Document 40-2    Filed 01/30/24    Page 1718 of 1818

7:27

16%

< J **Joren(boss)** ⌄

⋮



MMS

Takes it so well 🙄

8:51 AM

Im not sure how much if this is you and how much of this should be corporate training.

Its up to the conpany to teach ppl to leave biases at home.

I think as manager its up to you to protect team(this can involve collecting complaints if they ned to be addressed later) , check in with then on if

**View all**

8:54 AM

Exhibit 848- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072932 _Messages.jpg

## Me

8:57 AM, Sep 15

So like check in
Team value reinforcment within team

Externals:
- redistribution of weight/possible subtle convo checking/acting "confused" in short term(in the moment) discussion

- issue collection/ progess and performance collection in bigg(when ideas become escalated its importabt to be able to point out direction of complaints and refrane to performance)

This is good for team but also makes sure you look good/are able to lead a productive group.

# Exhibit 849- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_073027 _Messages.jpg

**Me**

8:54 AM, Sep 15

Im not sure how much if this is you and how much of this should be corporate training.

Its up to the conpany to teach ppl to leave biases at home.

I think as manager its up to you to protect team(this can involve collecting complaints if they ned to be addressed later) , check in with then on if folks are honoring boundaries and reinforce team expectations.

Copy text          Share          More

Exhibit 850- 09-08-2021 PM-Talking Points Given in 08-18-2021 For QA and Mech E. Relations Meeting PM 3-06-xx.jpg



**Assata Acey in chat** 9/8/2021 3:06 PM

Here were the starting **points** I had given him a few weeks ago

See Less

**Assata Acey** 9/8/2021 3:07 PM

A  **Assata Acey** (Momentum Dynamics)                    Wed Aug 18th, 10:43

**Status**

Reviewed QA notes with Maria and compared notes. the tech note is to go on and marked other points for consistency on that unit. Still updating the traveler. What stood out was a need of clarity. I have outlines some questions and goals below. My assumptions are in parenthesis

**Takeaways**: a meeting/communication would be great to have everyone on the same page as far as

a)what purpose her checks serve (are they to ensure accuracy to the drawings' intent)

b) what quality checks are doing (are these to replace hers gradually in fulfilling that intent along with the liability and other concerns of QA)

c) what should the check schedule be? (preshipping build, design check, testing, shipping prep, post shipping check?, sould we move towards only checking after shipping prep?)

d) what vehicle will allow quality to come up to speed for adapting to design intent as she can provide as the designer for the cabinets(doing checks with Maria, going over build with her)

**Goal:** By minimizing confusion and establishing pathways of support, we can:

a)coordinate our offerings to benefit the cabinets process

b) use our time to work smart.

# Exhibit 851- 09-20-2021 QA Cabinet Vendor Defect Report to QA Manager.jpg

3:59       100%

←  **Joseph and Tina**
3 participants

  

**CHAT**          FILES          MORE

**Joseph S.**

Let's verify the requirement of that hole as of 8/2020 (The date the cabinet was manufactuired)

September 20, 2021 10:53 AM

The radii' of the drilled hole is out of spec with the old and the new requirements

Tina is enacting a combo of flat and round filing to make it work.

**Joseph S.**

Can I get more detail on "how" it is out of spec please??

Here's my math proof.

 **tmp_1632149712640.jpg**
139.44 KB

Old specs have"o" subscript... current spec has no subscript and actual hole size has "a" subscript.

⊕  Type a message          ☺  ◉ ⬤

Exhibit 852- 09-20-2021 QA Cabinet Vendor Defect Report to Senior Engineer-SMA.jpg

hole, the requirements for it to fit, and the magnitude/implications of differences from current and past standards. Tina then enacted a method for fix. Hole was repainted at Joren's directive.

Math Notes Summary:

1. using Tina's measures of vertical diameter to find "R" and subtracting from that the measure of horizontal Diameter, and circle nature, we able to solve for "r" and R of actual hole.
2. "r" of actual hole was 1.27mm too big for old standard, and 1.4mm too small for current standard.
3. "R" was .09mm too small for old standard and 0.22mm too small for current standard
4. Tolerances given on cabinet holes were exceeded by either "R" or "r" spacings for old and current standards.

September 27, 2021 1:07 PM

Torque for cooling cabinet panel nuts = 15 ft-lbs. (if this feels like too much

Type a message

Exhibit 853- 09-20-2021 QA Cabinet Vendor Defect Report to Senior Engineer- SMA II.jpg

**Maria Tabbut**
Last seen yesterday

CHAT            FILES            MORE

SMA Recap notes
**Antenna hole:**
Antenna hole was found to not fit friday (9/17) afternoon. This was confirmed by Joren. hole and SMA connector diameters were measured to be within 0.15mm of each other. Tina investigated this Monday and Rob gave a second opinion, both to the conclusion that the connector be able to slid into the opening without tapping.
At Rob's directive, Joe was notified. At Joe's directive, Tina brought up current and 2020(from when it was built) cabinet build standards. With Tina's help, I was able to mathematically describe actual hole, the requirements for it to fit, and the magnitude/implications of differences from current and past standards. Tina then enacted a method for fix. Hole was repainted at Joren's directive.
Math Notes Summary:
1. using Tina's measures of

Type a message

Exhibit 854- 09-20-2021 QA-Defect Discourse with QA Manager- SMA Screenshot_20220924-035953_Teams.jpg

Case 2:23-cv-01438-PD    Document 40-2    Filed 01/30/24    Page 1732 of 1818

    

←  **Joseph and Tina**
3 participants       📹   📞   ⋮

CHAT          FILES          MORE

 **Joseph S.**

Let's verify the requirement of that hole as of 8/2020 (The date the cabinet was manufactuired)

September 20, 2021 10:53 AM

The radii' of the drilled hole is out of spec with the old and the new requirements

Tina is enacting a combo of flat and round filing to make it work.

**Joseph S.**

Can I get more detail on "how" it is out of spec please??

Here's my math proof.

 **tmp_1632149712640.jpg**
139.44 KB                    ⋮

Old specs have"o" subscript... current spec has no subscript and actual hole size has "a" subscript.

Type a message          ☺   📷   🎤

                    

# Exhibit 855- QA- Cabinet Vendor Defect Calculations- SMA.jpeg



<u>Visualize</u>

Spec. Spec.

Actual

T
smaller
circle overall,
shorter top line

Margins

old:
$r_A$ is ~ 1.27 mm too big
$R_A$ is ~ .09 mm too small

New:
$r_A$ is 1.4 mm too small    $R_0 = 4.02$
$R_A$ is 0.22 mm too small
Actual
$R_{\tilde{A}} \cong 3.93$ mm    $D_{V_A} = 7.87$
$r_{\tilde{A}} \cong 2.35$ mm    $D_{h_A} = 7.28$

$r_0 = 3.62$

$D_{h_o} = r + R = 7.64$ mm

$D_{V_o} = 8.04$

New

\* this wouldn't fit our current SMA b/c need
$D_{h_o} \geq L$

$D_{h_o} \geq 7.83$

In conclusion, $D_{V_A} > D_{V_o} > D_V$
and $D_{h_A} > D_{h_o} > D_{hv}$
b/c $r_A$ and $R_A$ are both of

$R = 4.15$
$r = 3.75$
$L > 7.83$

$D_h = r + R$

$D_V = 2R$

$D_h = 7.9$

$D_V = 8.3$

in order to fit,
smallest dimension
$\hookrightarrow 7.9$ mm, giving ~ .07 mm
leeway

$x < r$, $D_h < 7.9$

Exhibit 856- Tamper seal message attachment INDUCTEV INITDISCL007745.pdf



INDUCTEV INITDISCL007745

Exhibit 857- 11-18-2021 Complaint about Bob AM 11-58-28 INDUCTEV INITDISCL018559.pdf

Edited

1.I confirmed he had passed them.(i asked/showed brenda first and she ws fed uP)

1.5 I mentioned the latest email that went out on tolerance(he claims he never saw-this is important)

2. I showed bob the item put it in position of the photo I sent you and cited the spec

3. he didnt believ me or eyes gith and pulled a ruler off his desk

4. he feigned surprise that it was nearly 2.5" despite him placing ruler in wrong place

5. He then looked at me with a straight face nd said "it doesn't matter"

6. i reiterated the orignal email contents and what he did by failing the wrong assembly and he smiled at me saying "we didnt know" and asked me to to send him the other email

12:05 PM

contradictions:

A("it doesn't matter")

1He was going to say the angle being off doesnt matter after citing an angle being wron on one of the units.

2He went to PAI after angle and torque issues and said he had fialed them due to this bt will now say it doesnt matter

3He was privy to the initial email with all issues includng angle associated with the items and said it doen matter

4he decided to either, not read the assembly doc these are assesed, to, or read it and ignored that part.

B("we didn't know")

1.he had access to the assembly doc, should have read it and "he didn't know"

2. he had access to original email detailing this a s a cuase for concern and and "he didnt know"

Conclusion

This man has shown, by sheer ignorance or lack of weight on words of mine or Maria(misogyny) or some other issue, that he made his own decision about a spec and was "passing things" as he saw fit without communication, documents be damned.

Impact

This lessens the design, reliabilty and quality of products from the level that Momentum's tech/engineering/design teams can reach, down to the capabilities of one man, who doesnt communicate.

JW

INDUCTEV INITDISCL018559

# Exhibit 858- 04-18-2022 Complaint on Existing PTO-UTO Policy and Meeting Notes.pdf

 Gmail

Assata Acey <aceyassata@gmail.com>

## Fwd: Post-Meeting Reflection-Thank you!- Input and Advice Requested concerning Sick Time Off

1 message

Assata Acey <Assata.Acey@momentumdynamics.com>                    29 April 2022 at 10:37
To: Assata Acey <aceyassata@gmail.com>

**Assata Acey | Technician**

**484-320-8222    ext 178**

**Momentum**®
Wireless EV Charging

***Connect***    LinkedIn  |  Website  |  Newsletter
***Media***      Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Monday, April 18, 2022, 12:53 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** RE: Post-Meeting Reflection-Thank you!- Input and Advice Requested concerning Sick Time Off

Thanks Assata.
I am preparing an email with the discussed documentation. Just waiting for a form.
Judy

**Judy Talis | Chief Administrative Officer**
**O: 484-320-8222 ext 128**
**M: 610-613-1449**

**Momentum**®
Wireless EV Charging

***Connect***    LinkedIn  |  Website  |  Newsletter
***Media***      Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 12:50 PM

**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Subject:** Post-Meeting Reflection-Thank you!- Input and Advice Requested concerning Sick Time Off

Thank you for meeting with me to discuss my expressed concerns.

After taking time to reflect, these are my takeaways for our 11:30 meeting. These have been pasted below the message body for your convenience.

I totally understand your expressed preference to avoid back and forth, but I did want to share my takeaways in this thread.

