IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| INDUCTEV, | : | |
| *Defendant* | : | No. 23-1438 |

## ORDER

AND NOW, this 27th day of February 2024, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 5) and Defendant's Motion to Dismiss for Failure to State a Claim (Doc. No. 10), for the reasons explained in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 5) is **DENIED**;

2. Defendant's Motion to Dismiss (Doc. No. 10) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Counts I, II, III, IV, IX, XIV, and XX are **DISMISSED WITH PREJUDICE**;

    b. Counts XIII, XV, and XVI are **DISMISSED WITHOUT PREJUDICE**;

    c. The Motion to Dismiss (Doc. No. 10) is **DENIED** with respect to Counts V, VI, VII, VIII, X, XI, XII, XVII, XVIII, and XIX.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE