IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | |
|     *Plaintiff* | : | CIVIL ACTION |
|     v. | : | |
| | : | |
| INDUCTEV, | : | |
|     *Defendant* | : | No. 23-1438 |

## ORDER

AND NOW, this 12 day of March 2024, upon consideration of Plaintiff's Motion for Reconsideration (Doc. No. 51), it is **ORDERED** that the Motion for Reconsideration (Doc. No. 51) is **DENIED WITH PREJUDICE**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1