UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : | |
| | : | |
| *Plaintiff* | : | |
| v. | : | |
| | : | Notice of Appeal |
| | : | |
| **INDUCTEV,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |
| | : | No. 2:23-1438 |

<u>Notice of Appeal</u>

Notice is hereby given that Assata Acey, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order denying my motion for reconsideration with prejudice (Doc 59) entered in this action on the 14th day of March, 2024 and from its parent order dismissing my complain charges I, III, IV, and IX with prejudice (Doc 50) entered in this action on the 28th day of February, 2024, generally on issues of:

- Whether the third circuit precedent for Pro Se litigants would have permitted me to have an opportunity to amend those dismissed charges.
- Whether half of the evidence referenced in my motion for reconsideration qualified as new evidence, having been introduced through supporting briefs—as having been received from the Defendant during post-complaint discovery.
- Whether the analysis (or lack thereof) of evidence presented in my supporting briefs (Doc 20, Doc 40) and re-presented in my motion for reconsideration, in support of my proposed conclusions of the court, can be remedied in an amended complaint.

Sincerely,

/s/ Assata Acey Hackman

Assata Acey Hackman (Pro Se)

5121 Brown St,

Philadelphia, PA 19139

aceyassata@gmail.com

770-231-1017

Date: 03/20/2024

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : | |
| | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| | : | |
| **INDUCTEV,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | |
| | : | No. 2:23-1438 |

<u>Verification of Service</u>

Letter is to confirm that:

I submitted my Notice of Appeal through the Pro Se EDS (Electronic Documents Submission) on 03/20/2024 at 5:30 AM. This was subsequently filed by court staff via entry onto the ECF (Electronic Case Filing) system, at which time service of Defendant was made complete through ECF's Notice of Electronic Filing.

          Sincerely,

          /s/ Assata Acey Hackman

          Assata Acey Hackman (Pro Se)

          5121 Brown St,

          Philadelphia, PA 19139

          aceyassata@gmail.com

          770-231-1017

Date: 03/20/2024