# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| | : | |
| INDUCTEV, | : | |
| *Defendant* | : | No. 23-1438 |

## ORDER

**AND NOW**, this 7th day of May 2024, upon agreement of the parties to confer **in person** with the Honorable Lynne A. Sitarski, United States Magistrate Judge, to pursue the potential for pretrial resolution of this case, it is **ORDERED** that this case is referred to Magistrate Judge Sitarski for a settlement conference at such time and under such terms as Judge Sitarski may determine.

BY THE COURT:

*/s/ Karen Spencer Marston for*
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**