# Paintiffs Ex 1: 09/22/2021 Meetin



10:45



22%

## Deleted

---

**JW** — Joren Wendschuh — 10/1/2021
QA / Engineering
Follow up from 9/15 meeting. Rescheduli… **7**

Thu, Oct 7, 2021, 9 AM (56m) — RSVP

---

**JW** — Joren Wendschuh — 9/30/2021
One on one
Microsoft Teams meeting Join on your co… **2**

Fri, Oct 1, 2021, 9 AM (43m) — RSVP

---

**AA** — [Draft] (no recipients) — 9/29/2021
Europe (50Hz) 3 Ton (150kW only) wire change.
Do you wantthes From: Joren Wendschuh … **3**

---

**JW** — Joren Wendschuh — 9/21/2021
Team Discussion
Adding in field techs for when in office as … **3**

Wed, Sep 22, 2021, 10 AM (25m) — RSVP

---

Diana Wilmes — 9/20/2021
Assata Acey & Judy - 90 Day Check In
**2**

Wed, Sep 22, 2021, 10:15 AM (30m) — R…

---

[Draft] (no recipients) — 9/17/2021

Mail | Search | Calendar