IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>　　　　　　　　　Plaintiff,<br>v.<br>INDUCTEV<br><br>　　　　　　　　　Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

## INDUCTEV'S MOTION FOR SUMMARY JUDGMENT

Defendant, InductEV ("Defendant") respectfully moves this Court for entry of summary judgment in its favor and against Plaintiff, Assata Acey ("Plaintiff") on all claims pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no dispute as to any material fact and Defendant is entitled to judgment as a matter of law. In support of its Motion, Defendant relies on the attached Memorandum of Law and Statement of Undisputed Material Facts and exhibits thereto, which are incorporated herein by reference.

**FOX ROTHSCHILD LLP**

*/s/ Randall C. Schauer*
Randall C. Schauer (ID No. 34273)
Alberto M. Longo (ID No. 328893)
Eagleview Corporate Center
747 Constitution Drive, Suite 100
Exton, PA  19341-0673
Tel – (610) 458-7500
Fax – (610) 458-7337

                                                  rschauer@foxrothschild.com  
                                                  alongo@foxrothschild.com  
                                                  *Attorneys for Defendant*

Date:  August 23, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 23, 2024, a true and correct copy of the foregoing document was served on all parties via electronic mail per the addresses contained on the docket in this matter.

FOX ROTHSCHILD LLP

*/s/ Randall C. Schauer*
Randall C. Schauer, Esquire
*Attorney for Defendant, InductEV*