IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>    Plaintiff,<br>v.<br><br>INDUCTEV<br><br>    Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

**ORDER**

AND NOW, this __ day of _____, 2024, upon consideration of Defendant InductEV's Motion for Summary Judgment, Plaintiff's response thereto, and any reply, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.

It is further **ORDERED** that judgment is entered in favor of Defendant and against Plaintiff on Counts V, VI, VII, VIII, X, XI, XII, XVII, XVIII, and XIX of Plaintiff's Complaint.

**IT IS SO ORDERED.**

_____
DIAMOND, J.