# EXHIBIT 4

# In The Matter Of:

*Acey vs.*
*Induct EV*

*Patti Rensel*
*March 28, 2024*

*Media Court Reporting*
*211 North Olive Street, Suite 210*
*Media, PA  19063*
*610.566.0805*
*www.mediacourtreporting.com*

Original File 032824PR.txt
**Min-U-Script® with Word Index**

```
 1                    THE WITNESS:  I can't answer --
 2         can you rephrase that question.
 3                    MS. ACEY:  Sure.
 4   BY MS. ACEY:
 5   Q.     Has anyone spoken to you about my
 6   employment with the defendant outside of
 7   counsel?
 8   A.     I can't answer that question the way
 9   it's being asked.  Can you rephrase it for me?
10   Q.     Do you recall hearing anything about my
11   employment with the defendant?
12   A.     No.
13   Q.     Do you recall discussing my complaint
14   with employees of the defendant?
15   A.     No.
16   Q.     Do you recall discussing my complaint
17   with Diana Wilmes?
18                    MR. SCHAUER:  Are you referring
19         to the complaint filed in this case
20         because --
21                    MS. ACEY:  I understand.
22         That's a reasonable question.
23   BY MS. ACEY:
24   Q.     Do you recall discussing the claims of
```


6

```
 1   my EEOC Complaint with Diana Wilmes?
 2   A.     I don't -- it's very difficult to
 3   answer your question because it's so broad.
 4   Could you be more specific?
 5   Q.     Do you recall initiating or
 6   participating in any conversations about the
 7   allegation of my EEOC Complaint?
 8   A.     I don't recall specific conversations
 9   about the EEOC Complaint.
10   Q.     Thank you.  Did you attend the
11   mediation on behalf of the defendant?
12   A.     I attended mediation.
13   Q.     Did you attend medication on behalf of
14   the defendant to settle my EEOC Complaint?
15   A.     I don't know.  I don't know if that's
16   what it's considered, so I don't know how to
17   answer that question.
18   Q.     Okay.  To your knowledge, what was the
19   medication for?
20   A.     I believe you requested the mediation.
21   Q.     To your knowledge, what was the
22   defendant's goal in attending the mediation?
23   A.     I don't recall.
24   Q.     During mediation, do you recall hearing
```

```
 1   me at any time stating an agreement of any
 2   kind?  Actually, strike that.
 3           Do you recall any verbal agreement
 4   being entered during mediation?
 5   A.      Yes.
 6   Q.      What is the verbal agreement that you
 7   recall from mediation?
 8   A.      You were asked to resign from
 9   employment in exchange for compensation.
10   Q.      Do you recall who was relaying this
11   agreement, who was speaking about the details
12   of this agreement to me during mediation?
13   A.      I don't recall.  It was not me.
14   Q.      Do you recall any of the attorneys
15   present with you, May Mon Post or Alexa
16   Heisler, stating the details of this agreement
17   to me during the mediation?
18                   MR. SCHAUER:  Are you asking
19           about the agreement that the witness
20           just testified to?
21                   MS. ACEY:  Yes.
22                   MR. SCHAUER:  Thank you.
23           Sorry.
24                   THE WITNESS:  As I stated, I
```