# EXHIBIT 5

Page 1

1           IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2                 CASE NO. 2:23-cv-01438

3

4    ASSATA ACEY,                    ) REMOTE
                  Plaintiff(s),      ) DEPOSITION OF:
5                                    )
        v.                           ) OMAR JACKSON
6                                    )
     INDUCTEV,                       )
7                 Defendant(s).      )
     _____ )

8

9

10           TRANSCRIPT of the stenographic notes of
11   the remote proceedings in the above-entitled matter,
12   as taken by and before , a Certified
13   Court Reporter and Notary Public of the State of New
14   Jersey, held via video conference, on Wednesday,
15   April 3, 2024, commencing at 12:05 p.m.

16

17

18

19

20

21

22

23

24

25     Job No. CS6630993

Omar Jackson - by Mr. Longo

Page 33

1    or even farther than that from where I lived at.

2         Q.    Okay.  But it had nothing to do with a

3    dispute at work?

4         A.    Oh, no.  I had no dispute at work.

5    Honestly, I -- I don't -- I shouldn't get into that

6    part.  I shouldn't get into that part.

7         Q.    What do you mean?

8         A.    The company -- I feel like the company

9    saved my life; you know, because they gave me a job

10   when I was down, when my wife was down.  I was

11   depressed at that time at the job.  So that's why I

12   had my headphones on.  That's why I stayed to myself.

13              That's why I just came and I did my

14   work.  So I came five o'clock in the morning, opened

15   the shop up.  They trusted me enough to give me the

16   key to open the shop.  Everybody had the key, but I

17   turned the alarms and stuff off.

18              You know, that company helped me, so

19   that's how I feel about the company.  Whether they

20   was going in a different direction -- I just didn't

21   see my family being able to eat later.  That's how I

22   felt, so I had to find a new job.

23        Q.    Understood.

24              Purely business decisions?

25        A.    That's all.  That's all.  It was a

Omar Jackson - by Mr. Longo

Page 38

```
1            A.     I'm sorry.
2            Q.     What is it about what you saw with
3      respect to Ms. Acey's behavior that led you to
4      believe that she was uncomfortable?
5            A.     Because she -- I guess the way she sat
6      inside the -- the cabinet one day.  And she was just
7      in there, and she wouldn't say anything.
8                   I went and ask her how she was doing.
9      She ignore me.  She would always say something, but
10     that day she didn't.  All I know whether she had
11     problems -- I mean, Joren was the guy that she would
12     talk to.
13                  And so like, you know, I try to stay out
14     of things, so I never even asked.  And, you know,
15     just didn't ask.
16           Q.     Okay.  She -- you have no -- you have no
17     sense of why she would have been
18     uncomfortable; right?
19           A.     No.  Nope.
20           Q.     Did you ever hear anything that you
21     understood to be racial animus directed toward Ms.
22     Acey?
23           A.     I don't know any of that.  No.
24           Q.     During your time at InductEV, did you
25     ever hear anything that you understood to be racial
```

1    during that conversation?

2         A.      I may have said something like that.

3    Honestly, in me being angry, I probably said, if I

4    was a white guy, I probably would have had this

5    already, honestly.

6              But when I -- when I talk to myself, and

7    I said Seth is in the same position, and he's a white

8    guy.  He's been here longer than me.  He doesn't have

9    it.  So I had to nullify everything that I said.  I

10   know I said it, sitting here talking about it.  I

11   know those type of words came out of my mouth.

12             I don't even know if Seth was around.

13   It might have been just me and Assata.  I almost

14   think there was a third person there, because I was

15   so upset when we was talking.  She said -- I think

16   she was saying you do deserve it.  That's what she

17   was saying, you do deserve it.

18        Q.     Who was saying that?

19        A.      Assata, she was saying that.

20             But at that time, you know, Seth was

21   working the same thing, so how can I say that and

22   feel like, you know.  I had to step back and

23   understand where I was at, and like where he was at

24   at the same time.  I dropped that.

25             When I did go in there and talk to Joren

Omar Jackson - by Mr. Longo

Page 47

1   about my raise, I was like, What about Seth?  And I

2   didn't know Seth was gonna get it either.  But one

3   day Seth came out the office and said, I got

4   promoted.  I said, Well, you deserved it, Seth.

