**EXHIBIT 7**

```
                                                          Page 1
 1                         - - -
 2           IN THE UNITED STATES DISTRICT COURT
 3         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 4                         - - -
 5    ASSATA ACEY             : CIVIL ACTION
                              :
 6            vs.             : No. 2:23-cv-01438
                              :
 7    INDUCTEV                :
 8                         - - -
 9              Tuesday, April 9, 2024
10                         - - -
11           Oral Deposition of DANIEL HACKMAN, taken
12    remotely via Zoom with the witness being present
13    at 640 Mohawk Avenue, Pennsylvania 19074,
14    beginning at 10:04 a.m., reported stenographically
15    by Barbara C. Logan, Certified Professional
16    Shorthand Reporter and a Pennsylvania Notary
17    Public.
18                         - - -
19
20
21
22
23
24       Job No. CS6641996
```

| | | |
|---|---|---|
| 1 | Q. | -- did you report it to anyone? |
| 2 | A. | No. |
| 3 | Q. | Did you say anything to anyone about |
| 4 | it? | |
| 5 | A. | No. |
| 6 | Q. | Do you know whether anyone said |
| 7 | anything to mis- -- to Bill Gallagher about it? | |
| 8 | A. | I do not know. |
| 9 | Q. | Can you provide any additional |
| 10 | examples of memories that corroborate anything | |
| 11 | Ms. Acey is claiming in this case? | |
| 12 | A. | Can you clarify your question, please? |
| 13 | Q. | Sure. |
| 14 | | What other memories do you have of |
| 15 | instances when you were working at Momentum of | |
| 16 | something that stuck out to you as racially | |
| 17 | denigrating? | |
| 18 | | We'll start with race. |
| 19 | A. | Racially denigrating.  I'm going to |
| 20 | say no.  I can't say that I have memories of | |
| 21 | witnessing or observing anything as far as race is | |
| 22 | concerned. | |
| 23 | Q. | Okay.  How about sex is concerned? |
| 24 | A. | Sure. |

1    discrimination.
2        Q.    Okay.  I'll -- Ms. Acey has made very
3    specific claims in this case with respect to race
4    and sexual harassment.
5              Would you agree with me that they're
6    very serious claims; right?
7        A.    Oh, yes.
8        Q.    Can you provide me specifics, specific
9    concrete examples, not abstract general themes,
10   but specifics of things that you witnessed at
11   InductEV that suggest that Ms. Acey was
12   discriminated against on the basis of race?
13       A.    I'm going to say, no, I don't think I,
14   personally, witnessed anything that -- no, I don't
15   think so.
16       Q.    How about with respect to sex?
17             Can you provide me with a specific
18   example of something that you witnessed that
19   suggests that Ms. Acey was subject to sexual
20   harassment at work?
21             And just to qualify my question, I'm
22   not asking about things that you heard from
23   somebody else.
24       A.    Right.  Right.  I understand.

Page 43

1      Q.      Things you witnessed.
2      A.      I understand.
3              No, the answer is no, I cannot.
4      Q.      Okay.  So it's fair to say you didn't
5  witness a single instance of behavior that you
6  considered to be sexual or racial animus directed
7  toward Ms. Acey; is that right?
8      A.      I'm sorry.  I think you cut out for
9  just a second.
10             Could you repeat that?
11     Q.      Is it fair -- is it fair to say that
12 you did not witness a single instance of racial or
13 sexual animus directed toward Ms. Acey during your
14 time at InductEV?
15     A.      I think that's fair to say, yes.
16     Q.      During your time at Momentum did you
17 notice behavioral changes in Ms. Acey?
18             In other words, was Ms. Acey acting
19 different?
20     A.      Is your question did I notice a change
21 in her over time while she was employed there?
22     Q.      Let me strike the question.
23             When you and Ms. Acey worked together
24 at Momentum, did you notice Ms. Acey's attitude

1          Do you have any experience working
2  with Patti Rensel?
3       A.    I'm going to say no.  I knew -- I know
4  who she is.  I had even less and fewer
5  interactions with her than I did with Judy Talis.
6  If I remember correctly, she sat in the front
7  office of the old building.  So it was common to
8  pass her, you know, on my way in or on my way out
9  some days.  So we would occasionally wave or say
10  good night or good morning.  I believe that was
11  the extent of it.  I don't remember -- I don't
12  remember having much more interaction with her
13  than that.
14       Q.    Okay.  So like Judy Talis, there was
15  never anything that Patti Rensel did or said that
16  led you to believe she had any racial animus;
17  right?
18       A.    I think that's right.  I don't think I
19  noticed anything.
20       Q.    Similarly, there was never anything
21  Patti Rensel did that led you to believe that she
22  had any degree of animus based on sex; right?
23       A.    Correct.
24       Q.    How about gender?