# EXHIBIT 11



## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Rob Rosenberger

**Position:** Senior Technician, Product Introduction

**Date:** 05/14/2021

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐  2 ☐  3 ☐  4 ☑  5 ☐

   Please comment on the reason for your rating:

   Assata is very enthusiastic and outgoing to want to be employed at Momentum Dynamics. She sounds like she wants to be part of a team and not just an individual.

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐  2 ☐  3 ☐  4 ☑  5 ☐

   Please comment on the reason for your rating:

   Assata has held positions at her previous employers that incorporated testing of mechanical and electrical capabilities. She is very intelligent and should be able to adapt at MD. The physical part of the job might be an issue.

EXHIBIT AA-13

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐   2 ☐   3 ☐   4 ✓   5 ☐

Please comment on the reason for your rating:

Assata has an excellent technical aptitude and could be a great Senior Technician for MD. She does lack experience and may take longer than someone with past experience.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 4

Yes ✓   No ☐

Overall Comments:

I feel that Assata is very intelligent and very well schooled. I also feel that she might not be happy in a Technician position and really should be an Engineer. I asked her in our verbal interview this question and she replied that she wanted to learn as a Technician before moving into an Engineering position.



## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Judy Talis

**Position:** Senior Technician

**Date:** 4/28/2021

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐   2 ☐   3 ☐   4 ☑   5 ☐

   Please comment on the reason for your rating:

   Candidate has a very innovative take on her work. She has always looked beyond the task and thinks out of the box. It is in her nature. She gave several examples of schooling where she would be given an assignment and she would complete it but then go beyond that initial assignment and look at it from different angles. She thinks MD is somewhere that can be valued. Having said that she understands the need to do (her job as asked as well.) !

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐   2 ☐   3 ☐   4 ☑   5 ☐

   Please comment on the reason for your rating:

   While she may not have the exact skills we are looking for she is certainly capable with her background on learning them. She mentioned when the interview team asked her about her use of tools, she made a joke she didn;t think they understood, but she has a strong grasp of the tools of the trade. In her job at comcast she got one day of training shadowing someone and then was left to do the job including writing of results of testing she was doing. Seems capable.

EXHIBIT AA 71

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☐  3 ✓  4 ☐  5 ☐

Please comment on the reason for your rating:

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: __4.0__

Yes ✓  No ☐

Overall Comments:

Assata is an out of box thinker. I of course addressed the fact that she has an engineering degree and did she see this technician role as a way to get into the company. She feels the technician role is fundamental to engineering. The lines can be blurry for an entry level engineering and the hands on components will make her a better engineer. She enjoys the job. She would eventually like to

Additional Comments J. Talis Interview Form 4/28/21

Assata is an out of box thinker. I of course addressed the fact that she has an engineering degree and did she see this technician role as a way to get into the company. She feels the technician role is fundamental to engineering. The lines can be blurry for an entry level engineering and the hands on components will make her a better engineer. She enjoys the job. She would eventually like to work on the R&D side as well and I would want to make sure she has a path forward but she is not in a rush to get to the next step. She truly sees this as part of her journey. She would be wasted as a junior technician just doing cables. She is able to do testing of mechanical and electrical systems and writing up results for engineers to review. She has been hands on at her work. Very interesting degree, the materials sciences could be valuable.

A-11a


## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Ryan Taggart

**Position:** Senior Technician

**Date:** 14MAY21

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐  2 ☐  3 ☐  4 ☑  5 ☐

   Please comment on the reason for your rating:

   Assata has a great personality. She's not afraid to ask questions. Has good communication.

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐  2 ☑  3 ☐  4 ☐  5 ☐

   Please comment on the reason for your rating:

   Assata showed familiarity with digital calipers but struggled with a drill and center punch. Assata also struggled determining where to drill the hole in the inverter while using the drawing and technical documentation. Assata did not know which direction to put the drill in to drill a hole.



EXHIBIT AA-7

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☑  3 ☐  4 ☐  5 ☐

Please comment on the reason for your rating:

Assata, with her college and lab background, has the knowledge to do the job. However, I believe she lacks experience with hand tools and will need a lot of time and attention to hone her knowledge into practical experience.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 2.5

Yes ☐  No ☑

Overall Comments:

Assata has a great personality and educational background and should fit well with our culture.
In my evaluation, she exhibited very limited practical experience or understanding with technical drawings and hand tools. Will require in depth 1 on 1 training for some time.

Additional screen in Taggart Interview Form

on 1 training for some time.

Assata has never led a team or a project in a work/lab environment.

I believe Assata is more suited for an engineering role rather than a hands on senior technical role.



