# EXHIBIT 14



**JOB TITLE:** Senior Technician
**REPORTS TO:** Manufacturing Manager
**DEPARTMENT:** Productive Introduction
**JOB CATEGORY:** Technician

**JOB SUMMARY:**
Provides hands-on support in design and development efforts. Performs functions associated with all manufacturing operations, including working with engineers in set-up and calibration tasks, as well as performing rework and quality testing related to the production of parts, components, subassemblies and final assemblies. Develops and maintains methods, operation sequence and processes in the manufacture or fabrication of parts, components, subassemblies and final assemblies. Team member that contributes, advises and interfaces with engineering in coordinating the release of new products.

**ESSENTIAL FUNCTIONS/RESPONSIBILITIES:**
- Hands-on technical contributor for the hardware development organization.
- Collaboration with engineers throughout the Development, Test, Manufacturing, and Operations organizations to effectively identify and help resolve hardware design issues and assist in driving these issues to closure.
- Contribute in efforts to define and write test plans and reports.
- Develop and document fixes for equipment configuration issues and make recommendations for enhancements.
- Effectively document technical issues, test and measurement results, proposed solutions, etc.
- Develop and follow established processes and procedures.
- Participate in technical reviews.
- Provide regular status and progress towards milestones with team leads.
- Perform functional or parametric testing of electronic circuit boards or assemblies.
- Use schematic analysis combined with standard electronic test techniques to perform failure analysis and root cause determination to a component level.
- Perform component-level repair on these assemblies using both SMT and through-hole rework techniques.
- Assist the Engineering staff as necessary in the design, fabrication, or validation of new production test fixtures.

**KNOWLEDGE, SKILLS AND ABILITIES:**
- Ability to follow and assist in the development of processes and procedures.
- Ability to lead and motivate a team environment.
- Capable of reaching technical decisions within the scope of responsibilities.
- Must have ability to mentor and lead more junior technicians.
- Experience in cable design and assembly
- Proficient in use of small hand tools (e.g., pliers, screwdrivers, nut drivers)
- Able to troubleshoot independently to the component level, locating advanced manufacturing defects or defective components

EXHIBIT AA-6
PENGAD 800-631-6989



- Test & debug electronics with an oscilloscope, multimeter, function generator and other electronic lab equipment.
- Build and rework prototype surface mount PCBA's, mixed-technology PCBA's and cable assemblies.
- Visually inspect work with a sharp eye for quality.
- Organize BOM's, order and manage electronic materials to support prototype builds.
- Create accurate written records of work.
- Maintain a clean, orderly and professional work environment and comfortable working in a shop/laboratory environment

**CORE COMPENTENCIES:**

- INNOVATION: Generates new and creative ideas, products or methods. Shows great initiative and will readily challenge the status quo. Not afraid to take professional risk and supports change and solves problems creatively.
- INTEGRITY: Is trustworthy and honorable, displays professionalism, discretion, and sound judgment. Deals with others in a straightforward and honest manner, is accountable for actions, maintains confidentiality and supports company values. Inspires trust and behaves in a way that earns and maintains the respects of others.
- QUALITY OF WORK: Maintains high standards and delivers on time what was promised while adding value beyond what was expected. Is attentive to detail and accuracy – does it right the first time. Looks for improvements continuously, seeks to find the root cause of any problems or issues in a commitment to excellence.
- TEAMWORK: Is an honest and dependable team player who contributes to group collaboration and shows empathy and respect for others. Builds and maintains good working relationships. Actively solicits feedback from peers and other team members when planning and making significant decisions. Provides insight and readily shares their knowledge and experience. As a leader understands and advocates that the best solutions come from working collaboratively – establishes an atmosphere of trust, championing issues and sharing successes.
- INITIATIVE: Takes independent action including seeking out new responsibilities or opportunities. Supports an environment that encourages improvement, innovation and challenging traditional approaches.

**EDUCATION AND EXPERIENCE:**

- Associates degree, completion of electronic technology certification, or equivalent technical experience.
- 8+ years' experience in a test environment for emerging technology.

**TRAVEL REQUIREMENTS:**

- Minimal travel.



**PHYSICAL REQUIREMENTS:**
- Must be able to lift, stand for periods of time and work in a laboratory environment.