# EXHIBIT 15



## 2021 ANNUAL PERFORMANCE MANAGEMENT

**INTRODUCTION:** The year-end review is a key component of the Performance Management process. Complete the self-evaluation, accomplishments, career development, goals, and competency sections and forward to your supervisor for review. Your manager will supply evaluations on each category and overall performance comments.

| REVIEW DATE: | |
|---|---|
| NAME: | Assata Acey |
| JOB TITLE: | Product Introduction Technician |
| MANAGER: | Joren Wendschuh |
| DEPARTMENT: | Product Introduction |

**ACCOMPLISHMENTS, CHALLENGES AND STRENGTHS:**

What do you consider to be your accomplishments, challenges, and strengths throughout the year?

> In the 6 months of being here, I have approached our 150 and 75kw cabinets in areas of inventory, assembly, and documentation, while doing my part to support sustainable interdepartmental/team structure and vendor quality. I would say that my strengths are in emotional intelligence, detail, and documentation. I am challenged with learning more about the product and processes and people surrounding its development. Highlights of my work regarding cabinet inventory, assembly and documentation can be found below.
>
> **Cabinets**
> *Inventory*
> - Created an inventory document for 176 hardware and miscellaneous tech held cabinet items by description and location by hand counting, using excel and consulting Manufacturing BOMs for US and EU 150 and 75kw cabinets.
> - Consolidated inventory from 4 carts to 2 by drafting and engaging a plan for better labeling and organization of tech-held cabinet inventory.
> - Sustained effective tech-held inventory by submitting orders for necessary hardware or related communal tools and resources in reference to latest BOMS.
>
> *Assembly*
> - Updated 4 cabinets (two EU 150s one US 150, one EU 75) by reviewing them in reference to 30- 60- Vendor Quality page (150-180 step) assembly documents.
> - Built two cabinets (ones US 150 and one US 75) and made headway on a third (US 75) cabinet in reference to latest documents
>
> *Documentation*
>
> •     Propelled improvement of 150kw (EU and US) and 75kw (EU and US) cabinet, flow, light tower, and fan assembly documents by finding and creating documentation for:
>
>     a    Labeling error (does reference number match Bom number)
>     b    Accuracy (are pins going to right places)
>     c    Clarity (how often will this wording lead to workmanship error)
>     d    Connection to design intent (does the result match the idea)
>
> •     Prevented against repeat errors and re-investigation by fortifying organizational memory through
>
>     a     initiation and documentation of total inspections by Maria and Quality
>     b    documentation of case-by-case investigations and correspondence (rail alignment, inverter connectors) by mech engineering and product Introduction manager and concerning the progression of **repairs made**





## 2021 ANNUAL PERFORMANCE MANAGEMENT

**CAREER DEVELOPMENT AND GOALS:**

Where do you want to grow in your career? How can we help you get there through education/training, experiences?

[Growth]
With momentum Dynamics, I am seeking to deepen my hands-on skills and continue gathering information from my team and surrounding coworkers on issues in the assembly and problem-solving process.
1. I want to know the implications of various designs, not just theoretically, but how:
   - they translate to assembly steps
   - how these steps along with formal collaborative lines can inform labor times, longevity, quality
2. I want to learn more about how we channel concerns and how it can affect the way product knowledge travels from hands on parts of the company to theoretical parts.
3. Beyond this I am excited to view and learn the backend lifecycle of these products:
   - how they are tested and repaired after delivery, and
   - the performance factors that can uphold an image of reliability and value in Momentum's products
4. Further still, I am interested in building my theoretical knowledge in the materials science aspect of engineering.

[Help]
I feel that much of my goals can be met through observing and gathering information from my position over time, in addition to training. I know there can be conferences and or formal training around topics like efficiency, collaboration, innovative team structures and I would be open to those. So long as my role and compensation continue to match my tasks, I am excited to continue my pursuit of growth at Momentum Dynamics.

What do you consider to be your most important goals in the next year?

My goals in the next year are to:
a) do my part to get cabinet builds/assembly docs as streamlined and close to target as possible
b) develop more hands -on knowledge of product to learn more about the experiences of other sub-assemblies from my team
c) continue to document new and old issues as they come to my attention to save time/money and enact improvement
d) continue to support a positive work environment by doing my part for inter and intrateam coordination



# 2021 ANNUAL PERFORMANCE MANAGEMENT

**COMPETENCY EVALUATION:** Employees are evaluated on each of the factors listed below. Please use the space to comment on how the listed competency was demonstrated and/or progress made.

