IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>　　　　　　　　　Plaintiff,<br>v.<br>INDUCTEV<br><br>　　　　　　　　　Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

### INDUCTEV'S ANSWER TO PLAINTIFF'S
### MOTION TO COMPEL FILING OF TRANSCRIPTS

Defendant InductEV ("Defendant") responds to the Motion of Plaintiff to Compel Filing of Transcripts as follows:

The filing of excerpts of a transcript is consistent with the Local Rules of the United States District Court for the Eastern District of Pennsylvania. Defendant is not in agreement that it can be compelled to file the transcripts and exhibits of Plaintiff's depositions as requested by Plaintiff. However, Defendant is not adverse to filing the entire transcript and exhibits of Plaintiff's depositions, and will do so if the Court desires.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Randall C. Schauer*
　　　　　　　　　　　　　　　　　　　Randall C. Schauer (ID No. 34273)
　　　　　　　　　　　　　　　　　　　Alberto M. Longo (ID No. 328893)
　　　　　　　　　　　　　　　　　　　Eagleview Corporate Center
　　　　　　　　　　　　　　　　　　　747 Constitution Drive, Suite 100
　　　　　　　　　　　　　　　　　　　Exton, PA  19341-0673
　　　　　　　　　　　　　　　　　　　Tel – (610) 458-7500
　　　　　　　　　　　　　　　　　　　Fax – (610) 458-7337
　　　　　　　　　　　　　　　　　　　rschauer@foxrothschild.com
　　　　　　　　　　　　　　　　　　　alongo@foxrothschild.com
Dated:  August 27, 2024　　　　　　　　*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 27, 2024, a true and correct copy of the foregoing document was served on all parties via electronic mail per the addresses contained on the docket in this matter.

                                          **FOX ROTHSCHILD LLP**

                                          */s/ Randall C. Schauer*
                                          Randall C. Schauer, Esquire
                                          *Attorney for Defendant, InductEV*