IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 23-1438 |
| | : | |
| **INDUCTEV** | : | |
| **Defendant.** | : | |
| | : | |

**O R D E R**

**AND NOW**, this 29th day of August, 2024, it is hereby **ORDERED** that Plaintiff's Motion to Compel Filing of Transcripts (Doc. No. 132) is **GRANTED in part.** Defendant need not file the entire deposition transcript. See Local R. Civ. P. 5.1.2.5(a) ("When filing documents identified as exhibits or attachments, an ECF Filing User must submit only those excerpts of the identified documents that are relevant to the matter under consideration by the court."). Insofar as Plaintiff does not have a copy of the transcript of her deposition, however, Defendant shall provide to Plaintiff a copy of the transcript.

AND IT IS SO ORDERED.

/s/ Paul S. Diamond
_____
Paul S. Diamond, J.