## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : | |
| | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **INDUCTEV,** | : | |
| | : | |
| *Defendant.* | : | No. 2:23-01438-PD |
| | : | |

### Notice

Due to unforeseen delay, I, plaintiff, submit this notice that the filing labelled as 137 is the Appendix to the Memoranda Brief, not the brief itself.
The following documents were submitted to the ProSe EDS system on 09/9/2024 with the Appendix but not filed by the clerk:
Plaintiffs first Pre-Trial Memoranda (Brief)
Exhibit Named: PTE-110 (5 video clips)

Court and opposing counsel were notified via email at 12:12PM, with electronic copies of the missing documents attached.
The Proof of submission and receipt have been attached. Memoranda brief (which includes witness designations) and email has also been attached.

Sincerely,

<u>Assata Acey Hackman /s/</u>

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA, 19139

770-231-1017

aceyassata@gmail.com

Date: 09/04/2024