**Gmail**                                    **Assata Acey <aceyassata@gmail.com>**

## Acey v. InductEV 2:23-cv-01438-PD Courtesy Copy: ECF-Filing Error
2 messages

**Assata Acey** <aceyassata@gmail.com>                                    9 September 2024 at 12:12
To: Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov, "Schauer, Randall C." <RSchauer@foxrothschild.com>, "Longo, Alberto" <ALongo@foxrothschild.com>

Letter is to advise Opposing counsel and the court that the filing labelled as 137 is the Appendix to the Memoranda Brief, not the brief itself.
The following documents were submitted to the ProSe EDS system but not filed by the clerk:
Plaintiffs first Pre-Trial Memoranda (Brief)
Exhibit Named: PTE-110 (5 video clips)


The Proof of submission and receipt have been attached. Memoranda brief (which includes witness designations) has been attached as well as 4/5ths of Exhibits marked "PTE 110".

I am heading to the clerk's office by 2:30 with paper copies of all documents and a flash drive with the video clips and will file this letter as well.

Best,
Assata Hackman

### 5 attachments

 **Plaintiffs first Submission of Pre-Trial Memoranda .pdf**
787K

**PTE 110_04-18-2024 A. Acey Dep. Video cc 10-59-29 AM-11-02-57 AM.mp4**
10792K

**PTE 110_04-18-2024 A. Acey Deposition Clip 11-54-05 AM-11-54-34 AM.mp4**
2198K

**PTE 110_04-18-2024 A. Acey Deposition Clip 11-36-02 AM-11-37-17 AM.mp4**
3622K

**PTE 110_04-18-2024 A. Acey Deposition Clip 03-00-00 PM-03-01-50 PM.mp4**
7316K

---

**Assata Acey** <aceyassata@gmail.com>                                    9 September 2024 at 12:19
To: Chambers_of_Judge_Paul_S_Diamond@paed.uscourts.gov, "Schauer, Randall C." <RSchauer@foxrothschild.com>, "Longo, Alberto" <ALongo@foxrothschild.com>

[Quoted text hidden]

### 2 attachments

**Success page.pdf**
28K

**PTE 110_04-18-2024 A. Acey Deposition Clip 11-12-41 AM-11-19-09 AM.mp4**
16723K