## Success! Your files have been submitted.

