## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : : | **CIVIL ACTION** |
| *Plaintiff* | : : | |
| v. | : : : | |
| **INDUCTEV,** | : : | |
| *Defendant.* | : : | No. 2:23-01438-PD |

**<u>Amendment to Plaintiff's Trial Exhibits (PTE 61 and PTE 62) from Doc 137</u>**

I, Plaintiff, submit these amendments to PTE 61 and 62 (which were filed in Doc 137, the appendix to my Trial Memorandum), upon noting that the exhibits did not convert fully to PDF. Updated and printer friendly versions have been attached.

Sincerely,

<u>Assata Acey Hackman /s/</u>

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA, 19139

770-231-1017

aceyassata@gmail.com

Date: 09/13/2024