# PTE 61 AMENDED (09/14/2022 Text Message forwarding 08/12/2022 Teams Messages between members of the Electrical Engineering Team, Doc 40-2, pp. 1711-1712).

Case 2:23-cv-01438-GEKP   Document 40-2   Filed 01/30/24   Page 1711 of 1818

# Exhibit 844- 09-14-2022 Steve Comments on attendance of other Black Employees- Omar Jackson IMG_2112.PNG

