**PTE 62 AMENDED (09/14/2022 Text Messages between myself and my Supervisor discussing 08/12/2022 Teams Messages, Doc 40-2 pp. 1715-1718).**

# Exhibit 846- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072737_Messages.jpg



# Exhibit 847- 09-15-2022 Steve Comments on Black Employee Screenshot_20230526_072743_Messages.jpg



7:27

< **J** Joren(boss) ⌄                          ⋮

MMS

8:51 AM                    Takes it so well 🙂

8:54 AM

Im not sure how much if this is you and
how much of this should be corporate
training.

Its up to the conpany to teach ppl to leave
biases at home.

I think as manager its up to you to
protect team(this can involve collecting
complaints if they ned to be addressed
later) , check in with then on if

View all

# Zoom in of 08/12/2022 Messages-Forwarded via Text on 09/15/2022

8/11 9:27 AM
Thanks Steve!

Yesterday

**Steve Brown**   Yesterday 8:27 AM        👍 1
Hey Omar, guess what day it is.....HUMP DAY!

Yesterday 8:29 AM
Haha.  He's on PTO today.

**Steve Brown**   Yesterday 8:32 AM        😆 1
That SLACKER.....his nick name should be PTO....LOL!

Yesterday 8:33 AM
Ouch!  Hah

He earned the time off.

**Steve Brown**   Yesterday 9:04 AM        👍 1
Okie Dokie.....I like rattling his cage, he takes it so well.

Yesterday 9:10 AM
All good!  PTO is all that's sacred!   🙂

**Steve Brown**   Yesterday 9:11 AM
You defiantly got that correct!

Stay in the know. Turn on desktop notifications.

Turn on          Dismiss

Type a new message

MMS