UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| INDUCTEV, | : | |
| *Defendant.* | : | No. 2:23-01438-PD |

**Certification of Service for Docs 136-142, and 144**

Letter is to confirm that:

A) I, Plaintiff, submitted Documents 136-137, and 139-142 via Pro Se EDS on between the dates of 09/09/2024 through 09/11/2024, after which these was entered into ECF by the clerk's office, automatically serving copies to the Defendant.

B) I, Plaintiff, submitted the video clips of Document 138 to chambers and opposing counsel via email on 09/09/2024 (due to EDS failure), after which they were entered into ECF by the clerk's office, automatically serving copies to the Defendant.

C) I, plaintiff, filed Document 144 directly onto ECF on 09/13/2024, automatically serving copies to the Defendant.

Sincerely,

<u>Assata Acey Hackman /s/</u>

Assata Acey (Pro Se)

5121 Brown St,

Philadelphia, PA, 19139

770-231-1017

aceyassata@gmail.com

Date: 09/13/2024