UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY,** | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **INDUCTEV,** | : | |
| | : | |
| *Defendant.* | : | |
| | : | No. 2:23-01438-PD |

**Proposed Order**

**AND NOW** this ____ day of _____, 20_____, **IT IS HEREBY ORDERED** that the Plaintiff's Motion to Deem Facts of Doc 92 as Uncontested is **GRANTED.**

_____