UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| INDUCTEV, | : | |
| *Defendant.* | : | No. 2:23-01438-PD |

<u>Certification of Service</u>

Letter is to confirm that:

I, plaintiff, filed my Motion directly onto ECF on 09/16/2024, automatically serving copies to the Defendant.

                                                                                        Sincerely,

                                                                                         <u>Assata Acey Hackman /s/</u>

                                                                                         Assata Hackman (Pro Se)

                                                                                         5121 Brown St,

                                                                                         Philadelphia, PA, 19139

                                                                                         770-231-1017

                                                                                         aceyassata@gmail.com

Date: 09/16/2024