

Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341
610.458.7500 610.458.7337

RANDALL C. SCHAUER
Direct No: 610.458.4967
Email: rschauer@foxrothschild.com

October 14, 2024

**Via Electronic Case Filing**

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Courtroom 14-A
Philadelphia, PA 19106

**Re:**     *Assata Acey v. InductEV (Case No.: 2:23-cv-01438)*

Dear Judge Diamond:

Defendant, InductEV, f/k/a Momentum Dynamics Corporation ("Defendant"), writes to advise the Court that in its Opposition to Plaintiff's Amended Rule 56 Motion for Summary Judgment (ECF No. 145), Defendant inadvertently identified Judy Talis as having informed Plaintiff on September 23, 2022 that she could not use PTO. *See id.* at p. 6. However, it was not Ms. Talis who informed Plaintiff that she could not use PTO; rather, it was May Mon Post, who served as internal counsel for InductEV prior to Ms. Acey filing suit. *See* Plaintiff's Amended Rule 56 Motion for Summary Judgment (ECF No. 92-2 at p. 63 of 73). While this distinction makes little substantive difference, Defendant seeks to clarify this point for the Court and apologizes for any confusion it may have caused.

Respectfully,

Randall C. Schauer

RCS
cc:     Assata Acey (aceyassata@gmail.com)

A Pennsylvania Limited Liability Partnership

California    Colorado    Delaware    District of Columbia    Florida    Georgia    Illinois    Massachusetts    Minnesota    Missouri
Nevada    New Jersey    New York    North Carolina    Oklahoma    Pennsylvania    South Carolina    Texas    Washington