UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| INDUCTEV, | : | |
| *Defendant.* | : | No. 2:23-01438-PD |

# Motion for Clarity

I, plaintiff, present this motion *(bearing 2 questions)* to better understand how the court desires to hear from the mediators.

The court's order (Doc 157) states an expectation to hear from the mediators who worked with the parties during their 2022 mediation. Those mediators are identified as Tracy Hornig and Barbara Foxman.

1. Due to red-tape and mediator neutrality requirements, Plaintiff asks for clarity as to whether the court is:

-ordering the mediators themselves to attend

-ordering the parties to produce the mediators

-requesting the mediators' attendance

2. Plaintiff also asks whether notarized affidavits from each mediator, and sealed submission of the mediators' notes would alternatively satisfy the court.

        Sincerely,

        <u>Assata Acey Hackman /s/</u>

        Assata Hackman (Pro Se)

        5121 Brown St,

        Philadelphia, PA, 19139

        770-231-1017

        <u>aceyassata@gmail.com</u>

Date: 10/23/2024