UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| INDUCTEV, | : | |
| *Defendant.* | : | No. 2:23-01438-PD |

**Notice**

Plaintiff seeks clarity regarding yesterday's order (doc 157) in regards to the mediators' attendance of the evidentiary hearing scheduled for Nov 13. 2024.

                    Sincerely,

                    <u>Assata Acey Hackman /s/</u>

                    Assata Acey (Pro Se)

                    5121 Brown St,

                    Philadelphia, PA, 19139

                    770-231-1017

                    aceyassata@gmail.com

Date: 10/23/2024