

Eagleview Corporate Center
747 Constitution Drive, Suite 100
P.O. Box 673
Exton, PA 19341
610.458.7500   610.458.7337

RANDALL C. SCHAUER
Direct No: 610.458.4967
Email: rschauer@foxrothschild.com

October 23, 2024

**Via Electronic Case Filing**

The Honorable Paul S. Diamond
United States District Court for the
Eastern District of Pennsylvania
14614 U.S. Courthouse
601 Market Street
Courtroom 14-A
Philadelphia, PA 19106

**Re:**   *Assata Acey v. InductEV (Case No.: 23-cv-01438)*

Dear Judge Diamond:

Counsel for Defendant, InductEV, f/k/a Momentum Dynamics Corporation, asks whether the Order of October 22, 2024 cancelling the Final Pretrial Conference and directing the holding of an Evidentiary Hearing has an effect on any other of the dates and obligations of the parties under the Second Amended Scheduling Order dated August 22, 2024 (Doc. 130).

Thank you for your attention.

Respectfully submitted,

Randall C. Schauer

RCS
cc:   Assata Acey (aceyassata@gmail.com)
      Alberto M. Longo, Esq.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Massachusetts   Minnesota   Missouri
Nevada   New Jersey   New York   North Carolina   Oklahoma   Pennsylvania   South Carolina   Texas   Washington