IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>　　　　　　Plaintiff,<br>v.<br><br>INDUCTEV<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

## RESPONSE OF DEFENDANT
## TO PLAINTIFF'S MOTION FOR CLARITY

　　InductEV, f/k/a Momentum Dynamics Corporation ("Defendant") responds to Plaintiff's Motion for Clarity (Doc. 158) as follows:

　　Defendant objects to presentation of the mediators' testimony or evidence the hearing scheduled for November 13, 2024 at 11:00 a.m. by use of notarized Affidavits.

　　Defendant is willing to serve the mediators with the Court's Order of October 22, 2024 stating the Court's expectation that they will attend the hearing scheduled for November 13, 2024 at 11:00 a.m. (or such other Order as the Court may enter);

as well as a subpoena for the attendance of both Mediators at said hearing.

           Respectfully submitted,

           FOX ROTHSCHILD LLP

           */s/ Randall C. Schauer*
           Randall C. Schauer, Esq. (ID No. 34273)
           Alberto M. Longo, Esq. (ID No. 328893)
           Fox Rothschild LLP
           Eagleview Corporate Center
           747 Constitution Drive, Suite 100
           Exton, PA  19341-0673
           Tel – (610) 458-4967
           rschauer@foxrothschild.com
           alongo@foxrothschild.com
           *Attorneys for Defendant*
           *InductEV*

Dated:  October 23, 2024

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 23, 2024, a true and correct copy of the foregoing document was served on Plaintiff via electronic mail per the address contained on the docket in this matter.

**FOX ROTHSCHILD LLP**

*/s/ Randall C. Schauer*
Randall C. Schauer, Esquire
*Attorney for Defendant, InductEV*