IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>　　　　　　Plaintiff,<br>v.<br><br>INDUCTEV<br><br>　　　　　　Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

**ORDER**

**AND NOW,** this _____ day of October, 2024, upon consideration of Plaintiff's Motion for Clarity (Doc. No. 158) and the Defendant's response thereto, the Court denies Plaintiff's Motion and directs Defendant to serve a copy of the Court's Order of October 22, 2024 directing the attendance of the mediators on the mediators in accordance with the Federal Rules of Civil Procedure for service of subpoenas.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DIAMOND, J.