# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 23-1438 |
| | : | |
| **INDUCTEV** | : | |
| **Defendant.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 23rd day of October, 2024, it is hereby **ORDERED** that Plaintiff's Motion for Order to Deem Facts of Doc. 92 as Uncontested (Doc. No. 146), Motion for Judicial Notice of Doc. 64 (Doc. No. 149), and Motion for Clarification (Doc. No. 158) are **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.