# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASSATA ACEY** | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civ. No. 23-1438 |
| | : | |
| **INDUCTEV** | : | |
| **Defendant.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 23rd day of October, 2024, upon consideration of Defendant's response to Plaintiff's now-denied Motion for Clarification (Doc. Nos. 159, 161, 162), the Court **ORDERS** Defendant to serve a copy of this Order on Mediators Tracy Hornig and Barbara Foxman. The Mediators **SHALL** attend the November 13, 2024 hearing at which they will likely testify.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.