# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASSATA ACEY** :<br>           **Plaintiff,** :<br> :<br>     **v.** :<br> :<br>**INDUCTEV** :<br>           **Defendant.** :<br> : | **Civ. No. 23-1438** |

## O R D E R

**AND NOW**, this 23rd day of October, 2024, it is hereby **ORDERED** that the current Scheduling Order (Doc. No. 130) is **SUSPENDED** pending further Order of this Court.

**AND IT IS SO ORDERED.**

/s/ Paul S. Diamond
Paul S. Diamond, J.