### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASSATA ACEY<br><br>                Plaintiff,<br>v.<br><br>INDUCTEV<br><br>                Defendant. | Case No.: 2:23-cv-01438<br><br>Judge Paul S. Diamond |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 25, 2024, a true and correct copy of the Court's October 23, 2024 Order was served on Mediators Tracy Hornig and Barbara Foxman via electronic mail, both of whom confirmed receipt of same.

**FOX ROTHSCHILD LLP**

/s/ *Randall C. Schauer*
Randall C. Schauer

*Attorney for Defendant*