# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASSATA ACEY**, **Plaintiff**, v. **INDUCTEV**, **Defendant**. | Civ. No. 23-1438 |

## O R D E R

**AND NOW**, this 12th day of November, 2024, it is hereby **ORDERED** that the evidentiary hearing scheduled for **11 a.m.** on **November 13, 2024**, in **Courtroom 14A**, is **CANCELLED** pending a further Order of this Court.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.