UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASSATA ACEY, | : | CIVIL ACTION |
| *Plaintiff* | : | |
| v. | : | |
| INDUCTEV, | : | |
| *Defendant.* | : | No. 2:23-01438-PD |

## Motion to Permit Disclosure

I, plaintiff, present this motion to permit mediators' private disclosure of their recollection of mediation to both parties.

I have done my best to inform mediators of every order concerning their attendance before the court's denial of my motion for clarification. The entire Email correspondence is attached with this motion.

This morning, at least one mediator has indicated possibility of disclosing to both parties with permission from the court.

Having recalled the mediation in my complaint and in deposition, I do now explicitly state my prior allegation that defendant and or their former counsel knew that there was no binding agreement at mediation and chose to convey the existence

of one to coerce me into signing a written agreement and as their strongest defense to this litigation.

Even if it were not central to this case, this is a serious matter of attorney conduct that should be clarified.

To this end, it is unlikely that the case will settle without both parties being made **explicitly** aware of what the mediators and their notes recall as to if a final agreement was reached. Especially since the defendant has changed counsel since mediation. It is believed that the weight of their testimony would be considered due to their position as neutral parties.

    Sincerely,

    <u>Assata Acey Hackman /s/</u>

    Assata Hackman (Pro Se)

    5121 Brown St,

    Philadelphia, PA, 19139

    770-231-1017

    <u>aceyassata@gmail.com</u>

Date: 11/13/2024