UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

**ASSATA ACEY,**                            :

      *Plaintiff*                  :       **CIVIL ACTION**

                             :

      *v.*                        :

                             :

**INDUCTEV,**                             :

      *Defendant.*          :

                             :       **No. 2:23-01438-PD**

## Proposed Order

**AND NOW** this _____ day of _____, 20_____, **IT IS HEREBY ORDERED** that the Plaintiff's Motion (Doc 167) is **GRANTED. Mediators are permitted to disclose to both parties, whether an agreement was reached 09/19/2022.**

 

                                                                          _____