Takeaways:

1. Current policy regarding use of PTO to ensure 40 hours paid per week is to make sure folks are ae to fulfill their 40-hour contract with Momentum and to avoid casual absences without notice.

2. When folks are unable to fulfill this due to illness or other factors, it's totally OK to set up a meeting and discuss reasons, capacity, and options-- like accommodations forms that are done with a doctor, Short Term Disability et cetra.

Thank you again for taking the time to chat with me on these things as it has been very stressful of late.
I will follow up with my doctor regarding paperwork hope you have a great lunch,

**Assata Acey** | **Technician**

**484-320-8222 ext 178**

**Momentum**®
Wireless EV Charging

**Connect**   LinkedIn  |  Website  |  Newsletter
**Media**       Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 8:36 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Subject:** Re: Input and Advice Requested concerning Sick Time Off

I was hoping for a more direct solution or decision, but I am open to answering some questions you have and hearing your thoughts --for my personal memory and to frame responses to future instances

Please let me know what times today work for you.

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 8:25:52 AM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** RE: Input and Advice Requested concerning Sick Time Off

Assata,
I am in the office today. Lets schedule time to speak in person.
Judy


**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222 ext 128**
**M: 610-613-1449**



***Connect***    LinkedIn  |  Website  |  Newsletter
***Media***    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 8:22 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Input and Advice Requested concerning Sick Time Off

Hi Judy,

I've recently been battling a chronic illness which has temporarily affected my ability to work at full capacity. This is especially due the hazardous symptoms of dizziness, migraines, and heat flashes.
Its feels as though I am being penalized in that each doctor's visits/test or each choice to avoid working through an episode becomes a conscious choice to have less space for rest in the future.
The current PTO policy is such that, the longer I am unwell, the longer I must be able to work without pause upon recovery. This becomes more real for employees who choose to work through identification of and recovery form illness.
Given that overwork lends itself to illness, I do not feel that this is a sustainable path for me.

I understand the FLSA doesn't define guidelines for full or part time and that the ACA's definition for full time includes 30 or more hours per week. But I am unsure how or whether they inform Momentum's policies on PTO to maintain a 40-hour week.

I really try to do my best to expedite projects when possible and support my team when and where my health allows, especially during period of good or fair.
I have also been working closely with Joren to maintain my tasks on schedule and in tandem with the mech e. team.
Is there any reason why I cannot take sick time as unpaid time off?


**Assata Acey | Technician**

**484-320-8222 ext 178**



***Connect***    LinkedIn  |  Website  |  Newsletter

*Media*      Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** notifications@app.bamboohr.com <notifications@app.bamboohr.com>
**Sent:** Monday, December 20, 2021 9:35 AM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Your time off request has a response

**EXTERNAL EMAIL**

# Your Time Off was Approved

Hey Assata,

Your time off request for 1 day of Paid Time Off has been approved by **Judy Talis.**

Judy Talis - December 20, 2021
Happy to approve all these in advance but it will be your responsibility to make sure you don't go in the negative as you move through the year.

Wed, Nov 23

1 day of Paid Time Off
Status: Approved

Review this request in BambooHR

# Exhibit 859 - 03-14-2022 Planned JIRA PM Software PIT Team Literacy Meeting II.jpg

Send Updated Meeting

Wed 3/9/2022 9:36 AM

Joren Wendschuh

**Tentative: Follow Up: Workshop Jira Organization Steps**

When    Monday, March 14, 2022 9:15 AM-10:30 AM (UTC-05:00) Eastern Time (US & Canada).

Location

ⓘ The meeting was updated after the attendee sent this response.
Joren Wendschuh has tentatively accepted this meeting.
The recipients do not have the latest update of this meeting.


Suggest finding a time in the conf room for this, not between 9 and 12 on Mondays.

Exhibit 860 - 04-05-2022 Planned JIRA PM Software Interactive Roadmap Demonstration Meeting.jpg

3:43      ⏰ 🔕 📶 �📶 100% 🔋

 **Meeting**
3 participants

⋮

**CHAT**          DETAILS          MORE

Apr 5, 2022 @ 1:00 PM                    **Join**

Discussing Jira Thoughts & Concerns. Reassess What is needed.

[4/2/2022 7:04 PM] Assata Acey

"Jira, when would you like to meet to discuss Jira thoughts or concerns I'd like to reasses what you're needing.(setting up team board? Organizing existing board? New decisions on layouts etc?)

 I think a test board that makes show of different options is helpful, but I also imagine it's important to get rocking and rolling for Jira for our team, want to know most efficient ways to assist with that "

 Joren W.
Re:Jira, when would you like to meet to discuss Jira thoughts or

Type a message    ☺    📷    🎤

|||            O            ‹

# Exhibit 861- 04-11-2022 PCP visit for Onset and Miscarriage.PDF



# AFTER VISIT SUMMARY

**Assata Acey**  MRN: 000012234620

📅 4/11/2022  3:00 PM  📍 Main Line Healthcare Medicine for Women 610-668-7992

## Instructions  from Jennifer L. Flom, DO

For gynecology, please contact one of the offices below:

Dr. Katy Doroshow
Lankenau MOB South, Suite 307
100 East Lancaster Avenue
Wynnewood, PA 19096
Phone: 484.572.2444

Dr. Crystal Brogan
Lankenau MOB East, Suite 561
100 East Lancaster Avenue
Wynnewood, PA 19096
Phone: 610.642.7714

Dr. Patricia McConnell
Lankenau MOB East, Suite 158
100 East Lancaster Avenue
Wynnewood, PA 19096
Phone: 610.649.2126

 ## Labs ordered today

CORTISOL, AM
Please complete by or around 4/11/2022

Ferritin
Please complete by or around 4/11/2022

Glucose, fasting
Please complete by or around 4/11/2022

HCG, quantitative, pregnancy
Please complete by or around 4/11/2022

Hemoglobin A1c
Please complete by or around 4/11/2022

Insulin
Please complete by or around 4/11/2022

Iron and TIBC
Please complete by or around 4/11/2022

Prolactin
Please complete by or around 4/11/2022

## Today's Visit

You saw Jennifer L. Flom, DO on Monday April 11, 2022. The following issues were addressed:

- Hypoglycemia
- Frequent urination
- Hot flashes
- Dizziness
- Nonintractable headache, unspecified chronicity pattern, unspecified headache type
- Galactorrhea
- Amenorrhea

| | | | |
|---|---|---|---|
| Blood Pressure | 102/52 | BMI | 26.00 |
| Weight | 166 lb | Height | 5' 7" |
| Temperature | 98 °F | Pulse | 86 |
| Respiration | 16 | Oxygen Saturation | 99% |

## Main Line Health MyChart

View your After Visit Summary and more online at **https://my.mainlinehealth.org/mychart/**.

## Instructions (continued)   from Jennifer L. Flom, DO

**T4, free**
Please complete by or around 4/11/2022

**TSH 3rd Generation**
Please complete by or around 4/11/2022

**Transferrin**
Please complete by or around 4/11/2022

**Vitamin B12**
Please complete by or around 4/11/2022

## What's Next
You currently have no upcoming appointments scheduled.

## Allergies as of 4/11/2022

Reviewed by Flom, Jennifer L, DO on 4/11/2022

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| **Lidocaine** | Not Specified | 08/16/2020 | | |

## Your Medication List  as of April 11, 2022  4:01 PM

ⓘ Please review your most current medication list below

### MULTIVITAMIN ORAL                                          Take by mouth.

## 👥 Patient Care Team

| | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Flom, Jennifer L, DO** | **PCP - General** | Internal Medicine | Admissions | 4/11/22 | |

## Additional Information

MAIN LINE HEALTHCARE MEDICINE FOR WOMEN strongly recommends that you visit a Primary Care Provider (PCP) regularly.  Your PCP can help you implement the recommendations we gave you today, coordinate care among your specialists, as well as make sure you are up to date with wellness exams, immunizations and preventive screenings.  Your PCP can also help when you are feeling sick, potentially avoiding the need for urgent care or emergency department visits.  For these reasons, it is important that you follow up with your PCP at least annually or more often based upon your medical conditions.  If you do not have a PCP, please call 1-866-CALL-MLH (1-866-225-5654) for help with finding one.

Exhibit 862- 04-18-2022 Disability Email Draft Cropped by Defendant AM INDUCTEV INITDISCL008842.pdf

Discard   Pop Out

Send   To

Cc

Subject   Input and Advice Requested concerning Sick Time Off

Hi Judy,

I've recently been battling a chronic illness which has temporarily affected my ability to work at full capacity. This is especially due the hazardous symptoms of dizziness, migraines, and heat flashes.
Its feels as though I am being penalized in that each doctor's visits/test or each choice to avoid working through an episode becomes a conscious choice to have less space for rest in the future.
The current PTO policy is such that, the longer I am unwell, the longer I must be able to work without pause upon recovery. This becomes more real for employees who choose to work with long-term illness.
Given that overwork lends Itself to illness, I do not feel that this is a sustainable path for me.

I understand the FLSA doesn't define guidelines for full or part time and that the ACA's definition for full time includes 30 or more hours per week. But I am unsure how or whether they inform Momentum's policies on PTO to maintain a 40-hour week.

I really try to do my best to expedite projects when possible and support my team when and where my health allows, especially during period of good or fair.
I have also been working closely with Joren to maintain my tasks on schedule and in tandem with the mech e. team.
Is there any reason why I cannot take sick time as unpaid time off?

**From:** notifications@app.bamboohr.com <notifications@app.bamboohr.com>
**Sent:** Monday, December 20, 2021 9:35 AM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Your time off request has a response

**EXTERNAL EMAIL**

CONFIDENTIAL

INDUCTEV INITDISCL008842

Exhibit 863- 04-18-2022 Disability Response Draft AM 8-35-xx INDUCTEV INITDISCL005325.pdf



CONFIDENTIAL

# Exhibit 864- 04-18-2022 Disability drafted meeting notes INDUCTEV INITDISCL006201.pdf



🗑 Discard    ⬈ Pop Out

ⓘ You are not responding to the latest message in this conversation. Click here to open it.

| ⇒ Send | To | 🔴 Judy Talis; |
| | Cc | |

Subject    RE: Input and Advice Requested concerning Sick Time Off

These are my takeaways for our 11:30 meeting regarding the above issue.
I totally understand if you'd rather not definitively respond, (As I know you have expressed before your preference of not confirming other's notes or observations in writing)
But i did want to share some of the documentation of my takeaways.

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 8:36 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Subject:** Re: Input and Advice Requested concerning Sick Time Off

I was hoping for a more direct solution or decision, but i am open to answering some questions you have and hearing your thoughts —for my personal memory and to frame responses to future instances

Please let me know what times today work for you.