5           But I know -- I know I said those words.

6   It was race coming out of my mouth.  It was.  And I

7   felt like at that point, man, I don't know.  I was

8   speaking out of anger.  I know I was.

9       Q.    You don't -- you don't stand behind

10  those words today; right?

11      A.    No.  No.  No.  I don't.  No.  I don't.

12          That's why I say I step back, actually,

13  stepped back, and talked to my daughters.

14          You know, everything I go through -- I

15  only have my kids.  I only have them.  So I come

16  home.  I talk to them.  And, you know, we rationalize

17  things out.  And that's how I -- you know, I try to

18  be a level guy.  You know what I mean.

19          Everything is fair across the board, so,

20  you know, even in my job experience today, how did I,

21  you know, in a predominantly white steel mill right

22  now, I go in and get what I get and get promoted just

23  like I got.  So, no, I don't think that.  So, no.

24      Q.    Understood.

25          Do you remember Ms. Acey discussing race

Omar Jackson - by Mr. Longo

Page 48

1   with you during that conversation?

2        A.    I can't remember what she said.  I know

3   what I said.  I was -- I dominated that conversation.

4   I don't know if she did say anything.  I don't recall

5   what she said.

6        Q.    Okay.  Let's take a five to six minute

7   break.  Let's resume the deposition at 1:15.  Okay?

8             MS. ACEY:  I want to remind you that I

9   do need to pause at 1:45 to get my son from school.

10            MR. LONGO:  Yeah.  You said you'll be

11   about ten minutes?

12            MS. ACEY:  Yes.

13            MR. LONGO:  That's fine.  Let's come

14   back at 1:15, please.

15            (Discussion held off the record.)

16            (Whereupon a short break was taken.)

17       Q.    Okay.  We are back on the record.

18            Mr. Jackson, during your time working

19   with Ms. Acey, did Ms. Acey ever indicate to you that

20   she could do her -- could do certain jobs better than

21   other InductEV employees?

22       A.    No.  Not that I can recall.  No.

23       Q.    Did you ever get the impression that Ms.

24   Acey believed that she was smarter than other

25   InductEV employees?

Omar Jackson - by Mr. Longo

Page 50

1    time while at InductEV?

2          A.     No.

3          Q.     Did Ms. Acey ever talk to you about

4    being asked whether she was pregnant?

5          A.     No.

6          Q.     Did Ms. Acey ever talk to you about

7    being told to see a gynecologist?

8          A.     Can you repeat the question?  I'm sorry.

9          Q.     Sure.

10                Did Ms. Acey ever speak to you about

11   being told that she should see a gynecologist?

12         A.     No.

13         Q.     Did Ms. Acey ever talk to you about

14   being compared to chocolate ice cream?

15         A.     No.

16         Q.     Had you ever heard that before?

17         A.     No.

18         Q.     Did Ms. Acey ever talk to you about

19   being told she was from the wrong side of the tracks?

20         A.     No.

21         Q.     Did you ever hear about an issue

22   involving a comment like that at work?

23         A.     No.

24         Q.     Did Ms. Acey ever talk to you about her

25   issues with the cell phone reimbursement process?

Omar Jackson - by Mr. Longo

Page 54

1      Q.     Mr. Jackson, you were identified by Ms.
2  Acey as someone with knowledge of the facts relating
3  to this case.
4             Do you have any idea why that is?
5      A.     No.
6      Q.     At this point, I'd like to share my
7  screen.  And I'm gonna mark one of the -- known as
8  Exhibit-A.  I'll go ahead and share my screen.  Bear
9  with me.
10             Can you see my screen?
11      A.     Yes.
12      Q.     Marking this as Exhibit-1.
13             Mr. Jackson, these are written
14  interrogatories exchanged between the parties in this
15  case.  And this case is the defendant InductEV and
16  the plaintiff Ms. Acey.
17             I'd like to direct your attention to
18  this first paragraph.  Can you see my curser?
19      A.     Yes.  I can.
20      Q.     I'll go ahead and read this paragraph.
21             Identify all persons who have knowledge
22  of the facts and circumstances relating to the claims
23  or defenses in this action and include a brief
24  description of their knowledge.  Please include any
25  and all witnesses to the alleged discriminatory

Omar Jackson - by Mr. Longo

Page 55

1    and/or retaliatory acts by defendant.