EXHIBIT
AA-7A



## Interview Evaluation Form

Candidate Name: Assata acey

Interviewer: Omar and Bruce

Position: Sr. Tech

Date: 4/28/2021

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐  2 ☐  3 ☐  4 ☐  5 ✓

   Please comment on the reason for your rating:

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐  2 ☐  3 ☐  4 ☐  5 ✓

   Please comment on the reason for your rating:



EXHIBIT AA-8

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☐  3 ☐  4 ✓  5 ☐

Please comment on the reason for your rating:

She seemed to be know what she talking about. i believe she was transparent during interview.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 14

Yes ✓  No ☐

Overall Comments:



## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Bruce Mitchell

**Position:** Sr tech

**Date:** 4/28/2021

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐  2 ☐  3 ☐  4 ☐  5 ☑

   Please comment on the reason for your rating:
   Seems they have a good enginerring mindset of thinking how and why components work and understanding it. Expressed her interest in why material science and pyhics play a role in her interest of this job field

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐  2 ☐  3 ☑  4 ☐  5 ☐

   Please comment on the reason for your rating:
   Seems to be still honing and practicing her skills after graduation, possible she was limited on what she was allowed to do from previous employers but doesnt seem to fully fit the skills for a Sr tech role



EXHIBIT
AA-9

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☐  3 ☑  4 ☐  5 ☐

Please comment on the reason for your rating:
would need to be trained still on certain technical abilities- seemed to have little tool knowledge and experience, wiring, cabeling stripping and crimping which are needed for a senior tech role

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 6/10

Yes ☑  No ☐

Overall Comments:
Had a great attitude and personality, willing to be hands on, be here in person everday which is what this team needs. Definitely seems to fit a enginerring postion instead of a senior tech role



## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Joren Wendschuh

**Position:** Sr Tech

**Date:** 4-28

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐   2 ☐   3 ☐   4 ☐   5 ✓

   Please comment on the reason for your rating:

   Loves to learn and explore and do research. Interested in everything! Passionate about science and trying things.

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐   2 ✓   3 ☐   4 ☐   5 ☐

   Please comment on the reason for your rating:

   I think Assata is a bit of a unique person for this role, and I would look to more as a technician ("title") coming on board, unless Omar & Seth are Sr's. Brings a unique "science and engineering" background and knowledge to the job - would expect to be doing some borderline engineering work, while learning some of the "Sr" tech side of things at least in our niche.



3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☐  3 ☐  4 ☑  5 ☐

Please comment on the reason for your rating:

Aptitude yes - willing and interested from what I can see in an interview. Excited about work and wanting to overcome.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 3.5

Yes ☑  No ☐

Overall Comments:

Looking to move forward pending interview debrief and others thoughts. That is, move forward to an in person "shadow" / meet / greet / on site "interview".

EXHIBIT
AA-70
PENGAD 800-631-6989



## Interview Evaluation Form

Candidate Name: Assata

Interviewer: Joren

Position: Sr Tech

Date: 5-14

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐  2 ☐  3 ☐  4 ✓  5 ☐

   Please comment on the reason for your rating:
   Seemed interested to learn, interested to jump in and do. A bit of a wildcard but seems OK

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐  2 ✓  3 ☐  4 ☐  5 ☐

   Please comment on the reason for your rating:
   Some skills could use work, would require teaching from what I understand. Willing to learn and seems quick to pick things up.



EXHIBIT
4A-15
PENGAD 800-631-6989

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐   2 ☐   3 ☐   4 ☑   5 ☐

Please comment on the reason for your rating:

Skills from background seemed picked up quickly, eager to learn, has a background including electronics, troubleshooting, documentation, all things needed for role. Also has some background in CAD (Both E & M), which could prove to be an interesting addition to the team / growth opportunity.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 3.5

Yes ☑   No ☐

Overall Comments:

Because of the unique nature of this candidate, would like to hold my go / no go for the debrief. I could see them coming in, learning quickly and getting up to speed, and hopefully becoming an individual contributor in addition to the directed work.
Having them as a Sr Tech implies more leadership and knowledge of the

Additional screen in Joren's Interview Form

Having them as a Sr Tech implies more leadership and knowledge of the product before joining - I think this might be a bit to soon for that. I'd rather them come in as a tech, and have them grow in what area they are interested in.

AA-Ba



## Interview Evaluation Form

**Candidate Name:** Assata Acey

**Interviewer:** Seth Wolgemuth

**Position:** Product Introduction Senior Technician

**Date:** 05/17/2021

---

1.) **Culture Fit:** Candidate's beliefs and behaviors align with the company's core values and company culture.

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect culture fit)

   1 ☐   2 ☐   3 ☐   4 ☐   5 ✓

   Please comment on the reason for your rating:

   The impression I was left with was that she's someone who belongs in an R&D environment.

2.) **Skill/Competency Fit:** Do the skills the candidate will bring to the job align with the job competencies?

   Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect skillset)

   1 ☐   2 ☐   3 ✓   4 ☐   5 ☐

   Please comment on the reason for your rating:

   I have no concerns regarding competency. Some specific skills seem a little weak, but should not be difficult to pickup and bring to a proficient level.

3.) **Technical Fit:** Does this candidate have the technical aptitude needed to succeed in this position?

Rate the candidate on a 1-5 scale (1 = not a fit; 5 = perfect technical fit)

1 ☐  2 ☐  3 ☐  4 ☑  5 ☐

Please comment on the reason for your rating:

Based on Assata's background and conversations had I would expect her to be a fairly good technical fit less some experience.

4.) **Overall Fit:** Average your ratings and please select yes or no on moving forward with this candidate.

Average Rating: 4

Yes ☑  No ☐

Overall Comments:

I think Assata could transition into the role well and pickup what she may be lacking skill-wise very quickly. My only real concern is her not being satisfied in this position and leaving us without an experienced tech in the role a year from now. Technician skills aren't exactly hard to pick up I think her intelligence, personality, and "energy" are more than enough reason to hire her.