| CORE COMPETENCIES | DESCRIPTION |
|---|---|
| **INNOVATION** | Generates new and creative ideas, products or methods. Shows great initiative and will readily challenge the status quo. Not afraid to take personal risk and supports change and solves problems creatively. |
| Employee self-evaluation: My biggest moments of innovation would be providing 4 theoretically informed, accessible, and combinable methods to increase the bonding properties of an alternative primer within a day's notice; supporting the VW test system by providing drafts of a four-switch safety stop circuit; and brainstorming 4 cost effective environmental tests, materials, and criterion to determine the specifications of a connector on the VA coil. ||
| Manager evaluation:<br><br>In Assata's time here, they have exceeded expectations, providing insight and innovative ideas to different areas of the company. They do well with design and documentation review – finding and offering solutions to wording, explanation, and order – helping the documentation become better and lowering confusion. ||
| **TEAMWORK** | Is an honest and dependable team player who contributes to group collaboration and shows empathy and respect for others. Builds and maintains good working relationships. Actively solicits feedback from peers and other team members when planning and making significant decisions. Provides insight and readily shares their knowledge and experience. As a leader understands and advocates that the best solutions come from working collaboratively – establishes an atmosphere of trust, championing issues and sharing successes. |
| Employee self-evaluation: Teamwork is where am I able to use my strength of emotional intelligence. I continue to look out for signs of developing or preexisting tension between my team members and departments that I collaborate with to make sure we are receiving the full benefit of everyone skills and that folks feel respected and valued enough to bring their best, and willingly improve each other. When issues appear, I:<br>a    Take note of what words are said to imply tension<br>b    Follow up with expressive parties and gather information from all involved members<br>c    Summarize team member or interdepartmental complaints into key clarity points<br>d    Brief my manger on these points and follow up with proposed solutions<br>A larger example of this would be:<br>Organizing initial meetings between QA and Mech engineering to streamline knowledge transfer, cabinet inspections processes and documentation, collecting and distributing meeting notes/future actions ||
| Manager evaluation:<br><br>Assata is integrating into the team pretty well. They have built relationships both in and outside of the team and in their role working with Maria, has openly solicited feedback and shared their knowledge and insight. Making good progress within the team. ||
| **PROFESSIONAL/TECHNICAL KNOWLEDGE & SKILLS** | Understands area of responsibility, seeks clarity and/or guidance when appropriate; acquires, understands, and applies professional and technical knowledge, skills, and information. Uses technology and resources to improve effectiveness and productivity; gathers and analyzes information skillfully, demonstrating understanding of the issues at hand. |
| Employee self-evaluation: I use my strengths of detail and quality along with technical knowledge to approach vendor quality. I continue to evaluate products in cabinet assembly for practical use and quality to support reliable and workable cabinets and avoid costly and embarrassing errors.<br>Where issues appear, I:<br>a    seek to document product shortcomings through physical imaging, written details/reasoning, citings and attached excerpts of momentum's documented specifications<br>b    Enrich and inform documentation by initiating and documenting interdepartmental specialist input or investigation: [Maria- Mech Intent Cabinet Design; Rob- Historical/practical Experience in Cabinet Assembly; Taylor- Historical purchasing/sourcing info, etc.]<br>c    Brief Joren with this information, and where prompted, escalated details to QA for address.<br>d    Provide additional information throughout escalations process, perform and review vendor suggestions, edit/review procedures for internal use<br>Examples of this would be: ||



## 2021 ANNUAL PERFORMANCE MANAGEMENT

Proofing mis- 0shape of PAI 150kw main-cabinet Antenna holes; Highlighting Oztek hole misalignment and reorganizing the repair procedure; Highlighting PAI provided Flow assembly workmanship (used in cabinet cooling systems) and Quick Disconnects ($200 each), Hoffman Handle Replacement procedure inconsistency and spec inadequacy.

Manager commenting on employee's demonstration of above competency:

Assata's background has assisted them in different areas, as shown above – adding breadth to the team's background. Their technical skills have improved, and they aren't afraid to ask for help when they find the extent of their skills. They have done a couple detailed research projects for the team as well, and have gathered and utilized appropriate resources to complete the projects.

**OVERALL MANAGER COMMENTS:**

Assata is doing well joining the team, with their unique background adding value to their position. Assata has done well learning the tools and organization to the shop and suggesting improvements where they make sense. They have jumped in on certain projects where urgent assistance was needed. I look forward to their growth within Windchill, Confluence and Jira in the next year and their growth within the team.

**COMPANY GOALS/TARGETS FOR 2022:**

Grow with their soldering and assembly skills
Integrate better within the team, reading the room for when to wrap up a tangent.
Work toward providing clear and concise feedback and status updates where needed.
Integrate the new software into their daily routine.



## 2021 ANNUAL PERFORMANCE MANAGEMENT

EMPLOYEE SIGNATURE: Assata S. Acey _(signed)_  Feb 4, 2022

MANAGER SIGNATURE: _Joren Wendschuh_  Feb 6, 2022

DATE: 12/4/2021

# MDPerformanceReviewForm2021 - Acey
Final Audit Report                                                                                           2022-02-06

| Created: | 2022-02-04 |
|---|---|
| By: | Joren Wendschuh (joren.wendschuh@momentumdynamics.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6gau6gS1qozWhH4jLkj8CfBbxqdksiDZ |

## "MDPerformanceReviewForm2021 - Acey" History

- 📄 Document created by Joren Wendschuh (joren.wendschuh@momentumdynamics.com)
  2022-02-04 - 7:38:32 PM GMT- IP address: 173.49.200.70

- ✉️ Document emailed to Assata S Acey (assata.acey@momentumdynamics.com) for signature
  2022-02-04 - 7:39:35 PM GMT

- 📄 Email viewed by Assata S Acey (assata.acey@momentumdynamics.com)
  2022-02-04 - 8:20:01 PM GMT- IP address: 73.81.119.82

- ✍️ Document e-signed by Assata S Acey (assata.acey@momentumdynamics.com)
  Signature Date: 2022-02-04 - 8:28:06 PM GMT - Time Source: server- IP address: 73.81.119.82

- ✉️ Document emailed to Joren Wendschuh (joren.wendschuh@momentumdynamics.com) for signature
  2022-02-04 - 8:28:08 PM GMT

- 📄 Email viewed by Joren Wendschuh (joren.wendschuh@momentumdynamics.com)
  2022-02-06 - 5:27:38 PM GMT- IP address: 50.78.131.36

- ✍️ Document e-signed by Joren Wendschuh (joren.wendschuh@momentumdynamics.com)
  Signature Date: 2022-02-06 - 5:28:08 PM GMT - Time Source: server- IP address: 50.78.131.36

- ✅ Agreement completed.
  2022-02-06 - 5:28:08 PM GMT


Adobe Sign