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Monday, April 18, 2022 8:25:52 AM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** RE: Input and Advice Requested concerning Sick Time Off

Assata,
I am in the office today. Lets schedule time to speak in person.
Judy

Judy Talis | Chief Administrative Officer
O: 484-320-8222 ext 128
M: 610-613-1449

**Momentum**
Wireless EV Charging

Exhibit 865- 04-21-2022 MRI Prescreen Appointment.PDF

Name: Assata Acey | DOB: 7/13/1997 | MRN: 000012234620 | PCP: Jennifer L. Flom, DO



# AFTER VISIT SUMMARY

**Assata Acey**  MRN: 000012234620

📅 4/21/2022  1:00 PM   📍 Paoli Hospital Diagnostic Radiology 484-565-1000

## Today's Visit

You were seen on Thursday April 21, 2022. The following issue was addressed: Encounter for imaging to screen for metal prior to MRI.

## What's Next

**NOV 7 2022**  **New Patient Appointment with Ana Recober-Montilla, MD**
Monday November 7 8:00 AM (Arrive by 7:45 AM)

Please bring list of current medications and any insurance information and a copayment if required by your insurance company.

Main Line Healthcare Neurology at Lankenau Medical Center
100 E. Lancaster Avenue
MOB EAST, Suite 256
Wynnewood PA 19096
484-572-6300

**JAN 27 2023**  **New Patient Appointment with Katie M. Hawthorne, MD**
Friday January 27 2:00 PM (Arrive by 1:45 PM)

Please bring list of current medications and any insurance information and a copayment if required by your insurance company.

Lankenau Heart Group General Cardiology at Lankenau Medical Center
100 E. Lancaster Avenue
The Heart Pavilion, Mezzanine Level
Wynnewood PA 19096
484-476-1000

## Allergies as of 4/21/2022

Reviewed by Flom, Jennifer L, DO on 4/11/2022

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| **Lidocaine** | Not Specified | 08/16/2020 | | |

# Your Medication List as of April 22, 2022 12:13 AM

ⓘ Please review your most current medication list below

**MULTIVITAMIN ORAL**                                  Take by mouth.

## 🐾 Patient Care Team

|  | Relationship | Specialty | Notifications | Start | End |
|---|---|---|---|---|---|
| **Flom, Jennifer L, DO** | **PCP - General** | Internal Medicine | Admissions | 4/11/22 | |

MyChart® licensed from Epic Systems Corporation © 1999 - 2022

# Exhibit 866-04-21-2022 Gynecology Visit Insurance Claim.pdf

Cigna Health and Life Insurance Company
SCRANTON CLAIM OFFICE
P.O. BOX 182223
CHATTANOOGA TN  37422-7223

**Cigna.**

Cigna Health and Life Insurance Company AS AGENT FOR COGNIZANT TECHNOLOGY SOLUTIONS

MTAALAMU B ACEY
3214 BROOKSONG WAY
DACULA GA 30019-4507

**THIS IS NOT A BILL.**
Your health care professional may bill you directly
for any amount that you owe.

**Customer service**
Call the number on the back of your ID card or
**(800) 244-6224 (1.800.CIGNA24)**
**www.myCIGNA.com**

*If you have any questions about this document,
please call Customer Service at the number
above. Please have your claim  number ready.*

**Service date**
April 21, 2022

**Claim # / ID**
9682211717733 / 000382115

**Provider Network Status:**
IN NETWORK

**Account name /  Account #**
COGNIZANT TECHNOLOGY SOLUTIONS  /
3336239

# Explanation of benefits

for a claim received for ASSATA S ACEY, Claim # 9682211717733

Patient's relationship to Subscriber: DEPENDENT

Subscriber Name: MTAALAMU B ACEY

## Summary of a claim for services on April 21, 2022

for services provided by MICHAEL J GLASSNER MD

| | | |
|---|---|---|
| Amount Billed | $250.00 | This was the amount that was billed for your visit on 04/21/2022. |
| Discount | $67.68 | **You saved $67.68.**  CIGNA negotiates discounts with health care professionals and facilities to help you save money. |
| What your plan paid | $132.32 | Your plan paid $132.32 to MICHAEL J GLASSNER MD. |
| What I owe | **$50.00** | This is the amount you owe after your discount, your plan paid, and what your accounts paid. People usually owe because they may have a deductible, have to pay a percentage of the covered amount, or for care not covered by their plan.  Any amount you paid since care was received may reduce the amount you owe. |
| You saved | **80%** | You saved $200.00 (or 80%) off the total amount billed. This is a total of your discount and what your plan paid.<br>To maximize your savings, visit www.myCIGNA.com or call customer service to estimate treatment costs, or to compare cost and quality of in-network health care professionals and facilities. |

H701A 08/18              **PLEASE SEE CLAIM DETAILS ON PAGE 3.**              Page 1 of 4

# Glossary

% Paid: The part of the Amount Billed that your health plan paid

**Allowed Amount:**  The amount that Cigna determines is reasonable reimbursement for covered services provided to you. This may be established in accordance with an agreement between a health care provider and Cigna.

**Amount Billed:** The amount a health care provider can bill for covered services

**Amount Not Covered:**  The part of the Amount Billed that is not covered by, or eligible for payment under, your plan

**Coinsurance:** A shared cost between you and your health plan that equals the Allowed Amount for a covered service. This shared cost starts once you have met your deductible.

**Copay:** A dollar amount you pay for an eligible health care or related service, typically due at the time the service is provided. When present, a copay is usually applied on a per occurrence, per admission, per day, or annual basis.

**Deductible:** A set amount you pay out of pocket in one plan or contract year for covered services before your health plan will start covering part of the cost

**Discount:**  The amount you save by using a network health care provider. Cigna negotiates lower rates with network health care providers to help you save money. Using out-of-network providers will cost you more. If you go out-of-network for services, Cigna may be able to get you discounts through third-party vendor contracts.

**In-Network:** A group of health care providers that have a contract with Cigna to provide you with health care coverage. Using in-network providers will save you money.

**Out-of-Network:** Any health care provider that does not have a contract with Cigna to provide you with health care coverage. Using out-of-network providers will cost you more money.

**Out-of-Pocket Maximum:** The total dollar amount a customer will pay toward the coverage of a health plan's benefits/services within a calendar or contract year.

**What My Plan Paid:** The part of the Amount Billed that your health plan paid

**What I Owe:** The part of the Amount Billed you are responsible for. This amount might include your deductible, coinsurance, any amount over the maximum reimbursable charge, or products or services not covered by your plan.

# Federal Rights of review and appeal

If you have any questions about this explanation of benefits, please call Customer Service at the toll-free number on the front of this form.

If you're not satisfied with this decision, you can start the Appeal process by sending a written request to the address listed in your plan materials within 180 days of receipt of this explanation of benefits (unless a longer time frame is provided by applicable state law or permitted by your plan).

Please follow the steps below to make sure that your appeal is processed in a timely manner.

· Send a copy of this explanation of benefits along with any relevant additional information (e.g. benefit documents, medical records) that helps to determine if your claim is covered under the plan. Contact Customer Service if you need help or have further questions.

· Be sure to include: 1) Your name 2) Account number from the front of this form 3) ID number from the front of this form 4) Name of the patient and relationship and 5) "Attention: Appeals Unit" on all supporting documents.

· Contact Customer Service at the number on the front of this form to request access to and copies of all documents, records and other information about your claim, free of charge.

· You will be notified of the final decision in a timely manner, as described in your plan materials. If your plan is governed by ERISA, you may also bring legal action under section 502(a) of ERISA following our review and decision.



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Claim received for** | ASSATA S ACEY | | | | | | | | | |
| **Claim #** | 9682211717733 | | | | | | | | | |
| **ID** | 000382115 | | | | | | | | | |

**THIS IS NOT A BILL**

## Claim detail

*CIGNA received this claim on April 27, 2022 and processed it on April 28, 2022.*

| Service dates | Type of service | Amount billed | Discount | Amount not covered | Allowed amount | Copay | Deductible | What your plan paid | % paid | Coinsurance* | See notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MICHAEL J GLASSNER MD, Claim # 9682211717733 | | | | | | | | | | | |
| 04/21/22 | PHYSICIAN | 250.00 | 67.68 | 0.00 | 182.32 | 50.00 | 0.00 | 132.32 | 100 | 0.00 | A0 |
| **Total** | | **$250.00** | **$67.68** | **$0.00** | **$182.32** | **$50.00** | **$0.00** | **$132.32** | | **$0.00** | |

*\* After you have met your deductible, the costs of covered expenses are shared by you and your health plan.*
*The percentage of covered expenses you are responsible for is called coinsurance.*

## What I need to know for my next claim

*You've met a total of $0.00 toward your $2,000 out of network individual deductible for 2022*
*You've met a total of $49.35 toward your $4,000 out of network family deductible for 2022*
*You've met a total of $171.47 toward your $1,250 in network individual deductible for 2022*
*You've met a total of $285.71 toward your $2,500 in network family deductible for 2022*
*You've met a total of $0.00 toward your $5,000 out of network individual out of pocket expenses for 2022*
*You've met a total of $49.35 toward your $10,000 out of network family out of pocket expenses for 2022*
*You've met a total of $246.47 toward your $2,750 in network individual out of pocket expenses for 2022*
*You've met a total of $629.06 toward your $5,500 in network family out of pocket expenses for 2022*
*You've met a total of $3,198.37 toward your Unlimited all medical benefits individual lifetime maximum*

## Other important information that I need to know

*IF YOU ARE COVERED BY MORE THAN ONE HEALTH BENEFIT PLAN, YOU SHOULD FILE ALL YOUR CLAIMS WITH EACH PLAN.*

## Notes

A0 - HEALTH CARE PROFESSIONAL: REIMBURSEMENT IS BASED ON PLACE OF SERVICE: NON-FACILITY.



| | |
|---|---|
| **Claim received for** | ASSATA S ACEY |
| **Claim #** | 9682211717733 |
| **ID** | 000382115 |

**THIS IS NOT A BILL**

# Additional information related to the Patient Protection and Affordable Care Act of 2010

If you would like to request information about the specific diagnosis and treatment codes submitted by your Health Care Professional, You can contact your provider directly or you can print and fill out the request form and send it back to Cigna.  Go to Cigna.com and click "Find a Form" at the bottom of the page.  Choose "Privacy Forms," then "Cigna Health Care Privacy Forms."  Print the **Request for Diagnosis and Treatment Code Information form** .  If you have difficulty accessing the form, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you don't agree with our final internal review of your claim, you may be able to ask for an independent external review.  Your plan and any state or federal requirements determine whether your claim is eligible for external review. For questions about your appeal rights or for assistance, call the Employee Benefits Security Administration at 1-866-444-EBSA(3272) or go online to www.askebsa.dol.gov

Your state may also offer a consumer assistance or an Ombudsman program to help you.  Go online to mycigna.com, click on the Legal Disclaimer link at the bottom of the page, and select "State Ombudsman/Consumer Assistance Programs" from the drop down menu.  If you have difficulty accessing the website, call Customer Service at the toll-free number listed on the back of your Cigna ID card.