2              Did I read that correctly?

3        A.    Yes, you did.

4        Q.    Did you ever talk to Ms. Acey about

5    these interrogatories?

6        A.    I can't recall.  Is that Steve Brown?

7    Who is Steve Brown?  I don't even know him.

8              I can't recall somebody saying I was

9    lazy, in other words being lazy.

10       Q.    We're gonna walk through this.

11       A.    Okay.  I'm sorry.  I'm sorry.  I went

12   ahead.

13       Q.    That's okay.

14             Just in general have you ever seen these

15   interrogatories before?

16       A.    No.

17       Q.    Did Ms. Acey ever contact you to discuss

18   these interrogatories?

19       A.    No.

20       Q.    Okay.  Did you talk to plaintiff about

21   this deposition by the way?

22       A.    No.

23       Q.    Or Ms. Acey rather.  Excuse me.  Okay.

24             I'm gonna scroll down here to where you

25   were identified as a person with knowledge of the

Omar Jackson - by Mr. Longo

Page 56

1     facts in this case.  Okay?

2          A.     Uh-huh.

3          Q.     You see this paragraph here?

4          A.     Yes.  I do.

5          Q.     Omar Jackson?

6          A.     Uh-huh.

7          Q.     I'm gonna go ahead and read this.

8                 Omar Jackson.  First and only promoted

9     black employee in defendant's history.  Originally

10    denied senior title due to employment gap.

11                Do you know what Ms. Acey is referring

12    to here when she says, "employment gap?"

13         A.     No.

14         Q.     Okay.  Do you have any idea why she said

15    that?

16         A.     No.  There was no employment gap.

17    Explain that to me.

18         Q.     I'm not aware of what Ms. Acey means

19    here.  I'm gonna go ahead and read the next sentence.

20                Also experienced scrutiny from HR and

21    comments from co-workers.

22                You have any idea why Ms. Acey would

23    have said that?

24         A.     No.  I don't.

25         Q.     Do you agree with this statement that

Omar Jackson - by Mr. Longo

Page 57

1   you experienced scrutiny from HR and comments from

2   co-workers?

3        A.    No.

4        Q.    Is it fair to say that that statement is

5   not accurate?  What was that?

6        A.    It is not.

7        Q.    Not accurate?

8        A.    No.

9        Q.    Okay.  The next sentence reads:  Present

10  for a great deal of criticism I received from Rob

11  Rosenberg and other co-workers.

12             Were you ever present for a great deal

13  of criticism Ms. Acey received?

14        A.    In the meeting, Rob would say things

15  like -- I can't say -- he was -- he didn't think she

16  was getting the work done fast enough.  And he

17  would -- he would state his opinion inside these

18  meetings.

19             On the floor, Rob would never say

20  anything to me or Assata, no.  Everything was said in

21  the meetings that I witnessed.

22        Q.    So who was Rob Rosenberg, by the way?

23        A.    He was a senior technician.  He was the

24  first -- he was the senior technician, a part of our

25  team.

Omar Jackson - by Mr. Longo

Page 58

1          Q.      And he would have had a -- have known
2    whether Ms. Acey was completing the work in a timely
3    manner?
4          A.      Yes.  I mean -- yes.  Yes.  Yes; 'cause
5    he -- he was there every day.  Yes.
6          Q.      Okay.  So the criticism that Ms. Acey is
7    referring to here, she's referring to meetings within
8    the company where you would discuss job performance;
9    fair?
10          A.      That's the one time I heard Rob say
11    anything about her, yes.
12          Q.      Did you ever hear Rob say anything
13    related to race?
14          A.      Not in front of me.  No.
15          Q.      Did you ever take anything Mr. Rosenberg
16    said to be based on race?
17          A.      I can't -- no.  I can't recall.  No.
18          Q.      Okay.  Did you have any reason to think
19    that Rob Rosenberg had any racial animus toward
20    anybody in the company?
21          A.      He didn't have it with me.  That's for
22    sure.  No.
23          Q.      So it's fair to say you had no reason to
24    believe Rob had any type of racial animus toward
25    anyone in the company?