If you have difficulty reading English, we offer language assistance. For help please call the Customer Service number on your ID card.

Si tiene problemas para leer el texto en inglés, le ofrecemos asistencia de idiomas. Para obtener ayuda, por favor, llame al número de Servicio al cliente que figura en su tarjeta de identificación.

Si vous avez des difficultés à lire l'anglais, nous offrons une assistance linguistique. Pour toute aide, veuillez composer le numéro du Service à la clientèle qui se trouve sur votre carte d'identification.

Für den Fall, dass Sie den englischen Text nicht verstehen, bieten wir mehrsprachige Unterstützung an. Rufen Sie in diesem Fall bitte die auf Ihrer Versicherungskarte angegebene Kundenservice-Nummer an.

Kung nahihirapan ka sa pagbabasa ng wikang Ingles, nag-aalok kami ng tulong sa wika. Para sa tulong pakitawagan ang numero ng Serbisyo ng Customer sa iyong ID card.

如果對您來說閱讀英文會有困難，我們可以提供您語言協助。欲取得協助，請撥打會員卡上的客戶服務電話號碼。

Bilagáana Bizaad wólta' nił nanitł'ahgo, saad bee niká'a'doowołígíí hóló̜. Áká'a'áyeed biniiyé t'áá shǫǫdi áká'anídaalwo'go dabinaanishígíí bich'i̜' hodíílnih éí naaltsoos bee nee hózinígíí bikáa'gi bibéésh bee hane'é yisdzoh.

Exhibit 867- 05-02-2022 ADA Clarifications Attachment sent to CAO (Date on Document is Typo).pdf

Judy,                                                                                                  May.05.2022

**Summary**

In my effort to expediently complete the accommodations form on a day with several episodes, I was not able to fully translate the concerns I identified towards not having unpaid PTO as an option--as they relate to Momentum Dynamic's current policies. My current understanding of these policies is influenced by our April 18th meeting, but also by our discourse on April 21.

After our 11:30am [Mon, April 18] meeting about my PTO concerns, I did think I understood the company's policies. The understanding I thought I'd had is evidenced in the reflection email I sent at 12:50pm that same day. Two major parts of my understanding were that:

A) The current policy toward unpaid PTO existed, not due to any federal or state full-time requirements, but to ensure employees weren't abusing unpaid PTO.

B) Medical needs were not seen as an abuse of unpaid PTO.

This understanding of the company's stance towards unpaid PTO became less clear to me on April 21.

**Event**

On Thursday, April 21, I was heading out for Xray screening and gynecology visit, -both of these for reasons relating to my condition. As I approached the door (which is adjacent to your desk), you asked how I was doing. At this time Diana was also at your desk. With both of you present, I told you where I was headed, my plans to return to work the same day, and my doctor's statement that she would have the ADA forms by Friday.

After I hesitated over the acronym, ADA, you spoke out "accommodations forms", and stated that I would need to "put in (paid) PTO for this pay period" and that you would evaluate for next period. At this time, I did not think that you held my discussed need for unpaid PTO as nonmedical or otherwise abuse of unpaid PTO. Furthermore, I could not understand why, even if you doubted the reason for my need, you would instruct me in advance--to use paid PTO after the anticipated receipt of documentation from my doctor. (Instructions given Thursday morning to continue using paid PTO for a payroll that is approved on Monday although Paperwork is anticipated before or by Friday).

Given your executive role as Chief Administrative Officer, I felt this was a decision within your discretion, asking for sooner "proof" of my medical needs if only for this week could have also been arranged, and that you were aware of the stress I felt over this (as disclosed in email and in person meeting).Considering these things along with: a) the embarrassment I felt when you sounded out the ADA acronym in the front office where others were working; b) the power dynamic of your position relative to mine; c) my recent complaining about the policy regarding 40-hour week and unpaid PTO-- considering all of these things, I felt intimidated and that the working policy towards unpaid PTO differed from the understanding I had detailed in my [Mon, April 18] email.

**Additional concerns**

From the time that I emailed you about my wish to communicate medical needs to Joren up to now, our teams message correspondence has become entirely one-sided--especially after your email at [7:54pm on Monday April 25], and even after my submission of a signed HIPPA release [April 27]. While your letter states that I am free to communicate to my supervisor, is there any further barring (legally grounded or otherwise) that has prohibit him from commenting or otherwise communicating with me on teams. I asked because the shift in tone is reasonably uncharacteristic and because I prefer to complete work in collaboration with my supervisor, I want to anticipate how our communication will change. I also hope I have not caused him any additional trouble for simply being on his team.

**Sidenote**

I note and understand your preference for in person communication, and I appreciate your willingness to communicate with me in writing. This is my preferred method for these topics, as it documents the concerns being voiced, the extent of information provided and the decisions and actions that are made over time. Given the power differences in our roles, documentation is essential to making sure my rights are protected irregardless of social rapport. I try not to mix the two so that I can be more sincere.

**Conclusion**

I hope this clarification is helpful. Thank you for reviewing my form and giving me the ability to work from home with option of unpaid PTO while maintaining full time benefits.


Best,
Assata Acey

# Exhibit 868-05-02-22 CAO Response Letter to Assata Acey Attachment.pdf



May 2, 2022

**<u>VIA EMAIL</u>**

Assata Acey

Dear Assata:

Thank you for your letter dated May 5, 2022, which we received today.  As always, I appreciate your willingness to share your thoughts and concerns and am happy to respond.

With respect to your references to the Company's stance on paid time off (PTO), please allow me to just reiterate the Company's policy again.   Momentum Dynamics offers PTO to employees in accordance with its policy to allow all eligible employees the option to take paid time off from work for any reason, whether it be medical, personal, recreational or otherwise.

As the name suggests, though, PTO is a paid-time off benefit and Momentum does not separately offer employees a bank of unpaid leave.  Unpaid time off is provided, however, where needed to reasonably accommodate an employee's disability.  Identifying the appropriateness and type of accommodation that may be needed is a process that requires input from a number of sources, including the employee, the employee's healthcare providers and human resources.

In your case, since you first mentioned that you were experiencing symptoms of a medical condition, we began this process to work with you to identify whether a reasonable accommodation was needed, as evidenced by the documents that you provided last week and the initial work-from-home accommodation that Momentum has already granted. Where you have taken time off during this process, I have also reminded you that you have accrued PTO available that could be used to ensure that you received full pay in a given week.  You have not been forced to use PTO.

In terms of our conversation on April 21, 2022, you are correct that, when you stopped at my desk on your way out the door, I asked how you were feeling. There was nothing intimidating in this question as I was merely expressing interest and concern.  You responded with an update as to your doctor's appointments that day and mentioned that you were working on completing the ADA paperwork.  When you stumbled  over the acronym, "ADA," I mentioned the accommodation paperwork to signal that I understood the documents to which you were referring.  The only other person in attendance during this discreet discussion was Diana, another member of our confidential Human Resources team.  As I have confirmed with Diana, we were endeavoring to assist you during this brief conversation, and I can assure you that there was no intent to embarrass you or otherwise engage in any form of intimidation or power dynamic.

I do not believe that you have, at any time, complained about your role as a full-time employee and, in fact, I consider our recent discussions to be simply ones clarifying your position and the Company's benefit offerings.  I also do not believe that there has been anything intimidating in these discussions and it will continue to be my pleasure to answer any questions you may have.

I can also assure you that no one has barred you from having discussions with Joren.  No one has limited his communications with you or otherwise hampered the lines of dialogue and collaboration.  Over the past few days, Joren himself has been otherwise engaged outside the office and may not have been able to respond to you as quickly as you would have liked, but you have no cause for concern.

Finally, I am not sure as to what "full-time benefits" you are referring at the end of your letter, as you are not enrolled in the Company's health insurance plans, but I can confirm that you are still enrolled in the FSA and life insurance benefits programs, subject to continued payment of premiums.  Let me know if you have questions about any other benefits.

Very truly yours,

Judy Talis
Chief Administrative Officer

Exhibit 869- 04-29-2022-05-02-2022-Email chain Wherein Letters and Clarifications were Exchanged with CAO.pdf

 Gmail

Assata Acey <aceyassata@gmail.com>

## Confidential: ADA accommodation and/or STD Forms

**Judy Talis** <judy.talis@momentumdynamics.com>                    2 May 2022 at 16:46
To: Assata Acey <Assata.Acey@momentumdynamics.com>, Joren Wendschuh
<joren.wendschuh@momentumdynamics.com>
Cc: Assata Acey <aceyassata@gmail.com>

Assata,

Attached is the response to your concerns and clarifications.

Have a good evening.

Judy


**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222    ext 128**
**M: 610-613-1449**

**Momentum**®
Wireless EV Charging

**Connect**    LinkedIn  |  Website  |  Newsletter
**Media**        Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee* <u>only</u> *and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, May 2, 2022 10:10 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>; Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Re: Confidential: ADA accommodation and/or STD Forms


Alighty good morning,


Please see attached my concerns and clarifications.


Thank you again for your thourough response and helping me to work from home in this way. I will continue to do my best to communicate updates. Through Joren or otherwise.

**Assata Acey | Technician**

**484-320-8222 ext 178**



***Connect***   LinkedIn  |  Website  |  Newsletter

***Media***   Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

---

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Friday, April 29, 2022 4:48:48 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>; Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Re: Confidential: ADA accommodation and/or STD Forms

You as well.

**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222 ext 128**

**M: 610-613-1449**



***Connect***   LinkedIn  |  Website  |  Newsletter

***Media***   Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Friday, April 29, 2022 4:27:20 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>; Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Re: Confidential: ADA accommodation and/or STD Forms

Thank you for this letter, I will take time and  reread it. Have a wonderful weekend.

**Assata Acey | Technician**

**484-320-8222 ext 178**



***Connect***    LinkedIn  |  Website  |  Newsletter

***Media***    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

---

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Friday, April 29, 2022 3:41:55 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>; Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Confidential: ADA accommodation and/or STD Forms

Assata,

I have attached a letter with information on your reasonable accommodation request and work from home request. In addition, I attached the STD forms (one for you to complete and one for your doctor) to take with you when you meet with your neurosurgeon or any other health provider as desired. Once both STD forms are completed we will send to Mutual of Omaha for review.

I am happy to discuss any questions after you review the information attached and can be reached on my cell at your convenience.

Best Wishes,

Judy

**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222 ext 128**


**M: 610-613-1449**





***Connect***    LinkedIn  |  Website  |  Newsletter


***Media***    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience


*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Thursday, April 28, 2022 4:21 PM
**To:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>; Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Re: ADA accommodation and/or STD Forms


Hi Joren,


As mentioned in my teams messaged-doctors note, my neurologist appointment was scheduled for May 9. However due to my MRI report, I was advised to cancel this appointment and schedule directly with the neurosurgeon.


While I and my doctor are trying to expedite the appointment, it is looking like I will be unable to receive a treatment plan with the neurosurgeon until June.