1          A.      Not me.  No.

2          Q.      The next sentence reads.  First/only

3     employee to tell me of suspected racial differences

4     in pay.

5                  Do you know what Ms. Acey is referring

6     to here?

7          A.      When I had that argument, and I was

8     frustrated about my pay and about how I thought.

9     That's the only thing I can think of.  That's it,

10    what I testified about earlier.

11         Q.      Let me ask you this:  Is this line here

12    that you were the first and only employee to tell Ms.

13    Acey of suspected racial differences in pay, is that

14    an accurate representation of what you had talked

15    about with Ms. Acey that day?

16         A.      No.

17         Q.      How is it inaccurate?

18         A.      First and only employee -- I never

19    really looked at -- I just looked at me at that time

20    as far as my pay.  Yeah.  I -- wow.  That was out of

21    context.  That's why I don't really say -- wow.

22         Q.      Just to confirm, you don't think this is

23    an accurate representation of what you said regarding

24    your pay; is that right?

25         A.      Right.  I mean I thought at that time I

Omar Jackson - by Mr. Longo

Page 60

```
 1    was upset.  No; because they gave me raises.  No.  I
 2    don't think so.
 3          Q.    How long after you complained of your
 4    pay did they increase your pay?
 5          A.    Probably couple months.
 6          Q.    Okay.  Were you satisfied with your pay
 7    increase?
 8          A.    Yes.  I was.
 9          Q.    Were you satisfied with your subsequent
10    promotion?
11          A.    Yes.  I was.
12          Q.    Okay.  The next sentence -- let me back
13    up.
14                You're not aware of any racial
15    differences in pay at InductEV; are you?
16          A.    I wasn't.  No.
17          Q.    The next sentence reads:  Knowledge of
18    my work on the UV project.  Is that the project you
19    referred to earlier?
20          A.    Correct.
21          Q.    Okay.  What about Ms. Acey's work on the
22    project do you recall?
23          A.    I know she had -- she was -- Joren put
24    her in a big position.  She was -- her cabinets had
25    to go downstairs.  She built them.
```

Omar Jackson - by Mr. Longo

Page 63

1    scrutiny based on race; would you?

2         A.    No.

3         Q.    Okay.  With respect to Ms. Acey's

4    comment about coworkers, did you ever experience any

5    comments from coworkers that made you -- strike that.

6              Did you ever experience any comments

7    from co-workers that you thought were inappropriate?

8         A.    No.

9         Q.    Did you ever experience any comments

10   from co-workers that you viewed as comments based on

11   racial animus?

12        A.    No.

13        Q.    Are you able to describe how Ms. Acey

14   was perceived by her co-workers?

15        A.    They thought she didn't do her job.

16   That's what they thought.

17        Q.    Do you know why they thought that?

18        A.    No; because Joren thought she was doing

19   okay.  That's -- you know, I always take off what

20   Joren would say.  Joren thought she was doing her

21   job, so I always did my job.  You know, I didn't mind

22   what other people were doing.  I mind what I was

23   doing.

24              Joren said she was okay.  Joren said she

25   was okay.  Some people thought she wasn't doing her

Omar Jackson - by Mr. Longo

Page 67

1    this paragraph of the interrogatories?

2         A.    No.  I don't remember none of that.  I

3    wouldn't even put myself in part of no conversation.

4         Q.    Understood.  Okay.

5               I'll scroll down a little bit to Jorge

6    Rive.  Do you see this paragraph here beginning with

7    Jorge Rive?

8         A.    Yes.

9         Q.    Jorge Rive, witness to some off-color

10   statements and jokes related to sex or race made by

11   Sam during some lunches, and occasionally heard these

12   statements when Sam would visit my work desk.

13              I'll stop there.  Do you know who Jorge

14   Rive is?

15        A.    Yes.  I do.

16        Q.    Did you ever witness any off-color

17   statements or jokes he made?