That being said, I think the doctor's restrictions would allow me to work from home with breaks. I think this would allow me to maintain a 130hr/mo average until I know of surgery manner and dates.


Please let me know any further concerns or documents needed for this


**Assata Acey | Technician**


**484-320-8222 ext 178**



*Connect*    LinkedIn  |  Website  |  Newsletter

*Media*    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

---

**From:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Sent:** Thursday, April 28, 2022, 12:46 PM
**To:** Assata Acey <Assata.Acey@momentumdynamics.com>; Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Assata Acey <aceyassata@gmail.com>
**Subject:** Re: ADA accommodation and/or STD Forms

Assata,

Thank you for keeping me up to date on your doctor's appointments, including your upcoming appointment with your surgeon on May 9, 2022.

In follow-up to the information that you provided yesterday, I wanted to make sure that I understand your work needs for now until your next appointment.  I know that you have not been able to work since Monday, April 25th and, in light of your doctor's restrictions and your symptoms, it looks as though keeping you on a leave of absence status will be necessary.  **If you could let me know if this is correct, I would greatly appreciate it.**

Thank you!

**Joren Wendschuh** | **Manager, Product Introduction**

**484-320-8222 ext 143**



*Connect*    LinkedIn  |  Website  |  Newsletter

*Media*    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

# Exhibit 870- 04-29-2022 CAOs Response to Employee portion of Form Letter to Assata Acey Attachment.pdf



April 29, 2022

<u>**VIA EMAIL**</u>

Assata Acey

Dear Assata:

Let me begin by extending Momentum's best wishes for your successful and speedy recovery.

Thank you for providing your completed reasonable accommodation request form, which we received on April 27, 2022, and which you entitled, "Pre-Plan." We also received your request to communicate information regarding your work status through your supervisor, Joren Wendschuh. We are happy to have you communicate through Joren at this time, subject to our ongoing assessment of whether doing so creates any impediment or delay in our need to timely communicate important information to you or otherwise creates any undue hardship.

*Initial Work-From Home Accommodation*

Based upon the information that you provided in the Pre-Plan and in your email exchanges with Joren, we understand that you are currently requesting to work from home with assignments limited to those that can be accomplished while sitting and with frequent rest breaks. We also understand that this accommodation is requested on an interim basis until you have met with your surgeon on May 9, 2022 and determined a treatment plan forward.

Based upon the information that you have provided, Momentum can grant you up to thirty (30) days (through May 31, 2022) to work from home. Although the essential functions of your job are performed onsite, there are certain job-related tasks and projects that we can assign you to perform from home on this interim basis. You will work with Joren for project assignments and appropriate deadlines during this time period in order to align with operational needs and your limitations.

Please let us know if your limitations change during this interim period and we can discuss needed changes to your accommodation. Additionally, once you have received further information from your surgeon, please provide us with an update in terms of the timing of additional leave or other accommodations.

At this time, you are not eligible for leave under the Family and Medical Leave Act as you have not yet completed twelve (12) months of employment with Momentum Dynamics.

*Wages During Your Work-From-Home Period*

While you are working from home, you will continue to be paid for all hours that you have worked and you should submit your timesheets for all remote work performed as you do presently. In response to your question, time spent in discussions with Joren or with me about work accommodations or completing paperwork that Momentum has asked you to complete relating to job accommodations is considered working time. Time spent meeting with your doctors or filling out short-term disability benefit applications is not working time. If you have any other specific questions, please let me know.

During this period, you also may use your accrued PTO time (currently 5.1 days) for additional compensation if you would like. **Please let us know by Friday, May 6, 2022,** if you would like to use your PTO at this time so that it can be included in your next paycheck.

You are currently signed up for deductions from each pay for your Flexible Spending Account contributions and life insurance premiums.  If you do not earn sufficient wages during any workweek to cover these contributions, you will need to send a check to me each pay period to continue these benefits.  Your life insurance premiums are $12.18 per pay period and your FSA contributions are $4.61.  I will let you know if these payments needs to be made based upon your hours worked.

If you find that you are unable to work during this time period, please let us know and you can apply for short-term disability.  I have attached the STD paperwork with this letter.  Please let me know if you have any questions regarding how to complete the paperwork.

*Response to your Pre-Plan*

I also want to respond more specifically to a number of the statements in your Pre-Plan to address some apparent confusion that I would like to clarify.  Please let us know if you need additional information or would like to discuss these further.

1.      In response to the question, "What specific accommodation are you requesting? You responded as follows:

   ***I would like to have option to unpaid time off for durations that would not affect full time status as defined in Affordable Care Act (30 hours/week or 130 hours/month)***

   Response:  The Affordable Care Act (ACA) is a law that sets the threshold of working hours at which an employer has to offer health insurance to employees. In compliance with the ACA,  Momentum does offer health insurance benefits to all employees who work 30 hours or more per week.  As you know, you have not elected health insurance for 2022, although you can elect to participate during the open enrollment period this coming Fall.  If, however, you have suffered a loss of your current insurance benefits, please let me know and we can evaluate whether you have experienced a qualifying event that would allow you to enroll in Momentum's benefits now.

   With respect to your request for time off as a result of your medical condition, Momentum remains willing to provide you with job-protected leave as a reasonable accommodation, if needed.  We will continue to work with you to determine your need for leave or other accommodations as you gather additional information concerning your treatment needs.  We will make all of these accommodation determinations with the goal of enabling you to return to work and perform your essential job duties as a full-time employee of Momentum.  This process, however, does not involve the ACA's 30-hour threshold for benefit eligibility.

2.      In response to the question, "What, if any, unemployment benefit are you having difficulty accessing?, you responded as follows:

   ***As I currently understand, I am denied the option of unpaid time off, and as such am unable to traditionally access PTO for non-medical use.***

   Response:  Your understanding is not correct, and we welcome the opportunity to clarify this for you.  Momentum has not denied you the right to take time off as a reasonable accommodation for a medical condition, nor denied you the opportunity to use your accrued PTO.

   I believe that your confusion may relate to our recent April 18, 2022 conversation in which you relayed to me that, before coming to Momentum Dynamics, you worked as an independent contractor and, as such, were able to set your own hours and determine how many hours you wanted to work each week.  You expressed that this was something that you wanted to do as an employee at Momentum Dynamics.  During that conversation, I explained that being a contractor is very different from your current position as a full-time employee of Momentum, where you are expected to regularly work a 40-hour per week schedule.  I also explained that Momentum provides annual PTO that you can use for any reason.

During our discussion, I also described that time off from work can be provided as a reasonable accommodation for a disability and that this can include both paid leave in the form of PTO or short-term disability benefits, and unpaid leave. During our conversation, you said that you now understood the difference and thanked me for the explanation.

Momentum will continue to work with you and your healthcare providers to identify accommodations you may need as your situation develops, including leave where needed. This leave may include paid leave in the form of your PTO and short-term disability benefits, and may also include unpaid time off, as needed.

3.    In response to the question, "If you are requesting a specific accommodation, how will that accommodation assist you?", you responded as follows:

*I will no longer be penalized for pausing work for my health. I will be able to contribute what/when I can to my team without overextending myself or losing access to regular PTO.*

Response:  This statement is not correct, and we again welcome the opportunity to clarify this for you. As discussed above in paragraph 2, Momentum has not denied any request from you for time off from work or in any way penalized you for taking time off. We also have not denied you any access to your PTO benefits.

Again, we believe that your confusion may relate to our earlier discussion where you were describing your former position as an independent contractor where you could work in a self-directed manner with no set schedule or working-hour requirement. As I explained to you at that time and are happy to confirm again here, while your position as a full-time employee of Momentum carries an expectation that you will work a regular 40-hour per week schedule, we will continue to engage with you in our ongoing interactive process to identify reasonable accommodations that you might need (including, but not limited to, time away from work or other work-schedule modifications), to enable you to perform the essential functions of your position.

I hope that this answers any open questions or concerns you may have. If you still have questions regarding this letter or wish to discuss further, please do not hesitate to let me know. You may contact me directly or relay those question through Joren, if you wish.

Very truly yours,

Judy Talis
Chief Administrative Officer

Exhibit 871 04-27-2022 First submission of PCP and Employee portions of Pre-Plan ADA Attachment.PDF



## REASONABLE ACCOMMODATION MEDICAL AUTHORIZATION FORM

**To MOMENTUM DYNAMICS CORPORATION ("Momentum") Employee:** _Assata Acey_

To initiate a request for a reasonable accommodation, an employee must:

• Submit this completed Reasonable Accommodation Request form to Momentum Dynamics Human Resources.

• Section I of this Form must be completed and signed by the Employee and Section II must be completed by the employee's physician or care provider. Employees are to complete Section I below, together with a copy of their job description if provided by Human Resources, to their medical provider and have the medical provider complete Section II. All documents, including the employee's job description, must be attached to this form.

• Completed forms are to be returned by scan/email to judy.talis@momentumdynamics.com. For questions, please call Human Resources at 484-320-8222 or 610-613-1449 (cell).

• The contents of this request are confidential and will only be shared as needed with the appropriate personnel to consider the implementation of a reasonable accommodation. All medical documentation will be kept confidential.

### SECTION I: TO BE COMPLETED BY EMPLOYEE:

_Assata Acey_
**Employee Name**

_Technician_
**Job Title**

_Product Introduction_
**Department**

_Joren Wendelschuh_
**Supervisor**

### Questions to Clarify Accommodation Requested:

**(To be completed by Employee) What specific accommodation are you requesting?**

_I would like to have option to unpaid time off for durations that would not affect full time status as defined in Affordable Care Act. [30 hr/wk or 130 hr/month]_

**If you are not sure what accommodation is needed, do you have any suggestions about what options we can explore?** ☐ Yes ☑ No. If yes, please explain.

### Questions to document the reason for the Accommodation Request (Complete all that apply):

**What, if any, job function are you having difficulty performing?**

_— difficulty performing in office tasks for long periods of time [assembly]_

_— difficulty focusing on at home tasks during episodes of pain [documented etc]_

**What, if any, employment benefit are you having difficulty accessing?**

As I currently understand, I am denied ~~# upp~~
the option of unpaid time off, and as such am unable to traditionally access PTO for non-medical use.

**What limitation is interfering with your ability to perform your job or access an employment benefit?**

I am unable to consistently work hours equal or greater than 40 hours per week (whether in office or at home) due to severe episodes of dizziness, headaches and heatflashes.