18        A.    No.

19              MS. ACEY:  I would like to interject.

20   His name is pronounced Jorge.

21              THE WITNESS:  Yeah.  I just remember how

22   it was spelled.

23              MR. LONGO:  Thank you, Ms. Acey, for

24   pointing that out.

25        Q.    With respect to Jorge, you had no reason

Omar Jackson - by Mr. Longo

Page 70

1   Bear with me.  I'm just gonna scroll down in the
2   complaint.
3                   I want to direct your attention to
4   paragraph 120 of the complaint.  Okay.
5                   I'm gonna go ahead and jump around here.
6   Stop me if I lose you.  I'll start with paragraph
7   120.
8                   It reads:  As a black employee, I
9   experienced ongoing and pervasive racial harassment
10  as a condition of my employment at defendant.
11                  Mr. Jackson, do you have any
12  understanding of what Ms. Acey is referring to in
13  that paragraph?
14       A.    I know what it means, but I didn't
15  witness any of it.  No.
16       Q.    Okay.  I'll scroll down.  Paragraph 123
17  here.
18                  Do you see this?
19       A.    Yes.
20       Q.    I'm gonna go ahead and read this
21  paragraph in its entirety, including the subparts.
22                  The racial basis of these experiences is
23  informed by circumstantial evidence and prevailing
24  racial stereotypes.
25                  Let me stop there.  Are you aware of any

Omar Jackson - by Mr. Longo

Page 71

1   racial stereotypes that existed at InductEV?

2           A.      No.

3           Q.      Is that no?

4           A.      No.

5           Q.      Okay.  Right here, subpart A.

6   Harassment described in paragraph 121 was based on

7   adopted racial stereotypes of black people being lazy

8   or untrustworthy.

9                   You testified minutes ago you're not

10  aware of any racial stereotypes at InductEV.  Are you

11  aware of any racial stereotypes at InductEV with

12  respect to plaintiff's allegation here that black

13  people are lazy or untrustworthy?

14          A.      No.  No.  Go ahead.  Go ahead.

15          Q.      Black employees such, as me, Ms. Acey,

16  Omar Jackson, and Julian Jackson, were each

17  criticized as lazy on occasions where the reasoning

18  or veracity was inaccurate or disproportionate.

19                  I want to stop there and direct your

20  attention to you were described -- not described.

21  Strike that.  Criticized as lazy on occasions.

22                  Were you ever criticized as lazy,

23  Mr. Jackson?

24          A.      Nobody ever told me that.

25          Q.      Okay.  So you're not aware of what

Omar Jackson - by Mr. Longo

Page 72

1  plaintiff is referring to here when she says that you

2  were being criticized as lazy?

3        A.    No.  I know I wasn't.

4        Q.    Okay.  So it's fair to say you have no

5  idea what plaintiff is talking about in this

6  paragraph; right?

7        A.    No.

8        Q.    No.  You have no idea what plaintiff is

9  talking about or --

10       A.    No.  Nobody said that to my face.

11 That's what I'm saying.  No.  I don't know what she's

12 talking about.  No.

13       Q.    Do you have a single example of where

14 you felt you were criticized at InductEV due to race?

15       A.    No.

16       Q.    Did you ever witness any employee at

17 InductEV be criticized for being lazy?

18       A.    Yeah.  Julian -- they was saying he was

19 lazy; he wasn't moving fast enough.

20       Q.    So I understand your testimony, you

21 witnessed Julian be criticized as lazy?

22       A.    Yes.

23       Q.    How did you witness that?  Did you hear

24 it?

25       A.    Yes, I did.

Omar Jackson - by Mr. Longo

Page 73

1      Q.     Do you recall who said that?

2      A.     Trying to think about who would have

3  said that.  I know it was said, though.

4      Q.     At the time --

5      A.     I don't remember who said it; but I know

6  it was said.  I remember it being like, you know,

7  when you hear it, and then you see it.  Yeah.  It's

8  like, okay, he just takes his time.

9      Q.     At the time you heard that, did you

10  think the criticism had anything to do with race?

11     A.     No.

12     Q.     Did you have any reason to think it had

13  anything to do with race?

14     A.     No.

15     Q.     Okay.  Did you ever witness anything

16  that you would describe in your own words as where

17  you would take to be harassment at InductEV?