**Have you had any accommodations in the past for this same limitation?** ☐ Yes ☑ No.
**If yes, what were they and how effective were they?**

**If you are requesting a specific accommodation, how will that accommodation assist you?**

- I will no longer be penalized for pausing work for my health.
- I will be able to contribute what/when I can to my team without over extending myself or losing access to regular PTO

**Other Information that We Should Know:**

My MRI was conducted 04/23/2022, in which a pituitary adenoma was found. Due to nature and effects of this, I am unable to fully provide scope for work until treatment plan has been given or reviewed by surgeon (hopefully by 05/09/22)

**Please provide any additional information that might be useful in processing your accommodation request.**

### Release of Information

I hereby authorize the release of the following information to Momentum Dynamics Human Resources for the purpose of determining the availability of reasonable workplace accommodations. I further authorize Momentum Dynamics Human Resources to seek clarification of this documentation, if necessary, by contacting my physician or care provider. I understand that I have the right to revoke this authorization at any time by notifying Human Resources at 484-320-8222. I understand that the revocation is only effective after it is received and logged by Human Resources. I understand that any use or disclosure made prior to the revocation under this authorization will not be affected by the revocation. I understand that, after this information is disclosed, federal law might not protect it and the recipient might re-disclose it. I understand that I am entitled to a copy of this authorization and that this authorization will expire when my employment with Momentum Dynamics ends. I may contact Momentum Dynamics Human Resources at 484-320-8222. If I have any questions about this authorization.

_____    04/27/2022
**Employee Signature**                              Date

2

**Employee Name: Employee:** _Assata Acey_

**SECTION II: TO BE COMPLETED BY THE PHYSICIAN OR HEALTH CARE PROVIDER:**

**To Physician or Care Provider:**

To consider a request for reasonable accommodations, employees must provide current documentation of a disability. As the employee's physician or care provider, you are asked to fully complete all sections of this form. Additional information can be attached if necessary. Note: Federal and state laws define a disability as a physical or mental impairment that substantially limits one or more major life activities, an individual having a record of such an impairment, or an individual being regarded as having such an impairment.

To complete this form (see attached page 2, section 2), you should review the employee's job functions and other information relevant to the employee's job at Momentum. If those materials have not been provided, please contact the employee and let him or her know you cannot complete this form without those materials. Thank you for your assistance.

1. Please identify the employee's physical or mental impairment:
We are currently in the process of working up the patient's symptoms which are affecting her ability to work. Bloodwork has been completed. An MRI of brain + neurology consultation are planned

- Please describe the effects or limitations (e.g. long-term, permanent, recent, short-term).
Cannot stand for >5min. Cannot swivel head (induces dizziness). Can not be exposed to loud sounds or bright lights. Requires frequent brain rest.

2. Please identify the specific date when the employee is likely to be able to return to work and perform the essential functions of the employee's position, including but not limited to the ability to provide regular and reliable attendance:

_Please see above_

3. As of _____, 202__, employee will be able to return to work with the following restrictions:
I will be able to reassess her ability to return to work after 5/9/22 when she sees the neurologist. As of now, she can work in an environment catering to her needs as listed above

- The restrictions identified above will be in place for _at least until 5/9/22_.

4. Employee's condition can be mitigated, or alleviated, ☐ completely / ☐ in part by the following devices, medications or treatment:
None identified at this time - workup is ongoing

5. Please describe the effects or limitations this impairment has on the employee's activities, if any:
inability to stand > 5min, swivel head. focus, be exposed to excess light or sound

6. By reviewing the attached information concerning the employee's job duties, please describe the effect or limitations the impairment has on the employee's ability to perform the job duties, if any:
See above

3

• Are there any activities or situations that should be avoided or that would present a health or safety risk to the employee or other due to the impairment?

Walking/Standing for prolonged times would be the most imminent risk

7. Please offer any suggested accommodations that might enable the employee to perform his or her job duties:

Decreased standing/walking

Frequent breaks (5 min every 30 min)    Duration? until neuro eval & then a more specific duration can be determined

Screen accomodation to decrease head swivel

Sit in a dim room s̄ excess noise    Duration?

_____    Duration?

• Additional questions specific to employee request:

•

Thank you for your assistance in providing this information so that we may assess the employee's request. Please sign below.

_____
Signature of Physician or Care Provider

_____
Jennifer Flom, D.O.
Provider Name (please print)

_____ 04|22|2022
Date

_____ 610-668-7992
Telephone Number

4

Exhibit 872- 04-25-2022-04-27-2022 Acknowledgement of CAOs Call and 2 forms and Attempt to Avoid Unwitnessed Communication.pdf

 Gmail                                            **Assata Acey <aceyassata@gmail.com>**

---

## FW: ADA accommodation and/or STD Forms

---

**Assata Acey** <Assata.Acey@momentumdynamics.com>                    27 April 2022 at 17:41
To: Judy Talis <judy.talis@momentumdynamics.com>
Cc: Joren Wendschuh <joren.wendschuh@momentumdynamics.com>, Assata Acey <aceyassata@gmail.com>

Hi Judy,

I realize when I wrote out my consent of Joren to communicate on my behalf, it may not have been fully acceptable under HIPPA. As such, I have written this more formally. I do not forsee that I will be able to set a comprehensive plan for work until I have a clear plan of treatment and recovery with my doctor and current neurosurgeon.  Stress has increased my symptoms by a lot and seeing as I have limited support at the moment(my mother is passed, close friends and family are currently out of state) , he is currently my best resource to aid in ongoing, timely, and effective communication for work purposes.

I have been unable to complete the forms, this email and ' medical tasks without significant physical strain and pain, I truly feel that having an aid that I am most comfortable with would make this a lot easier for me.

If there are any other legal barriers to this(my having support to help me communicate while I await a health plan and completed evaluation of my pituitary tumor) , please let me know.

I have attached also my completed ADA form. I look forward to submitting a more effective version and or revisiting a more efficient plan once I have a roadmap of treatment and recovery with my doctor.

Take care, (I am taking a nap),
Assata

**Assata Acey | Technician**

**484-320-8222     ext 178**

**Momentum®**
Wireless EV Charging

**Connect**    LinkedIn  |  Website  |  Newsletter
**Media**        Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee underline{only} and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Judy Talis judy.talis@momentumdynamics.com
**Sent:** Monday, April 25, 2022 7:54 PM
**To:** Assata Acey Assata.Acey@momentumdynamics.com
**Subject:** RE: ADA accommodation and/or STD Forms

Assata:

Thank you for forwarding the information from your physician and I will look for the rest of the form from you when you can send it.

I understand that you are currently working through a number of diagnostic tests and digesting significant pieces of new information relating to your medical condition.  Please understand that I will be your point of contact from here as it relates to accommodations, benefits and any leave you may need.  I also understand that those may need to change as you gain a clearer picture of the next steps in your treatment plan.  I am ready to discuss these potential accommodations with you when you are ready.

Until I have a clearer picture of whether you are able to work, we will grant you a leave of absence on a day-by-day basis until you and I connect.  Be assured that you have 4.4 days of accrued PTO and other options for unpaid leave which you can use until we assess potential accommodations and determine short-term disability eligibility.

Let me know when you are able to speak and know that we are wishing you the very best as you work through next steps.

Best,

Judy

**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222 ext 128**

**M: 610-613-1449**



***Connect***    LinkedIn  |  Website  |  Newsletter

***Media***    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 25, 2022 3:13 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Re: ADA accommodation and/or STD Forms

Re:ADA form

So sorry form did not attach here it is

This is the scan from the doctor's side of the form.

I will try to fill out my half, But in the meantime you do have her signed recommendations (as filled this friday) as specific precautions until 5/9. She's also looking to update after neurosurgeon eval.

**Assata Acey | Technician**

**484-320-8222 ext 178**



**_Connect_**   LinkedIn  |  Website  |  Newsletter

**_Media_**   Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

_Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately._

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 25, 2022, 3:06 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Fwd: ADA accommodation and/or STD Forms

Re:ADA form

This is the scan from the doctor's side of the form.

I will try to fill out my half, But in the meantime you do have her signed recommendations (as filled this friday) as specific precautions until 5/9. She's also looking to update after  neurosurgeon eval.

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 25, 2022 3:07 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Fwd: ADA accommodation and/or STD Forms

Re:ADA form

This is the scan from the doctor's side of the form.

I will try to fill out my half, But in the meantime you do have her signed recommendations (as filled this friday) as specific precautions until 5/9. She's also looking to update after  neurosurgeon eval.

---

**From:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Sent:** Monday, April 25, 2022 10:28:06 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Re: ADA accommodation and/or STD Forms

Thank you for personally calling me to inform of the 5 hours pto you need to put in for my timesheet to produce 40 hours for the week of April 11-15.

As I have disclosed with you. I am ill and currently under stress.

I realize my doctors part of the forms were lost in my patient portal. I am working with them to forward these.

As I have disclosed with you over the phone, I am critically ill and currently under stress. Please work with Joren for needed communication.

At this time I have given my doctors note to Joren for next steps. He also has typed consent from me to disclose as needed.

---

[Quoted text hidden]

---

**2 attachments**

**HIPPA Authorization-Joren.JPG**
3962K




**Pre-Plan ADA.PDF**
9674K

Exhibit 873- 04-25-2022

Continued Scrutiny from HR

INDUCTEV

INITDISCL003611.pdf

Message

---

**From:**    Assata Acey [Assata.Acey@momentumdynamics.com]
**Sent:**    4/25/2022 10:22:12 AM
**To:**    Joren Wendschuh [joren.wendschuh@momentumdynamics.com]

Judy called from a new number to say she "needed proof" and that she was putting in pto.

CONFIDENTIAL                                                                    INDUCTEV INITDISCL003611

Exhibit 874- 04-25-2022 PCP Recommendations screenshot INDUCTEV INITDISCL009558.pdf

# Sending insurance card

**Jennifer L. Flom, DO**

not need to be in a certain part of your cycle for us to check these labs.

2. Have you been having any visual symptoms at all?

3. Headaches can definitely be common with pituitary macroadenomas but the most common symptom is visual disturbance. Dizziness is not typically a major symptom but I wonder if the additional lab tests will give us info about the dizziness or if your dizziness is your visual disturbance (if that makes sense).

4. I know we discussed seeing a neurologist, but with this finding, our next stop should be a neurosurgeon. You can cancel your neurology appointment for now.

I'd recommend calling Dr. Gaurav Jain at Lankenau -
Lankenau MOB East, Suite 256
100 East Lancaster Avenue
Wynnewood, PA 19096
Phone: 610.649.6800

5. The forms are uploaded in your portal.

Please let me know if you have any questions or concerns and I am also happy to discuss by phone if you prefer.

Last viewed by staff 8:41 AM



**Reply**

Sounds good.

INDUCTEV INITDISCL009558

Exhibit 875- 04-25-2022 PCP Recommendations screenshot II INDUCTEV INITDISCL009559.pdf



INDUCTEV INITDISCL009559

# Exhibit 876 - Discourse Regarding Reasonable Accommodations and FMLA forms 06-07-2022 and 06-13-2022.pdf.

 Gmail                                    **Assata Acey <aceyassata@gmail.com>**

---

## Return to Work Status

---

**Judy Talis** <judy.talis@momentumdynamics.com>                    13 June 2022 at 14:59
To: Assata Acey <aceyassata@gmail.com>
Cc: Joren Wendschuh <joren.wendschuh@momentumdynamics.com>, Assata Acey
<Assata.Acey@momentumdynamics.com>

Good Afternoon Assata,


In response to the FMLA form WH-381, it is notification that you are now eligible for FMLA (unpaid leave). FMLA is if you are unable to come back to work full time, you are entitled to take leave either intermittingly or in a block. Once I know if your leave  is being extended beyond June 17th I can complete the form with more details and send it back to you for your signature. As always, feel free to give me a call at any time on my cell (610-613-1449)     as well and I can answer any questions you may have.