18     A.     No.

19     Q.     I'm gonna scroll down.  Okay.

20            I'm going to direct your attention to

21  paragraph 148.  Do you see that?

22     A.     Yes.

23     Q.     I'm going to read this paragraph.

24            Omar Jackson is a former black male

25  coworker who at the time held 20 years of experience

Omar Jackson - by Mr. Longo

Page 75

```
 1   raise, yeah.  I told you that from the door.  I told
 2   you that I should have got that when I came through
 3   the door.
 4        Q.    Understood.
 5              But you didn't think that you were not
 6   getting any raise; right?
 7        A.    No.  I thought they were dragging their
 8   feet.
 9        Q.    Now, when Ms. Acey refers to
10   controversy, do you know what she's referring to?
11        A.    There was no controversy whether I was
12   gonna be a senior tech or not.  It was just when they
13   was gonna pay me.
14        Q.    So you're not aware of any controversy?
15        A.    No, because I talked to Joren
16   extensively about it.  He saw me working on it.
17        Q.    You testified earlier, in your view, you
18   were promoted because of your extensive experience;
19   right?  Because you work hard; right?
20        A.    Correct.
21        Q.    You made that clear to InductEV during
22   your time working for InductEV; right?
23        A.    Yup.
24        Q.    And in fact, InductEV recognized that
25   and gave you a raise?
```

Omar Jackson - by Mr. Longo

Page 76

```
 1        A.     Correct.
 2        Q.     And InductEV promoted you; right?
 3        A.     Correct.
 4        Q.     So is it fair to say you disagree that
 5   you were only promoted after a controversy?
 6        A.     Yes.
 7        Q.     Okay.  Let's scroll down to paragraph
 8   151.
 9               This paragraph reads:  To my knowledge,
10   Omar has been the only internally promoted
11   reclassified black employee in the company's 12 year
12   history.
13               I think you testified earlier you don't
14   know whether that is the case; do you?
15        A.     I don't.
16        Q.     Do you have any idea why Ms. Acey would
17   have said that?
18        A.     Like three of us was there when she was
19   there.
20        Q.     You don't know whether that statement is
21   accurate?
22        A.     I don't.
23        Q.     Okay.  I direct your attention to
24   paragraph 156.
25               This paragraph reads:  Further, Omar's
```

Omar Jackson - by Mr. Longo

Page 77

1    initial classification as a product introduction

2    technician instead of a senior technician lends

3    additional circumstantial evidence to, A.

4    Defendant's ongoing practice of limiting employees on

5    the basis of their race.

6              I'm going to stop there.  Are you aware

7    that InductEV has any practice of limiting employees

8    on the basis of their race?

9         A.    No.

10        Q.    Okay.  Do you have any sense why you

11   were initially hired as a product technician?

12              Actually, let me back up.

13              When you applied for your position at

14   InductEV, what position did you apply for?

15        A.    The technician job, the entry job.

16        Q.    You applied for the product introduction

17   technician?

18        A.    Correct.

19        Q.    Okay.  So when you got that job, it was

20   of no surprise to you, because you had in fact

21   applied for it; correct?

22        A.    Correct.

23        Q.    When you were subsequently promoted to

24   senior technician, would you agree with me it was at

25   that point you had shown the company that you were

Omar Jackson - by Mr. Longo

Page 78

1    qualified for that position?

2         A.    Yes.

3         Q.    You kind of touched on this earlier.

4    But are you aware of any patterns of racial bias at

5    InductEV?

6         A.    No.

7         Q.    How about patterns of bias based on

8    gender?

9         A.    No.

10        Q.    How about patterns of bias based on sex?

11        A.    No.

12        Q.    I'm gonna stop sharing my screen.  Okay.

13             Mr. Jackson, you received a copy of a

14   subpoena with respect to this case; right?

15        A.    Correct.

16        Q.    I'm gonna go ahead and mark it at this

17   point, or introduce what I will call Exhibit-C.

18             I'm gonna go ahead and share my screen

19   again.  Mr. Jackson, can you see my screen?

20        A.    Yes.

21        Q.    Okay.  Again, I'd like to mark this as

22   Exhibit-C.  This is the exhibit that was attached to

23   the subpoena you received.