As discussed below, please let me know if your STD is being extended beyond the 17th so we can address your leave of absence and any FMLA forms to be completed.


Best Regards,

Judy



**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222     ext 128**
**M: 610-613-1449**

**Momentum**®
Wireless EV Charging

***Connect***     LinkedIn  |  Website  |  Newsletter
***Media***          Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <aceyassata@gmail.com>
**Sent:** Monday, June 13, 2022 10:23 AM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>; Assata Acey
<Assata.Acey@momentumdynamics.com>
**Subject:** Re: Return to Work Status


**EXTERNAL EMAIL**

Thank you for your communication.

I have noted that the FMLA form you have sent for me to sign has several fields blank(regarding options of PTO,  whether my role is key or not, etc).

Please let me know if there is a reason these are blank and or if its possible to have one prefilled before signing and returning.

On Tuesday, 7 June 2022, Judy Talis <judy.talis@momentumdynamics.com> wrote:

> Hello Assata.
>
> Thank you for your response. Please allow me to update my earlier email today.   Shortly after sending my email, we received information from Mutual of Omaha indicating that your STD has been extended through June 17, 2022. Accordingly,  your leave of absence has been extended through the 17th. We will contact you again on or about June 14th to discuss whether you will require any further accommodations after June 17, 2022. If you have any questions or wish to share any additional information please do not hesitate to contact me. As noted below, you become eligible for job-protected Family and Medical Leave (FMLA) as of June 14, 2022.  Based upon the information that has already been provided, we are enclosing your Notice of Eligibility & Rights and Responsibilities under the Family and Medical Leave Act.  This leave would be unpaid, although you remain entitled to your STD payments and may use your accrued PTO.  Kindly sign and return the Notice on or before June 29, 2022 if your leave will extend beyond June 17, 2022.
>
> Best Regards,
>
> Judy
>
>
> **Judy Talis | Chief Administrative Officer**
>
> **O: 484-320-8222    ext 128**
>
> **M: 610-613-1449**
>
>
>
> **Connect**   LinkedIn  |  Website  |  Newsletter
>
> **Media**    Taxis - NYTimes  |  Airport & Transit  |  Driver Experience
>
> *Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee <u>only</u> and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Assata Acey <aceyassata@gmail.com>
**Sent:** Tuesday, June 7, 2022 12:08 PM
**To:** Judy Talis <judy.talis@momentumdynamics.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>; Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Re: Return to Work Status

**EXTERNAL EMAIL**

Hi and good afternoon,

Yes, there has been some additional specialists consulted for my treatment, so my agent proacrively reached out to extend tentatively to Jun 17 depending on the specific doctor's availability.

They said they would send out a letter, so I am looking out for that.

Sorry for the confusion and thank you for your communication.

On Tuesday, 7 June 2022, Judy Talis <judy.talis@momentumdynamics.com> wrote:

> They have not contacted us yet so we will follow up with them to get their confirmation. Thanks for letting me know.
>
>
> **Judy Talis | Chief Administrative Officer**
>
> **O: 484-320-8222     ext 128**
>
> **M: 610-613-1449**
>
> **Momentum**®
> Wireless EV Charging
>
> ***Connect***     LinkedIn | Website | Newsletter
>
> ***Media***     Taxis - NYTimes | Airport & Transit | Driver Experience
>
> *Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*
>
> ---
>
> **From:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
> **Sent:** Tuesday, June 7, 2022 10:34 AM
> **To:** Judy Talis <judy.talis@momentumdynamics.com>; Assata Acey <aceyassata@gmail.com>

**Cc:** Assata Acey <Assata.Acey@momentumdynamics.com>
**Subject:** Re: Return to Work Status

Judy,

FYI - Assata just informed me that the STD insurance has been extended, I believe to June 17th at this time, by the insurance company, with the option to extend longer (per the company).  What needs to be setup with MD to confirm this June 17th extension?

Thank you!

**Joren Wendschuh | Manager, Product Introduction**

**484-320-8222    ext 143**



**Connect**    LinkedIn | Website | Newsletter

**Media**     Taxis - NYTimes | Airport & Transit | Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**From:** Judy Talis <judy.talis@momentumdynamics.com>
**Sent:** Tuesday, June 7, 2022 10:28
**To:** Assata Acey <aceyassata@gmail.com>
**Cc:** Joren Wendschuh <joren.wendschuh@momentumdynamics.com>
**Subject:** Return to Work Status

Hello Assata.  I hope this email finds you well.

As indicated in my May 26, 2022 email, I am writing to inquire as to your return-to-work status.  As you know, your current leave expires on June 10, 2022.  In the absence of the need for further accommodations, we look forward to your return to full-time work at Momentum on Monday, June 13, 2022.

If, however, you do require further accommodations in connection with your medical condition at this time, please contact me no later than Friday, June 10, 2022 so that we may review your status and needed accommodations. Please also be advised that you become eligible for Family and Medical Leave (FMLA) as of June 14, 2022.  I would be happy to review your FMLA leave entitlement at any time.

Best,

Judy

**Judy Talis | Chief Administrative Officer**

**O: 484-320-8222    ext 128**

**M: 610-613-1449**



*Connect*    LinkedIn  |  Website  |  Newsletter

*Media*        Taxis - NYTimes  |  Airport & Transit  |  Driver Experience

*Confidentiality Notice: The information, and any attachments and/or documents, transmitted by this email is intended for the addressee only and contains information that is confidential, proprietary, privileged, or otherwise protected by law. This notice serves as a confidentiality marking for the purpose of any confidentiality or nondisclosure agreement. Any dissemination, distribution, or copying is prohibited. If you have received this communication in error, please contact the original sender immediately.*

**WH-381.pdf**
324K

# Exhibit 877- Deficient Production Correspondence with the Defendant.pdf

 **Gmail**

**Assata Acey <aceyassata@gmail.com>**

## Assata Acey v. InductEV

12 messages

---

**Longo, Alberto** <ALongo@foxrothschild.com>                                        17 July 2023 at 18:21
To: "aceyassata@gmail.com" <aceyassata@gmail.com>
Cc: "Schauer, Randall C." <RSchauer@foxrothschild.com>, "Hanley, Krista M." <KHanley@foxrothschild.com>

Dear Ms. Acey –

Attached please find Defendant's Objections and Responses to Plaintiff's Request for Production of Documents. The link to download the responsive documents will be sent in a separate email. Please note that the password required to extract the files is:  mi*HiD6l1o

Thank you,

**Alberto Longo**
Associate
**Fox Rothschild LLP**
980 Jolly Road
Suite 110
Blue Bell, PA 19422
(610) 397-3933 - direct
(610) 397-0450 - fax
ALongo@foxrothschild.com
www.foxrothschild.com

This email contains information that may be confidential and/or privileged. If you are not the intended recipient, or the employee or agent authorized to receive for the intended recipient, you may not copy, disclose or use any contents in this email. If you have received this email in error, please immediately notify the sender at Fox Rothschild LLP by replying to this email and delete the original and reply emails. Thank you.

---

 **Acey - D's Responses to P's First RPDs 7.17.2023(147576299.1)-C.pdf**
141K

---

**Longo, Alberto** <alongo@foxrothschild.com>                                        17 July 2023 at 18:22
Reply-To: alongo@foxrothschild.com
To: aceyassata@gmail.com
Cc: khanley@foxrothschild.com, rschauer@foxrothschild.com



DOWNLOAD

You have received 1 file from alongo@foxrothschild.com.

Ms. Acey -- below please find a link to Defendant's responsive documents Bates labeled ACEY000001 - ACEY000126 in the above-captioned matter.

Thank you,

**Alberto Longo**
Associate
**Fox Rothschild LLP**
980 Jolly Road
Suite 110
Blue Bell, PA 19422
(610) 397-3933 - direct
(610) 397-0450 - fax
ALongo@foxrothschild.com
www.foxrothschild.com


File links expire: Aug 07, 2023


Please note: If this is your first time accessing the Fox Rothschild LLP secured file transfer site, you will need to click "Create Account" to request an activation link. The link will be sent to your email account if your email address is valid. When you click on the link, you will be prompted to set a new password.

If you have activated your account before, but do not remember your password, click the "forgot password" link to request a new password. You will be asked to provide your email address so that a password reset link can be sent back to your email account for security.

Secured by **Kiteworks**

---

📄  1 compressed file
ACEYPROD001.zip

[Quoted text hidden]

---

**Assata Acey** <aceyassata@gmail.com>                    20 July 2023 at 10:14
To: alongo@foxrothschild.com
Cc: khanley@foxrothschild.com, rschauer@foxrothschild.com

Attorneys Longo and Schauer,

It has come to my attention that the files submitted on July 17 as well as those files submitted in June 27th and July 3 (initial discovery and production request responses) are inaccessible:
unlike the initial discovery production of June 5, these productions have password protected DAT and OPT files without any prior notice of additional passwords being needed post-download or any APP files to allow such a password to be inputted. Furthermore, the files within the subfolder are also password protected. For this reason, I have been unable to access or review any contents. I have spent time troubleshooting and researching the file behavior (error 0x80004005) and have attached screenshots to better document and illustrate this issue.

Please resubmit all files without the additional post-download password protection, provide a reasonable procedure to unlock them OR print the contents and provide them in paper.
Please let me know if this issue cannot be resolved promptly.

Thanks,
Assata
[Quoted text hidden]

---

**8 attachments**



**Discovery Documents Extraction Error.png**
90K

**Discovery Documents File opening Error.png**
72K

**Discovery Documents Password Protected files.png**
70K



**Production Request Extraction Error.png**
48K

**Discovery Password protected DAT and OPT files.png**
11K

**Production Request Password protected DAT and OPT files.png**
17K

**Production Request File opening Error.png**
27K

**Production Request Password Protected files.png**
21K

---

**Schauer, Randall C.** <RSchauer@foxrothschild.com>                    20 July 2023 at 10:28
To: Assata Acey <aceyassata@gmail.com>, "Longo, Alberto" <ALongo@foxrothschild.com>
Cc: "Hanley, Krista M." <KHanley@foxrothschild.com>

Ms. Acey: It was certainly not our intention for this to be the case. We have also had issues dealing with the various programs involved in collecting and processing these documents and communications, but thought they were resolved. We will review and address your concerns asap. Thank you for letting us know.