24             Mr. Jackson, does this exhibit look

25   familiar to you?

Omar Jackson - by Mr. Longo

Page 81

1    harassed based on race?

2          A.     I don't.

3          Q.     You don't have any, or you don't know?

4          A.     I don't have any.

5          Q.     Okay.  Do you know whether you have any

6    documents relating to her claim that she was harassed

7    on the basis of sex?

8          A.     I don't have any.

9          Q.     How about documents relating to

10   accusations of stealing time?

11         A.     I don't have any.

12         Q.     How about documents relating to whether

13   she was asked if she were pregnant?

14         A.     No.  I don't have any.

15         Q.     How about whether she was recommended to

16   see a gynecologist?

17         A.     Nope.  Don't have any.

18         Q.     How about her claim that she was

19   harassed during the cell phone reimbursement process?

20         A.     I don't have any documents.  No.

21         Q.     How about her claim that she was

22   compared to chocolate ice cream?

23         A.     No.  I don't.

24         Q.     How about her claim that she and other

25   black employees were subject to unfair criticism

Omar Jackson - by Mr. Longo

Page 82

1    based on racial stereotypes?

2         A.    No.  I don't.

3         Q.    Bear with me a minute.  I'm just gonna

4    review my notes.  I'll stop sharing my screen, as

5    well.

6              You testified earlier that Seth -- did

7    you testify that he received -- did not receive the

8    position for senior tech?

9         A.    Yeah.  Not until I got it.

10        Q.    Okay.  Not until you received it?

11        A.    Right.

12        Q.    Okay.  And forgive me if you testified

13   to this already.  But is Seth Caucasian?

14        A.    Yes.

15        Q.    Okay.  Mr. Jackson, is it fair to say

16   that you have no reason to believe that InductEV made

17   decisions based on race?

18        A.    No.  I don't believe that.  No.

19        Q.    You don't believe that?

20        A.    No.

21        Q.    Give me a one-minute break.  I want to

22   review my notes.  I might be finished.

23              Mr. Jackson, are you able -- would you

24   be able to locate those communications you referenced

25   earlier, the emails, the LinkedIn messages?

Omar Jackson - by Ms. Acey

Page 101

1    us earlier.

2          Q.    Were you aware of Steve calling anyone

3    else a slacker?

4          A.    No.

5          Q.    Mr. Jackson, what do you understand the

6    word "slacker" to mean?

7                MR. LONGO:  Objection.  Form.

8          A.    A person not doing their job.

9          Q.    Do you believe that's what Steve meant

10   by the word, slacker?

11               MR. LONGO:  Objection.  Form.

12         A.    Probably so.

13         Q.    I'm gonna stop sharing my screen.

14               I want to revisit your testimony

15   regarding Seth Wolgemuth.  Do you believe that Seth

16   was qualified for the role of senior technician?

17               MR. LONGO:  Objection.  Form.

18         A.    Based on his work experience, yes.

19         Q.    Okay.  Did you believe that because of

20   the duration of his experience?

21               MR. LONGO:  Objection.  Form.

22         A.    I don't understand that question right

23   there.

24         Q.    Okay.  Do you believe that Seth had

25   unique knowledge about the products at InductEV?

Omar Jackson - by Ms. Acey

Page 102

1       A.      Yes.  Yeah.

2       Q.      Do you believe that Seth earned his

3    promotion through hard work?

4       A.      Yes.  Yup.

5       Q.      Do you believe that his years of

6    experience in the field was a factor in his

7    promotion?

8       A.      I can only speak of what I seen there;

9    and yes, I do.

10      Q.      Were you aware of how many years he

11   possessed in the field?

12      A.      No.

13      Q.      Were you aware of any requirements -- of

14   any experience requirements for the role of senior

15   technician?

16      A.      No.

17              Did I do something to the picture?

18      Q.      I stopped sharing my screen.

19      A.      I got a Veritext screen up here right

20   now.

21      Q.      Can you see us?

22      A.      I can't see you at all.

23      Q.      I don't have many questions left, and I

24   don't really --

25      A.      I'm trying to get it back up so I see