Randall C. Schauer

Attorney at Law

Fox Rothschild LLP

610-368-5080 - cell

rschauer@foxrothschild.com

[Quoted text hidden]
[Quoted text hidden]

**Assata Acey** <aceyassata@gmail.com>                                      21 July 2023 at 16:19
To: alongo@foxrothschild.com
Cc: khanley@foxrothschild.com, rschauer@foxrothschild.com

Thank you for your followup and resubmission from Krista at 2:42pm today, however the files in the download are all still password protected. Images are attached. If there is a password that you have to unlock these documents, please provide it.
thanks,

On Mon, 17 Jul 2023 at 18:22, Longo, Alberto <alongo@foxrothschild.com> wrote:
[Quoted text hidden]

---

**5 attachments**



**Resubmission Extraction Error.png**
39K

**Resubmission Password Protected Files II.png**
98K

**Resubmission File opening Error.png**
107K

**Resubmission Password Protected Files III.png**
98K

**Resubmission Password Protected Files.png**
20K

---

**Hanley, Krista M.** <KHanley@foxrothschild.com>                           21 July 2023 at 16:23
To: Assata Acey <aceyassata@gmail.com>, "Longo, Alberto" <ALongo@foxrothschild.com>
Cc: "Schauer, Randall C." <RSchauer@foxrothschild.com>

Dear Ms. Acey –

I apologize, I thought once I downloaded and re-uploaded the password protection would be removed. Please try this password:  **mi*HiD6I1o**

Please let me know if you have any further problems.

**Krista Hanley**
Paralegal
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 895-6724 - direct
(609) 896-1469 - fax
KHanley@foxrothschild.com
www.foxrothschild.com

---

**From:** Assata Acey <aceyassata@gmail.com>
**Sent:** Friday, July 21, 2023 4:19 PM
**To:** Longo, Alberto <ALongo@foxrothschild.com>
**Cc:** Hanley, Krista M. <KHanley@foxrothschild.com>; Schauer, Randall C. <RSchauer@foxrothschild.com>
**Subject:** [EXT] Re: Assata Acey v. InductEV

Thank you for your followup and resubmission from Krista at 2:42pm today, however the files in the download are all still password protected. Images are attached. If there is a password that you have to unlock these documents, please provide it.
thanks,

[Quoted text hidden]
[Quoted text hidden]

---

**Assata Acey** <aceyassata@gmail.com>                                          21 July 2023 at 18:08
To: "Hanley, Krista M." <KHanley@foxrothschild.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Schauer, Randall C." <RSchauer@foxrothschild.com>

Krista,
Thank you for your quick response. The password seems to have worked. Hoping to have no further updates.
[Quoted text hidden]

---

**Assata Acey** <aceyassata@gmail.com>                                          7 August 2023 at 11:17
To: "Hanley, Krista M." <KHanley@foxrothschild.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Schauer, Randall C." <RSchauer@foxrothschild.com>

Attorneys Longo and Schauer:
1. I have reviewed  percentage of your submission and have found the majority of Native files in Inductev001 to be either blank (folder 2-6, 8-12) or non disclosed special format (folders 1 and 7 ) whereas more than 600 files in the PDF sections consist of notice of technical error, notice of provision in the "native format",  header information only,  or shrunken/illegible body or image text .

Please let me know if this is the permanent state of your submissions.

2. I have also noted that several of these files (one message per file) are arranged nonchronologically such that a 15

minute conversation on one day is spread across several folders with varying file numbers more than 300 units apart.

Please let me know of the perceived reason for this.

3. There appears to be missing files, as a longer conversation on 10/28/2021 appears to end a 3:41pm on a workday mid message.
Please let me know the defence's stance, if all messages sent to or from my company accounts are believed to be submitted.

I have attached documentation for the blank native files, scattered PDFs and examples of "blank and illegible" PDFs

Best,
Assata
[Quoted text hidden]

---

**13 attachments**



**Scattered Files 1.png**
110K

**Scattered Files 2.png**
109K

**InductEV-001 Native Folders 2-6 Empty.png**
48K

**InductEV-001 Native folder 13 Nonspecific-Inaccessble File Format.png**
99K

**InductEV-001 Native 007 Nonspecific-Inaccessible File Format.png**
119K

**InductEV-001 Native Folders 8-12 Empty.png**
47K

**Aggregate Native Format Notices.png**
99K

**Native Format Notice Example INDUCTEV INITDISCL017853.pdf**
4K

**Shrunken Text II Example INDUCTEV INITDISCL011569.pdf**
8K

**Technical Issue Example INDUCTEV INITDISCL012205.pdf**
4K

**Blank Email Example INDUCTEV INITDISCL013010.pdf**
10K

**Shrunken Text I Example INDUCTEV INITDISCL012086.pdf**
7K

📄 **Unclear Email Example INDUCTEV INITDISCL017848.pdf**
6K

---

**Hanley, Krista M.** <KHanley@foxrothschild.com>                                9 August 2023 at 08:52
To: Assata Acey <aceyassata@gmail.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Schauer, Randall C." <RSchauer@foxrothschild.com>

Dear Ms. Acey:

In response to your email from August 7, 2023, please see the below:

1. I have reviewed  percentage of your submission and have found the majority of Native files in Inductev001 to be either blank (folder 2-6, 8-12) or non disclosed special format (folders 1 and 7 ) whereas more than 600 files in the PDF sections consist of notice of technical error, notice of provision in the "native format",  header information only,  or shrunken/illegible body or image text. –

➢ In  Inductev001 production there are 149 documents produced with "Technical Issue – No Images" place holder due Native Issues. We were unable to create images for these 149 documents because they are in unknown format or corrupted. There are some files produced with slip sheet verbiage "Documents Produced In Native format" which are media files (audio/video ) that can not be converted to PDF. Those pages are place holders.

➢ For the shrunken attached files, these are small embedded images that are immaterial to the content.

Please let me know if this is the permanent state of your submissions.

2. I have also noted that several of these files (one message per file) are arranged nonchronologically such that a 15 minute conversation on one day is spread across several folders with varying file numbers more than 300 units apart. –

When processing the data received the vendor applied global de-duplication at the time of processing.   We have investigated and found the below.

• There are documents (emails) which are embedded to the parent email and while processing they were extracted and processed as a child/attachment. For Example

o INDUCTEV INITDISCL010641 – This is parent email to *INDUCTEV INITDISCL010642.*

- We also find that there are documents where attachments are either completely or partially similar. For Example

  - INDUCTEV INITDISCL018192 (14 Pages) – This is partially similar with *INDUCTEV INITDISCL018123 (*60 pages)


- In order to remedy – attached is the Inductev001  production in chronological order.


3. There appears to be missing files, as a longer conversation on 10/28/2021 appears to end a 3:41pm on a workday mid message. – Can you kindly provide an example document so we can further analyze.


Please let me know the defence's stance, if all messages sent to or from my company accounts are believed to be submitted.

I have attached documentation for the blank native files, scattered PDFs and examples of "blank and illegible" PDFs


Sincerely, Krista

[Quoted text hidden]
[Quoted text hidden]


---------- Forwarded message ----------
From: Souvik Das <souvik.das@epiqglobal.com>
To: "Hanley, Krista M." <KHanley@foxrothschild.com>
Cc:
Bcc:
Date: Wed, 9 Aug 2023 02:26:25 +0000
Subject: [EXT] CHU0552 | INDUCTEV-001 | Production Export


# Secure Delivery


The following file(s) have been sent to you from

souvik.das@epiqglobal.com


INDUCTEV-001.zip      211.51 MB



The secure message expires on 8/15/23 7:26:25 PM

If the link above does not open, please copy and paste the following URL into your browser:
https://transfer.epiqglobal.com/pkg?token=47bb37f9-3076-4279-b5b2-b7482136813a

Powered by GoAnywhere

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

---------- Forwarded message ----------
From: Souvik Das <souvik.das@epiqglobal.com>
To: "Hanley, Krista M." <KHanley@foxrothschild.com>
Cc:
Bcc:
Date: Wed, 9 Aug 2023 02:26:25 +0000
Subject: [EXT] Password for: CHU0552 | INDUCTEV-001 | Production Export

# Secure Delivery

The password for a secure message has been sent to you from

souvik.das@epiqglobal.com

Your password is: **ys7w4i6rr4**

Powered by GoAnywhere

This communication (including any attachment(s)) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication to include any copy that may reside in your sent box. Thank you for your cooperation.

---

**2 attachments**

[EXT] CHU0552 | INDUCTEV-001 | Production Export.eml
27K

[EXT] Password for: CHU0552 | INDUCTEV-001 | Production Export.eml
24K

---

**Hanley, Krista M.** <KHanley@foxrothschild.com>                                  9 August 2023 at 11:42
To: Assata Acey <aceyassata@gmail.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Schauer, Randall C." <RSchauer@foxrothschild.com>


Dear Ms. Acey –


It was just brought to my attention that there are 2 passwords for the Inductev001 production, that I recently sent:


The initial download password is : ys7w4i6rr4


extract the Zip folder password is: d4-AtafUno


Please let me know if you have any issues accessing the production.


Thank you- Krista



**Krista Hanley**
Paralegal
**Fox Rothschild LLP**
Princeton Pike Corporate Center
997 Lenox Drive
Lawrenceville, NJ 08648-2311
(609) 895-6724 - direct
(609) 896-1469 - fax
KHanley@foxrothschild.com
www.foxrothschild.com


[Quoted text hidden]
[Quoted text hidden]

---

**Assata Acey** <aceyassata@gmail.com>                                           15 August 2023 at 15:01
To: "Hanley, Krista M." <KHanley@foxrothschild.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Schauer, Randall C." <RSchauer@foxrothschild.com>

Hi Krista. I realize a few of my questions in the last email went unanswered.

Between yourself and the attorneys attached,
Please indicate whether there are answers to the following additional questions:

I have noticed meeting invites that would be sent to my email account and normally bear mine and others emails are not present in the production.

Q: please let me know if these such emails were purposefully excluded from production, as an example the email about lunch with Andy Daga is not included in production.

There are several dates for which there appear no emails or teams messages in the production.

Q: please let me know if whole days have been purposefully excluded as privildged or if there is an error. As an example, dates 09/01/21-09/09/21 are devoid of messages or emails.

Best;
Assata

[Quoted text hidden]

---

**Schauer, Randall C.** <RSchauer@foxrothschild.com>                    15 August 2023 at 15:42
To: Assata Acey <aceyassata@gmail.com>
Cc: "Longo, Alberto" <ALongo@foxrothschild.com>, "Hanley, Krista M." <KHanley@foxrothschild.com>

Ms. Acey: We will review and get back to you as quickly as possible. If something is not produced based on a claim of privilege, it will be identified in a privilege log. If something is not responsive, it is not produced. This is said without reference to the specific examples you give below.

Randall C. Schauer

Attorney at Law

Fox Rothschild LLP

610-368-5080 - cell

rschauer@foxrothschild.com

[Quoted text hidden]
[Quoted text hidden]